Rajan O. Dhungana (California Bar No. 297794)
    rajan@saharalegal.com
SAHARA LEGAL GROUP
7320 S Rainbow Blvd, Suite 102-360
Las Vegas, Nevada 89139
Telephone: (310) 795-6905
Fax: (775) 298-6201

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

|  |  |
|---|---|
| JOSEPH DIAZ, JR., | Case No.: _____ |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | |
| Defendants. | |

## **NOTICE OF REMOVAL**

Defendant, Mr. Ralph Heredia, hereby removes Case No. CIVDS2021913 from the Superior Court for San Bernardino County, California to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and as grounds for its removal states as follows.

## PROCEDURAL HISTORY AND RELEVANT FACTS

1.      On October 7, 2020, Plaintiff, Joseph Diaz, Jr., filed a Complaint in the Superior Court for San Bernardino County, California styled Joseph Diaz, Jr. v. RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, Case No. CIVDS2021913 (the "State Court Action"). A copy of the Complaint, with exhibits, is attached as **Exhibit A** hereto.

2.      Although Mr. Heredia has not been formally served with the summons and Complaint, a law firm that received a copy of the Complaint forwarded it to him.

3.      Mr. Heredia, cannot ascertain the identity of John Doe, Esq. or the Jane Does. Upon information and belief, no other co-defendants have been served; thus, as a practical consent to the removal action by all properly joined and served defendants exists. 28 U.S.C. § 1446(b)(2)(A); *see also Destfino v. Reiswig*, 630 F.3d 952, 957 (9th Cir. 2011); *see also Canty v. Providence Health Sys.-S. California*, No. LACV2003347JAKJPRX, 2020 WL 5701761, at *2–3 (C.D. Cal. Sept. 23, 2020). Additionally, John Doe, Esq. and the Jane Doe's defendants are "unknown." *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 FN1 (9th Cir. 1988) ("all defendants in a state action must join in the petition for removal, except for nominal, unknown or fraudulently joined parties.") (citations omitted); *see also Hafiz v. Greenpoint Mortg. Funding, Inc.*, 652 F. Supp. 2d 1050, 1052 (N.D. Cal. 2009), *aff'd sub nom. Hafiz v. Greenpoint Mortg. Funding*, 409 F. App'x 70 (9th Cir. 2010).

4.      The Complaint purports to assert eight causes of action including: (a) "fraud"; (b) "breach of fiduciary duty"; (c) "breach of implied-in-fact contract"; (d) "conversion"; (e) "tortious interference with prospective economic advantage"; (f) "violation of the Muhammad Ali Boxing Reform Act (15 U.S.C. §§ 6301, et. seq.)"; (g) "quantum meruit"; and (h) "accounting." Each of Plaintiff's claims is based on his contention that Mr. Heredia violated Federal and State law concerning regulation of professional boxing.

5.      Plaintiff purports to bring each of his claims on his behalf.

6.     The relief Plaintiff seeks includes, *inter alia*: (a) "compensatory damages in an amount to be determined at trial"; (b) "pre- and post-judgment interest at the maximum rate allowed by law"; (c) "punitive damages on the first, fourth, and fifth causes of action"; (d) "an accounting as alleged herein"; (e) "the recovery of reasonable attorneys' fees"; (f) "the costs of this suit"; and (g) "such other and further relief as the Court may deem just and proper."

## FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

7.     This Court has jurisdiction over this matter under 28 U.S.C. § 1331, because this case is a civil action arising under the laws of the United States. Here, Plaintiff explicitly pleads a violation of the Muhammad Ali Boxing Reform Act (15 U.S.C. §§ 6301 et. seq.) (hereinafter "Ali Act"). The Ali Act is a federal law and the federal question is presented on the face of the Plaintiff's Complaint in conformity with the "well-pleaded complaint rule." *See Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987) (citation omitted). "The Muhammad Ali Boxing Reform Act creates a private federal cause of action for boxers who are injured in violation of the Act." *Hall v. Muhammad, No.* C-03-5095 CRB, 2004 WL 859330, at *1 (N.D. Cal. Apr. 16, 2004). Further, several of the other claims Plaintiff alleges present a "substantial federal question" as the claims rely on the language in the Ali Act. *See e.g., Grable & Sons Metal Prod., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308 (2005).

## ALL PROCEDUREAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

8.     Pursuant to 28 U.S.C. § 1446(a) and Local Rules (LR) 3-1 & 7.1-1, a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action (which have been received but not been served on Mr. Heredia) are being filed with this Notice of Removal.

9.     This Notice of Removal has been filed within 30 days of the date that Mr. Heredia received the Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. §§ 1446(b).

10.     Venue is proper in this Court pursuant to 28 U.C.S. §§ 1441(a) and 1446(a) because the U.S. District Court for the Central District of California is the federal jurisdiction embracing the Superior Court for San Bernardino County, California where the State Court.

**CONCLUSION**

By this Notice of Removal, Mr. Heredia does not waive any objections he may have as to service, jurisdiction or venue, or any other defenses or objections he may have to this action. Mr. Heredia intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

Dated: November 9, 2020                    Respectfully submitted,


                                            /s/ *Rajan O. Dhungana*
                                            Rajan O. Dhungana (SBN: 297794)
                                            SAHARA LEGAL GROUP
                                            7320 S Rainbow Blvd., Suite 102-360
                                            Las Vegas, Nevada 89139
                                            Telephone: (310)795-6905
                                            rajan@saharalegal.com

                                            *Attorney for Defendant*
                                            Ralph Heredia

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I filed the foregoing Notice of Removal with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, I sent a copy via certified mail and email to the following:

James L. Greeley (SBN: 218975)
    jgreeley@vgcllp.com
Diyari Vázquez (SBN: 222461)
    dvazquez@vgcllp.com
Alexander R. Safyan (SBN: 277856)
    asafyan@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 256-8296

*Attorneys for Plaintiff*
Joseph Diaz, Jr.

Dated: November 9, 2020           Respectfully submitted,


                                        */s/ Rajan O. Dhungana*
                                        Rajan O. Dhungana (SBN: 297794)
                                        SAHARA LEGAL GROUP
                                        7320 S Rainbow Blvd., Suite 102-360
                                        Las Vegas, Nevada 89139
                                        Telephone: (310)795-6905
                                        rajan@saharalegal.com


                                        *Attorney for Defendant*
                                        Ralph Heredia