| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| RAJAN DHUNGANA<br>SAHARA LEGAL GROUP<br>7320 S Rainbow Blvd, Suite 102-360<br>Las Vegas, Nevada 89139 | |
| ATTORNEY(S) FOR: RALPH HEREDIA | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH DIAZ, JR., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v.<br>RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive.<br>Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _MR. RALPH HEREDIA_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Joseph Diaz Jr. | Plaintiff |
| Ralph Heredia | Defendant |

11/09/2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Ralph Heredia

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES