NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Alexander R. Safyan (SBN 277856)
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
(424) 256-8296

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIAZ, JR.<br><br>PLAINTIFF(S),<br>v.<br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; et. al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:20-cv-02332-JWH-KK<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On November 18, 2020, I served a true copy of the Summons, Complaint, and Civil Cover Sheet by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary:)

Place of Mailing: Los Angeles, California
Executed on November 18, 2020 at Los Angeles, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, RAJAN O. DHUNGANA, received a true copy of the within document on 11/19/2020.

_____
Signature

DEFENDANT
*Party Served*

CV-40 (01/00)     PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE