Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice* Motion
   Forthcoming)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br>     Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>     Defendants. | Case No.: 5:20−cv−02332 JWH (KKx) <br><br> MOTION TO DISMISS |

### **<u>DEFENDANT RALPH HEREDIA'S MOTION TO DISMISS</u>**

Defendant Ralph Heredia, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves to dismiss Plaintiff Joseph Diaz, Jr.'s Complaint. A memorandum of points and authorities in support of this motion and proposed order are attached hereto.

Motion To Dismiss - 1

| | | |
|---|---|---|
| 1 | Dated: December 9, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Rajan O. Dhungana* |
| | | Rajan O. Dhungana (SBN: 297794) |
| 4 | | Eric S. Montalvo (*Pro Hac Vice* Motion |
| 5 | |    Forthcoming) |
| | | FEDERAL PRACTICE GROUP |
| 6 | | 1750 K Street, N.W., Suite 900 |
| 7 | | Washington, D.C. 20006 |
| | | Telephone: (202) 862-4360 |
| 8 | | Fax: (888) 899-6053 |
| 9 | | rdhungana@fedpractice.com |
| 10 | | emontalvo@fedpractice.com |
| 11 | | |
| 12 | | *Attorneys for Defendant* |
| | | Ralph Heredia |

Motion To Dismiss - 2

# CERTIFICATE OF SERVICE

I hereby certify that on December 9 2020, I filed the foregoing Defendant Ralph Heredia's Motion to Dismiss with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, I sent a copy via certified mail and email to the following:

James L. Greeley (SBN 218975)
　jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
　dvazquez@vgcllp.com
Alexander R. Safyan (SBN 277856)
　asafyan@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 256-8296

*Attorneys for Plaintiff*
Joseph Diaz, Jr.

Dated: December 9, 2020            Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Rajan O. Dhungana*
　　　　　　　　　　　　　　　　　Rajan O. Dhungana (SBN: 297794)
　　　　　　　　　　　　　　　　　Eric S. Montalvo (*Pro Hac Vice* Motion
　　　　　　　　　　　　　　　　　　Forthcoming)
　　　　　　　　　　　　　　　　　FEDERAL PRACTICE GROUP
　　　　　　　　　　　　　　　　　1750 K Street, N.W., Suite 900
　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　Telephone: (202) 862-4360
　　　　　　　　　　　　　　　　　Fax: (888) 899-6053
　　　　　　　　　　　　　　　　　rdhungana@fedpractice.com
　　　　　　　　　　　　　　　　　emontalvo@fedpractice.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　Ralph Heredia

Motion To Dismiss – Certificate of Service