1  Rajan O. Dhungana (SBN: 297794)
       rdhungana@fedpractice.com
2  Eric S. Montalvo (*Pro Hac Vice* Motion
3      Forthcoming)
       emontalvo@fedpractice.com
4  FEDERAL PRACTICE GROUP
5  1750 K Street, N.W., Suite 900
   Washington, D.C. 20006
6  Telephone: (202) 862-4360
7  Fax: (888) 899-6053

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| Joseph Diaz, Jr., | Case No.: 5:20−cv−02332 JWH (KKx) |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | |
| Defendants. | |

    Defendant Ralph Heredia, through undersigned counsel, moves to dismiss Plaintiff Joseph Diaz, Jr.'s Complaint. The Court having considered Defendant's Motion to Dismiss hereby orders as follows:

//

//

[PROPOSED] ORDER - 1

1.  Plaintiff's First Cause of Action is dismissed.

Plaintiff Joseph Diaz, Jr. has failed to please sufficient allegations, failed to plead with particularity a fraudulent inducement theory of fraud, failed to plead with particularity a nondisclosure theory of fraud, failed to plead with particularity a concealment theory of fraud, and failed to adequately plead damages resulting from any type of fraud. The Court dismisses this action accordingly.

2.  Plaintiff's Second Cause of Action is dismissed.

Plaintiff Joseph Diaz, Jr. has alleged a breach of fiduciary duty against the wrong party, Ralph Heredia, and as such, cannot allege a breach of fiduciary duty against the wrong party. The Court dismisses this action accordingly.

3.  Plaintiff's Third Cause of Action is dismissed.

Plaintiff Joseph Diaz, Jr. had an express contract, and this cannot allege an implied-in-fact contract. The Court dismisses this action accordingly.

4.  Plaintiff's Fourth Cause of Action is dismissed.

Plaintiff Joseph Diaz, Jr. did not show a factual basis in support of the fundamental element of ownership necessary for a conversion action under California law. The Court dismisses this action accordingly.

5.  Plaintiff's Fifth Cause of Action is dismissed.

Plaintiff Joseph Diaz, Jr. fails to allege a prima facie case of tortious interference with prospective economic advantage under California law and failed to allege any wrongful conduct by Defendant to support the claim. The Court dismisses this action accordingly.

[PROPOSED] ORDER - 2

6. Plaintiff's Sixth Cause of Action is dismissed.

Plaintiff Joseph Diaz, Jr. fails to allege that Defendant is employed by Golden Boy Productions, and fails to show what harm Plaintiff has suffered as a result of Defendant's conduct, and fails to show any damages incurred. The Court dismisses this action accordingly.

7. Plaintiff's Seventh Cause of Action is dismissed.

Plaintiff Joseph Diaz, Jr. claim of quantum meruit fails because there was an express contract in place between Plaintiff and Defendant and Plaintiff does not allege that he has not been compensated a reasonable value for his services rendered. The Court dismisses t his action accordingly.

8. Plaintiff's Eighth Cause of Action is dismissed.

Plaintiff Joseph Diaz, Jr. has requested an action for accounting from the wrong party. Plaintiff had a contract with Heredia Boxing Management company and Mr. Moses Heredia, not with Defendant Heredia herein, and therefore the Plaintiff cannot request an accounting from the wrong party. The Court dismisses this action accordingly.

Dated: December 18, 2020          Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
Eric S. Montalvo (*Pro Hac Vice* Motion
   Forthcoming)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

[PROPOSED] ORDER - 3

rdhungana@fedpractice.com
emontalvo@fedpractice.com

*Attorneys for Defendant*
Ralph Heredia

[PROPOSED] ORDER - 4

# CERTIFICATE OF SERVICE

I hereby certify that on December 17 2020, I filed the foregoing Defendant Ralph Heredia's [Proposed] Order with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, I sent a copy via certified mail and email to the following:

James L. Greeley (SBN 218975)
    jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
    dvazquez@vgcllp.com
Alexander R. Safyan (SBN 277856)
    asafyan@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 256-8296

*Attorneys for Plaintiff*
Joseph Diaz, Jr.

Dated: December 18, 2020

Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
Eric S. Montalvo (*Pro Hac Vice* Motion Forthcoming)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
rdhungana@fedpractice.com
emontalvo@fedpractice.com

*Attorneys for Defendant*
Ralph Heredia

[PROPOSED] ORDER – Certificate of Service