James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Alexander R. Safyan (SBN 277856)
  asafyan@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**DECLARATION OF ALEXANDER R. SAFYAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT RALPH HEREDIA'S MOTION TO DISMISS**<br><br>Date:        January 8, 2021<br>Time:       9:00 a.m.<br>Courtroom: 2<br>Judge:      Hon. John W. Holcomb |

I, Alexander R. Safyan, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a litigation partner at VGC, LLP, counsel of record for Plaintiff Joseph Diaz, Jr. ("Plaintiff"). I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.

2. Defendant Ralph Heredia filed a motion to dismiss Plaintiff's Complaint on December 9, 2020. (Dkt. 9.) Prior to filing this motion to dismiss (and after), Defendant Heredia's counsel did not make any attempt to meet and confer with Plaintiff's counsel as required by Central District Local Rule 7-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 18, 2020 in Los Angeles, California.

_____
Alexander R. Safyan