# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER DENYING DEFENDANT RALPH HEREDIA'S MOTION TO DISMISS** <br><br> Date:        January 8, 2021 <br> Time:       9:00 a.m. <br> Courtroom:  2 <br> Judge:      Hon. John W. Holcomb |

| | |
|---|---|
| 1 | The Court, having considered Defendant Ralph Heredia's motion to dismiss, |
| 2 | all papers submitted in support thereof and in opposition thereto, the arguments of |
| 3 | counsel, and all other records on file in this action and matters properly before it, |
| 4 | hereby orders as follows: |
| 5 | The motion to dismiss is **DENIED.** |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | Dated: _____     By: _____ |
| 10 | Hon. John W. Holcomb |
|  | United States District Judge |

- 1 -

[PROPOSED] ORDER DENYING MOTION TO DISMISS