# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSEPH DIAZ JR.<br><br>Plaintiff(s),<br><br>v.<br><br>RALPH HEREDIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:20–cv–02332–JWH–KK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __12/18/2020__

Document Number(s):   __13__

Title of Document(s):   __[Proposed] Order__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notices–Notice of Lodging

A stand–alone proposed order should be e–filed as a Notice of Lodging, with the separate, additional attachment of the proposed order. There is no signature and date line at the end of this proposed order. Docket entry text does not match text of attached document

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ December 21, 2020 _

By: _ /s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov _
    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**