Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>v.                                   Plaintiff(s)<br><br>RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>                                   Defendant(s). | CASE NUMBER<br><br>5:20−cv−02332 JWH (KKx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

MONTALVO, ERIC, S.   of   FEDERAL PRACTICE GROUP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1750 K Street, N.W., Suite 900
(202) 862-4360   (888) 899-6083   Washington, D.C. 20006
*Telephone Number*   *Fax Number*
EMontalvo@fedpractice.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

HEREDIA BOXING MANAGEMENT, INC.
MOSES HEREDIA
*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

DHUNGANA, RAJAN, O.   of   FEDERAL PRACTICE GROUP
*Designee's Name (Last Name, First Name & Middle Initial)*   1750 K Street, N.W., Suite 900
297794   (202) 862-4360   (888) 899-6083   Washington, D.C. 20006
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
RDhungana@fedpractice.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge