

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Eric Sebastian Montalvo, Esq.*

**DATE OF ADMISSION**

*November 21, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 14, 2020

Elizabeth E. Zisk
Chief Clerk