Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH DIAZ, JR., Plaintiff(s) | CASE NUMBER |
|---|---|
| v. | 5:20−cv−02332 JWH (KKx) |
| RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, Defendant(s). | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Montalvo, Eric S.
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 862-4360     (888) 899-6083
*Telephone Number*     *Fax Number*
EMontalvo@fedpractice.com
*E-Mail Address*

of FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

RALPH HEREDIA

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

DHUNGANA, RAJAN, O.
*Designee's Name (Last Name, First Name & Middle Initial*
297794     (310) 795-6905     8888996083
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

*E-Mail Address*

of FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: December 30, 2020**

John W. Holcomb, U.S. District Judge