# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER DENYING DEFENDANT RALPH HEREDIA'S MOTION TO DISMISS (ECF NO. 23)** <br><br> Date:       February 19, 2021 <br> Time:       9:00 a.m. <br> Courtroom: 2 <br> Judge:      Hon. John W. Holcomb |

1  The Court, having considered Defendant Ralph Heredia's motion to dismiss
2  (ECF No. 23), all papers submitted in support thereof and in opposition thereto, the
3  arguments of counsel, and all other records on file in this action and matters properly
4  before it, hereby orders as follows:
5  The motion to dismiss is **DENIED** in its entirety.

7  IT IS SO ORDERED.

9  Dated: _____    By: _____
10                                     Hon. John W. Holcomb
                                       United States District Judge

- 1 -

[PROPOSED] ORDER DENYING
MOTION TO DISMISS