| | |
|---|---|
| 1 | Rajan O. Dhungana (SBN: 297794) |
| |    rdhungana@fedpractice.com |
| 2 | Eric S. Montalvo (*Pro Hac Vice*) |
| 3 |    emontalvo@fedpractice.com |
| | FEDERAL PRACTICE GROUP |
| 4 | 1750 K Street, N.W., Suite 900 |
| 5 | Washington, D.C. 20006 |
| | Telephone: (202) 862-4360 |
| 6 | Fax: (888) 899-6053 |
| 7 | |
| 8 | *Attorneys for Defendant* |
| 9 | Mr. Ralph Heredia |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**(EASTERN DIVISION)**

| | |
|---|---|
| Joseph Diaz, Jr., | Case No.: 5:20-cv-02332-JWH-KKx |
|     Plaintiff, | |
| vs. | **NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO DISMISS (ECF NO. 23) AND MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION** |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | |
|     Defendants. | Date: March 12, 2021<br>Time: 9:00 a.m.<br>Courtroom: 2<br>Judge: Hon. John W. Holcomb |

NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO DISMISS (ECF NO. 23) AND MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION

1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on March 12, at 9:00 a.m., before the Honorable John W. Holcomb, in Courtroom 2 of the United States Courthouse for the Central District of California, Eastern Division, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, Defendant Ralph Heredia will and hereby does move the Court to withdraw Defendant Heredia's motion to dismiss (ECF No. 23) and move to compel arbitration and/or stay the proceedings pending arbitration.

This motion is made following the conference of counsel pursuant to Local Rule (L.R.) 7-3. Pursuant to Local Rule 7-3, on February 5, 2021 (more than five days prior to the last day for filing the motion) counsel for Defendant, Eric Montalvo e-mailed counsel for Plaintiff Alexander Safyan, to conduct a meet and confer concerning the intent to file the motion to compel arbitration or stay the proceedings pending arbitration. Plaintiff's counsel responded his client would not consent to a motion to stay the proceedings pending arbitration. As such, counsels were unable to reach a resolution for the motion.

As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested.

//
//
//
//
//
//
//
//
//

NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO DISMISS (ECF NO. 23) AND MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION

2

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the pleadings and papers filed in this action; and such further argument and matters as may be offered at the time of the hearing of this motion.

Dated: February 5, 2021                Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, California 92344

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Appearing Pro Hac Vice*)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006

*Attorneys for Defendant*
Ralph Heredia

NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO DISMISS (ECF NO. 23) AND MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION