# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br>　　　　Plaintiff, <br><br>vs. <br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>　　　　Defendants. | Case No.: 5:20-cv-02332-JWH-KKx <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS (ECF NO. 23) AND MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION** |

[PROPOSED] ORDER- 1

Currently pending before the Court is Defendant Ralph Heredia's Motion to Withdraw Motion to Dismiss (ECF No. 23) and Motion to Compel Arbitration and/or Stay the Proceedings Pending Arbitration pursuant to the boxer-manager contract in question, the Federal Arbitration Act, and associated case law. After considering the papers filed in support of and in opposition to the Motion, the Court orders that the Motion is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is hereby **WITHDRAWN**;

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel Arbitration is **GRANTED**;

**IT IS FURTHER ORDERED** that the parties are directed to proceed with arbitration expeditiously before the California State Athletic Commission and to cooperate in all respects to facilitate that proceeding;

**IT IS FURTHER ORDERED** that this case be **REMOVED** from the active docket and place on the inactive docket;

**IT IS FURTHER ORDERED** that this case is **STAYED** pending the outcome of arbitration;

**IT IS FURTHER ORDERED** that the parties notify the Court within ten (10) days of termination of arbitration proceedings and provide a statement concerning the effect of the arbitration on the claims asserted in this action;

**IT IS SO ORDERED**.

Dated: _____2021

By_____
The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER- 2