# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIAZ JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KKx <br><br> **ORDER RE MOTION OF DEFENDANT TO WITHDRAW SECOND MOTION TO DISMISS AND TO COMPEL ARBITRATION [ECF No. 25]** |

On January 5, 2021, this Court entered an order denying without prejudice the motion of Defendant Ralph Heredia to dismiss the Complaint of Plaintiff Joseph Diaz, Jr.[1] On January 19, 2021, Heredia again moved to dismiss Diaz's Complaint,[2] and Diaz timely filed his opposition to that motion on January 29, 2021.[3] On February 5, 2021, Heredia moved to withdraw the Second Motion to Dismiss and to compel arbitration (all in the same filing).[4]

Under this Court's Local Rules, a party that no longer seeks the relief that it has requested in a pending motion may simply *withdraw* that motion by providing appropriate notice, see L.R. 7-16; that party need not make *another motion* to withdraw its pending motion. In view of that background, the Court will construe Heredia's instant Motion as a L.R. 7-16 notice of withdrawal of his Second Motion to Dismiss. Heredia's Second Motion to Dismiss is hereby deemed **WITHDRAWN**.

In his Motion, Heredia also seeks to compel arbitration. The parties are **DIRECTED** to file their respective response and reply papers pertaining to that requested relief in accordance with the Local Rules. All counsel are also **DIRECTED** to review thoroughly and hereafter to comply assiduously with this Court's Local Rules.

**IT IS SO ORDERED.**

Dated: February 10, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Order Denying Def.'s Mot. to Dismiss Without Prejudice [ECF No. 22].
[2] Def.'s Second Mot. to Dismiss Case (the "Second Motion to Dismiss") [ECF No. 23].
[3] Pl.'s Opp'n to the Second Motion to Dismiss [ECF No. 24].
[4] Def.'s Motion to Withdraw the Second Motion to Dismiss, and Motion to Compel Arbitration (the "Motion") [ECF No. 25].