James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **DECLARATION OF JOSEPH DIAZ, JR. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT RALPH HEREDIA'S MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION** <br><br> Date:        March 12, 2021 <br> Time:       9:00 a.m. <br> Courtroom: 2 <br> Judge:      Hon. John W. Holcomb |

I, Joseph Diaz, Jr., hereby declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Boxer-Manager Contract that I signed along with Moses Heredia, effective February 23, 2017. I recognize my and Moses Heredia's signatures on the contract.

3. I never signed any agreement with Ralph Heredia (Moses' brother). I never agreed to arbitrate any potential claims against Ralph Heredia.

4. Attached hereto as **Exhibit B** is a true and correct copy of an email I received from Patrisha Blackstock from the California State Athletic Commission on August 24, 2020 informing me that Moses Heredia had made a request for arbitration against me to the Commission (the "Arbitration"). I retained the law firm of VGC, LLP to represent me in connection with the Arbitration.

5. The Arbitration concerns Moses Heredia's "sole and exclusive" rights as my boxing manager under the Boxer-Manager Contract. Moses was outwardly upset that I had signed a *business advisory* agreement with a third party called MTK Global that he believed usurped his managerial rights. It did not, which I intend to prove at the Arbitration.

6. Attached hereto as **Exhibit C** is a true and correct copy of an email I received from Moses Heredia on August 20, 2020. In that email, Moses wrote, as applicable here: "I will let the commission confirm my sole and exclusive rights as Manager and the federal courts can then deal with the damages you, MTK Global, and anyone else involved in your betrayal have caused."

7. My claims in this case are not against Moses Heredia and do not relate to the Boxer-Manager Contract (according to Moses himself, those will be dealt with later). My claims here are against Ralph Heredia (Moses' brother) and an unknown

lawyer, John Doe, Esq., who I believe Ralph Heredia hired for himself and paid with my boxing proceeds without my knowledge or consent.

8. I have only ever dealt with Moses and Ralph Heredia individually. I have never met any employees of "Heredia Boxing Management, Inc."

9. I never signed any agreement with "Heredia Boxing Management, Inc." or "HBM." I never agreed to arbitrate any potential claims against "Heredia Boxing Management, Inc." or "HBM."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 19, 2021 in Los Angeles, California.

_____
Joseph Diaz, Jr.