James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>       Plaintiff,<br><br>    v.<br><br>RALPH HEREDIA, true name<br>RAFAEL HEREDIA TARANGO, a/k/a<br>RAFAEL HEREDIA, a/k/a RAFAEL<br>BUSTAMANTE; JOHN DOE, ESQ.;<br>and JANE DOES 1 through 20,<br>inclusive,<br><br>       Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**DECLARATION OF JAMES L.<br>GREELEY IN SUPPORT OF<br>PLAINTIFF'S OPPOSITION TO<br>DEFENDANT RALPH HEREDIA'S<br>MOTION TO COMPEL<br>ARBITRATION AND/OR STAY<br>THE PROCEEDINGS PENDING<br>ARBITRATION**<br><br>Date:        March 12, 2021<br>Time:       9:00 a.m.<br>Courtroom:  2<br>Judge:     Hon. John W. Holcomb |

I, James L. Greeley, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and before this Court.  I am a principal of VGC, LLP, counsel of record for Plaintiff Joseph Diaz, Jr.  I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.

2.    On September 1, 2020, I received an email that Mr. Diaz had received from the California State Athletic Commission on August 24, 2020 informing him that his manager-of-record Moses Heredia had requested arbitration against Mr. Diaz before the Commission.  My colleague Alex Safyan and I prepared a response on Mr. Diaz's behalf to the Commission, which we sent on October 2, 2020.  Attached hereto as **Exhibit D** is a true and correct copy of our email to the Commission.

3.    The arbitration has not yet been scheduled due to concerns about conducting the arbitration in person during the COVID-19 pandemic.

4.    On October 7, 2020, my firm filed on Mr. Diaz's behalf a Complaint in San Bernardino County Superior Court against Defendant Ralph Heredia.  (See ECF No. 3.)  The action was removed to this Court on November 9, 2020.  (See ECF No. 1.)  On December 9, 2020, Defendant Heredia filed a motion to dismiss Plaintiff's Complaint.  (ECF No. 9.)  Prior to filing this motion to dismiss, Defendant Heredia's counsel did not make any attempt to meet and confer with Plaintiff's counsel as required by Central District Local Rule 7-3.  The Court denied Defendant Heredia's first motion to dismiss, without prejudice, based on his violation of Local Rule 7-3. (ECF No. 22.)

5.    On January 19, 2021, Defendant Heredia filed a second motion to dismiss. (ECF No. 23.)  It was not until after Mr. Diaz filed his opposition to this second motion to dismiss, and on the day that Heredia's reply brief was due, February 5, 2021, that Heredia filed the instant "Motion to Withdraw Motion to Dismiss (ECF No. 23) and Motion to Compel Arbitration and/or Stay the Proceedings Pending Arbitration." (See ECF No. 25.)

6.      The first time that Heredia's counsel mentioned a potential motion to stay this proceeding pending arbitration was on Friday afternoon, February 5, 2021, at 12:51 p.m.—only a few hours before filing the instant motion.  Attached hereto as **Exhibit E** is a true and correct copy of Heredia's counsel's email to my colleague Alex Safyan asking whether Mr. Diaz would "consent to a motion to stay the proceedings pending arbitration," and Mr. Safyan's response.  I was copied on both emails.  There was no other communication of any kind from Heredia's counsel relating to the instant motion.  The motion was filed later that same evening on February 5, 2021, at 10:15 p.m., via the Court's CM/ECF system.

7.      Mr. Diaz has incurred over $24,000 in attorneys' fees and expenses in having to respond to Defendant Heredia's two motions to dismiss.  This includes nearly 40 hours of Mr. Safyan's time at a rate of $495 per hour, and approximately 8 hours of my time at a rate of $525 per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 19, 2021 in Los Angeles, California.

*/s/ James L. Greeley*
James L. Greeley

GREELEY DECLARATION ISO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION