# EXHIBIT C



---------- Forwarded message ----------
From: **Moses Heredia** <mheredia@globalprocessingsystems.com>
Date: Thursday, August 20, 2020
Subject: golden boy offer
To: "jojotheboxer@gmail.com" <jojotheboxer@gmail.com>


Jojo,


As you know and should have already been advised by your attorney, I am still your manager of record and will continue to operate as such with, as always, your best interests in mind.


While I simply do not have the words to describe the pain I feel by your actions, I will let the commission confirm my sole and exclusive rights as Manager and the federal courts can then deal with the damages you, MTK Global, and anyone else involved in your betrayal have caused.


Yesterday, we received an email from Golden Boy and it is my duty to pass on the information to you.  Golden Boy's attorney said that Golden Boy has received an offer from Titov Boxing, the promoter of Shavkat Rakhimov (the IBF mandatory challenger), to defend your IBF title on October 9, 2020 in Russia for a purse of $280,000.


This offer is of course much less than the $500,000 offer for a rematch with Tevin Farmer this fall on DAZN.  Since you instructed us to turn down the Farmer offer, I presume you will be turning down this offer as well (which I of course agree with) and we will continue with your previous desire to go to purse bid on the mandatory bout.


I cannot help but think that you declined the Farmer bout this fall and instructed me to request $1million for Farmer or to pursue the mandatory because you were already negotiating with MTK behind my back.  But again, we will let the legal process take its course and determine the damages these actions have caused.


In the meantime, please confirm in writing how you would like me to respond to Golden Boy.  My recommendation would be to ask Golden Boy whether they have made any offers to Rakhimov and to find out what their efforts have been to host the mandatory bout in the U.S.. before it goes to purse bid.  Golden Boy simply sending the offer from the Russians without doing anything about defending the title here in the U.S. makes them look weak and bad as your promoter.   They need to be put on the spot for doing absolutely

nothing and simply offering to sell you to Russia.

If I don't hear from you by tomorrow, I will respond to Golden Boy accordingly.

Moses