# EXHIBIT E

| | |
|---|---|
| **Subject:** | Re: Diaz v. Heredia, et al., Case No. 5:20-cv-02332 - Meet and Confer |
| **Date:** | Friday, February 5, 2021 at 1:05:05 PM Pacific Standard Time |
| **From:** | Alex Safyan |
| **To:** | Eric Montalvo |
| **CC:** | Ji-Eun Lee, Daisy Chung, Carol Thompson, Rajan Dhungana, Jason Moy, James Greeley, Diyari Vazquez |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png |

No.


Alexander R. Safyan | Litigation Partner



t: 424.256.8296 | www.vgcllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Eric Montalvo <emontalvo@fedpractice.com>
**Date:** Friday, February 5, 2021 at 12:51 PM
**To:** Alex Safyan <asafyan@vgcllp.com>
**Cc:** Ji-Eun Lee <jlee@fedpractice.com>, Daisy Chung <DChung@fedpractice.com>, Carol Thompson <CThompson@fedpractice.com>, Rajan Dhungana <rdhungana@fedpractice.com>, Jason Moy <jmoy@fedpractice.com>
**Subject:** Diaz v. Heredia, et al., Case No. 5:20-cv-02332 - Meet and Confer

Mr. Safyan,

Good afternoon.  The purpose of this email to request whether Mr. Diaz will consent to a motion to stay the proceedings pending arbitration?

R/

Eric S. Montalvo
Founding Partner



   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.