Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KK <br><br> **DECLARATION OF CARMINA LEDESMA IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION** <br><br> Date:    March 12, 2021 <br> Time:    9:00 a.m. <br> Courtroom:  2 <br> Judge:   Hon. John W. Holcomb |

CARMINA LEDESMA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

1

I, Carmina Ledesma, hereby declare as follows:

1. I, Carmina Ledesma, have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.

2. I am an employee of Heredia Boxing Management, Inc.

3. I have reviewed the Declaration signed by Mr. Diaz on February 19, 2021 wherein Mr. Diaz claims to "never met any employees of 'Heredia Boxing Management, Inc.'"

4. Mr. Diaz met me in person at the offices of Heredia Boxing Management, Inc. and Global Processing Systems, Inc.

5. Based on his interactions with me, I believe he knew I was an employee of Heredia Boxing Management, Inc. Mr. Moses Heredia instructed me to assist Mr. Diaz with his bills. The financial assistance was paid from the Heredia Boxing Management, Inc. account. My understanding was that Mr. Diaz would repay Heredia Boxing Management, Inc. after his next fight. Mr. Diaz and I exchanged text messages concerning his bills.

6. Attached hereto as **Exhibit A** is a true and correct copy portion of a text exchange I had with Mr. Diaz. In these text messages, Mr. Diaz provided information concerning bills he requested Heredia Boxing Management, Inc. pay. I recognize these screen captures as they are screen captures from my phone and fairly and accurately depict a portion of the conversation between Mr. Diaz and me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed February 26, 2020 in Los Angeles, California.

_Carmina Ledesma_
Carmina Ledesma

CARMINA LEDESMA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

2

# EXHIBIT A



**Feb 10, 2020, 12:53 PM**

Jojos New Number

Carmina here is all my information for my bills. Thank you!

Rent:

https://colonyatthelakes.securecafe.com/residentservices/the-colony-at-the-lakes/userlogin.aspx

Pass:

myAT&T    Your online AT&T bill is ready, JOSEPH.

Hi JOSEPH,

Your monthly wireless bill is now available at myAT&T.

Account number: ▇▇▇▇▇▇32
Payment due: 02/17/2020
Bill total: $590.85

User ID: j▇▇▇▇▇▇▇▇▇▇.com Or, sign in with your wireless number ending in ▇▇8



**Carmina Office**

Received, I'll get these paid. Thank you JoJo!

Feb 11, 2020, 10:48 AM

Jojos New Number

Carmina did you pay the sce bill? My electricity just went off



Tue, Mar 3, 2:27 PM

Jojos New Number

✅ **Your payment was successful!** A confirmation email has been sent to j▇▇▇▇▇.com.

If you would like your rent paid automatically every month, please set up an automatic monthly payment.

You can access payment details anytime from the Payments page.

**Payment Details**                                🖨 Print

Confirmation Number:
▇▇▇▇35

Payment Date:
3/3/2020 2:26 PM (PST)

Payment Account:
RALPH HEREDIA Chk *****1300

Payment Amount:
$2,816.51

> Carmina took care of the rent payment already with Ralph, here is the confirmation for you can have saved, also I will be sending you other payments that are due no later than tomorrow thank you

Carmina Office





**Tue, Mar 10, 11:48 AM**

Jojos New Number

Thank you can you please take care of the spectrum bill as well



Dear **JOSEPH DIAZ**,

Your most recent Spectrum bill is available online.

To view your statement, pay your bill, or enroll in Auto Pay, sign in to Spectrum.net as Head of Household or Admin.

Learn more about your billing statement.

**Account Information**
Account Number: ████████26
Statement Amount: $261.16
Payment Due: 03/19/2020

Thank you for choosing Spectrum,

**Wed, Mar 18, 10:22 AM**

Carmina Office



Spectrum has been paid $261.16 confirmation #████13

  iMessage 

