Rajan O. Dhungana (SBN: 297794)
    rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
    emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>    Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 5:20-cv-02332-JWH-KK<br><br>**DECLARATION OF MOSES HEREDIA IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION**<br><br>Date:      March 12, 2021<br>Time:     9:00 a.m.<br>Courtroom: 2<br>Judge:    Hon. John W. Holcomb |

MOSES HEREDIA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

1

I, Moses Heredia, hereby declare as follows:

1. I, Moses Heredia, have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto and hereby declare as follows:

2. I am a co-owner and CEO of Heredia Boxing Management, Inc. (hereinafter "HBM") a duly registered California Corporation.

3. Mr. Ralph Heredia is also a co-owner and employed by HBM.

4. I am Mr. Joseph "JoJo" Diaz, Jr.'s licensed contracted boxing manager.

5. I am duly licensed before the California State Athletic Commission (hereinafter "Commission").

6. I have reviewed the Declaration signed by Mr. Diaz on February 19, 2021.

7. On February 23, 2017, Mr. Diaz and I signed and executed a Boxer-Manager Contract (hereinafter "Contract"). Mr. Larry Ervin from the Commission, in accordance with statue, oversaw the signing of the Contract.

8. The Commission subsequently approved this Contract on February 24, 2017.

9. This executed and approved Boxer-Manager Contract is attached to Mr. Diaz's Declaration Exhibit A.

10. I recognize my and Mr. Diaz's signature on the contract. This document is prepared in the ordinary scope of the business of HBM. This document is stored in electronically and is readily retrievable from our servers. It is a regular part of my business to keep and maintain records of this type.

11. Mr. Diaz's falsely claims in his Declaration to have never met any employees of HBM.

MOSES HEREDIA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

2

12. Mr. Diaz maintained frequent communications with Ms. Carmina Ledesma. *See* Declaration of Ms. Carmina Ledesma.

13. Mr. Diaz and I had an oral agreement that I would advance him money to pay his bills and recuperate that amount from the purse of his next fight. These were personal no interest loans extended to him in order to mitigate his increasingly erratic addictive behavior and handling of money.

14. Pursuant to the terms of the oral agreement, Mr. Diaz would provide Ms. Ledesma information concerning his bills and Ms. Ledesma would pay the bills. The actions of Mr. Diaz and I demonstrate that I accepted Mr. Diaz's offer and we intended to enter into an oral agreement so Mr. Diaz could focus on his boxing career.

15. I also insisted that he avail himself of medical care which I also paid for through HBM's account.

16. I directed Ms. Ledesma to assist Mr. Diaz and pay him from the HBM. Mr. Diaz sent Ms. Ledesma with information concerning his bills through text messages. Ms. Ledesma paid the majority of the bills online. *See* Declaration of Ms. Carmina Ledesma and Exhibit A concerning the text messages.

17. Furthermore, HBM also sent additional money via check to Mr. Diaz.

18. Attached hereto as **Exhibit B** are true and correct images of checks sent from HBM to Mr. Diaz. I recognize the checks as they were sent from the HBM account and fairly and accurately depict a portion of the checks HBM has sent to Mr. Diaz.

19. On July 24, 2020, Mr. Diaz texted me concerning our future and asked for an additional $4,000.00.

20. Attached hereto as **Exhibit C** is a true and correct copy of the July 24, 2020 text exchange between Mr. Diaz and me. I recognize this screen captures as it

MOSES HEREDIA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

3

is a screen capture from my phone and fairly and accurately depict a portion of the conversation between Mr. Diaz and me.

21. Attached hereto as **Exhibit D** is a true and correct copy of an image of a check sent on July 25, 2020 from me to Mr. Diaz. I recognize the check as it was sent from one of my accounts and fairly and accurately depict check I sent to Mr. Diaz on July 25, 2020.

22. On or about August 12, 2020, I learned for the first time through social media that Mr. Diaz signed with MTK Global management and promotion company.

23. On or about August 20, 2020, I submitted a proper request for arbitration to the Commission per the terms of the Boxer-Manager Contract.

24. Attached hereto as **Exhibit E** is a true and correct copy of the Request for Arbitration, cover letter, and declaration. I recognize my signature on the Request for Arbitration and declaration. I also recognize the cover letter drafted by Mr. Steve Bash as I reviewed that document. The Commission accepted the request. The arbitration is in the process of being scheduled within the next 60 days and have been delayed due to the ongoing COVID-19 pandemic.

25. At no time between August 12, 2020 through the present has Mr. Diaz included me in ongoing negotiations with Golden Boy Promotions up to and including the securing of the mandatory title defense fight against Mr. Shavkatdzhon Rakhimov.

26. All attempts in reaching an understanding have been met with hostility.

27. On or about February 12, 2021, prior to the mandatory title defense fight against Mr. Shavkatdzhon Rakhimov, Mr. Diaz failed to make weight.

28. Mr. Diaz's failure to make weight resulted in him forfeiting his IBF super featherweight belt and having to pay fines to the Commission. Mr. Diaz's

MOSES HEREDIA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

4

unlicensed managers then entered into negotiations with Mr. Rakhimov's promoter to salvage the fight. These negotiations are a strictly management function.

29. I did not participate in these negotiations. I was informed that during the negotiations and communication with the Commission that Mr. James Greeley of VGC, LLP asserted that the boxing management contract was "not valid" and "no payment would be made to HBM." Mr. Paul Gibson from MTK Global also took the same position contrary to the Commissions that payment should be made.

30. Under the Boxer-Manager Contract, Mr. Diaz is required to pay 18% of his purse to me as his manager. This did not occur after the fight on February 13, 2021. As of the date of this Declaration, it still has not yet occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 26, 2020 in Los Angeles, California.

*/s/ Moses Heredia*

Moses Heredia

MOSES HEREDIA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

5

# EXHIBIT B

IMAGE DETAILS

Front | Back

**HEREDIA BOXING MANAGEMENT**
2120 FOOTHILL BLVD., STE. 107
LA VERNE, CA 91750-2998

1657
90-7162/3222

Date: 9-17-19

Pay to the Order of: Joseph Diaz   $ 500.—

Five Hundred ———— Dollars

CHASE
JPMORGAN CHASE BANK, N.A.
www.Chase.com

For _____

⑈322271627⑈  8638552300⑈ 1657

IMAGE DETAILS — Front | Back

**HEREDIA BOXING MANAGEMENT**
2120 FOOTHILL BLVD., STE. 107
LA VERNE, CA 91750-2998

1654
90-7162/3222

Date: 9.12.19

Pay to the Order of: Joseph Diaz    $ 500 —

Five Hundred — Dollars

**CHASE**
JPMORGAN CHASE BANK, N.A.
www.Chase.com

For: Rent A Car

:322271627: 863855230  1654

IMAGE DETAILS — Front | Back

**HEREDIA BOXING MANAGEMENT**
2120 FOOTHILL BLVD., STE. 107
LA VERNE, CA 91750-2998

No. 1430
90-7162/3222

Date: 7-19-19

Pay to the Order of: Joseph Diaz       $ 500.—

Five hundred — Dollars

CHASE
JPMORGAN CHASE BANK, N.A.
www.Chase.com

For: Training

⑆322271627⑆  8638552301430

# EXHIBIT C

2:29

**JoJo Diaz Jr**

Fri, Jul 24, 3:24 PM

> Hey what's up Moses! I thought I replied. Thanks you, I'm excited for this new journey as well. Big things to come, the future is bright. I was wondering if you can do me a favor Moses. I need some money around 4K for personal use and to cover my gf's tuition for school. I've been trying to get ahold of Ralph. But I know he's being isolated and try to get better. I'll pay back with the remaining amount I owe after this next fight. Hope all is well, everything been good over here been training everyday at the teamsters gym. Cutting the weight and getting ready for my fight date. We gotta a lot to accomplish still and a lot of money to make.

Sat, Jul 25, 1:58 PM



# EXHIBIT D





# EXHIBIT E



August 20, 2020

Mr. Andy Foster
Executive Officer
California State Athletic Commission
2005 Evergreen Street, Suite 2010
Sacramento, CA 95815

Re: Request for Arbitration by Manager Moses Heredia (Contract #M-2017-0006)

Dear Mr. Foster:

This firm has been retained by Manager Moses Heredia in relation to a dispute between Mr. Heredia and Boxer Joseph Diaz Jr..

Pursuant to California Business and Professions Code Section 18611 and California Code of Regulations Title 4, Chapter 1, Section 227 (The Boxing Act), please find attached a duly signed Request For Arbitration and supporting Declaration of Moses Heredia.

It is our belief the Commission's goals of ensuring the integrity of the sport of boxing in the interest of the general public and the participating boxers and managers in California make this dispute an important one for Arbitration in California.

Mr. Heredia has dutifully represented the interests of Mr. Diaz for many years, including dealing with often times difficult relations/negotiations with Golden Boy Promotions to maximize Mr. Diaz' earnings and help Mr. Diaz reach the pinnacle of boxing success. This has been accomplished despite many personal life transgressions by Mr. Diaz that Mr. Heredia has attempted to help Mr. Diaz cure. It appears that now that Mr. Diaz has attained his world title, he has chosen to circumvent his Manager-Fighter relationship and entered into a different contractual relationship with a third party.

For reasons including but not limited to the foregoing, we kindly ask that you accept this Request For Arbitration and inform us of the earliest date available.

Please contact me if you need any further information regarding this matter.

Sincerely,

Steven Bash, Esq.
Bash and Polyachenko, P.C.

CC:

Office of the Attorney General
300 South Spring Street Suite 5212
Los Angeles, California 90013





BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY • GOVERNOR EDMUND G. BROWN JR.

**CALIFORNIA STATE ATHLETIC COMMISSION**
2005 Evergreen Street, Suite 2010 | Sacramento, California 95815
Phone: (916) 263-2195   Fax: (916) 263-2197
Website: www.dca.ca.gov/csac   Email: CSAC@dca.ca.gov

## REQUEST FOR ARBITRATION

This request is to be forwarded to the Commission office and the Office of the Attorney General at 300 South Spring Street Suite 5212 Los Angeles, California 90013. You must turn in a copy of the contract over which Arbitration is sought. If you do not have a copy, please contact the Athletic Commission.

Name: **Moses Heredia**
Address: **1 Morning Dove Laguna Niguel, Ca. 92677**
Telephone Number: **909-717-7144**
Email Address: **Mheredia@globalprocessingsystems.com**
Type of License Person Holds: **Boxing Manager**

Please note three dates of availability in the next 90 days:
1. **9/22/20**   2. **9/30/20**   3. **10/7/20**

Which of the following geographic locations is preferred? (Please circle one.)

____ Sacramento    **X** Los Angeles    ____ San Francisco    ____ San Diego

Will you require the services of an interpreter? ____ Yes   **X** No   If Yes, please state what Language: ____

### Statement

See attached declaration

_Appellant Signature_   Date of Request: **8/20/20**

FOR COMMISSION USE ONLY

Date Received: ____   Receive By: ____

# DECLARATION

I, Moses Heredia, hereby declare:

1. I am the duly licensed manager of professional boxer Joseph Diaz, Jr. (CSAC Manager-Fighter Contract M-2017-0006).

2. Since his professional debut in 2012, Mr. Diaz has benefitted tremendously from my and my entire family's tireless and devoted dedication in advancing his professional boxing career. We have made tremendous accomplishments despite a contentious and conflicting relationship with Mr. Diaz' promoter Golden Boy Promotions and Mr. Diaz' repeated poor judgments and misdeeds in his personal life that have potentially compromised his future.

3. On August 12, 2020, a public announcement was made that Mr. Diaz signed a contract with MTK Global, a foreign company that proclaims themselves to be "the world's foremost boxer management company" and claims to manage "over 300+ boxers" (www.mtkglobal.com). Mr. Diaz had privately and publicly confirmed the signing with MTK Global.

4. Mr. Diaz' communications and negotiations with MTK Global were done in secrecy and completely unbeknownst to me. His signing with MTK Global is a direct violation of our Manager-Fighter Agreement and the sole and exclusive rights granted to me as his Manager.

5. Mr. Diaz has not responded to any communications from me since the MTK Global signing. When my attorney contacted MTK Global CEO Bob Yalin regarding their tortious interference with my contractual relationship with Mr. Diaz, we were informed that Mr. Diaz has retained his own attorney in this matter and a dispute exists with respect to Mr. Diaz' intentions to honor the Manager-Fighter Agreement.

6. I hereby request the California State Athletic Commission exercise its jurisdiction and authority to regulate all boxing contracts entered into in California and schedule an Arbitration in this matter. I also request that the California State Athletic Commission exercises its duty and authority to protect its stakeholders from being taken advantage of by outside parties and investigate the actions of Mr. Diaz, MTK Global, and any other third parties in this matter.

7. Mr. Diaz is an immature and impressionable young man with a history of vices and indiscretions that have led to very poor decisions and actions in the past. I have done everything I possibly could to help Mr. Diaz focus on his promising boxing career and deal with his personal demons that cause him to make poor decisions and gamble his future away. I strongly believe Mr. Diaz continues to spiral out of control in his personal and financial life and has made an illegal, ill-advised, and ill-influenced decision for the wrong reasons. I also feel

1

that Mr. Diaz may not be in the proper mental state to make rational decisions at this time and that his recent decisions regarding the future of his boxing career were influenced by his premeditated plan to violate the Manager-Fighter Agreement.

I declare under penalty of perjury, under the laws of the State of California, that the above declaration is true and correct to my knowledge and belief.

Dated August 20, 2020.

Moses Heredia

2