Rajan O. Dhungana (SBN: 297794)
  rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
  emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KK <br><br> **DECLARATION OF RAJAN DHUNGANA IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION** <br><br> Date: March 12, 2021 <br> Time: 9:00 a.m. <br> Courtroom: 2 <br> Judge: Hon. John W. Holcomb |

RAJAN DHUNGANA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

1

I, Rajan Dhungana, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the States of California and Nevada and before this Court. I am a partner at the Federal Practice Group, LLC. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.

2. On December 9, 2020, Defendant filed a motion to dismiss. On January 5, 2021, this Court denied without prejudice Defendant's motion to dismiss for not following Local Rule 7-3.

3. On January 5, 2021, following the denial without prejudice, I called Mr. Alexander Safyan, VGC, LLP to discuss a refiling the motion to dismiss. The call lasted approximately 25 minutes. During the call Mr. Safyan stated words to the effect of "This is the meet and confer." This statement contained the legally operative language concerning the requirement under Local Rule 7-3. I asked Mr. Safyan to speak again so that I could include Mr. Montalvo, my co-counsel, and Mr. Safyan did not agree to a rescheduled call, again reiterated that "This is the meet and confer, right now".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed February 26, 2020 in Los Angeles, California.

_____
Rajan Dhungana