Rajan O. Dhungana (SBN: 297794)
  rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
  emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KK <br><br> **DECLARATION OF STEVEN BASH IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION** <br><br> Date:         March 12, 2021 <br> Time:        9:00 a.m. <br> Courtroom: 2 <br> Judge:       Hon. John W. Holcomb |

STEVEN BASH DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS
PENDING ARBITRATION

1

I, Steven Bash, hereby declare as follows:

1. I, Steve Bash, have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.

2. I am an attorney duly licensed to practice law in the State of California.

3. I spoke to Mr. George Gallegos, an attorney that works for Golden Boy Promotions on February 12, 2021 concerning the scheduled bout on February 13, 2021 between Mr. Joseph "JoJo" Diaz, Jr. and Mr. Shavkatdzhon Rakhimov.

4. Mr. Gallegos and I discussed the payment of management fees to Mr. Moses Heredia. After the conversation, I had the impression that Golden Boy Promotions would pay the management fee unless Mr. Diaz instructed Golden Boy not to make the payment. Mr. Gallegos related to me that Mr. James Greeley was at the bout site in Indio, California and was communicating directly with Mr. Gallegos regarding all payments and deductions to be made by Mr. Diaz.

5. On February 12, 2021, Mr. Diaz failed to make weight.

6. Because of Mr. Diaz's failure to make weight he forfeited his IBF super featherweight belt. Further, he had to pay a fine of $50,000 to the California State Athletic Commission (hereinafter "Commission") and $50,000 to the opposing fighter.

7. The opposing fighter's promoter wanted more than the minimum $50,000. In order to salvage the fight, Mr. Rakhimov's manager and promoter negotiated with Mr. Paul Gibson of MTK Global for an increased amount. From news and California State Athletic Commission reports, this was an additional $50,000. This negotiation is normally handled by the boxer's licensed boxing manager.

8. After the fight, I had another conversation with Mr. Gallegos who informed me that Mr. Diaz instructed Golden Boy Promotions not to make the

STEVEN BASH DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

required management fee payment claiming the Boxer-Manager Contract is invalid. Mr. Diaz did instruct Golden Boy Promotions to pay his trainers and strength and conditioning coach directly but not his manager.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 26, 2020 in Los Angeles, CA.

Steven Bash

STEVEN BASH DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND / OR STAY PROCEEDINGS PENDING ARBITRATION

3