Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20−cv−02332 JWH (KK) <br><br> **NOTICE OF ERRATA TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION** <br><br> Date: March 12, 2021 <br> Time: 9:00am <br> Courtroom: 2 <br> Judge: Hon. John W. Holcomb <br><br> [Corrected Copy of Exhibits A, B, D, and E submitted herewith] |

## NOTICE OF ERRATA

Defendant Ralph Heredia, through undersigned counsel, respectfully submits this Notice of Errata to its Reply to Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and/or Stay the Proceedings Pending Arbitration, filed on February 26, 2021, at Docket No. 29 and included 5 declarations Docket No.'s 29-1, 29-2, 29-3, 29-4, and 29-5. Docket No. 29-1 contained one exhibit, **Exhibit A**, 29-2 contained three exhibits, **Exhibits B, D, and E**, that were inadvertently submitted without full redaction.

In **Exhibit A**, in Docket No. 29-1, there exists information that should be redacted, namely a hyperlink that provided some information concerning a personal address, dollar amounts, and the first digit of an account number. This information is personal and does not pertain to the case.

In **Exhibit B**, in Docket No. 29-2, there exists information that should be redacted, namely the bank account, and address of Heredia Boxing Management. Also the signature of Mr. Ralph Heredia. This information is personal and does not pertain to the case.

In **Exhibit D**, in Docket No. 29-2, there exists information that should be redacted, namely, the personal address of Mr. Heredia as well as a hyperlink that may reveal account information. This information is personal and does not pertain to the case.

In **Exhibit E**, in Docket No. 29-2, there exists information that should be redacted, namely, the personal address, phone number, and email of Mr. Heredia. This information is personal and does not pertain to the case.

Defendant respectfully requests that the court consider the attached redacted copies of **Exhibits A, B, D, and E** in place of **Exhibits A, B, D, and E** submitted on February 26, 2021. Defendant is concurrently filing a corrected copy of the above mentioned exhibits that corrects this mistake and makes no other changes.
//

NOTICE OF ERRATA TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION

2

| | | |
|---|---|---|
| 1 | Dated: March 8, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Rajan O. Dhungana* |
| 4 | | Rajan O. Dhungana (SBN: 297794) |
| | | Eric S. Montalvo (*Pro Hac Vice*) |
| 5 | | FEDERAL PRACTICE GROUP |
| 6 | | 1750 K Street, N.W., Suite 900 |
| | | Washington, D.C. 20006 |
| 7 | | Telephone: (202) 862-4360 |
| 8 | | Fax: (888) 899-6053 |
| | | rdhungana@fedpractice.com |
| 9 | | emontalvo@fedpractice.com |
| 10 | | |
| 11 | | *Attorneys for Defendant* |
| | | Ralph Heredia |

NOTICE OF ERRATA TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND/OR STAY THE PROCEEDINGS PENDING ARBITRATION

3