# EXHIBIT A

11:46



< 119

2 People >

Feb 10, 2020, 12:53 PM

Jojos New Number

Carmina here is all my information for my bills. Thank you!

Rent:

https://

userlogin.aspx

Pass:



my AT&T   Your online AT&T bill is ready, JOSEPH.

Hi JOSEPH,

Your monthly wireless bill is now available at myAT&T.

Account number: ████32
Payment due: 02/17/2020
Bill total: $████

User ID: j████.com Or, sign in with your wireless number ending in ██8

iMessage

      

2:34



120

2 People ›



Dear Joseph,

Your current bill for SCE customer account number ██XX-XXX-2183 is available now for viewing with SCE's Online Billing at **My Account**.

View Your Bill Online

| Account Number | Statement Date | Amount Due | Due Date* |
|---|---|---|---|
| ██XX-XXX-2183 | 02/08/2020 | $████ | 02/27/2020 |

*Your current charges are now due and considered to be past due if not paid by 02/27/2020.

**PLEASE NOTE -** Your monthly bill may include one or more bill inserts providing notice of actions that may affect your electric rates. Please visit sce.com/notices to check for these important notices.

**You have payment options.** You get your bill online, and you can pay it there, too. **Pay now through My**

Carmina Office

**Received , I'll get these paid. Thank you JoJo!**

Feb 11, 2020, 10:48 AM

Jojos New Number

**Carmina did you pay the sce bill? My electricity just went off**

  iMessage 



**11:49**

< 119    C J

**2 People** >

Tue, Mar 3, 2:27 PM

Jojos New Number



✅ **Your payment was successful!** A confirmation email has been sent to j▮▮▮▮▮▮▮.com.

If you would like your rent paid automatically every month, please set up an automatic monthly payment.

You can access payment details anytime from the Payments page.

**Payment Details**          🖶 Print

Confirmation Number:          ▮▮▮35

Payment Date:                 3/3/2020 2:26 PM (PST)

Payment Account:              RALPH HEREDIA Chk *****1300

Payment Amount:               $▮▮▮▮

**Carmina took care of the rent payment already with Ralph, here is the confirmation for you can have saved, also I will be sending you other payments that are due no later than tomorrow thank you**

Carmina Office





**11:50**

< 119     2 People >

Tue, Mar 10, 11:48 AM

Jojos New Number

**Thank you can you please take care of the spectrum bill as well**



Dear **JOSEPH DIAZ**,

Your most recent Spectrum bill is available online.

To view your statement, pay your bill, or enroll in Auto Pay, sign in to Spectrum.net as Head of Household or Admin.

Learn more about your billing statement.

**Account Information**
Account Number: ████████ 26
Statement Amount: $██████
Payment Due: 03/19/2020

Thank you for choosing Spectrum,

Wed, Mar 18, 10:22 AM

Carmina Office

**Spectrum has been paid $████ confirmation #████ 13**



iMessage