# EXHIBIT B

**HEREDIA BOXING MANAGEMENT**

1657
90-7162/3222

9-17-19
Date

Pay to the Order of: Joseph Diaz    $ 500.—

Five Hundred                                    Dollars

CHASE
JPMORGAN CHASE BANK, N.A.
www.Chase.com

For _____

⑈ 1657



