UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02332-JWH-KK<br><br>**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO FILE** |

[PROPOSED] ORDER- 1

1   Currently pending before the Court is the Defendant's Consent Motion to
2  Extend Time to File. After considering the unopposed motion, the Court orders
3  that it is **GRANTED** as set forth herein:
4   **IT IS HEREBY ORDERED** that Defendant should file its motion on or
5  before Wednesday, March 31, 2021.
6   **IT IS SO ORDERED**.

8  Dated: _____ 2021

10                                  By_____
11                                       The Honorable John W. Holcomb
                                         UNITED STATES DISTRICT JUDGE