UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02332-JWH-KK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM A JUDGMENT OR ORDER** |

[PROPOSED] ORDER- 1

Currently pending before the Court is Defendant Ralph Heredia's Motion for relief from a judgment or order pursuant to Fed. R. Civ. P. 60(b) and L.R. 7-18. After considering the papers filed in support of and in opposition to the Motion, the Court orders that the Motion is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant's Motion for relief from a judgment or order is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel Arbitration and/or Stay the Proceedings Pending Arbitration shall be heard by this Court on _____, 2021;

**IT IS SO ORDERED**.

Dated: _____, 2021

By_____
The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER- 2