# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIAZ JR.<br><br>Plaintiff(s),<br><br>v.<br><br>RALPH HEREDIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:20−cv−02332−JWH−KK<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| __34__ | __34__ | __Motion for Extension of Time__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is accepted as filed.

Clerk, U.S. District Court

Dated: March 25, 2021          By: /s/ *Irene Vazquez*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112B (01/07)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**