UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KKx <br><br> **ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO FILE** |

ORDER- 1

1  Currently pending before the Court is the Defendant's Consent Motion to
2  Extend Time to File.  After considering the unopposed motion, the Court orders
3  that it is **GRANTED** as set forth herein:
4  **IT IS HEREBY ORDERED** that Defendant may file its anticipated motion
5  for relief from judgement or order, pursuant to Rule 60(b) of the Federal Rules of
6  Civil Procedure, on or before Wednesday, March 31, 2021.
7  **IT IS SO ORDERED**.

9  Dated: March 25, 2021

By _____
The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

ORDER- 2