1  Rajan O. Dhungana (SBN: 297794)
2     rdhungana@fedpractice.com
   Eric S. Montalvo (*Pro Hac Vice*)
3     emontalvo@fedpractice.com
4  FEDERAL PRACTICE GROUP
   1750 K Street, N.W., Suite 900
5  Washington, D.C. 20006
6  Telephone: (202) 862-4360
   Fax: (888) 899-6053
7
8
   *Attorneys for Defendant*
9  Mr. Ralph Heredia
10
11              **UNITED STATES DISTRICT COURT**
12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                        **(EASTERN DIVISION)**
13

| 14 | Joseph Diaz, Jr., | Case No.: 5:20-cv-02332-JWH-KK |
|---|---|---|
| 15 | Plaintiff, | **NOTICE OF WITHDRAWAL OF DEFENDANT HEREDIA'S MOTION FOR RELIEF FROM A JUDGMENT OR ORDER [ECF NO. 36]** |
| 16 | vs. | |
| 17 | RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

1  Defendant Heredia now files this Notice of Withdrawal to inform the Court
2  that he is withdrawing his previously filed Motion for Relief from a Judgment or
3  Order, ECF No. 36, and re-files its Motion for Relief from a Judgment or Order to
4  ensure compliance with L.R. 7-3 and L.R. 7-18.
5  The Court denied with prejudice Defendant Heredia's Motion to Compel
6  Arbitration and/or Stay of the Proceedings Pending Arbitration [ECF No. 25] on
7  March 10, 2021 [ECF No. 33]. Counsel held their conference of counsel on March
8  18, 2021. This created a conflict between L.R.'s 7-3 (requiring the conference of
9  counsel to occur seven days prior to the filing of the motion) and 7-18(requiring a
10 motion for reconsideration to be filed no later than 14 days after the order from the
11 court absent good cause).
12 Defendant filed a motion to extend the time to file a motion on March 22,
13 2021 with consent from Plaintiff [ECF No. 34]. On March 24, 2021, absent a
14 decision on his motion to extend the time to file, Defendant filed its Motion for
15 Relief from a Judgment or Order [ECF No. 36]. On March 25, 2021, the Court
16 granted the motion to extend the time to file [ECF No. 38]. Defendant now
17 withdraws ECF No. 36 and re-files his Motion for Relief from a Judgment or Order
18 to ensure compliance with L.R.'s 7-3 and 7-18.

20 Dated: March 31, 2021               Respectfully submitted,

22                                     /s/ *Rajan O. Dhungana*
                                       Rajan O. Dhungana (SBN: 297794)
23                                     Eric S. Montalvo (*Pro Hac Vice*)
24                                     FEDERAL PRACTICE GROUP
                                       1750 K Street, N.W., Suite 900
25                                     Washington, D.C. 20006
26                                     Telephone: (202) 862-4360
27                                     Fax: (888) 899-6053
                                       rdhungana@fedpractice.com
28                                     emontalvo@fedpractice.com

NOTICE OF WITHDRAWAL OF DEFENDANT HEREDIA'S MOTION FOR RELIEF FROM A
JUDGEMNT OR ORDER [ECF NO. 36]

2

*Attorneys for Defendant*
Ralph Heredia