James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**DECLARATION OF DIYARI VÁZQUEZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT RALPH HEREDIA'S MOTION FOR RELIEF FROM A JUDGMENT OR ORDER**<br><br>Date:　　　April 30, 2021<br>Time:　　　9:00 a.m.<br>Courtroom:　2<br>Judge:　　　Hon. John W. Holcomb |

I, Diyari Vázquez, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am the Head of Litigation of VGC, LLP, counsel of record for Plaintiff Joseph Diaz, Jr. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence from March 2021 between counsel for Defendant and me concerning the L.R. 7-3 conference regarding Defendant's motion to reconsider. On Sunday March 14, 2021, Mr. Montalvo's assistant emailed to schedule a call "early in the week" to meet and confer regarding a Rule 60(b) motion. On March 16, I wrote that our team was available to meet and confer on the 17th or 18th at certain times. On March 16, Mr. Montalvo's assistant replied and stated: "Unfortunately the proposed times do not work. We are instead proposing Thursday, March 18th at 4:00 PM EST." The telephonic conference was held on that day and time.

3. Attached hereto as **Exhibit B** is a true and correct copy of a PDF printout of the web address http://www.linkedin.com/in/rajandhungana (printed March 26, 2021 and last accessed April 8, 2021). The web page is the LinkedIn profile for Mr. Rajan Dungana, local counsel for Plaintiff in this case. Underneath a picture of Mr. Dungana on p. 1 it states "Attorney at Sahara Legal Group Reno, Nevada." Under "experience" on p. 2, the web page states that Mr. Dungana has worked at the Sahara Legal Group in "Reno, Nevada Area" from "March 2014 – present." Mr. Dungana's web page does not contain any reference to the Federal Practice Group.

4. Attached here as **Exhibit C** is a true and correct copy of a PDF printout of the web address https://fedpractice.com/meet_our_team/rajan-o-dhungana/ (printed March 26, 2021 and last accessed April 8, 2021). The page lists Mr. Dhungana as a Partner at the Federal Practice Group and states that Mr. Dhungana "has been practicing primarily in immigration law."

5. Attached here as **Exhibit D** is a true and correct copy of a PDF printout of the web address https://fedpractice.com/our-people (printed March 26, 2021 and last accessed April 8, 2021). The page shows Mr. Montalvo to be a "founding partner" of the Federal Practice Group. On Page 6, it states that the address for the Federal Practice Group is 1750 K Street, NW 9th Floor, Washington, DC 20006.

6. Attached here as **Exhibit E** is a true and correct copy of email correspondence from November and December 2020 between my office and the Federal Practice Group. I was copied on this email correspondence. On November 16, 2020, my colleague wrote to Mr. Dhungana regarding Mr. Dhungana filing a notice of removal to federal court prior to the service of his client: "As a member of the California State Bar (though your office is in Nevada), I trust you are familiar with the rules governing acceptance of service by counsel who has appeared on behalf of a party in litigation." Mr. Dhungana responded and stated that: "I am happy to accept service on the client's behalf, via email or postal mail. Rajon O. Dhungana, Sahara Law Group, 7320 S Rainbow Blvd., STE 102-360. Las Vegas, Nevada 89139."

7. Attached here as **Exhibit F** is a true and correct copy of Dkt. 16, the Application of Non-Resident Attorney in a Specific Case *Pro Hac Vice* filed by Defendant in this case. On December 23, 2020, Eric Montalvo certified under penalty of perjury that: "I am familiar with the Court's Local Civil and Criminal Rules …." Mr. Montalvo further certified that: "I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court **and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business**, as local counsel pursuant to Local Rule 82.-2.1.3.4." (emphasis added). On Page 3, Mr. Dhungana declared under penalty of perjury that "I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business."

- 2 -
VÁZQUEZ DECLARATION ISO PLAINTIFF'S OPPOSITION TO MOTION FOR RELIEF

8. Attached hereto as **Exhibit G** is a printout from the web page for the California State Bar (printed March 26, 2021 and last accessed April 8, 2021). The printout shows the attorney profile for Mr. Dhungana. The address listed for Mr. Dhungana is Federal Practice Group, 1750 St NW, Ste 900, Washington, DC 20006-2317.

9. At my direction, an attorney at my firm searched Google in attempts to find an office address for the Federal Practice Group or Mr. Dhungana in California. The attorney was unable to find any office address for either in California.

10. Plaintiff's attorneys' fees have nearly doubled after having to prepare and file an opposition to Defendant's improperly filed motion to compel arbitration and now this motion for reconsideration.

11. Defense counsel dismissed VGC, LLP from the matter of *Heredia v. MTK Global Sports Management, LLC, et. al.*, Case No. 5:20-cv-02618-JWH-KK (C.D. Cal. 2020), following VGC, LLP's correspondence threatening Rule 11 sanctions (which resulted in a First Amended Complaint) and an anti-SLAPP motion. VCG, LLP was forced to retain its own counsel, spend time, and incur expenses in order to protect itself from Defendant's allegations in *Heredia*, which were designed to chill VGC, LLP's right to practice law and thwart Mr. Diaz's fundamental right of access to the courts with his counsel of choice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 9, 2021 in Santa Monica, California.

                                               */s/ Diyari Vázquez*
                                               Diyari Vázquez