**From:** Daisy Chung DChung@fedpractice.com
**Subject:** RE: Request for call re: Diaz v. Heredia
**Date:** March 16, 2021 at 10:05 AM
**To:** Diyari Vazquez dvazquez@vgcllp.com
**Cc:** jgreeley@vgcllp.com, Eric Montalvo emontalvo@fedpractice.com, Jason Moy jmoy@fedpractice.com, Rajan Dhungana rdhungana@fedpractice.com, Ji-Eun Lee jlee@fedpractice.com, Christian Anstett canstett@vgcllp.com

Counsel,

Unfortunately, the proposed times do not work.

We are instead proposing Thursday, March 18th at 4:00 PM EST.

Please kindly confirm if you can be available then.

Thank you.

Best,
Daisy Chung



**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---

**From:** Diyari Vazquez [mailto:dvazquez@vgcllp.com]
**Sent:** Tuesday, March 16, 2021 1:24 AM
**To:** Daisy Chung
**Cc:** jgreeley@vgcllp.com; Eric Montalvo; Jason Moy; Rajan Dhungana; Ji-Eun Lee; Christian Anstett
**Subject:** Re: Request for call re: Diaz v. Heredia

We are available Wednesday at 1 pm pr Thursday at 11 am.

Can you provide the basis for your intended motion?

Diyari

—

Diyari Vázquez  |  Head of Litigation & Employment





1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
www.vgcllp.com

On Mar 14, 2021, at 3:27 PM, Daisy Chung <DChung@fedpractice.com> wrote:

Dear Counsel,

Mr. Montalvo would like to schedule a call early this week for the purposes of meeting and conferring with you in regards to a Rule 60(b) motion in accordance with L.R. 7-3. Please let me know your availability and I will send you the conference line information. Should you have any further questions, please let me know as well. Thank you.

Best,
Daisy Chung
<image001.png>
<image002.png>   <image003.png>   <image004.png>   <image005.png>

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.