

Home    My Network    1

Trial Attorney Positions - Job security, industry-leading benefits, and comp



Connect    Message

### Rajan Dhungana · 3rd
Attorney at Sahara Legal Group

Reno, Nevada, United States · 452 connections · Contact info

Sahara Legal Group

University of Nevada Vegas, William S. Bo...

## Get the LinkedIn app and see more profiles like Rajan's anytime, anywhere

christian.anstett@gmail.com    Send me a link

Rajan Dhungana
Attorney at Sahar...

Or send me an SMS instead

## Activity
452 followers

Posts Rajan created, shared, or commented on in the last 90 days are displayed here.

See all activity

# Experience

### Attorney
Sahara Legal Group
Mar 2014 – Present · 7 yrs 1 mo
Reno, Nevada Area

### Van & Associates Law Firm
10 mos

### Attorney
Oct 2013 – Feb 2014 · 5 mos
815 Pilot Road, Suite E

### Law Clerk
May 2013 – Oct 2013 · 6 mos
815 Pilot Road, Suite E, Las vegas, Nevada 89119

### Director and Site Coordinator for the Volunteer Income Tax Assistance (VITA) Program
Financial Law Society at the UNLV William S. Boyd School of Law
Oct 2011 – Aug 2013 · 1 yr 11 mos
Las Vegas, Nevada Area

I train and certify students and the public to prepare tax returns for low to moderate income residents in the Clark County area.



### Law Clerk
Nevada Attorney General's Office
May 2012 – Jan 2013 · 9 mos
Bureau of Consumer Protection

**Law Clerk**
Van & Associates Law Firm
Feb 2012 – Aug 2012 · 7 mos

Show 3 more experiences ⌄

## Education



**University of Nevada-Las Vegas, William S. Boyd School of Law**
Juris Doctor, Law
2010 – 2013
Activities and Societies: Governor, American Bar Association Law Student Division 2011-2012 || Vice-President, Student Bar Association at the UNLV William S. Boyd School of Law 2012-2013 | Vice-President, Financial Law Society 2011-2012 || Treasurer, Minority Law Students Association 2011-2012



**University of California, Los Angeles**
BA, Political Science, Anthropology, Scandinavian Studies
2005 – 2007

**St. Xaviers, Jawalakhel**

## Skills & endorsements

**Legal Writing** · 49

  Endorsed by **Jeremy M. Evans and 12 others** who are highly skilled at this

  Endorsed by **5 of Rajan's colleagues at N** Attorney General's Office

**Legal Research** · 42

Endorsed by **Jeremy M. Evans and 5 others** who are highly skilled at this

Endorsed by **3 of Rajan's colleagues** at N Attorney General's Office

**Westlaw** · 30

Endorsed by **Marisa Rodriguez and 1 other** who is highly skilled at this

Endorsed by **4 of Rajan's colleagues** at N Attorney General's Office

Show more ⌄

## Recommendations

**Received (3)**    Given (1)

**Michael Esposito**
Attorney at Kravitz, Schnitzer & Johnson
February 26, 2013, Michael and Rajan were students together

Rajan is an active member of the William S. Boyd School of L community and has served us as ABA Gov., Financial Law Sc CEO, and founder of the 1st Amendment Law Society. He ca deeply about the success of his fellow students and the loca community. Further, he established the Volunteer Inc… See

**Adena Leibman**
Senior Oceans Policy Manager at Environmental Defense Fund
February 25, 2013, Rajan worked with Adena in the same group

Rajan was a great colleague on the ABA Law Student Divisio Board of Governors. He was always a pleasure to work with represented the 14th Circuit very well!

Show more ⌄



Messaging