Case 5:20-cv-02332-JWH-KK   Document 41-4   Filed 04/09/21   Page 1 of 3   Page ID #:467

HOME          ABOUT US          MEET THE TEAM          AREAS OF PRACTICE          PRESS

VICTORIAS & TESTIMONIALS          EN ESPAÑOL          MAKE A PAYMENT          CONTACT US



# RAJAN O. DHUNGANA

## PARTNER

(202) 902-6640          contact@fedpractice.com

Linkedin          Print

[addtoany]          Download PDF

PROFILE     CREDENTIALS     EXPERIENCE     AWARDS & MEMBERSHIPS     INSIGHTS

## PROFILE

Mr. Dhungana has been practicing primarily in immigration law with extensive trial experience, having won a majority of his cases that have gone to trial. In addition to immigration and trial work, Mr. Dhungana has appealed cases to the Nevada Supreme Court as well as the Ninth Circuit Court of Appeals. Mr. Dhungana is fluent in Nepali and Tagalog, having been born in the Philippines and having grown up in Nepal. He is

## PRACTICE AREAS

Immigration Law

Food & Beverage Law

Taxation Law

Business Law

Contracts Law

Entertainment Law

also fluent in Hindi, Norwegian and Swedish.

Mr. Dhungana worked in the food and beverage industry, and eventually owned and operated several restaurants across the Southwestern United States. He advises clients engaged in the brewery, winery, distillery, restaurant and bar businesses.

Mr. Dhungana graduated from the University of California, Los Angeles (UCLA) and then subsequently attended and graduated from the University of Nevada, Las Vegas (UNLV) William S. Boyd School of Law. During his time in law school, Mr. Dhungana established and organized UNLV's Volunteer Income Tax Assistance (VITA) program in conjunction with the Internal Revenue Service, and taught tax classes in the greater Las Vegas community, as well as at Nellis U.S. Air Force base, for which Mr. Dhungana earned the Dean's Award for individual contributions and accomplishments of note to the community.

## CREDENTIALS

- J.D., University of Nevada, Las Vegas (UNLV) Williams S. Boyd School of Law
- B.A., University of California, Los Angeles (UCLA)

## COURT & BAR ADMISSIONS

Nevada

California

Colorado

Washington State

United States Ninth Circuit Court of Appeals

United States Tenth Circuit Court of Appeals

Immigration Courts and the Board of Immigration Appeals

Executive Office of Immigration Review

United States Federal District Federal District Court of Nevada

United States Federal District Court for the Central District of California

United States Federal District Court for the Eastern District of California

United States Federal District Court for the Northern District of

California

United States Federal District Court for the Southern District of California

United States Federal District Court of Colorado

United States Tax Court

| HOME | SITEMAP | RESOURCES | CONTACT US |

FOLLOW US
Updates, Latest News, Your Rights



Federal Practice Group
1750 K Street, NW, 9th Floor,
Washington, DC 20006
View Map
(202) 902-6640
fedpractice.com

© 2021 The Federal Practice Group
Powered By Matador Solutions



BUSINESS CLASSIFICATION
Service Disabled Veteran Owned Small Business

DUNS: 079559132
CAGE Code: 7M4P8