HOME     ABOUT US     MEET THE TEAM     AREAS OF PRACTICE     PRESS

VICTORIES & TESTIMONIALS     EN ESPAÑOL     MAKE A PAYMENT     CONTACT US

# FOUNDING PARTNERS



ERIC S. MONTALVO



DEBRA D'AGOSTINO

# PARTNERS



HEATHER WHITE



JOANNA FRIEDMAN



CAROL THOMPSON



RICARDO J.A PITTS-WILEY



RAJAN O. DHUNGANA

# ASSOCIATES



JASON MOY



LOUISE RYDER



VICTORIA EATHERTON



ERICA BILKIS



DARIUS ROHANI-SHUKLA

# AFFILIATED ATTORNEYS



**WILLIAM R. COWDEN**



**DOUG FIERBERG**



**EDWARD P. FLAHERTY**



**SHEREEN KHAN HABIB**



**JOUSLIN KHAIRALLAH**



**AYESHA KUMARARATNE**



**JACOB M. LEBOWITZ**

Case 5:20-cv-02332-JWH-KK   Document 41-5   Filed 04/09/21   Page 5 of 6   Page ID #:474

PETER MASCIOLA

PETER PANG

MARK ZAID

# PROFESSIONAL STAFF

BETHANY DAVISON

DIRECTOR OF OPERATIONS

PAIGE MCKINSEY

OPERATIONS ADMINISTRATOR

SHAUN MAY

DIRECTOR OF MARKETING

KARA LINH BARNES

DIGITAL STRATEGIST

| ALLISON WOLFORD | SKYLAR YOUNG | JASMIN DE LEON-BARRERA | DAISY CHUNG |
|---|---|---|---|
| SENIOR PARALEGAL | PARALEGAL | CLIENT INTAKE SPECIALIST | EXECUTIVE ASSISTANT |

HOME            SITEMAP            RESOURCES            CONTACT US

FOLLOW US
Updates, Latest News, Your Rights



Federal Practice Group
1750 K Street, NW, 9th Floor,
Washington, DC 20006
View Map
(202) 902-6640
fedpractice.com

© 2021 The Federal Practice Group
Powered By Matador Solutions



BUSINESS CLASSIFICATION
Service Disabled Veteran Owned Small Business

DUNS: 079559132
CAGE Code: 7M4P8