

### Rajan Olarita Dhungana #297794

**License Status: Active**

Address: Federal Practice Group, 1750 K St NW, Ste 900, Washington, DC 20006-2317

County: Non-California County

Phone Number: (202) 831-3618

Fax Number: Not Available

Email: Not Available

Law School: Univ of Nevada Las Vegas, Boyd SOL;

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 6/13/2014 | Admitted to The State Bar of California | | |

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

**CLA Sections:**   None

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

Copyright © 2021 The State Bar of California

