Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, California 92344
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02332-JWH-KK<br><br>**DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM A JUDGMENT OR ORDER**<br><br>Date:　　　　April 30, 2021<br>Time:　　　　9:00 a.m.<br>Courtroom:　2<br>Judge:　　　Hon. John W. Holcomb |

RAJAN O. DHUNGANA DECLARATION ISO DEFENDANTS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM A JUDGMENT OR ORDER

1

I, Rajan Dhungana, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the States of California and Nevada and before this Court. I am a partner at the Federal Practice Group, LLC. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.

2. Prior to joining the Federal Practice Group, I have maintained an office within the District for the practice of law. I am physically present in this office on a regular basis to conduct business.

3. The address of this office is 14481 Aspen Street, Hesperia, CA 92344. This address is reflected on ECF No. 21. I own the property located at 14481 Aspen Street, Hesperia, CA 92344 since April 2020 in my own personal name. There are no other tenants on the property.

4. After joining the Federal Practice Group, I have continued to maintain an office within the District for the practice of law and I am physically present in this office on a regular basis to conduct business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 16, 2021 in Hesperia, California.

/s/ Rajan O. Dhungana
Rajan O. Dhungana