Rajan O. Dhungana (SBN: 297794)
  rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
  emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02332-JWH-KK<br><br>**NOTICE OF DECLARATION OF COMPLIANCE WITH ORDER** |

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN THAT on May 25, 2021, Rajan O. |
| 2 | Dhungana attests, under penalty of perjury, that he has read this Court's Local |
| 3 | |
| 4 | Civil Rules in its entirety. Mr. Dhungana's Declaration of Compliance with Order |
| 5 | is attached as an exhibit to this Notice. |

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street, Hesperia, CA 92344
Telephone: (202) 862-4360
Fax: (888) 899-6053
rdhungana@fedpractice.com

*Attorney for Defendant*
Ralph Heredia

NOTICE OF DECLARATION OF COMPLAINCE OF ORDER OF RAJAN O. DHUNGANA