| | |
|---|---|
| 1 | Rajan O. Dhungana (SBN: 297794) |
| 2 |    rdhungana@fedpractice.com |
| | Eric S. Montalvo (*Pro Hac Vice*) |
| 3 |    emontalvo@fedpractice.com |
| 4 | FEDERAL PRACTICE GROUP |
| | 1750 K Street, N.W., Suite 900 |
| 5 | Washington, D.C. 20006 |
| 6 | Telephone: (202) 862-4360 |
| 7 | Fax: (888) 899-6053 |

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>      Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No.: 5:20-cv-02332-JWH-KK<br><br>**DECLARATION OR COMPLAINCE OF ORDER OF RAJAN O. DHUNGANA** |

DECLARATION OF COMPLIANCE OF ORDER OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, hereby declare as follows:

1. On May 25, 2021, I, Rajan O. Dhungana, accessed a PDF copy of the local rules of the United States Central District Court of California, located at https://www.cacd.uscourts.gov/sites/default/files/documents/LocalRules_Chap1_12_20.pdf.

2. On May 25, 2021, I attest, under penalty of perjury, that I have read the local rules of the United States Central District Court of California in their entirety.

*Rajan O. Dhungana*