Rajan O. Dhungana (SBN: 297794)
    rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
    emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02332-JWH-KK<br><br>**NOTICE OF DECLARATION OF COMPLIANCE WITH ORDER** |

NOTICE IS HEREBY GIVEN THAT on May 25, 2021, Eric S. Montalvo attests, under penalty of perjury, that he has read this Court's Local Civil Rules in its entirety. Mr. Montalvo's Declaration of Compliance with Order is attached as an exhibit to this Notice.

/s/ *Eric S. Montalvo*
Eric S. Montalvo (SBN: 297794)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Telephone: (202) 862-4360
Fax: (888) 899-6053
EMontalvo@fedpractice.com

*Attorney for Defendant*
Ralph Heredia