| | |
|---|---|
| 1 | Rajan O. Dhungana (SBN: 297794) |
| 2 |    rdhungana@fedpractice.com |
| 3 | Eric S. Montalvo (*Pro Hac Vice*) |
|   |    emontalvo@fedpractice.com |
| 4 | FEDERAL PRACTICE GROUP |
| 5 | 1750 K Street, N.W., Suite 900 |
|   | Washington, D.C. 20006 |
| 6 | Telephone: (202) 862-4360 |
| 7 | Fax: (888) 899-6053 |

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br>    Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>    Defendants. | Case No.: 5:20-cv-02332-JWH-KK <br><br> **DECLARATION OR COMPLAINCE OF ORDER OF ERIC S. MONTALVO** |

I, Eric S. Montalvo, hereby declare as follows:

1. On May 25, 2021, I, Eric S. Montalvo accessed a PDF copy of the local rules of the United States Central District Court of California, located at https://www.cacd.uscourts.gov/sites/default/files/documents/LocalRules_Chap1_12_20.pdf.

2. On May 25, 2021, I attest, under penalty of perjury, that I have read the local rules of the United States Central District Court of California in their entirety.

_____
Eric Montalvo

DECLARATION OF COMPLIANCE OF ORDER OF ERIC S. MONTALVO