## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br>  Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>  Defendants. | Case No.: 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO FILE** |

[PROPOSED] ORDER- 1

1 Currently pending before the Court is the Defendant's Motion to Extend Time to File. After considering the motion, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant should file its motion on or before Wednesday, June 16, 2021.

**IT IS SO ORDERED**.

Dated: _____2021

By_____
The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE