UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-02332-JWH (KKx) | Date | June 24, 2021 |
| Title | *Joseph Diaz, Jr. v. Ralph Heredia* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Irene Vazquez | Courtsmart 6/24/2021 |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Christian Anstett (Special Appearance) | Eric S. Montalvo |
| | Rajan Olarita Dhungana |

**Proceedings:**   **VIDEO HEARING RE:  STATUS CONFERENCE**

     Counsel state their appearances.  No appearance is made by attorney Diyari Vazquez or attorney James L. Greeley,[1] one of whom is lead counsel for Plaintiff Joseph Diaz, Jr.  A separate Order to Show Cause shall issue.  The Court confers with counsel regarding the posture of the case.  For the reasons stated on the record, the Court **ORDERS** as follows:

     1.     Defendant shall immediately determine if it will respond to the Complaint with an Answer or with an appropriate motion.

          a.     If Defendant chooses to respond to the Complaint with an Answer, then Defendant is **DIRECTED** to file its Answer on or before Tuesday, June 29, 2021.

          b.     If Defendant chooses to respond to the Complaint with an appropriate motion, then the parties are **DIRECTED** to proceed as follows:

---

[1]     Pursuant to this Court's Standing Order [ECF No. 6], "Lead trial counsel for each party must attend any scheduling and pretrial conferences set by the Court.  Failure of lead trial counsel to appear for those proceedings is a basis for sanctions."

Time:  <u>00:25</u>
Initials of Preparer: iv

    i. Defendant's counsel is **DIRECTED** to transmit a letter that details the substance of Defendant's anticipated motion to Plaintiff's counsel no later than 12:00 noon on Monday, June 28, 2021;

    ii. lead counsel for each party are **DIRECTED** to participate (telephonically, by Zoom or other virtual platform, or in person) in a L.R. 7-3 Conference of Counsel regarding Defendant's anticipated motion on June 29, 2021; and

    iii. Defendant is **DIRECTED** to file its motion in response to the Complaint no later than July 6, 2021.

  2. If the parties reach an agreement to proceed other than as outlined above (*e.g.*, the parties agree that Plaintiff will amend his Complaint), then the parties are **DIRECTED** to file a Joint Status Report, no later than 12:00 noon on July 6, 2021, advising the Court of their proposed case plan, including, if appropriate, a stipulation for an order approving their agreement.

  3. The Court will review the parties' filings and will thereafter enter an order setting a deadline for the parties to conduct a Rule 26(f) Conference.

  **IT IS SO ORDERED.**

Time: <u>00:25</u>
Initials of Preparer: iv