UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-02332-JWH (KKx) | Date | June 24, 2021 |
| Title | *Joseph Diaz, Jr. v. Ralph Heredia* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT JUNE 24, 2021, STATUS CONFERENCE

On June 17, 2021, the Court entered an order setting a Status Conference in the above-captioned action for June 24, 2021, at 11:00 a.m. [ECF No. 52]. In its Standing Order [ECF No. 6], this Court directs as follows:

> **7. Presence of Lead Counsel.** Lead trial counsel for each party must attend any scheduling and pretrial conferences set by the Court. Failure of lead trial counsel to appear for those proceedings is a basis for sanctions.

On June 24, 2021, lead counsel for Plaintiff Joseph Diaz, Jr.—attorney Diyari Vazquez and/or attorney James L. Greeley—failed to appear at the Status Conference. Accordingly, the Court **ORDERS** counsel to show cause why they should not be sanctioned in the amount of $500 each for their failure to appear.

Mr. Vazquez and Mr. Greeley are each **DIRECTED** to respond in writing on or before Thursday, July 1, 2021. Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against counsel.

**IT IS SO ORDERED.**