Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KKx <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE AN OFFENSE AND LACK OF SUBJECT MATTER JURISDICTION** <br><br> Date:      August 6, 2021 <br> Time:     9:00 a.m. <br> Courtroom: 2 <br> Judge:    Hon. John W. Holcomb |

## TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT on August 6, at 9:00 a.m., before the Honorable John W. Holcomb, in Courtroom 2 of the United States Courthouse for the Central District of California, Eastern Division, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, Defendant Ralph Heredia will and hereby does move the Court to dismiss Plaintiff's Complaint for failure to state an offense and lack of subject matter jurisdiction.

This motion is made following the conference of counsel pursuant to Local Rule (L.R.) 7-3. Pursuant to Local Rule 7-3 and this Courts order on June 24, 2021 [ECF No. 53], on June 29, 2021 (more than seven days prior to the last day for filing the motion) counsel for Defendant, Eric Montalvo and Rajan Dhungana, discussed filing this motion to dismiss with counsel for Plaintiff, James Greeley and Diyari Vázquez. Plaintiff's counsel responded her client would oppose a motion to dismiss and would not be amending the complaint. As such, counsel were unable to reach a resolution for the motion.

As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the pleadings and papers filed in this action; and such further argument and matters as may be offered at the time of the hearing of this motion.

Dated: July 6, 2021                              Respectfully submitted,

                                                 /s/ *Rajan O. Dhungana*
                                                 Rajan O. Dhungana (SBN: 297794)

Notice of Motion and MTD for Failure to State an Offense and Lack of Subj. Matter Jx

-2-

FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Defendant*
Ralph Heredia

Notice of Motion and MTD for Failure to State an Offense and Lack of Subj. Matter Jx

-3-