UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KKx <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE AN OFFENSE AND LACK OF SUBJECT MATTER JURISDICTION** |

Currently pending before the Court is Defendant Ralph Heredia's Motion to Dismiss the Complaint of Plaintiff Joseph Diaz, Jr., for failure to state an offense pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure. After considering the papers filed in support of and in opposition to the Motion, the Court orders that the Motion is **GRANTED** as set forth herein.

1. Defendant's request for Judicial Notice of the following facts:
   a. Mr. Moses Heredia submitted a request for arbitration on August 20, 2020 to the Commission.
   b. On June 10, 2021, the Commission held the arbitration concerning the Boxer-Manage Contract between Plaintiff and Mr. Moses Heredia

   are **GRANTED**.

2. Plaintiff's Sixth Cause of Action.

Plaintiff Joseph Diaz, Jr. fails to allege that Defendant has a direct or indirect financial interest in Golden Boy Promotions, is employed by Golden Boy Promotions, receives compensation from Golden Boy Promotions, or receives other benefits from Golden Boy Promotions. Further, Plaintiff fails to allege that Defendant is a manager under the Muhammad Ali Boxing Reform Act, 15 U.S.C. § 6301(5), and fails to show what harm Plaintiff has suffered as a result of Defendant's conduct.

The Court **GRANTS** Defendant's Motion.

As this cause of action is the sole cause of action with federal question jurisdiction, 28 U.S.C. § 1331, this case is hereby **DISMISSED** for lack of subject matter jurisdiction.

3. Plaintiff's First Cause of Action.

Plaintiff Joseph Diaz, Jr. failed to plead sufficient allegations, failed to plead with particularity a fraudulent inducement theory of fraud, failed to plead with particularity a nondisclosure theory of fraud, failed to plead with

particularity a concealment theory of fraud, and failed to adequately plead damages resulting from any type of fraud. The Court **GRANTS** Defendant's Motion.

4. Plaintiff's Second Cause of Action.

Plaintiff Joseph Diaz, Jr. has alleged a breach of fiduciary duty against the wrong party, Ralph Heredia, and as such, cannot allege a breach of fiduciary duty against the wrong party. The Court **GRANTS** Defendant's Motion.

5. Plaintiff's Third Cause of Action.

Plaintiff Joseph Diaz, Jr. fails to allege the terms of the agreement and failed to allege what would constitute a breach. The Court **GRANTS** Defendant's Motion.

6. Plaintiff's Fourth Cause of Action.

Plaintiff Joseph Diaz, Jr. did not show a factual basis in support of the fundamental element of ownership necessary for a conversion action under California law. The Court **GRANTS** Defendant's Motion.

7. Plaintiff's Fifth Cause of Action.

Plaintiff Joseph Diaz, Jr. fails to allege a prima facie case of tortious interference with prospective economic advantage under California law and failed to allege any wrongful conduct by Defendant to support the claim. The Court **GRANTS** Defendant's Motion.

8. Plaintiff's Seventh Cause of Action.

Plaintiff Joseph Diaz, Jr. claim of quantum meruit fails because there was an express contract in place between Plaintiff and Defendant and Plaintiff does not allege that he has not been compensated a reasonable value for his services rendered. The Court **GRANTS** Defendant's Motion.

9. Plaintiff's Eighth Cause of Action.

Plaintiff Joseph Diaz, Jr. has requested an action for accounting from the wrong party. Plaintiff had a contract with Mr. Moses Heredia, not with

Defendant Heredia herein, and therefore the Plaintiff cannot request an accounting from the wrong party.

The Court **GRANTS** Defendant's Motion.

Based on the foregoing, the Court hereby **ORDERS** that Plaintiff's Motion is **GRANTED** with respect to Plaintiff's Sixth Cause of Action and is hereby **DISMISSED** and this case is DISMISSED for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: _____, 2021.     By_____

　　　　　　　　　　　　　　　John W. Holcomb
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE