1  James L. Greeley (SBN 218975)
     jgreeley@vgcllp.com
2  Diyari Vázquez (SBN 222461)
     dvazquez@vgcllp.com
3  Gina Simas (SBN 205367)
     gsimas@vgcllp.com
4  Christian Anstett (SBN 240179)
     canstett@vgcllp.com
5  **VGC, LLP**
   1515 7th Street, No. 106
6  Santa Monica, California 90401
   Telephone: (424) 272-9885
7
   Attorneys for Plaintiff
8  JOSEPH DIAZ, JR.

9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12                           EASTERN DIVISION

13

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**STIPULATION TO (1) CONTINUE DEADLINES TO FILE OPPOSITION AND REPLY IN SUPPORT OF MOTION TO DISMISS; AND (2) TO TAKE THE HEARING ON THE MOTION TO DISMISS OFF CALENDAR**<br><br>Filed Concurrently with [PROPOSED] ORDER<br><br>Courtroom: 2<br>Judge:     Hon. John W. Holcomb |

Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendant Ralph Heredia's ("Defendant" or "Heredia") (collectively the "Parties"), by and through their undersigned counsel of record, hereby agree and stipulate as follows:

WHEREAS, on July 6, 2021, Defendant filed a Motion to Dismiss ("Motion") (Dkt. No. 57);

WHEREAS Plaintiff's Opposition to the Motion is currently due July 16, 2021;

WHEREAS, Defendant's Reply in Support of the Motion is currently due July 23, 2021;

WHEREAS, the hearing date on the Motion is currently scheduled on August 6, 2021;

WHEREAS, on July 14, 2021, the Parties met and conferred and agreed to take the Motion off calendar to allow time for the Parties to determine whether Defendant will permit Plaintiff to file a First Amended Complaint ("FAC") in lieu of filing his Opposition to the Motion;

WHEREAS, the Parties agree that taking the Motion off calendar may save both the Court and the Parties from having to spend unnecessary time and resources on the Motion;

WHEREAS, the Parties agree that if Defendant decides not to stipulate to Plaintiff to amend the Complaint, the Motion will be put back on calendar and a new hearing date on the Motion will be scheduled;

WHEREAS the Parties agree that if and when the Motion is put back on calendar, Plaintiff will file his Opposition 14 days prior to the hearing date and Defendant will file his Reply seven days prior to the new hearing date;

///

///

///

1

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that the filing deadlines on the Motion be continued and the hearing date on the Motion be taken off calendar.

IT IS SO STIPULATED

A proposed order is filed concurrently herewith.

Dated:  July 15, 2021          **VGC, LLP**

By:  */s/ Diyari Vázquez*

James L. Greeley
Diyari Vázquez
Attorneys for Plaintiff
JOSEPH DIAZ, JR.

Dated:  July 15, 2021          **FEDERAL PRACTICE GROUP**

By:  */s/Eric S. Montalvo*

Eric S. Montalvo
Rajan O. Dhungana
Attorneys for Defendant
Ralph Heredia

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:  */s/ Diyari Vázquez*
Diyari Vázquez

# CERTIFICATE OF SERVICE

I, Diyari Vázquez, hereby certify that on July 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated:   July 15, 2021                    By: /s/ *Diyari Vázquez*
                                               Diyari Vázquez