UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**[PROPOSED] ORDER RE STIPULATION TO (1) CONTINUE DEADLINES TO FILE OPPOSITION AND REPLY IN SUPPORT OF MOTION TO DISMISS; AND (2) TAKE THE HEARING ON THE MOTION TO DISMISS OFF CALENDAR**<br><br>Courtroom:   2<br>Judge:         Hon. John W. Holcomb |

# ORDER

The Court, having considered the Stipulation to (1) Continue Deadlines to File Opposition and Reply in Support of Motion to Dismiss; and (2) Take The Hearing on the Motion to Dismiss Off Calendar ("Stipulation"), all papers submitted in support thereof, and all other records on file in this action and matters properly before it, hereby orders as follows:

1. All filing deadlines related to the Motion to Dismiss ("Motion") (Dkt. No. 57) are continued to allow time for the Parties to determine whether Defendant will stipulate to Plaintiff to file a First Amended Complaint ("FAC").
2. The hearing on the Motion is taken off calendar.
3. If Defendant does not stipulate to Plaintiff's filing of the FAC, the Motion will be put back on calendar and a new hearing date on the Motion will be scheduled.
4. If and when the Motion is put back on calendar, Plaintiff will file his Opposition 14 days prior to the hearing date and Defendant will file his Reply seven days prior to the new hearing date.

IT IS SO ORDERED.

Dated: _____      By: _____
                                  Hon. John W. Holcomb
                                  United States District Judge

- 1 -

[PROPOSED] ORDER CONTINUTING FILING DEADLINES AND HEARING DATE RE MTD