| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIAZ JR., | Case No. 5:20-cv-02332-JWH-KKx |
| Plaintiff, | |
| v. | **ORDER GRANTING, IN PART, AND DENYING, IN PART, JOINT STIPULATION RE: DEFENDANT'S MOTION TO DISMISS [ECF No. 60]** |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, | |
| Defendants. | |

Before the Court is the parties' joint stipulation[1] (1) to continue briefing deadlines in connection with the motion to dismiss filed by Defendant Ralph Heredia;[2] and (2) to take off calendar the hearing on that Motion. The Court finds this matter appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15.

The parties doubtless are aware that, in its prior orders and at the related hearings, the Court has expressed its frustration with the prosecution and trajectory of this action. Among other issues, the Court is concerned that this case is languishing. The Court expects the parties henceforth to proceed expeditiously.

After considering the papers filed in support of the Stipulation, the Court hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED in part** and **DENIED in part** as set forth herein.

2. The hearing on Heredia's Motion is **CONTINUED** from August 6, 2021, to **August 27, 2021**, at 9:00 a.m.

3. The deadline for Plaintiff Joseph Diaz Jr. to file his opposition to the Motion, if any, is **August 13, 2021**. The Deadline for Heredia to file his reply in support of the Motion, if any, is **August 20, 2021**.

4. Alternatively, in the event that Diaz elects to amend his Complaint, on or before **August 13, 2021**:

   a. pursuant to L.R. 7-16, Heredia is **DIRECTED** to file a notice of withdrawal of his Motion; and

---

[1] Joint Stipulation Re: Def.'s Mot. to Dismiss (the "Stipulation") [ECF No. 60].

[2] Mot. to Dismiss for Failure to State an Offense & Lack of Subject Matter Jurisdiction (the "Motion") [ECF No. 57].

     b.    pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties are **DIRECTED** to file a joint stipulation for an order granting Diaz leave to amend his Complaint.

**IT IS SO ORDERED.**

Dated: July 19, 2021

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE