| | |
|---|---|
| 1 | Rajan O. Dhungana (SBN: 297794) |
| 2 |    rdhungana@fedpractice.com |
| | FEDERAL PRACTICE GROUP |
| 3 | 14481 Aspen Street |
| 4 | Hesperia, CA 92344 |
| 5 | Telephone: (310) 795-6905 |
| 6 | Eric S. Montalvo (*Pro Hac Vice*) |
| |    emontalvo@fedpractice.com |
| 7 | FEDERAL PRACTICE GROUP |
| 8 | 1750 K Street, N.W., Suite 900 |
| 9 | Washington, DC 20006 |
| | Telephone: (202) 862-4360 |
| 10 | Fax: (888) 899-6053 |

*Attorneys for Defendant*
Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KK <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT HEREDIA'S MOTION TO DISMISS FOR FAILURE TO STATE AN OFFENSE AND SUBJECT MATTER JURISDICTION [ECF NO. 57]** |

1  Defendant Heredia now files this Notice of Withdrawal to inform the Court
2  that he is withdrawing his previously filed Motion to Dismiss for Failure to State
3  an Offense and Subject Matter Jurisdiction ("MTD"), ECF No. 57, pursuant to
4  L.R. 7-16 and the Courts Order dated July 19, 2021. [ECF No. 61.]
5  Defendant Heredia timely filed his MTD pursuant to the Courts Order
6  following the June 24, 2021 status conference. Thereafter, on July 14, 2021,
7  counsel for Plaintiff and Defendant Heredia met and conferred about Plaintiff's
8  desire to amend his Complaint. The Parties stipulated to a continuance of the MTD
9  to allow Defendant could review the amendments to the complaint and decide
10 whether to stipulate to the changes in the complaint. [ECF No. 60]. The Court
11 granted in part and denied in part the parties agreed upon course of action. [ECF
12 No. 61]. The Court directed that the Defendant Heredia file a notice of withdrawal
13 of his MTD if Plaintiff elected to amend his complaint.

Dated: August 13, 2021                Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
rdhungana@fedpractice.com
emontalvo@fedpractice.com

*Attorneys for Defendant*
Ralph Heredia