James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
Christian Anstett (SBN 240179)
  canstett@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**STIPULATION FOR AN ORDER GRANTING PLAINTIFF JOSEPH DIAZ, JR. LEAVE TO FILE HIS FIRST AMENDED COMPLAINT**<br><br>Filed Concurrently with [PROPOSED] ORDER<br><br>Courtroom:   2<br>Judge:       Hon. John W. Holcomb |

Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendant Ralph Heredia ("Defendant" or "Heredia") (collectively the "Parties"), by and through their undersigned counsel of record, hereby agree and stipulate as follows:

WHEREAS, on October 7, 2020, Plaintiff filed his Complaint in the Superior Court of California, County of San Bernardino, against, *inter alia*, Defendant;

WHEREAS, on November 9, 2020, Defendant filed a Notice of Removal (Dkt. No. 1), and the Complaint was thereafter removed to this Court;

WHEREAS, on July 19, 2021, this Court directed the Parties to file a joint stipulation for an order granting Diaz leave to amend his Complaint (Dkt. No.61);

WHEREAS, on July 20, 2021, Diaz's counsel sent Defendant's counsel a draft to the joint stipulation pursuant to this Court's order and Diaz's First Amended Complaint (including a redlined version);

WHEREAS, the draft stipulation from Diaz's counsel requested that Defendant's response to the First Amended Complaint be due within twenty-one (21) days;

WHEREAS, on August 11, 2021, Defendant's counsel returned the joint stipulation to Diaz's counsel requesting that the stipulation not be filed until August 13, 2021 and that Defendant's response to the First Amended Complaint be due within thirty (30) days;

WHEREAS, on August 11, 2021, counsel exchanged emails, where Defendant requested thirty (30) days to respond and stated that Defendant will seek an additional nine (9) day extension. Plaintiff has stated it intends to oppose said motion. Defendant intends to move the Court for an order pursuant to Fed. R. Civ. P. 6 for an opposed nine (9) day extension due to other pending matters; and

WHEREAS, a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit "A";

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that:

1. Plaintiff is granted leave to amend to file his First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

2. Defendant's responsive pleadings shall be due twenty-one (21) days after the First Amended Complaint is filed.

3. A proposed order is submitted concurrently herewith.

**IT IS SO STIPULATED**

Dated:  August 13, 2021        **VGC, LLP**


                               By:  */s/ Diyari Vázquez*

                               James L. Greeley
                               Diyari Vázquez
                               Attorneys for Plaintiff
                               JOSEPH DIAZ, JR.


Dated:  August 13, 2021        **FEDERAL PRACTICE GROUP**


                               By:  */s/ Eric Montalvo*

                               Eric S. Montalvo
                               Rajan O. Dhungana
                               Attorneys for Defendant
                               Ralph Heredia


## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

                               By:  */s/ Diyari Vázquez*
                                    Diyari Vázquez

2

## CERTIFICATE OF SERVICE

I, Diyari Vázquez, hereby certify that on August 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated:     August 13, 2021                    By: /s/ *Diyari Vázquez*
                                                   Diyari Vázquez