UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF JOSEPH DIAZ, JR. LEAVE TO FILE HIS FIRST AMENDED COMPLAINT** <br><br> Courtroom: 2 <br> Judge: Hon. John W. Holcomb |

# ORDER

The Court, having considered the Stipulation for an Order Allowing Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") Leave to File His First Amended Complaint, all papers submitted in support thereof, and all other records on file in this action and matters properly before it, hereby orders as follows:

1. Plaintiff is GRANTED leave to file his First Amended Complaint.
2. The First Amended Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.
3. Defendant's responsive pleadings shall be due 21 days after the First Amended Complaint is filed.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                    Hon. John W. Holcomb
                                    United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT