1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KKx <br><br> **ORDER GRANTING PLAINTIFF JOSEPH DIAZ, JR. LEAVE TO FILE HIS FIRST AMENDED COMPLAINT** <br><br> **NOTE CHANGES MADE BY COURT** <br><br> Courtroom:   2 <br> Judge:   Hon. John W. Holcomb |

The Court, having considered the Stipulation for an Order Allowing Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") Leave to File His First Amended Complaint, all papers submitted in support thereof, and all other records on file in this action and matters properly before it, and good cause appearing therefor, hereby orders as follows:

1. Plaintiff is **GRANTED** leave to file his First Amended Complaint.

2. Plaintiff shall file his First Amended Complaint, attached to the stipulation [ECF No. 67-1] no later than August 23, 2021.

3. Defendant's responsive pleadings is due 21 days after the First Amended Complaint is filed.

**IT IS SO ORDERED.**

Dated: August 16, 2021        By: _____
                                  Hon. John W. Holcomb
                                  United States District Judge

- 1 -

ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT