Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Mr. Ralph Heredia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (EASTERN DIVISION)

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>                Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No.: 5:20-cv-02332-JWH-KKx<br><br>**JOINT STIPULATION RE EXTENSION OF TIME FOR DEFENDANT RALPH HEREDIA TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Served on: Aug 17, 2021<br>Current Response Date: Sept 7, 2021<br>New Response Date:     Sept 17, 2021 |

## STIPULATION RE EXTENSION OF TIME FOR DEFENDANT RALPH HEREDIA TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

WHEREAS, on July 14, 2021, counsel for Plaintiff and Defendant Heredia met and conferred about Plaintiff's desire to amend his Complaint. The Parties stipulated to a continuance of the Motion to Dismiss to allow Defendant to review the amendments to the complaint and decide whether to stipulate to the changes in the complaint. [ECF No. 60]. On July 19, 2021, the Court granted in part and denied in part the parties' agreed upon course of action. [ECF No. 61]. The Court directed that Defendant Heredia stipulate to the amendment and file a notice of withdrawal of his MTD if Plaintiff elected to amend his complaint. [Id.]

WHEREAS, on July 20, 2021, Plaintiff's counsel sent Defendant's counsel a draft joint stipulation pursuant to this Court's order and Plaintiff's First Amended Complaint (including a redlined version).

WHEREAS, on August 13, 2021, Defendant Ralph Heredia filed a Notice of Withdrawal of the Motion to Dismiss [ECF No. 66] and Plaintiff filed the Stipulation to File the First Amended Complaint [ECF No. 67].

WHEREAS, pursuant to the Court's August 17, 2021 order granting leave to file the First Amended Complaint [ECF No. 68], Plaintiff Joseph Diaz filed his First Amended Complaint that same day. [ECF No. 69].

WHEREAS, any Rule 12(b) defenses must be asserted before filing and serving the responsive pleading. Fed. R. Civ. P. 12(b).

WHEREAS, Rule 6(b)(1)(A) allows the Court to extend these deadlines for good cause "with or without motion or notice" if the request is made before expiration of the original or extended deadline.

WHEREAS, on August 20, 2021, Plaintiff's Counsel and Defendant's Counsel met and conferred about Defendant's request to extend the time for Defendant to file a response to Plaintiff's First Amended Complaint to September 17, 2021. While Plaintiff's counsel shares the Court's concern regarding the delays in prosecution of this case and Plaintiff desires to move forward expeditiously, Plaintiff's counsel agreed to stipulate to the request based on Defendant's Counsel Rajan O. Dhungana representation that Defendant requested the additional time because the Federal Practice Group firm is currently assisting in several urgent Afghan Special Immigrant Visa cases as well as humanitarian requests stemming from the urgent humanitarian situation that has arisen following the fall of Kabul to the Taliban. Due to the time sensitive nature of threat to life and limb to Defendant's Counsel's immediate Afghan clients, Defendant's Counsel requested the short extension.

WHEREAS, the parties agree that good cause supports the stipulated request due to the extraordinary circumstances described above.

WHEREAS, the parties hereby stipulate and agree that Defendant Ralph Heredia shall have an extension of time through and including until September 16, 2021 to respond to Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

Dated: September 2, 2021

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA  92344
Telephone: (310) 795-6905

3
JOINT STIPULATION RE: EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Defendant*
Ralph Heredia


Dated: September 2, 2021          **VGC, LLP**

By: */s/ Diyari Vázquez*
Attorneys for Plaintiff
JOSEPH DIAZ, JR.



## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.


/s/ *Rajan O. Dhungana*

JOINT STIPULATION RE: EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT