UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KKx <br><br> **[Proposed] ORDER GRANTING DEFENDANT RALPH HEREDIA AN EXTENSION TO SERVE HIS RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Before the Court is the parties' joint stipulation[1] to grant Defendant Ralph Heredia an extension, until September 17, 2021, to answer or otherwise respond to Plaintiff's First Amended Complaint. The Court finds this matter appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15.

After considering the joint stipulation, the Court hereby ORDERS as follows:

1. Good cause exists to extend the deadline for Defendant Heredia to answer or otherwise respond to Plaintiff's First Amended Complaint.

2. The joint stipulation is granted.

3. Defendant Ralph Heredia must answer or otherwise respond to Plaintiff's First Amended Complaint on or before September 17, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021.      By_____
                                John W. Holcomb
                                UNITED STATES DISTRICT JUDGE

---

[1] Joint Stipulation RE Extension of Time for Defendant Ralph Heredia to Respond to Plaintiff's First Amended Complaint [ECF No. _70_].