| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Diyari Vazquez SBN 222461**<br>**DVG Law Group, P.C.**<br>**1515 7th St # 106**<br>**Santa Monica, CA 90401**<br>ATTORNEY FOR   **Plaintiff** | **(424) 272-9855** | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Diaz, Joseph v. Heredia Boxing Management, Inc. | | |
| DATE:            TIME:            DEP./DIV. | | CASE NUMBER:<br>5:20-CV-02332-JWH-KK |
| **Declaration of Service** | | Ref. No. or File No:<br>Diaz/MTK |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint**

On: **Heredia Boxing Management, Inc.**

Registered Agent: **DONALD BRENT KENNEDY - Authorized Agent for Service of Process**

I served the summons at:

**2120 Foothill Blvd Ste 107,   La Verne, CA 91750**

On: **9/28/2021**            Date:   **04:00 PM**

In the above mentioned action  by substituted service and leaving with

**Angie Perez (Gender: F Age: 32 Height: 5'7" Weight: 125 Race: hispanic Hair: black Other: )**
**receptionist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:
  a. Name: **John Duong**
  b. Registration #: **5932- Los Angeles**
  c. Company and Registration: **Direct Legal Support, Inc. - 2015260036**
  d. Address: **1541 Wilshire Blvd Suite 550, Los Angeles, CA 90017**
  e. Telephone number: **800-675-5376**
  f.  The fee for this service was: **100.00**
  g. I am an independent contractor

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



John Duong                              Date: **10/07/2021**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Diyari Vazquez SBN 222461**<br>**DVG Law Group, P.C.**<br>**1515 7th St # 106**<br>**Santa Monica, CA 90401**<br>ATTORNEY FOR   **Plaintiff** | **(424) 272-9855** | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Diaz, Joseph v. Heredia Boxing Management, Inc. | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>5:20-CV-02332-JWH-KK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Diaz/MTK |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **09/29/2021**, I served the within:
**Summons; Complaint**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Los Angeles**, California, addressed as follows:

**Heredia Boxing Management, Inc.**
**2120 Foothill Blvd Ste 107,   La Verne, CA 91750**

Declarant:

  a. Name: **David Kern**
  b. Registration #:**2013212734** - **Los Angeles**
  c. Company: **Direct Legal Support, Inc.**
  d. Address: **1541 Wilshire Blvd Suite 550, Los Angeles, CA 90017**
  e. Telephone number: **800-675-5376**
  f. Company Registration #: **2015260036**
  g. **The fee** for this service was: **100.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



David Kern                                          Date: **10/07/2021**

Declaration of Service by Mail                                          Invoice #: 4989095