Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

Eric S. Montalvo (admitted *Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6083

*Attorneys for Defendant Heredia Boxing Management*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>        Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA; JOHN DOE, ESQ.;<br>and JANE DOES 1 through 20,<br>inclusive,<br><br>        Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>Defendant Heredia Boxing<br>Management's Answer to the First<br>Amended Complaint |

# DEFENDANT HEREDIA BOXING MANAGEMENT'S ANSWER TO THE FIRST AMENDED COMPLAINT

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendant Heredia Boxing Management ("HBM"), by counsel, timely answers and otherwise responds to the First Amended Complaint, and states as follows:

## First Defense

The First Amended Complaint fails to state a claim upon which relief can be granted.

## Second Defense

## INTRODUCTION

1.    Paragraph 1 contains no allegations to which a response by HBM is required. To the extent a response is required, Defendant denies them.

2.    The allegations of Paragraph 2 refer to defendants other than HBM and therefore no response by HBM is required. To the extent a response by HBM is required, HBM denies them.

3.    Paragraph 3 contains no allegations to which a response by HBM is required. To the extent a response is required, Defendant denies them.

4.    The allegations of Paragraph 4 refer to defendants other than HBM and therefore no response by HBM is required. To the extent a response by HBM is required, HBM denies them.

5.      The allegations of Paragraph 5 refer to defendants other than HBM and therefore no response by HBM is required. To the extent a response by HBM is required, HBM denies them.

6.      The allegations of Paragraph 6 refer to defendants other than HBM and therefore no response by HBM is required. To the extent a response by HBM is required, HBM denies them.

7.      Paragraph 7 contains no allegations to which a response by HBM is required. To the extent a response is required, Defendant denies them.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

10.      Defendant admits the allegations in this paragraph.

11.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

12.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of sentences 1 and 3 of this paragraph and therefore denies them. The allegations of sentence 2 of this paragraph consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

13.     The allegations of this paragraph consist of legal conclusions to which no response is required. To the extent a response is required as to any relationship of any defendant other than HBM to any other defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. Further to the extent a response is required, HBM denies them.

## JURISDICTION AND VENUE

14.     Paragraph 14 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

15.     Paragraph 15 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

16.     Paragraph 16 contains a legal conclusion to which no response is required.  Defendant admits that it does business in the Court's judicial district.

## FACTUAL ALLEGATIONS

17.     Paragraph 17 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

18.     Paragraph 18 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

19.     Paragraph 19 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

20.     Paragraph 20 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

21.     Paragraph 21 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

22.     Paragraph 22 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

23.     Paragraph 23 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

24.     Paragraph 24 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

25.     Paragraph 25 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

26.     Paragraph 26 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

27.     Paragraph 27 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

28.     Paragraph 28 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

29.     Paragraph 29 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

30.     Paragraph 30 contains no allegations to which a response by HBM is required. To the extent a response is required, Defendant denies them.

31.     Paragraph 31 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

32.     Paragraph 32 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

33.     Paragraph 33 contains no allegations to which a response is required. To the extent a response is required, Defendant denies them.

34.     Paragraph 34 states a legal conclusion to which no response is required. To the extent a response is required, Defendant denies them.

35.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

36.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

37.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

38.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

39.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

40.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

41.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

42.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

43.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

44.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

45.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

46.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

47.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

48.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

49.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

50.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

51.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

52.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

53.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

54.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. Defendant further states that the graphic material within this paragraph, to the extent it is an accurate copy of a genuine document, speaks for itself.

55.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

56.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. Defendant further states that the graphic material within this paragraph, to the extent it is an accurate copy of a genuine document, speaks for itself.

57.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

58.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

59.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

60.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

61.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

62.     Defendant admits the allegation in sentence 1 that it is a California corporation, and denies the remaining allegations of sentence 1. The allegation in sentence 2 that "Ralph Heredia" is listed as an officer or director of Defendant in its public filings with the California Secretary of State is denied. Defendant admits that Moses Heredia is listed as an officer and director of Defendant in its public filings with the California Secretary of State. Admitted that the address listed in HBM's public filings with the California Secretary of State is the same as the address listed in Global Processing Systems, Inc.'s public filings with the California Secretary of State, for which Moses Heredia is listed as an officer and director. The allegations of sentence 4 are denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of sentence 5 and therefore denies them. HBM denies the inference in sentence 6 that

it received payments for acting as Diaz' manager. To the extent a response is required to the allegations in sentence 6, they are denied. HBM admits that it received checks issued by Golden Boy Promotions for the boxing manager fees earned by Diaz' duly-licensed boxing manager as recognized by the California State Athletic Commission and as confirmed in arbitration, Moses Heredia, pursuant to Moses Heredia's lawful directive. The allegations in sentences 8 and 9 are denied.

63.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

64.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations this paragraph and therefore denies them.

65.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

66.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

67.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

68.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

69.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

70.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

71.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## CAUSES OF ACTION

## <u>FIRST CAUSE OF ACTION</u>

### Fraud

### (Against Heredia)

72.     Defendant repeats and incorporates by reference its responses to all previous paragraphs in response to this paragraph.

73.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74a.    Subparagraph 74a sets forth legal a conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74b.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74c.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74d.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74e.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74f.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74g.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74h.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

74i.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

75.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

76.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

77.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

78.    Paragraph 78 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

79.    Paragraph 79 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

80.    Paragraph 80 sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## SECOND CAUSE OF ACTION

### Breach of Fiduciary Duty

### (Against Heredia)

81.    Defendant repeats and incorporates by reference its response to all previous paragraphs in response to this paragraph.

82.     This paragraph sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

83.     This paragraph sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

84.     This paragraph sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

85.     This paragraph sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

86.     This paragraph sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

# THIRD CAUSE OF ACTION

## Breach of Implied-in-Fact Contract

## (Against Heredia)

87.     Defendant repeats and incorporates by reference its response to all previous paragraphs in response to this paragraph.

88.     Sentences 1 and 2 of paragraph 88 set forth legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

89.     Paragraph 89 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

90.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

91.     Sentence 1 of paragraph 91 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

92.     Paragraph 92 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## FOURTH CAUSE OF ACTION

### Conversion

### (Against All Defendants)

93.     Defendant repeats and incorporates by reference its response to all previous paragraphs in response to this paragraph.

94.     Paragraph 94 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

95.     To the extent the allegations of Paragraph 95, including subparagraphs, relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them. Defendant denies the allegations of Paragraph 95 that relate to it.

95a.   Subparagraph 95a sets forth legal conclusions to which no response is required. To the extent the allegations of this subparagraph relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them. To the extent a response may be required, Defendant denies the allegations of this subparagraph that relate to it.

95b.   Subparagraph 95b sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this subparagraph and therefore denies them.

95c.   Subparagraph 95c sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant denies any allegation specifically referencing it, and as to allegations referencing others, is without knowledge or information sufficient to form a belief as to the truth of those other allegations, and therefore denies them.

95d.   Subparagraph 95d sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant denies any allegation specifically referencing it, and as to allegations referencing others, is

without knowledge or information sufficient to form a belief as to the truth of those other allegations, and therefore denies them.

95e.    Subparagraph 95e sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this subparagraph and therefore denies them.

96.    To the extent the allegations of Paragraph 96 relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. Further, Paragraph 96 sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant denies the allegations of this paragraph that relate to it.

97.    To the extent the allegations of Paragraph 97 relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. Further, Paragraph 97 sets forth a legal conclusion to which no response is required. To the extent a response

may be required, however, Defendant denies the allegations of this paragraph that relate to it.

98.     To the extent the allegations of Paragraph 98 relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. Further, Paragraph 98 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant denies the allegations of this paragraph that relate to it.

99.     Paragraph 99 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant denies the allegations of this paragraph.

## FIFTH CAUSE OF ACTION

**Tortious Interference with Prospective Economic Advantage**

**(Against Heredia)**

100.   Defendant repeats and incorporates by reference its response to all previous paragraphs in response to this paragraph.

101.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

102.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

103.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

104.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

105.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

106.   Paragraph 106 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

107.   Paragraph 107 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## SIXTH CAUSE OF ACTION

### Violation of the Muhammad Ali Boxing Reform Act

### (Against Heredia)

108.    Defendant repeats and incorporates by reference its response to all previous paragraphs in response to this paragraph.

109.    Paragraph 109 contains no allegations to which a response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

110.    Paragraph 110 contains no allegations to which a response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

111.    Sentences 1 and 2 of paragraph 111 set forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of these first two sentences of this paragraph and therefore denies them. As to the remaining sentences of the paragraph, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

112.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

113.   Paragraph 113 sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

114.   Paragraph 114 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

## SEVENTH CAUSE OF ACTION

### Quantum Meruit

### (Against All Defendants)

115.   Defendant repeats and incorporates by reference its response to all previous paragraphs in response to this paragraph.

116.   To the extent the allegations of Paragraph 116, including subparagraphs, relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.  Defendant denies the allegations of Paragraph 116 that relate to it.

116a.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this subparagraph and therefore denies them.

116b. To the extent the allegations of Paragraph 116b, including subparagraphs, relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.  Defendant denies the allegations of Paragraph 116b that relate to it.

116c.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this subparagraph and therefore denies them.

117.   To the extent the allegations of Paragraph 117 relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.  Defendant denies the allegations of this paragraph that relate to it.

118.   To the extent the allegations of Paragraph 118 relate to entities other than Defendant, they do not require a response from Defendant. To the extent a

response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. Further, Paragraph 118 sets forth legal conclusions to which no response is required. To the extent a response may be required, however, Defendant denies the allegations of this paragraph that relate to it.

119.   To the extent the allegations of Paragraph 119, including subparagraphs, relate to individuals other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.  Further, Paragraph 119 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant denies the allegations of this paragraph that relate to it.

## EIGHTH CAUSE OF ACTION

### Accounting

### (Against All Defendants)

120.   Defendant repeats and incorporates by reference its response to all previous paragraphs in response to this paragraph.

121.   To the extent the allegations of Paragraph 121 relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. Further, Paragraph 121 sets forth a legal conclusion to which no response is required. To the extent a response may be required, however, Defendant denies the allegations of this paragraph that relate to it.

122.   To the extent the allegations of Paragraph 122 relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them. As to Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

123.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

124.   To the extent the allegations of Paragraph 124 relate to entities other than Defendant, they do not require a response from Defendant. To the extent a response is required to those allegations relating to other entities, Defendant is

without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.  Defendant denies the remaining allegations of this paragraph.

125.   Any allegations not specifically admitted are denied.

## ADDITIONAL DEFENSES

1.   Plaintiff's claims are barred, in whole or in part, by his failure to join a necessary party.

2.   Plaintiff's claims are barred, in whole or in part, by his own prior wrongful, negligent, or illegal acts or omissions directed at Defendant.

3.   Plaintiff's own negligent acts and omissions solely caused the injuries and damages of which he complains, and thus he cannot recover damages against Defendant.

4.   Plaintiff's claims are barred, in whole or in part, by the defense of unclean hands.

5.   Plaintiff's claims are barred, in whole or in part, by the fact that the actions alleged to have been taken by Defendant were not the proximate cause of any injury to Plaintiff.

6.   Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitation.

7.   Plaintiffs' claims are barred by a binding decision by an arbitrator.

8.     Defendant specifically reserves the right to assert all other defenses, not currently known, which he may learn through discovery.

### CONCLUSION

WHEREFORE, having fully answered the First Amended Complaint, Defendant Heredia Boxing Management respectfully requests that it be dismissed, with prejudice, and that the Court award, as part of its judgment, his costs of suit incurred herein, together with such other relief as to the Court may seem just and proper.

Dated: October 19, 2021

Respectfully submitted,

/s/ *Rajan O. Dhungana*

Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*

Eric S. Montalvo (Admitted *Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
emontalvo@fedpractice.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I filed the foregoing Defendant Heredia Boxing Management's Answer to the First Amended Complaint with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, I sent a copy via email to the following:

James L. Greeley (SBN 218975)
    jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
    dvazquez@vgcllp.com
Gina M. Simas (SBN 205367)
    gsimas@vgcllp.com
Christian Anstett (SBN 240179)
    canstett@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 256-8296

*Attorneys for Plaintiff*
Joseph Diaz, Jr.


Dated: October 19, 2021

                                    Respectfully submitted,


                                    /s/ *Eric S. Montalvo*
                                    Eric S. Montalvo (Admitted *Pro Hac Vice*)
                                    FEDERAL PRACTICE GROUP
                                    1750 K Street, N.W., Suite 900
                                    Washington, D.C. 20006
                                    Telephone: (202) 862-4360
                                    emontalvo@fedpractice.com

                                    *Attorney for Defendant*
                                    Heredia Boxing Management, Inc.

DEFENDANT HEREDIA BOXING MANAGEMENT'S ANSWER TO THE FIRST AMENDED COMPLAINT – CERTIFICATE OF SERVICE