James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **DECLARATION OF DIYARI VAZQUEZ IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REDACTED PORTIONS OF JOINT RULE 26 REPORT** <br><br> Courtroom: 2 <br> Judge: Hon. John W. Holcomb |

I, Diyari Vázquez, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am the Head of Litigation at VGC, LLP, counsel of record for Plaintiff Joseph Diaz, Jr. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto. I make this declaration pursuant to Local Rule 79-5.2.2, in support of Plaintiff's Application for Leave to File Redacted Portions of the Joint Report of Meeting Under Rule 26(f) ("Joint Report").

2. Plaintiff seeks to file under seal certain portions inserted by Defendants in the Joint Report that seek to invade Plaintiff's right to privacy in his medical history and financial situation. Plaintiff also seeks to file under seal inflammatory and libelous statements that Defendants inserted into the Joint Report in what is Defendants' continued attempt to use this Court as a forum to promote public scandal. The portions of the Joint Report that Plaintiff seeks to be sealed are located at Joint Report Pages 4:18-20; 4:22-24; 4:27-5:3; 10:23; 10:27; 11:3-4; 11:6; 11:19; 12:11.

3. As the Court knows, Plaintiff is a well-known boxer and this case is being followed by the media (largely due to Defendants and their counsel feeding the media stories). Here, disclosure of the redacted material would result in improper use of the material for scandalous and libelous purposes.

4. Attached as Exhibit A is a true and correct copy of Google search results showing a number of news articles involving Mr. Montalvo making statements to the press about Plaintiff and this (and other) litigation related to Plaintiff.

5. Attached as Exhibit B is a true and correct copy of screenshots of the "Press" section of Federal Practice Group's website with blogs that relate to press statements made by Mr. Montalvo related to Plaintiff and this (and other) litigation related to Plaintiff.

6. Good cause exists to file the above-listed statements related to Plaintiff's medical history and financial condition under seal. The information contained in the

- 1 -

above-listed redacted portions of the Joint Report is extremely sensitive and confidential and includes Plaintiff's medical and financial information. Due to the extremely sensitive nature of the information that Defendants improperly and unnecessarily seek to include in the Joint Report, Plaintiff respectfully requests that the unredacted versions of these documents and the redacted portions of the publicly filed version of the brief that references them remain under seal.

7. In addition, good cause exists to file the inflammatory and false statements included in Defendants' portion of the Joint Report under seal since they are designed to ratify private spite, promote public scandal and circulate libelous statements.

8. Pursuant to Local Rule 79-5.2.2, Gina Simas and I conferred with defense counsel, Mr. Montalvo, in an attempt to eliminate the need for filing any portion of the Joint Report under seal. We requested that Defendants remove these private, confidential and libelous statements from the Joint Report. Defendants, however, refused to agree to this reasonable request claiming these matters are "public information." When pressed to provide the "public" source of the information, Mr. Montalvo did not respond. Instead, Mr. Montalvo resorted to insulting Ms. Simas and this firm by writing: "I am sorry you have to try hard to be professional. Seems like that is something your firm struggles with." Mr. Montalvo also instructed this firm to "not disturb the contents that I have provided."

9. Plaintiff's counsel has used their best efforts to extend professional courtesy to Defendants' counsel, as well as to expedite the litigation of this action. By contrast Defendants' counsel continues to engage in delay tactics and efforts to unnecessarily drive of the costs of this litigation. The compilation of the Joint Report is just one of many examples where Defendants' counsel's conduct has caused unnecessary motion practice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 5, 2021 in Santa Monica, California.

_____
Diyari Vázquez

# EXHIBIT A



Google

montalvo jo jo diaz

All | News | Images | Maps | Videos | More | Tools

About 664,000 results (0.61 seconds)

Did you mean: montalvo ***jojo*** diaz

## Videos

TIME TO SETTLE THE SCORE: Devin Haney vs JoJo Diaz Jr ...
YouTube · Matchroom Boxing
1 day ago

JoJo Diaz Jr Calls Out Ryan Garcia & Devin Haney
YouTube · DAZN Boxing
Jul 9, 2021

HIGHLIGHTS | Joseph Diaz Jr. vs. Javier Fortuna
YouTube · DAZN Boxing
Jul 9, 2021

Feedback

View all

https://fedpractice.com › 2021/07/13 › eric-montalvo-f...

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL ...

Jul 13, 2021 — With distractions pushed aside, does **JoJo Diaz** finally have it all together? Joseph Diaz, above, is moving up in weight to challenge for the WBC ...

https://www.thesun.ie › news › lawyers-boxing-authorities...

### Lawyers want boxing authorities to freeze fight proceeds ...

Feb 11, 2021 — The Irish Sun can reveal representatives of manager Moses Heredia approached the California Boxing Commission to stop money set aside for **Jo Jo** ...

https://www.pressreader.com › ireland › irish-daily-mirror

### I will get millions for my client from MTK & mob boss Kinahan

Aug 26, 2021 — ... sued by boxing manager Moses Heredia who alleges top boxer **Jojo Diaz** was illegally lured away from him with a $100,000 cash payment.

https://www.sundayworld.com › Crime › World Crime

### Ex-Marine lawyer 'not afraid' of Daniel Kinahan ahead of ...

Dec 27, 2020 — Lead case lawyer Eric **Montalvo** alleges Kinahan and MTK ignored state and federal laws to 'steal' boxer Joseph '**JoJo**' **Diaz** from his ...

https://theathletic.com › 2021/03/09 › joseph-diaz-jr-lost-...

### Joseph Diaz Jr. lost his title and his car. Now he's fighting to ...

Mar 9, 2021 — **JoJo** woke up early Friday before the fight in an attempt to lose the final few pounds. He shadowboxed for an hour but didn't sweat at all. He ...

https://www.desertsun.com › sports › boxing › 2021/02/10

### JoJo Diaz's boxing approach altered by becoming a dad - The ...

Feb 10, 2021 — **JoJo Diaz**, an Olympian from the Los Angeles suburb of South El Monte, beat Tevin Farmer last February to secure the International Boxing ...
Missing: ~~montalvo~~ | Must include: montalvo

**People also search for**

joseph diaz

Google  montalvo jojo diaz

All · News · Images · Maps · Videos · More · Tools

Page 2 of about 713,000 results (0.50 seconds)

https://www.thefreelibrary.com › ... › June 7, 2021
**Kinahan faces Judgment Diaz; COURT MAY BE FORCED TO ...**
Jun 7, 2021 — Heredia's lawyer Eric **Montalvo** expects the Commission to hold up the contract. Mr **Montalvo**, an ex Marine, told the Irish Mirror: "In a lawsuit, ...

https://newsbeezer.com › Home › World
**Daniel Kinahan can see the Dubai courts recognize him as a ...**
Jun 7, 2021 — ... who claims that top boxer **JoJo Diaz** was illegally lured away from him with a ... Mr. **Montalvo**, a former Marine, told the Irish Mirror, ...

https://watchers.ie › 2021/06/07 › the-americans-wont-s...
**The Americans wont Stop now, they want Kinahan to Face ...**
Jun 7, 2021 — The papers, filed by Mr **Montalvo**, allege that MTK lured **Jojo Diaz** away from his contract with Heredia Boxing Management (HBM) by offering him a ...

https://www.delgadofuneralhome.com › copy-of-obitua...
**Obituaries | Delgado Funeral Home**
Pat was preceded in death by his father: Alex M. **Diaz**. ... Haize Nevaeh **Diaz**, Patrick Jay **Diaz**, Philip **Joseph Diaz**, and Chavino Dayze **Diaz**.

https://www.thesun.ie › news › lawyers-boxing-authorities-...
**Lawyers want boxing authorities to freeze fight proceeds ...**
Feb 11, 2021 — Boxer **Joseph Diaz** JrCredit: Getty Images - Getty. Lawyer Eric **Montalvo** last night also hit out at evil Kinahan for trying to wipe out boxing ...

https://dockets.justia.com › ... › Central District
**Joseph Diaz Jr. v. Ralph Heredia 5:2020cv02332 - Justia ...**
Nov 9, 2020 — ... Attorney Eric S. **Montalvo** to Appear Pro Hac Vice on behalf of Defendant Ralph Heredia (Pro Hac Vice Fee - $500 Fee Paid, Receipt No.
Court: US District Court for the Central District ...   Defendant: Rafael Tarango Heredia, Ralph H...

https://soundcloud.com › maria-mont... · Translate this page
**Maria Montalvo - SoundCloud**
Play Maria **Montalvo** and discover followers on SoundCloud | Stream tracks, albums, playlists on desktop ... <3 aca - **JoJo**- Marvin's Room (Can't Do Better).

https://www.fbi.gov › feeds › wanted-collection
**Wanted Collection - FBI**
10.31.2019 — **JOSEPH** JAMES BRUCE, SR. ... 10.29.2010 — JOHN MICHAEL DIMITRION; 10.05.2010 — DANIEL GUZMAN; 05.06.2014 — ALFONSO ANGEL **DIAZ**-JUAREZ ...

https://www.truepeoplesearch.com › ... › M › Montalvo
**Cruz Montalvo Found - Address, Phone & More - True People ...**
Find Cruz **Montalvo** for free! Get current address, cell phone number, email address, relatives, friends and a lot more. We're 100% free for everything!

http://www.princeton.edu › ~jlogan › TKD › National-c...
**US National Taekwondo Champions Sparring Weight ranges ...**
| Fin  | Male          |              | Fin  | Female              |
|------|---------------|--------------|------|---------------------|
| 1975 | Clark Murphy  | Pennsylvania | 1975 | no women's division |



Google

montalvo jojo diaz

All News Images Maps Videos More Tools

Page 3 of about 728,000 results (0.41 seconds)

http://www.princeton.edu › ~jlogan › TKD › National-c...

US National Taekwondo Champions Sparring Weight ranges ...

| Fin | Male | | Fin | Female | |
|---|---|---|---|---|---|
| 1975 | Clark Murphy | Pennsylvania | 1975 | no women's division | |
| 1976 | Oren Gautreaux | Missouri | 1976 | Joan Meyer | Missouri |
| 1977 | Daryl O'Neal | California | 1977 | no comeptitors | |

View 540 more rows

https://www.law360.com › articles › boxer-s-manager-acc...

Boxer's Manager Accuses Co., Law Firm VGC Of Racketeering

Dec 21, 2020 — ... into a "marketing advisory" agreement with boxer **Joseph Diaz** and ... Eric **Montalvo**, an attorney for Heredia, told Law360 that MTK Global ...

http://www.fighthype.com › news › article43939

notes from the boxing undergound: boxing and the mob

Feb 15, 2021 — The signing of **Diaz**, which was allegedly accomplished with a ... in the world of boxing," Heredia attorney Eric **Montalvo** told Sunday World.

https://www.europe.easybranches.com › ireland

Lawyer for boxing agent vows to get millions ...

Aug 26, 2021 — Ex-Marine Eric **Montalvo** also told how he found it "quite ... who alleges top boxer **JoJo Diaz** was illegally lured away from him with a ...

https://www.instagram.com › loladelaroche

Lola De La Roche (@loladelaroche) • Instagram photos ...

Jasmin **Montalvo**. Follow · jojo_babie. Verified. I AM **JOJO** BABiE ✨ . Follow. priscillasweetz. Priscilla Morales ... BELKIS **DIAZ** | CREADOR C. HN.

https://www.losalfootball.org › roster_players

Los Al Varsity - 2019 Regular Season - Roster - #68 - OG

Eleuterio **Montalvo** #68·OG. No photo neutral. Height, 5'9". Weight, 253. Grade, Freshman. Game Log. - NO STATS AVAILABLE -.

https://www.kidneywalk.org › Static › Fundraiser-List

Fundraisers - 2021 Kidney Walk at the Detroit Zoo

Elizabeth **Montalvo**. $283.00. $ · Ian miller. $280.00. $ · Sharon Wroblewski. $270.00 ... **Jojo Diaz**. $0.00. $ · Susan Gewarges. $0.00. $ · Jacqueline Griffin.

https://www.courts.wa.gov › Courts › Court Briefs

Court of Appeals Division I - Briefs - Washington State Courts ...

81784-1 - In re the Marriage of: Irlanda **Diaz**-Rodriguez, Respondent v. Jose Marcelo Tenesaca, Appellant ... 80709-9 - **Jojo** Deogracia Ejonga, Appellant v.

https://www.msn.com › newsireland › ar-AANKQOg

Mob boss Daniel Kinahan accused of trying to hide in his ...

Aug 26, 2021 — ... Moses Heredia who alleges top boxer **JoJo Diaz** was illegally lured ... Although Kinahan has already been served in Dubai, Mr **Montalvo** is ...

https://toysrevil.blogspot.com › 2013/10 › tony-titanium-...

Tony "Titanium" Montalvo for #NYCC (#NYCCwatch)

# EXHIBIT B

**Posted by:** August 13, 2021

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, DISCUSSES THE LATEST IN THE MTK AND DANIEL KINAHAN CASE WITH STEVE ELLIS

Eric Montalvo joins Steve Ellis to talk the latest in the MTK and Danial Kinahan case. To view the podcast please click here.

**Posted by:** July 13, 2021

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TALKS WITH ESPN ON JOJO DIAZ CONTRACT SITUATION

With distractions pushed aside, does JoJo Diaz finally have it all together? Joseph Diaz, above, is moving up in weight to challenge for the WBC interim lightweight title. Sye Williams/Golden Boy/Getty Images By Mike Coppinger When Ryan Garcia withdrew from his July 9 bout with Javier Fortuna to address his mental health, Joseph Diaz Jr. raised […]

**Posted by:** February 5, 2021

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, SPEAKS WITH WATCHERS.IE ON LATEST ON DANIEL KINAHAN CASE

America have the Feds; they took down Escabor and Chappo; Where from here? Time will give us Legal Wisdom   Taking a stand Ex-Marine lawyer 'not afraid' of Daniel Kinahan ahead of alleged racketeering case "This is a man (Daniel Kinahan) who decided to come here to the US and to break our laws and to […]

READ MORE

**Posted by:** February 1, 2021

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, SPEAKS WITH BBC ON LATEST ON DANIEL KINAHAN CASE

Boxing and the Mob Panorama Darragh MacIntyre investigates the role of the alleged head of one of Europe's biggest drug cartels in the upcoming heavyweight title fight between Tyson Fury and Anthony Joshua. If you want to hear the entire story please click here:

https://www.dropbox.com/s/34g88k71zw4yyet/Boxing%20and%20the%20Mob_HI_RES_VC.mov?dl=0

**READ MORE**

**Posted by:** January 20, 2021

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, PROVIDES COMMENTARY TO IRISH SUN ON DANIEL KINAHAN

*Read the full article entitled ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, PROVIDES COMMENTARY TO IRISH SUN ON DANIEL KINAHAN*

.

**READ MORE**

**Posted by:** December 29, 2020

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, PROVIDES COMMENTARY TO INDEPENDENT.IE ON DANIEL KINAHAN

Daniel Kinahan December 29 2020 07:31 PM ORGANISED crime boss Daniel Kinahan is being formally summonsed to respond to US-based civil law suit in which he stands accused of racketeering and money-laundering. He has been warned he has 21 days to respond to the case filed by Heredia Boxing Management in California, who are suing […]

**READ MORE**

**Posted by:**                          **December 29, 2020**

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TELLS SUNDAY WORLD DANIEL KINAHAN HAS FORMALLY BEEN SUMMONSED

SEE YOU IN COURT Daniel Kinahan formally summonsed in racketeering law suit He has been warned he has 21 days to respond to the case filed by Heredia Boxing Management in California Daniel Kinahan is being pursued in the U.S. courts ORGANISED crime boss Daniel Kinahan has been formally summonsed to respond to US based […]

**READ MORE**

**Posted by:**                          **December 27, 2020**

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TELLS SUNDAY WORLD HE IS NOT AFRAID OF DANIEL KINAHAN IN RACKETEERING CASE

TAKING A STAND– Ex-Marine lawyer 'not afraid' of Daniel Kinahan ahead of alleged racketeering case "This is a man (Daniel Kinahan) who decided to come here to the US and to break our laws and to steal. He puts himself out there as a businessman" Daniel Kinahan is being pursued in the U.S. courts December […]

**READ MORE**

**Posted by:** December 21, 2020

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, SPEAKS WITH LAW360 ABOUT SUING MTK GLOBAL SPORTS MANAGEMENT LLC

Boxer's Manager Accuses Co., Law Firm VGC Of Racketeering By Clarice Silber Law360 (December 21, 2020, 6:31 PM EST) — The manager of a world champion boxer has sued law firm VGC LLP and a management and promotional company allegedly linked to organized crime, claiming the company was engaged in a racketeering scheme to interfere with his contract […]

READ MORE