1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., | Case No. 5:20-cv-02332-JWH-KK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF JOSEPH DIAZ, JR.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | Courtroom:    2<br>Judge:        Hon. John W. Holcomb |
| Defendants. | |

1

**ORDER**

2

3       The Court, having considered the Application for Leave to File Under Seal

4   submitted by Plaintiff Joseph Diaz, Jr. ("Plaintiff"), all papers submitted in support

5   thereof, and all other records on file in this action and matters properly before it, and

6   GOOD CAUSE appearing, hereby orders as follows:

7

8       1. Plaintiff's Application is GRANTED.

9       2. Plaintiff shall file under seal the confidential statements located at pages

10          4:18-20; 4:22-24; 4:27-5:3; 10:23; 10:27; 11:3-4; 11:6; 11:19; 12:11 of the

11          Joint Report of Meeting Under Rule 26(f).

12

13      **IT IS SO ORDERED.**

14

15   Dated: _____          By: _____

16                                              Hon. John W. Holcomb
                                               United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

- 1 -