# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., | Case No. 5:20-cv-02332-JWH-KKx |
| Plaintiff, | **ORDER GRANTING PLAINTIFF JOSEPH DIAZ, JR.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | Courtroom:   2<br>Judge:   Hon. John W. Holcomb |
| Defendants. | |

1  The Court, having considered the Application for Leave to File Under Seal
2  submitted by Plaintiff Joseph Diaz, Jr. ("Plaintiff"), all papers submitted in support
3  thereof, and all other records on file in this action and matters properly before it, and
4  good cause appearing, hereby **ORDERS** as follows:
5      1.  Plaintiff's Application is **GRANTED**.
6      2.  Plaintiff shall file under seal the confidential statements located at pages
7  4:18-20; 4:22-24; 4:27-5:3; 10:23; 10:27; 11:3-4; 11:6; 11:19; 12:11 of the Joint
8  Report of Meeting Under Rule 26(f).
9  **IT IS SO ORDERED.**

11  Dated: November 8, 2021         By: _____
                                        Hon. John W. Holcomb
                                        United States District Judge

- 1 -
ORDER GRANTING PLAINTIFF'S APPLICATION FOR
LEAVE TO FILE UNDER SEAL