Rajan O. Dhungana (SBN: 297794)
    rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

Eric S. Montalvo (*Pro Hac Vice*)
    emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Ralph Heredia

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>Plaintiff,<br>vs.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-02332-JWH-KKx |

# ORDER

Upon consideration of Defendant Ralph Heredia's Motion pursuant to Federal Rule of Civil Procedure 12(c), the Opposition thereto, and the record herein, it is on this ____ day of _____, 2021, hereby,

ORDERED THAT Defendant Heredia's Motion pursuant to Federal Rule of Civil Procedure 12(c) is GRANTED; and

It is further hereby ORDERED THAT Plaintiff Diaz' First Amended Complaint in the above-captioned matter is DISMISSED with prejudice.

_____
Hon. John W. Holcomb
United States District Judge