# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action. My business address is 14481 Aspen Street, Hesperia, California 92344.

On November 15, 2021, I served the document(s) described as follows:

**EXHIBITS IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope(s) addressed to the following addressee(s):

| | |
|---|---|
| James L. Greeley, Esq. | Attorneys for Plaintiff |
| Diyari Vazquez, Esq. | Joseph Diaz, Jr. |
| Christian Anstett, Esq. | |
| VGC, LLP | |
| 1515 7th Street, No 106 | |
| Santa Monica, California 90401 | |
| jgreeley@vgcllp.com | |
| dvazquez@vgcllp.com | |
| canstett@vgcllp.com | |

**BY ELECTRONIC SERVICE:** Pursuant to the Parties' agreement, I electronically served the persons listed above, by sending the above listed documents to the e-mail addresses listed above on November 12, 2021. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on November 15, 2021, at Santa Monica, California.

/s/ Rajan O. Dhungana
Rajan O. Dhungana