Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Heredia Boxing Management

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**(EASTERN DIVISION)**

Joseph Diaz, Jr.,

Plaintiff,

vs.

RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,

Defendants.

Case No.: 5:20-cv-02332-JWH-KKx

**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

Date: January 7, 2022
Time: 9:00 a.m.
Courtroom: 2
Judge: Hon. John W. Holcomb

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on January 7, 2022, at 9:00 a.m., before the Honorable John W. Holcomb, in Courtroom 2 of the United States Courthouse for the Central District of California, Eastern Division, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, Defendant Heredia Boxing Management will and hereby does move the Court to dismiss Plaintiff's complaint via a motion for judgment on the pleadings.

This motion is made following the conference of counsel pursuant to Local Rule (L.R.) 7-3. Pursuant to Local Rule 7-3 and this Court's order on June 24, 2021 [ECF No. 53], on October 18, 2021 (more than seven days prior to the filing of the motion) counsel for Defendant, Eric Montalvo, discussed filing this motion for judgment on the pleadings with counsel for Plaintiff, James Greeley and Gina Simas. Plaintiff's counsel responded that their client would oppose a motion for judgment on the pleadings and would not be amending the complaint. As such, counsel were unable to reach a resolution for the motion.

As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the pleadings and papers filed in this action; the evidence of which the Court may take judicial notice; and such further argument and matters as may be offered at the time of the hearing of this motion.

Dated: November 24, 2021

Respectfully submitted,

/s/ *Rajan O. Dhungana*

Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344

Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Defendant*
Heredia Boxing Management