1  Rajan O. Dhungana (SBN: 297794)
       rdhungana@fedpractice.com
2  FEDERAL PRACTICE GROUP
3  14481 Aspen Street
   Hesperia, CA 92344
4  Telephone: (310) 795-6905
5
6  Eric S. Montalvo (*Pro Hac Vice*)
       emontalvo@fedpractice.com
7  FEDERAL PRACTICE GROUP
   1750 K Street, N.W., Suite 900
8  Washington, D.C. 20006
9  Telephone: (202) 862-4360
   Fax: (888) 899-6053
10
11 *Attorneys for Defendant*
   Heredia Boxing Management
12

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br> Plaintiff, <br> vs. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02332-JWH-KKx |

**ORDER**

Upon consideration of Defendant Heredia Boxing Management's Motion pursuant to Federal Rule of Civil Procedure 12(c), the Opposition thereto, and the record herein, it is on this ____ day of _____, 2021, hereby,

ORDERED THAT Defendant Heredia Boxing Management's Motion pursuant to Federal Rule of Civil Procedure 12(c) is GRANTED; and

It is further hereby ORDERED THAT Plaintiff Diaz' First Amended Complaint in the above-captioned matter is DISMISSED with prejudice.

_____
Hon. John W. Holcomb
United States District Judge