James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 5:20-cv-02332-JWH-KK <br><br> HON. KENLY KIYA KATO <br><br> **[DISCOVERY MATTER]** <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS;** <br> **REQUEST FOR SANCTIONS IN THE AMOUNT OF $18,125.00** <br><br> Date:  March 10, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 3 or 4 <br> Hon. Kenly Kiya Kato <br><br> Discovery Cut-Off Date: April 22, 2022 <br> Pre-Trial Conference Date: August 12, 2022 <br> Trial Date: August 29, 2022 |

    **PLEASE TAKE NOTICE** that on March 10, 2022, at 10:00 a.m. in Courtroom 3 or 4, Plaintiff Joseph Diaz, Jr. will and hereby does move to compel Defendant Ralph Heredia to provide further responses to first set of interrogatories and requests for production of documents in response to valid discovery requests, and request for sanctions in the amount of $18,125.

    Counsel for Plaintiff and Defendant have met and conferred in writing and telephonically and have been unable to resolve this issue. Pursuant to Local Rule 37-2.1, the parties Joint Stipulation Re: Plaintiff's Motion to Compel Further Responses to First Sets of Interrogatories and Request for Production of Documents to Defendant Ralph Heredia, and Request for Sanction in the amount of $18,125 is filed herewith.

    This Motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure. This Motion is based on this Notice of Motion and Motion and Joint Stipulation Re: Plaintiff's Motion to Compel Further Responses to First Sets of Interrogatories and Request for Production of Documents to Defendant Ralph Heredia, and Request for Sanction in the amount of $18,125, the accompanying Declaration of Gina Simas in support thereof, any oral argument that may be heard, the complete files and record of this action, and such other and further matters as the Court may properly consider.

Dated: February 11, 2022                  VGC, LLP

                                          By:  /s/ Gina Simas
                                                 James L. Greeley
                                                 Diyari Vázquez
                                                 Gina Simas
                                                 Attorneys for Plaintiff,
                                                 JOSEPH DIAZ, JR.

## **CERTIFICATE OF SERVICE**

I, Gina Simas, hereby certify that on February 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: February 11, 2022           By: /s/ Gina Simas
                                        Gina Simas