James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br><br><u>HON. KENLY KIYA KATO</u><br><br>**[DISCOVERY MATTER]**<br><br>**DECLARATION OF GINA SIMAS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS;**<br>**REQUEST FOR SANCTIONS IN THE AMOUNT OF $18,125.00**<br><br>Discovery Cut-Off Date: April 22, 2022<br>Pre-Trial Conference Date: August 12, 2022<br>Trial Date: August 29, 2022 |

I, Gina Simas, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at VGC, LLP, counsel of record for Plaintiff Joseph Diaz, Jr. ("Diaz"). I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto. I make this declaration pursuant to Local Rule 37, in support of Plaintiff's Motion to Compel Further Responses to First Set of Interrogatories and Requests for Production of Documents Application and Request for Sanctions. ("Motion").

2. I am familiar with the time and other records maintained by VGC, LLP.

3. I have been practicing law for 20 years and have extensive civil litigation experience. I am a graduate of the University of California Los Angeles School of Law and was admitted to the State Bar of California in 1999. At all times throughout this matter, my hourly rate with VGC, LLP was $575 per hour.

4. The paralegal who worked on this matter is Christy Jones. I have supervised and/or coordinated the work of Ms. Jones.

5. Christy Jones is a senior paralegal and earned her Paralegal Certificate in 1997. She has worked as a paralegal for 25 years. Ms. Jones attends CLE courses on a regular basis and has complied with the provisions of California Business and Professions Code Section 6450 et seq. with respect to the number of CLE credits required of a paralegal. At at all times throughout this matter her hourly rate has been $325 per hour.

6. I am informed and believe that the above-stated rates are reasonable hourly rates as compared to the prevailing rates in the community for similar work.

7. On or about October 18, 2021, Diaz served his First Set of Requests for Production of Documents and Interrogatories on Defendant Ralph Heredia ("Heredia"). Attached as Exs. "A" and "B" are these Requests.

///

///

8. On or about November 17, 2021, Heredia provided responses to Diaz's Requests for Production and Interrogatories. Attached as Exs. "C" and "D" are true and correct copies of these Responses.

9. As Heredia's responses were wholly deficient, on or about November 23, 2021, I sent a twenty-two page meet and confer letter fully detailing how the responses were altogether insufficient. Attached as Ex. "E" is a true and correct copy of this letter.

10. Thereafter, on December 3, 2021, Heredia's counsel served supplemental responses to Diaz's written discovery, including Supplemental Written Responses to Requests for Production of Documents, Set One and Interrogatories, Set One. Attached as Exs. "F" and "G" are true and correct copies of these Supplemental Responses.

11. Unfortunately, Heredia's supplemental responses were still inadequate. Heredia failed to produce a single document and the responses to Interrogatories remained non-responsive. On December 6, 2021, I sent Heredia's counsel an email detailing some of the deficiencies and requesting a date to meet and confer via telephone. Attached as Ex. "H" is a true and correct copy of this email.

12. On December 17, 2021, I met with Heredia's counsel via telephone. During that conversation I explained how the responses were inadequate and urged Heredia's counsel to supplement Heredia's responses again. I explained that I wanted to avoid having to move to compel due to the time and costs required in making such a motion.

13. More than one month later, on January 24, 2022, Heredia provided his Second Supplemental Responses. Attached as Exs. "I" and "J" are true and correct copies of these Second Supplemental Responses.

14. Again, these responses were altogether insufficient. Heredia's counsel has yet to produce a single document, instead simply referring us to documents produced in an arbitration that did not involve Heredia or the claims at issue in this action.

///

1  Moreover, Heredia's responses to the Interrogatories provide little substance and numerous inapplicable objections.

15. As a result, Diaz was forced to bring this Motion. In so doing, Diaz requests sanctions in the amount of $18,125.00. Diaz has incurred significant expense in attempting to informally resolve the discovery disputes giving rise to this motion with Heredia's counsel. Diaz's counsel has attended at least one meet and confer conference, has drafted correspondence, and has spent significant time preparing his portions of this joint stipulation. In addition, Diaz's counsel expects to incur additional time drafting supplemental briefing on these discovery issues and appearing at the hearing on this motion. All told, Diaz expects to spend twenty-seven (27) hours in attorney time and eight (8) hours in paralegal time in connection with this discovery dispute totaling approximately $18,125.00 in attorneys' fees.

16. On January 4, 2022, the Court issued an Order taking the scheduling conference off calendar. The Court informed the parties that a separate order would issue setting the deadlines and dates for this case. This order has yet to be issued. As such, the parties are uncertain as to the date of the discovery cut-off in this action.

17. Pursuant to L.R. 37-2.2, on January 31, 2022, I emailed Heredia's counsel Diaz's portion of the stipulation to be offered in support of the Diaz's position. Attached as Ex. "K" is a true and correct copy of this email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 11, 2022 in Santa Monica, California.

/s/ Gina Simas
GINA SIMAS

# CERTIFICATE OF SERVICE

I, Gina Simas, hereby certify that on <u>February 11, 2022</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: <u>February 11, 2022</u>          By: <u>/s/ Gina Simas</u>
                                             Gina Simas