1  James L. Greeley (SBN 218975)
      jgreeley@vgcllp.com
2  Diyari Vázquez (SBN 222461)
      dvazquez@vgcllp.com
3  Gina Simas (SBN 205367)
      gsimas@vgcllp.com
4  **VGC, LLP**
5  1515 7th Street, No. 106
6  Santa Monica, California 90401
7  Telephone: (424) 272-9885
   *Attorneys for Plaintiff,* JOSEPH DIAZ, JR.
8

9  Rajan O. Dhungana (SBN: 297794)
    rdhungana@fedpractice.com
10 Eric S. Montalvo (*Pro Hac Vice*)
    emontalvo@fedpractice.com
11 **FEDERAL PRACTICE GROUP**
12 14481 Aspen Street
13 Hesperia, CA 92344
14 Telephone: (310) 795-6905
   *Attorneys for Defendants,*
15 RALPH HEREDIA AND HEREDIA BOXING MANAGEMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>       Plaintiff,<br><br>       v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>       Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br>HON. KENLY KIYA KATO<br><br>**[DISCOVERY MATTER]**<br><br>**[PROPOSED] ORDER GRANTING LOCAL RULE 37-2.1 JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT RALPH HEREDIA; REQUEST FOR SANCTIONS IN THE AMOUNT OF $18,125.00**<br><br>Discovery Cut-Off Date: Not Set<br>Pre-Trial Conference Date: Not Set<br>Trial Date: Not Set |

[PROPOSED ORDER] GRANTING LOCAL RULE 37-2.1JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL

Plaintiff Joseph Diaz' ("Plaintiff") motion to compel further responses to first set of interrogatories to Defendant Ralph Heredia, and further responses to first set of request for production of documents to Defendant Ralph Heredia and to compel full and complete document production of documents by Defendant Ralph Heredia came on for hearing on _____, 2022, at _____ am/pm in Courtroom ____ of the above-entitled Court, the Honorable Kenly Kiya Kato presiding. Appearances were as reflected on the record. The Court, having considered the motions, the moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Defendant Ralph Heredia (a) produce all responsive documents and information; and (b) provide supplemental responses to all discovery responses confirming full compliance and providing all responsive information to interrogatories (with proper verifications) to Plaintiff within _____ days of entry of this Order;

2. Defendant Ralph Heredia is ordered to pay sanctions in the amount of $_____ to Plaintiff within _____ days of entry of this Order.

3. Defendant Ralph Heredia's counsel of record, Federal Practice Group is ordered to pay sanctions in the amount of $_____ to Plaintiff within _____ days of entry of this Order.

**IT IS SO ORDERED**.

Dated: _____        By:_____
                                Honorable Kenly Kiya Kato
                                United States Magistrate Judge