# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>　　　　Defendants. | CASE NO. 5:20-cv-02332-JWH-KK <br><br>HON. KENLY KIYA KATO <br><br>**[DISCOVERY MATTER]** <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT HEREDIA BOXING MANAGEMENT; REQUEST FOR SANCTIONS IN THE AMOUNT OF $17,625.00** <br><br>Date: March 10, 2022 <br>Time: 10:00 a.m. <br>Courtroom: 3 or 4 <br>Judge: Hon. Kenly Kiya Kato <br><br>Discovery Cut-Off Date: April 22, 2022 <br>Pre-Trial Conference: August 12, 2022 <br>Trial Date: August 29, 2022 |

**ORDER**

The Court, having considered Plaintiff Joseph Diaz, Jr.'s ("Plaintiff" or "Diaz") Motion to Compel Further Responses to First Sets of Interrogatories and Requests for Production of Documents to Defendant Heredia Boxing Management; and Request for Sanctions in the Amount of $17,625.00, all papers submitted in support thereof, and all other records on file in this action and matters properly before it, hereby orders as follows:

**IT IS HEREBY ORDERED THAT:**

1. Defendant Heredia Boxing Management to (a) produce all responsive documents (and without objections where no objections were previously asserted; and (b) provide all information responsive to the Interrogatories (with proper verifications); to Plaintiff within _____ days of entry of this Order;

2. Defendant Heredia Boxing Management is ordered to pay sanctions in the amount of $_____ to Plaintiff within _____ days of entry of this Order.

3. Defendant Heredia Boxing Management's counsel of record, Federal Practice Group, is ordered to pay sanctions in the amount of $_____ to Plaintiff within _____ days of entry of this Order.

**IT IS SO ORDERED**.

Dated: _____       By:_____
                                  Honorable Kenly Kiya Kato
                                  United States Magistrate Judge