Name, Address and Telephone Number of Attorney(s):

Diyari Vázquez (SBN 222461)
 dvazquez@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH DIAZ, JR

Plaintiff(s)

v.

RALPH HEREDIA, et al.

Defendant(s).

CASE NUMBER:

5:20-cv-02332-JWH-KK

**STIPULATION REGARDING
SELECTION OF PANEL MEDIATOR**

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Michael Young, Esq._____ may serve as the Panel Mediator in the above-captioned case. _____Diyari Vazquez_____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____prior to cutoff_____ and counsel will submit mediation statements seven (7) calendar days
(Date)
before the session.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 2/23/2022        /s/ Diyari Vazquez
                        Attorney For Plaintiff   Joseph Diaz

Dated: _____           _____
                        Attorney For Plaintiff   _____

Dated: 2/23/2022        Eric Montalvo
                        Attorney For Defendant   Ralph Heredia, et al.

Dated: _____           _____
                        Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)        **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**