James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff,
JOSEPH DIAZ, JR.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 5:20-cv-02332-JWH-KK <br><br> <u>HON. KENLY KIYA KATO</u> <br><br> **[DISCOVERY MATTER]** <br><br> **SUPPLEMENTAL DECLARATION OF GINA SIMAS IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT HEREDIA BOXING MANAGEMENT; REQUEST FOR SANCTIONS IN THE AMOUNT OF $17,625.00** <br><br> Date:  March 10, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 3 or 4 <br> Judge: Hon. Kenly Kiya Kato <br><br> Discovery Cut-Off Date: April 22, 2022 <br> Pre-Trial Conference: August 12, 2022 <br> Trial Date: August 29, 2022 |

I, Gina Simas, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at VGC, LLP, counsel of record for Plaintiff Joseph Diaz, Jr. ("Diaz"). I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto. I make this declaration pursuant to Local Rules 7 and 37, in support of Plaintiff's Reply in support of Motion to Compel Further Responses to First Set of Interrogatories and Requests for Production of Documents to Heredia Boxing Management and Request for Sanctions. ("Motion").

2. On January 27, 2022, I met with HBM's counsel via telephone. During that conversation, I explained to HBM's counsel that HBM's responses were entirely inadequate. In response, HBM's counsel expressly stated that he would not further supplement HBM's responses. I then informed counsel that I ***would*** bring a motion to compel against HBM. In my initial declaration in support of the Motion, there was a typo that stated that I informed counsel that I "could" bring a motion. As indicated in the motion, I expressly stated that Diaz ***would*** be bringing a motion to compel. [Dkt. 97 at 5:7.]

3. Further, as I stated in my initial declaration: "The parties absolutely met and conferred on January 27, 2022 to discuss HBM's deficient responses. HBM's counsel made clear to me he would not supplement these responses. I made expressly clear to him that I would be filing a motion to compel. Because, during the meet and confer, I informed counsel that Diaz would be bringing this Motion, he had to have been aware that Diaz's counsel would be preparing the Joint Stipulation." (*See* Declaration of Gina Simas in support of Motion, ¶ 16.)

/ / /

/ / /

/ / /

/ / /

- 1 -

4. This Motion was and is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 27, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 24, 2022, in Santa Monica, California.

*Gina Simas*

GINA SIMAS