# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | EDCV 20-02332-JWH (KKx) |
| Date | February 25, 2022 |
| Title | Joseph Diaz Jr. v. Ralph Heredia |

**Present: The Honorable**  **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Donnisha Brown | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**      **(IN CHAMBERS) ORDER**

On February 11, 2022, Plaintiff filed a Motion to Compel seeking further responses to Plaintiff's First Set of Interrogatories and Requests for Production from defendant Ralph Heredia with a Joint Stipulation pursuant to Local Civil Rule 37-2 and set a hearing for March 10, 2022. Dkt. 96. On February 24, 2022, Plaintiff filed a Supplemental Brief. Dkt. 102. The Court finds the motion appropriate for decision without oral argument. Hence, the March 10, 2022 hearing is hereby VACATED, and the matter is taken under submission.

Initials of Preparer       dsb