UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-02332-JWH (KKx) | Date | February 25, 2022 |
|---|---|---|---|
| Title | Joseph Diaz Jr. v. Ralph Heredia | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Donnisha Brown | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**    **(IN CHAMBERS) ORDER**

On February 11, 2022, Plaintiff filed a Motion to Compel seeking further responses to Plaintiff's First Set of Interrogatories and Requests for Production from defendant Heredia Boxing Management ("HBM") and set a hearing for March 10, 2022. Dkt. 97. On February 23, 2022, defendant Heredia Boxing Management filed an untimely Opposition to the Motion to Compel, dkt. 99, and an identical document titled Supplemental Memorandum, dkt. 98.  On February 24, 2022, Plaintiff filed a Reply in support of the Motion to Compel. Dkt. 101. The sole argument in defendant HBM's "Opposition" is that Plaintiff failed to strictly comply with Local Civil Rule 37-1 by failing to serve a detailed letter setting out the issues with defendant HBM's discovery responses before meeting and conferring on January 27, 2022.  Defendant HBM fails to oppose the merits of any of the issues raised in the Motion to Compel. While the Court is not pleased with Plaintiff's failure to strictly comply with Local Civil Rule 37-1, defendant HBM's counsel clearly stated defendant HBM would not supplement its discovery responses and the Court will not require Plaintiff to perform a futile act. Accordingly, the Court construes defendant HBM's failure to timely file an opposition as consent to granting the Motion to Compel. See L.R. 7-12.

Regarding Plaintiff's request that he be awarded the attorneys' fees incurred in connection with the instant discovery dispute in the amount of $17,625, the Court declines to grant Plaintiff attorneys' fees for time spent meeting and conferring or appearing at a hearing on the Motion to Compel. Because the Motion to Compel is granted in its entirety, Plaintiff is entitled to an award of his reasonable expenses, including attorney's fees, incurred in preparing the Motion to Compel. FED. R. CIV. P.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-02332-JWH (KKx) | Date | February 25, 2022 |
|---|---|---|---|
| Title | Joseph Diaz Jr. v. Ralph Heredia | | |

37(b)(2)(C). However, because Plaintiff's counsel failed to itemize the attorney time spent on the various tasks, Plaintiff's counsel will be given an opportunity to submit a declaration in support of the requested fees.

It is therefore ORDERED:
1) The March 10, 2022 hearing is hereby VACATED.
2) **Within fourteen (14) days of the date of this Order**, Defendant HBM shall serve:
    a.  verified supplemental responses to Interrogatory Nos. 1, 3, 4, 5, 6, and 7 without objection.
    b.  supplemental responses to Requests for Production Nos. 4-31, 33, 35, and 37, without objection where no objections were previously asserted, and produce all responsive documents as well as a privilege log for any documents withheld on the basis of attorney-client privilege or the attorney work product doctrine.
3) **Withing three (3) days of the date of this Order**, Plaintiff's counsel may file a declaration in support of Plaintiff's request for fees incurred in filing the instant Motion to Compel, including an itemization of time spent preparing the Motion to Compel.

Initials of Preparer        dsb