James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff,
JOSEPH DIAZ, JR.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>              Plaintiff,<br><br>       v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>              Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br><br><u>HON. KENLY KIYA KATO</u><br><br>**[DISCOVERY MATTER]**<br><br>**DECLARATION OF GINA SIMAS IN SUPPORT OF PLAINTIFF'S REQUEST FOR FEES INCURRED IN PREPARING MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS FROM RALPH HEREDIE IN THE AMOUNT OF $17,225.00**<br><br>Discovery Cut-Off Date: April 22, 2022<br>Pre-Trial Conference: August 12, 2022<br>Trial Date: August 29, 2022 |

I, Gina Simas, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and before this Court.  I am a partner at VGC, LLP, counsel of record for Plaintiff Joseph Diaz, Jr. ("Plaintiff").  I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto.  I make this declaration pursuant to this Court's March 4, 2022 Minute Order permitting Plaintiff's counsel to file a declaration in support of Plaintiff's request for fees incurred in filing the Motion to Compel Further Responses to First Set of Interrogatories and Requests for Production of Documents to Ralph Heredia and Request for Sanctions ("Motion").  [Dkt. No. 107]

2.     I am familiar with the time and other records maintained by VGC, LLP.

3.     I have been practicing law for 20 years and have extensive civil litigation experience. I am a graduate of the University of California Los Angeles School of Law and was admitted to the State Bar of California in 1999. At all times throughout this matter, my hourly rate with VGC, LLP was $575 per hour.

4.     The paralegal who worked on this matter is Christy Jones. I have supervised and/or coordinated the work of Ms. Jones.

5.     Christy Jones is a senior paralegal and earned her Paralegal Certificate in 1997. She has worked as a paralegal for 25 years. Ms. Jones attends CLE courses on a regular basis and has complied with the provisions of California Business and Professions Code Section 6450 et seq. with respect to the number of CLE credits required of a paralegal. At all times throughout this matter her hourly rate has been $325 per hour.

6.     The above-stated rates are reasonable hourly rates as compared to the prevailing rates in the community for similar work.  Not only are the number of hours reasonable, but my hourly rate [i.e. $575] is more than reasonable given my experience level and background.

- 1 -

7.     When setting the hourly rate, the reasonable hourly rate is that prevailing in the community for similar work.  *Shaffer v. Superior Court* (1995) 33 Cal. App. 4th 993, 1002.  Hourly rates in Los Angeles are generous.  Some courts use the "Laffey Matrix" to determine whether the hourly rate of attorney is appropriate. *See Syers Properties Ill, Inc. v. Rankin*, (2014)  226 Cal. App. 4th 691, 702 (2014); *see Fernandez v. Victoria Secret Stores*, LLC, 2008 WL 8150856, at * 14 (C.D. Cal. July 21, 2008) (noting that "where use of the Laffey matrix has been disapproved, it has been because it produced a rate that the court determined was *too low*") (italics in original).  [*See* Dkt. 106, Ex. A (a true and correct copy of the Laffey-Matrix)]

8.     According to the Laffey Matrix, attorneys with twenty [20] plus years of experience have an hourly rate of $919 for 2021-2022.  My hourly rate is much lower than the rates set forth in the Laffey Matrix, even though some courts applying the Laffey Matrix adjust the rates therein upwards for the higher cost of living in Los Angeles. *See Fernandez*, 2008 WL 8150856, at *15.

9.     Here, Plaintiff's counsel was forced to bring this Motion to obtain information necessary to prosecute this action. In preparing the Motion, Plaintiff incurred fees the amount of **$17,225.00**.  These fees were incurred as follows: (1) drafting and preparing Plaintiff's portion of the Joint Stipulation; (2) finalizing the Joint Stipulation after counsel for Defendant Ralph Heredia ("Heredia") returned his portion of the Joint Stipulation [Dkt. No. 96]; and (3) drafting and preparing Plaintiff's Supplemental Memo in support of his Motion [Dkt. No. 102.]  These fees do not include time spent (1) drafting the twenty-two page meet and confer letter [Dkt. 96-2, Ex. E]; (2) carrying out several meet and confer conferences with Heredia's counsel; and (3) drafting this declaration.

10.    In total, VGC, LLP spent thirty (33) hours in connection with preparing the Motion, totaling $17,225.00 in attorneys' fees. I spent twenty-five (26) hours preparing the Motion, for an amount totaling $14,950.00. Ms. Jones spent seven hours, for an amount totaling $2,275.00.

- 2 -

11.    The itemization of these 33 hours is as follows:

| | **Gina Simas** | **Christy Jones** |
|---|---|---|
| Drafting and Preparing: [1] | | |
| Joint Stipulation and Supporting Declaration and Evidence: | 23 hours | 7 hours |
| Plaintiff's Supplemental Memo | 3 hours | 0 hours |
| Total | 26 hours | 7 hours |
| **Total Dollar Amount** | **$14,950.00** | **$2,275.00** |

12.    In sum, Plaintiff's counsel spent thirty (33) hours in connection with drafting the Motion and Supplemental Memorandum. Plaintiff's counsel requests recovery of fees in the amount of **$17,225.00**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 6, 2022 in Santa Monica, California.

_Gina Simas_
GINA SIMAS

---

[1] "Drafting and preparing" is defined as researching, writing, revising and finalizing the document and its related supporting evidence and exhibits.

1

**<u>CERTIFICATE OF SERVICE</u>**

2        I, Diyari Vazquez, hereby certify that on March 6, 2022, I electronically filed

3 the foregoing with the Clerk of the Court using the CM/ECF system, which will send

4 notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice

5 List, and I hereby certify that I have mailed the foregoing document to the non-

6 CM/ECF participants indicated on the Manual Notice List.

7

8 Dated: March 6, 2022          By:  */s/ Diyari Vázquez*

9                               Diyari Vázquez

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -