James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
Christian Anstett (SBN 240179)
  canstett@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>              Plaintiff,<br><br>       v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES**<br><br>**[L.R. 16-9 and L.R. 40-1]**<br><br>Filed Concurrently with [PROPOSED] ORDER<br><br>Courtroom:      2<br>Judge:          Hon. John W. Holcomb<br><br>Discovery Cut-Off Date: April 22, 2022<br>Pre-Trial Conference: August 12, 2022<br>Trial Date: August 29, 2022 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendants Ralph Heredia and Heredia Boxing Management ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, that GOOD CAUSE exists and the parties request that the Court continue the pretrial and trial deadlines based on the following:

WHEREAS, on February 3, 2022, this Court issued a Scheduling Order [Dkt. 95]. The court set the following dates:

Deadline for Initial Designation of Expert Witnesses: 3/25/2022

Deadline for Designation of Rebuttal Expert Witnesses: 4/8/2022

All Discovery Cut-Off (including hearing of discovery motions): 4/22/2022

Last day to Conduct Settlement Conference: 5/20/2022

Dispositive Motion Hearing Cut-Off: 7/1/2022

Deadline for Hearing on Motions in Limine: 8/5/2022 at 9:00 a.m.

Final Pretrial Conference: 8/12/2022 at 1:00 p.m.

Jury Trial: 8/29/2022 at 9:00 a.m.

WHEREAS, on February 3, 2022, this Court referred this action to a Court Mediation Panel and ordered that mediation be held no later than May 20, 2022 [Dkt. 94];

WHEREAS, the Parties agreed to a mediator, and, on February 28, 2022, this Court assigned Michael D. Young to serve as Panel Mediator [Dkt. 105];

WHEREAS, the Parties scheduled a mediation to be held with Michael D. Young on July 19, 2022, the first available date on his calendar;

WHEREAS, despite the Parties' best efforts, they will be unable to complete mediation by May 20, 2022;

WHEREAS, the Parties want to concentrate their efforts on the mediation in hopes of resolving this action;

WHEREAS, in the event that mediation is unsuccessful, the Parties desire at least three months to prepare for trial;

WHEREAS, on February 28, 2022, this Court granted Plaintiff's Motion to Compel against Defendant Heredia Boxing Management ("HBM"), ordering HBM provide supplemental responses on or before March 14, 2022 [Dkt. 104];

WHEREAS, on March 4, 2022, this Court granted in part and denied in part Plaintiff's Motion to Compel against Defendant Ralph Heredia ("Heredia"), ordering Heredia provide supplemental responses on or before March 18, 2022 [Dkt. 107];

WHEREAS, discovery responses from HBM and Heredia are needed prior to Plaintiff conducting meaningful depositions and designating experts;

WHEREAS, the current discovery cut-off date of April 22, 2022 does not allow sufficient time to complete the discovery necessary to prosecute this action;

WHEREAS, this Joint Stipulation constitutes the first request by any party for a continuance of the discovery, pretrial, and trial deadlines in this action;

WHEREAS, pursuant both to this Court's Standing Order and to Fed. R. Civ. P. Rule 16(b)(4), good cause exists for this Court to modify the Order re Scheduling Conference [Dkt. 95], and to continue the pretrial and trial deadlines.

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that the Court continue the pretrial and trial deadlines in the following manner:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Designation of Expert Witnesses: | March 25, 2022 | May 27, 2022 |
| Designation Rebuttal Expert Witnesses: | April 8,2022 | June 17, 2022 |
| Discovery Cut-Off: | April 22, 2022 | July 8, 2022 |
| L/D to Conduct Settlement Conference: | May 20, 2022 | August 5, 2022 |
| Dispositive Motion Hearing Cut-Off: | July 1, 2022 | September 30, 2022 |
| L/D for Hearing on Motions in Limine: | August 5, 2022 | November 4, 2022 |
| Final Pretrial Conference: | August 12, 2022 | November 11, 2022 |
| Jury Trial: | August 29, 2022 | December 5, 2022 |

A proposed order is submitted concurrently herewith.

**IT IS SO STIPULATED**

Dated:  March 18, 2022 **VGC, LLP**

By: */s/ Gina Simas*

James L. Greeley
Diyari Vázquez
Gina Simas
Attorneys for Plaintiff
JOSEPH DIAZ, JR.

Dated:  March 18, 2022 **FEDERAL PRACTICE GROUP**

By: */s/ Eric Montalvo*

Eric S. Montalvo
Rajan O. Dhungana
Attorneys for Defendant
Ralph Heredia

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Diyari Vázquez*
Diyari Vázquez

# **CERTIFICATE OF SERVICE**

I, Diyari Vázquez, hereby certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated:     March 18, 2022                    By: */s/ Diyari Vázquez*_____
                                                             Diyari Vázquez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5