# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES** <br><br> Courtroom:  2 <br> Judge:  Hon. John W. Holcomb |

# ORDER

The Court, having considered the Stipulation to Continue Pre-Trial and Trial Deadlines submitted by Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendants Ralph Heredia and Heredia Boxing Management ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, and having considered all other records on file in this action and matters properly before it, hereby orders as follows:

The Court finds GOOD CAUSE to continue the pre-trial and trial dates as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Designation of Expert Witnesses: | March 25, 2022 | May 27, 2022 |
| Designation Rebuttal Expert Witnesses: | April 8, 2022 | June 17, 2022 |
| Discovery Cut-Off: | April 22, 2022 | July 8, 2022 |
| L/D to Conduct Settlement Conference: | May 20, 2022 | August 5, 2022 |
| Dispositive Motion Hearing Cut-Off: | July 1, 2022 | September 30, 2022 |
| L/D for Hearing on Motions in Limine: | August 5, 2022 | November 4, 2022 |
| Final Pretrial Conference: | August 12, 2022 | November 11, 2022 |
| Jury Trial: | August 29, 2022 | December 5, 2022 |

**IT IS SO ORDERED.**

Dated: _____     By: _____
　　　　　　　　　　　　　　　　　　　Hon. John W. Holcomb
　　　　　　　　　　　　　　　　　　　United States District Judge