1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOSEPH DIAZ, JR., | Case No. 5:20-cv-02332-JWH-KKx |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES** |
| v. | |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | Courtroom: 2<br>Judge:     Hon. John W. Holcomb |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the Stipulation to Continue Pre-Trial and Trial Deadlines submitted by Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendants Ralph Heredia and Heredia Boxing Management ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, and having considered all other records on file in this action and matters properly before it, hereby **ORDERS** as follows:

The Court finds good cause to continue the pre-trial and trial dates as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Designation of Expert Witnesses: | March 25, 2022 | May 27, 2022 |
| Designation Rebuttal Expert Witnesses: | April 8,2022 | June 17, 2022 |
| Discovery Cut-Off: | April 22, 2022 | July 8, 2022 |
| L/D to Conduct Settlement Conference: | May 20, 2022 | August 5, 2022 |
| Dispositive Motion Hearing Cut-Off: | July 1, 2022 | September 30, 2022 |
| L/D for Hearing on Motions in Limine: | August 5, 2022 | November 4, 2022, at 9:00 a.m. |
| Final Pretrial Conference: | August 12, 2022 | November 18, 2022, at 1:00 p.m. |
| Jury Trial: | August 29, 2022 | December 5, 2022, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: March 21, 2022        By: _____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

- 1 -