| Posted by: | August 13, 2021 |

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, DISCUSSES THE LATEST IN THE MTK AND DANIEL KINAHAN CASE WITH STEVE ELLIS

Eric Montalvo joins Steve Ellis to talk the latest in the MTK and Danial Kinahan case. To view the podcast please click here.

| Posted by: | July 13, 2021 |

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TALKS WITH ESPN ON JOJO DIAZ CONTRACT SITUATION

With distractions pushed aside, does JoJo Diaz finally have it all together? Joseph Diaz, above, is moving up in weight to challenge for the WBC interim lightweight title. Sye Williams/Golden Boy/Getty Images By Mike Coppinger When Ryan Garcia withdrew from his July 9 bout with Javier Fortuna to address his mental health, Joseph Diaz Jr. raised […]

| Posted by: | February 5, 2021 |

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, SPEAKS WITH WATCHERS.IE ON LATEST ON DANIEL KINAHAN CASE

America have the Feds; they took down Escabor and Chappo; Where from here? Time will give us Legal Wisdom   Taking a stand Ex-Marine lawyer 'not afraid' of Daniel Kinahan ahead of alleged racketeering case "This is a man (Daniel Kinahan) who decided to come here to the US and to break our laws and to […]

READ MORE

| Posted by: | February 1, 2021 |
|---|---|

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, SPEAKS WITH BBC ON LATEST ON DANIEL KINAHAN CASE

Boxing and the Mob Panorama Darragh MacIntyre investigates the role of the alleged head of one of Europe's biggest drug cartels in the upcoming heavyweight title fight between Tyson Fury and Anthony Joshua. If you want to hear the entire story please click here:

https://www.dropbox.com/s/34g88k71zw4yyet/Boxing%20and%20the%20Mob_HI_RES_VC.mov?dl=0

**READ MORE**

| Posted by: | January 20, 2021 |
|---|---|

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, PROVIDES COMMENTARY TO IRISH SUN ON DANIEL KINAHAN

.

Read the full article entitled ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, PROVIDES COMMENTARY TO IRISH SUN ON DANIEL KINAHAN

**READ MORE**

| Posted by: | December 29, 2020 |
|---|---|

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, PROVIDES COMMENTARY TO INDEPENDENT.IE ON DANIEL KINAHAN

Daniel Kinahan December 29 2020 07:31 PM ORGANISED crime boss Daniel Kinahan is being formally summonsed to respond to US-based civil law suit in which he stands accused of racketeering and money-laundering. He has been warned he has 21 days to respond to the case filed by Heredia Boxing Management in California, who are suing […]

**READ MORE**

**Posted by:**                                                            **December 29, 2020**

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TELLS SUNDAY WORLD DANIEL KINAHAN HAS FORMALLY BEEN SUMMONSED

SEE YOU IN COURT Daniel Kinahan formally summonsed in racketeering law suit He has been warned he has 21 days to respond to the case filed by Heredia Boxing Management in California Daniel Kinahan is being pursued in the U.S. courts ORGANISED crime boss Daniel Kinahan has been formally summonsed to respond to US based […]

**READ MORE**

**Posted by:**                                                           **December 27, 2020**

### ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TELLS SUNDAY WORLD HE IS NOT AFRAID OF DANIEL KINAHAN IN RACKETEERING CASE

TAKING A STAND– Ex-Marine lawyer 'not afraid' of Daniel Kinahan ahead of alleged racketeering case "This is a man (Daniel Kinahan) who decided to come here to the US and to break our laws and to steal. He puts himself out there as a businessman" Daniel Kinahan is being pursued in the U.S. courts December […]

**READ MORE**

**Posted by:** December 21, 2020

# ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, SPEAKS WITH LAW360 ABOUT SUING MTK GLOBAL SPORTS MANAGEMENT LLC

Boxer's Manager Accuses Co., Law Firm VGC Of Racketeering By Clarice Silber Law360 (December 21, 2020, 6:31 PM EST) — The manager of a world champion boxer has sued law firm VGC LLP and a management and promotional company allegedly linked to organized crime, claiming the company was engaged in a racketeering scheme to interfere with his contract […]

**READ MORE**