**From:** gsimas@vgcllp.com
**Subject:** RE: Diaz v. Heredia: Draft Protective Order
**Date:** February 4, 2022 at 10:20 AM
**To:** Eric Montalvo emontalvo@fedpractice.com, Eric Clarke eclarke@inceptionreit.com, Rajan Dhungana rdhungana@fedpractice.com
**Cc:** James Greeley jgreeley@vgcllp.com, Christy Jones cjones@vgcllp.com, Diyari Vazquez dvazquez@vgcllp.com

All,

I'm just following up on this because I never heard back from you. Please confirm receipt and advise whether you have any changes. If not, please execute. We will get it on file after that. Thanks.

Sincerely,

Gina

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Wednesday, February 2, 2022 2:08 PM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Eric Clarke' <eclarke@inceptionreit.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Christy Jones' <cjones@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>
**Subject:** Diaz v. Heredia: Draft Protective Order

All,

During our meet and confer last week, I agreed to provide you with a draft Joint Stipulation for Protective Order It is attached. Please review. If acceptable, please sign and return. We will thereafter sign and file it with the Court. If you have any questions, please let me know. Thanks.

Sincerely,

Gina

Gina Simas | Litigation Partner



1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).