**From:** Daniel Schwarz dschwarz@vgcllp.com
**Subject:** Diaz' responses for request for production
**Date:** February 25, 2022 at 12:00 PM
**To:** emontalvo@fedpractice.com, rdhungana@fedpractice.com
**Cc:** Diyari Vazquez dvazquez@vgcllp.com, Gina Simas gsimas@vgcllp.com, Jim Greeley jgreeley@vgcllp.com

Counsel,

Attached are Mr. Diaz's responses to the requests for production. We await entry of the protective order to produce confidential documents. Please provide any edits to the protective order so that we can finalize, get it entered and produce the documents. To the extent there are documents that are not confidential, we will produce those under separate cover.

Daniel Schwarz  |  Office Manager



1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).



2022-02-23
Diaz's…1 -.pdf