**From:** gsimas@vgcllp.com
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order
**Date:** March 28, 2022 at 12:45 PM
**To:** Rajan Dhungana rdhungana@fedpractice.com, Eric Montalvo emontalvo@fedpractice.com, Erik Cox ECox@fedpractice.com, Cristina Lagarde clagarde@fedpractice.com
**Cc:** James Greeley jgreeley@vgcllp.com, Diyari Vazquez dvazquez@vgcllp.com, Daisy Chung DChung@fedpractice.com, Saroja Koneru SKoneru@fedpractice.com

All,

Please provide any final changes to the protective order. We want to file tomorrow. Thank you.

Sincerely,

Gina

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Wednesday, March 23, 2022 9:25 AM
**To:** 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Daisy Chung' <DChung@fedpractice.com>; 'Saroja Koneru' <SKoneru@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

Rajan, Eric and Erik.

As you know, pursuant to the requisite model Protective Order for the Central District, we can use one of two options regarding Duration (see below). We want option B (see below). We see no reason why any protected material should be disclosed to the public. We also fail to understand why you would want this protected material disclosed to the public. Therefore, we request the Duration of the Protective Order include the following language:

"Even after final disposition of this litigation, the confidentiality obligations imposed by this Order shall remain in effect until a Designating Party agrees otherwise in writing or a court order otherwise directs. Final disposition shall be deemed to be the later of (1) dismissal of all claims and defenses in this Action, with or without prejudice; and (2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this Action, including the time limits for filing any motions or applications for extension of time pursuant to applicable law."

Assuming this is acceptable, we will file the Protective Order today. Thanks so much.

Sincerely,

Gina

**From:** Rajan Dhungana <rdhungana@fedpractice.com>
**Sent:** Tuesday, March 22, 2022 7:56 PM
**To:** gsimas@vgcllp.com; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Daisy Chung <DChung@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

Good evening Counsels,

The sole objection we have is that the confidentiality should not run in perpetuity. Our position is that confidentiality expires when used in court and therefore becomes public.

Sincerely,



**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Tuesday, March 22, 2022 11:39 AM
**To:** Rajan Dhungana <rdhungana@fedpractice.com>; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Daisy Chung <DChung@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

All,

I am following up on this *again*. Please let me know whether our returned version is acceptable. If so, we will file today. Thanks,

Sincerely,

Gina

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Friday, March 18, 2022 9:34 AM
**To:** 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>;

'Daisy Chung' <DChung@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>; 'Saroja Koneru' <SKoneru@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

Rajan,

Thanks. We filed the Joint Stip this morning.

Also, do we also have your permission to file the Protective Order? If not, please provide any additional comments to the version I returned to you on Wednesday night. Thanks again.

Sincerely,

Gina

**From:** Rajan Dhungana <rdhungana@fedpractice.com>
**Sent:** Thursday, March 17, 2022 7:31 PM
**To:** Gina Simas <gsimas@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Daisy Chung <DChung@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

Good evening Counsels,

Per the joint stipulation, the dates proposed are good for us.
You may file today.

Sincerely,



**From:** Gina Simas <gsimas@vgcllp.com>
**Sent:** Thursday, March 17, 2022 8:12 AM
**To:** Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Daisy Chung <DChung@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Carol

Thompson <CThompson@fedpractice.com>
**Subject:** Re: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

All,

I'm following up on this Joint Stip. Please confirm that we may file it today. Alternatively, if you prefer different dates, please add and return. Again, time is of the essence. Thank you.

Sincerely,

Gina

---

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Wednesday, March 16, 2022 9:16:53 AM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Daisy Chung' <DChung@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>; 'Saroja Koneru' <SKoneru@fedpractice.com>; 'Carol Thompson' <CThompson@fedpractice.com>; gsimas@vgcllp.com <gsimas@vgcllp.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

Eric,

It's nice to hear from you. Attached is a proposed Joint Stipulation to continue the pre-trial and trial deadlines. Pursuant to your request, I moved most dates 60 days. However, given the calendar and various holidays, we proposed pushing out the FSC and trial date. We do not want a trial around Thanksgiving. Please review the attached proposed dates. If you do not agree with our proposed dates, please add a separate column for Defendants' proposed dates. The Court can then decide the dates.

If you have any questions, please don't hesitate to contact me. I'm available all day. My cell is 310-991-1406. As you know, under the current Order, we must designate experts next week. So, time is of the essence. We would like to get this filed tomorrow because we need to know as soon as possible whether the Court agrees to continue the dates. If it does not, we will need to select a new mediator and complete mediation within the Court's current deadline. Thanks so much.

Sincerely,

Gina

---

**From:** Eric Montalvo <emontalvo@fedpractice.com>
**Sent:** Wednesday, March 16, 2022 7:23 AM
**To:** gsimas@vgcllp.com; Erik Cox <ECox@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>

**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Daisy Chung <DChung@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Carol Thompson <CThompson@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

For the record –

I contacted VGC counsel after the mediation order and spoke several times with counsel regarding the adjustment of dates. Counsel uniformly rejected any such adjustment. Now they have determined this to be urgent. Not providing dates of availability for the deposition for their client of course. VGC counsel then attempted to submit an amended document to the court presenting it to undersigned counsel as if it had not been amended. Only after a scrub revealed the significant revisions was the original document submitted. Undersigned counsel timely agreed to the suggested mediator. In a mistaken belief that the scheduling of the mediator was being handled in an honest and professional way I believed that this was our only way forward since undersigned counsel had no direct contact with the mediators – all handled by VGC counsel/ staff. It is clear that this was another lie/manipulation. Given the history of false statements made by VCG counsel to counsel, the Court, the California commission and in light of the below email I no longer believe that the mediation scheduling was done appropriately. I believe I have been lied to yet again by practitioners who seemingly consider their ethical obligations as guidelines and not requirements. In light of the below and my assessment of this latest scam my response is as follows:

All dates are moved 60 days. Option 1 or 2.

Find a mediator that can do the mediation within the dates ordered by the court. I will speak with the mediator separately to confirm. Option 2 or 1.

You DO NOT HAVE MY CONSENT TO YOUR PROPOSAL BELOW.

Eric S. Montalvo
Founding Partner



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and

responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Tuesday, March 15, 2022 2:12 PM
**To:** Erik Cox <ECox@fedpractice.com>; Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Daisy Chung <DChung@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

Eric and Erik,

I should add that if we do not hear back from you regarding the Joint Stipulation by COB today, we will be forced to bring an *ex parte* application on this issue. It is imperative that the Court be made aware of this issue because we are required to adhere to the Court's scheduling order. We are doing our best to do this, but your failure to respond is making it very difficult. I look forward to hearing from you very soon. Thanks again.

Sincerely,

Gina

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Tuesday, March 15, 2022 11:02 AM
**To:** 'Erik Cox' <ECox@fedpractice.com>; 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Daisy Chung' <DChung@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

Eric,

Thank you for finally responding. We look forward to receiving your comments to the Protective Order.

Additionally, and as we explained in our email yesterday, **we need to meet and confer regarding the Joint Stipulation immediately.**  Pursuant to the current Court's Scheduling order, mediation must occur no later than Mary 20, 2022.  Mike Young has agreed to mediate, but this mediation will not occur until **July**. Therefore, we must continue the pre-trial dates to move forward with our scheduled mediation

Moreover, pursuant to the current Court's Scheduling order, we need to designate an expert next week. Having just  received HBM's supplemental responses last night and have not yet received Heredia's supplemental responses, we cannot sufficiently review

this discovery in order to adequately select our expert. ***Please let me know if you will stipulate to continuing the pre-trial and trial dates.*** If so, I will send you a draft of the Joint Stipulation and, thereafter, we can file it with the Court. Thank you.

Sincerely,

Gina

---

**From:** Erik Cox <ECox@fedpractice.com>
**Sent:** Tuesday, March 15, 2022 10:23 AM
**To:** gsimas@vgcllp.com; Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Daisy Chung <DChung@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

Hi Gina,
We intend to send you a redline of your draft PO tomorrow.  Sincere apologies for the delay in getting back to you.
All the best,
-Erik

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Monday, March 14, 2022 2:27 PM
**To:** Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Daisy Chung <DChung@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

All,

For the seventh time, we are following up on this issue. Despite requesting that we meet and confer on this issue, you remain radio silent. Notably, we sent you a draft protective order nearly six weeks ago, on February 2, 2022. You have provided zero reasons for failing to respond. If we do not hear from you, we will file a motion for a protective order and request sanctions. Thank you.

Sincerely,

Gina

---

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Wednesday, March 9, 2022 2:44 PM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'Cristina Lagarde'

Rajan Dhungana <rdhungana@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Daisy Chung' <DChung@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Meet and Confer Re Protective Order

All,

We have yet to receive any response from you regarding the Protective Order. Please explain why you have not yet signed it. Do you want to make changes? We need to resolve this issue as soon as possible. As such, we would like to meet and confer to determine whether Diaz needs to file a motion for a protective order. ***Please let me know when you are available to meet and confer on this issue.*** Thank you.

Sincerely,

Gina


**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Wednesday, February 23, 2022 9:42 AM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Daisy Chung' <DChung@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.: Protective Order

Eric, Erik and Rajan,

For the fourth time, I am following up on the Protective Order. Please let me know whether you have any changes to the draft I sent to you three weeks ago. Although I sent the draft Protective Order on February 2, 2022, I have yet to receive any response from you on this subject. As you know, this case involves information that we want to remain confidential. As such, a Protective Order will need to be signed and filed with the Court prior to Diaz producing any documents and to any depositions taking place. Please let me know if you would like to discuss further. Thanks.

Sincerely,

Gina

**From:** gsimas@vgcllp.com <gsimas@vgcllp.com>
**Sent:** Wednesday, February 9, 2022 3:01 PM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Christy Jones' <cjones@vgcllp.com>
**Cc:** 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Daisy Chung' <DChung@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'gsimas@vgcllp.com' <gsimas@vgcllp.com>

**Subject:** RE: Diaz, Jr. v. Heredia, et al.

Eric,

We are trying to provide you with available dates. To be clear, we met on the afternoon of Thursday, January 27th. On Wednesday, February 2nd, you served a notice, unilaterally setting a date in which both Jim Greeley and JoJo are unavailable. I'm sure you understand that both JoJo and Jim are extremely busy. So, I am doing my best to coordinate their schedules, and thereafter, will provide you with potential dates. As I stated in Plaintiff's objections, JoJo is out of town next week. So, obviously February 16th will not work. Rest assured, once I obtain available dates, I will provide them to you.

Also, I am again following up on the protective order that I sent to you a few weeks ago. Please provide comments or sign it. We would like to get this filed. Thanks.

Finally, I am now working on the Joint Stipulation and hope to send it to you late today or early tomorrow. Once you receive the final version, please promptly sign. We will file it tomorrow or Friday. We need to reserve a hearing date. To do so, the Court requires us to file within two days of reserving this date. For this reason, it is imperative that you sign and return within 24 hours. If you have any questions or would like to discuss further, please let me know.

Sincerely,

Gina

**From:** Eric Montalvo <emontalvo@fedpractice.com>
**Sent:** Wednesday, February 9, 2022 11:44 AM
**To:** Christy Jones <cjones@vgcllp.com>
**Cc:** Gina Simas <gsimas@vgcllp.com>; James Greeley <jgreeley@vgcllp.com>; Diyari Vazquez <dvazquez@vgcllp.com>; Erik Cox <ECox@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>
**Subject:** RE: Diaz, Jr. v. Heredia, et al.

Counsel,

Instead of providing dates you spent 13 days drafting a five page document. I waited seven days after our call and no dates were provided. Dates?

Cristina – see if the 16th works – there are three counsel so please make sure we get dates for each counsels availability so there is no further delay.

Eric S. Montalvo
Founding Partner



Eric S. Montalvo | Founding Partner
1750 K Street, NW, Suite 900 | Washington, DC 20006
202-862-4360 | Fax: 888-899-6053 | www.FedPractice.com
CELEBRATING 10 YEARS OF DIVERSITY AND LEADERSHIP IN THE PRACTICE OF LAW

   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Christy Jones <cjones@vgcllp.com>
**Sent:** Tuesday, February 08, 2022 10:11 PM
**To:** Eric Montalvo <emontalvo@fedpractice.com>
**Cc:** Gina Simas <gsimas@vgcllp.com>; James Greeley <jgreeley@vgcllp.com>; Diyari Vazquez <dvazquez@vgcllp.com>
**Subject:** Diaz, Jr. v. Heredia, et al.

Mr. Montalvo,

Enclosed please find the following document served on behalf of Plaintiff Joseph Diaz, Jr. in the above-referenced matter:

· PLAINTIFF'S OBJECTIONS TO NOTICE OF DEPOSITION SUBPOENA DUCES TECUM TO JOSEPH

   DIAZ, JR.; DECLARATION OF GINA SIMAS IN SUPPORT THEREOF

Thank you,

Christy

Christy Jones  |  Senior Litigation Paralegal



1515 7th Street, No. 106
Santa Monica, CA 90401
www.vgcllp.com



error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522)

2022.03.28 Diaz v Here...r .docx