**From:** Diyari Vazquez dvazquez@vgcllp.com
**Subject:** Re: Letter RE: Meet and Confer for April 13, 2022
**Date:** April 20, 2022 at 5:03 PM
**To:** Rajan Dhungana rdhungana@fedpractice.com
**Cc:** James Greeley jgreeley@vgcllp.com, Gina Simas gsimas@vgcllp.com, Eric Montalvo emontalvo@fedpractice.com, Erik Cox ECox@fedpractice.com, Cristina Lagarde clagarde@fedpractice.com

All,

As a follow up to our meet and confer, attached is Mr. Diaz's production of documents bates labeled DIAZ 0001 - 0085.  Once we have finalized the protective order, we will produce any confidential documents.

I do not believe I have heard back from you regarding my proposal that your office create a file with the documents referred to in the RFAs so that we can supplement the responses.  Please let us know.

Thanks,

Diyari

—

Diyari Vázquez  |  Head of Litigation & Employment



1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
www.vgcllp.com

The contents of this email message and its attachments are intended solely for the addressee(s). This email transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply email; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2520).



2022.04.20 Diaz 0001 - 0085.pdf

> On Apr 11, 2022, at 4:46 PM, Rajan Dhungana <rdhungana@fedpractice.com> wrote:
>
> Good afternoon Counsels,
>
> Please see attached for discussion on April 13, 2022.
>
> Sincerely,
>
> <image001.png>

&lt;RH to DIAZ RFA RFP MC Letter 04.11.22.pdf&gt;