Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Defendant*
Ralph Heredia

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 5:20-cv-02332-JWH-KK <br> HON. KENLY KIYA KATO <br><br> **[DISCOVERY MATTER]** <br><br> **DECLARATION OF ERIC S. MONTALVO IN SUPPORT OF MOTION TO COMPEL A FIRST RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND TO COMPEL FURTHER RESPONSES TO FIRST SETS OF REQUESTS FOR ADMISSIONS OR DEEM THEM ALL ADMITTED TO PLAINTIFF JOSEPH DIAZ JR; AND REQUEST FOR SANCTIONS IN THE AMOUNT OF $25,000.** <br><br> Discovery Cut-Off Date: July 8, 2022 <br> Pre-Trial Conference Date: November 18, 2022 <br> Trial Date: December 5, 2022 |

their position on a protective order. I explained that they were improperly withholding all of their discovery production without any lawful basis. In addition, if they were withholding all of the production because I took the position that not all of the discovery to be provided would be subject to a protective order that would be an indefensible position and their failure to provide ANY discovery to date at this point in the case – particularly in light of their motions practice – was simply irreconcilable. As to the protective order I stipulated to some information being included such as medical and certain financial information, but once again emphasized it is not permissible to withhold non-confidential documents while awaiting a protective order for the confidential documents. I asked that Diaz respond fully and completely to the RFPs.

7. Ms. Vázquez agreed and said that her firm had the non-confidential documents "ready to go" and will send them over to me "this week," which I understood to mean by the coming Friday, April 15, 2022. No production was received that day.

8. I stated that upon receipt of the non-confidential documents, we will be able to see what is withheld as confidential and we would then be amenable to signing a protective order for documents appropriately withheld as confidential.

the Court were to grant Heredia's request for fees in connection with this discovery motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 28, 2022, at Anaheim, California.

_____
Eric S. Montalvo