Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
**FEDERAL PRACTICE GROUP**
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Defendant,*
RALPH HEREDIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br><u>HON. KENLY KIYA KATO</u><br><br>**[DISCOVERY MATTER]**<br><br>**MOTION AND NOTICE OF MOTION BY DEFENDANT HEREDIA RE: LOCAL RULE 37-2.1 JOINT STIPULATION RE: DEFENDANT'S MOTION TO COMPEL A FIRST RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND TO COMPEL FURTHER RESPONSES TO FIRST SETS OF REQUESTS FOR ADMISSIONS OR DEEM THEM ALL ADMITTED; AND REQUEST FOR SANCTIONS IN THE AMOUNT OF $25,000.**<br><br>Date: June 16, 2022<br>Time: 10:00am<br>Courtroom: 3 or 4<br>Hon. Kenly Kiya Kato<br><br>Discovery Cut-Off Date: July 8, 2022<br>Pre-Trial Conference Date: November 18, 2022<br>Trial Date: December 5, 2022 |

**PLEASE TAKE NOTICE** that on June 16, 2022, at 10:00 a.m. in Courtroom 3 or 4, Defendant Ralph Heredia will and hereby does move to compel Plaintiff Joseph Diaz Jr. to provide his complete non-confidential responses to requests for production of documents, and supplement his responses to requests for admission in response to valid discovery requests, and request that the Court issue sanctions in the amount of $25,000.

Pursuant to Local Rule 37-1, counsel for Plaintiff and Defendant have met and conferred in writing and telephonically and have been unable to resolve these issues.

Pursuant to Local Rule 37-2.1, the parties' Joint Stipulation Re: Defendant's Motion to Compel a First Response To Requests For Production Of Documents and To Compel Further Responses To First Sets Of Requests For Admissions or Deem Them All Admitted; and Request For Sanctions In The Amount Of $25,000 is filed herewith.

This Motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure. This Motion is based on this Notice of Motion and Motion, and the Joint Stipulation Re: Defendant's Motion to Compel a First Response To Requests For Production Of Documents and To Compel Further Responses To First Sets Of Requests For Admissions Or Deem Them All Admitted; and Request For Sanctions In The Amount Of $25,000, the accompanying Declaration of Eric Montalvo in support thereof, any oral argument that may be heard, the complete files and record of this action, and such other and further matters as the Court may properly consider.

*Respectfully submitted*,

Dated: <u>May 24, 2022</u>          **FEDERAL PRACTICE GROUP**

By:*/s/* Eric S. Montalvo
Eric S. Montalvo
Rajan O. Dhungana
Attorneys for Defendant,
*Ralph Heredia*

## CERTIFICATE OF SERVICE

I, Eric Montalvo, hereby certify that on May 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: May 24, 2022                    By:   /s/ Eric Montalvo
                                                    Eric Montalvo