Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
**FEDERAL PRACTICE GROUP**
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Defendant,*
RALPH HEREDIA

James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 272-9885
*Attorneys for Plaintiff,* JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br>HON. KENLY KIYA KATO<br><br>**[DISCOVERY MATTER]**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL A FIRST RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND TO COMPEL FURTHER RESPONSES TO FIRST SETS OF REQUESTS FOR ADMISSIONS OR DEEM THEM ALL ADMITTED; AND REQUEST FOR SANCTIONS IN THE AMOUNT OF $25,000.** |

Discovery Cut-Off Date: July 8, 2022
Pre-Trial Conference Date: November 18, 2022
Trial Date: December 5, 2022

Defendant Ralph Heredia's ("Defendant") Motion to Compel A First Response To Requests For Production Of Documents And To Compel Further Responses To First Sets Of Requests For Admissions Or Deem Them All Admitted; And Request For Sanctions In The Amount Of $25,000 came on for hearing on _____, 2022, at _____ am/pm in Courtroom ____ of the above-entitled Court, the Honorable Kenly Kiya Kato presiding. Appearances were as reflected on the record. The Court, having considered the motions, the moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing, **IT IS HEREBY ORDERED THAT:**

(1) Plaintiff Joseph Diaz Jr. produce all non-confidential responsive documents and information in response to Defendant Heredia's Requests for Production without objection;

(2) Plaintiff Joseph Diaz Jr. produce all confidential responsive documents and information in response to Defendant Heredia's Requests for Production, without objection and within five days after the parties agree to a protective order;

(3)(a)  _____ Plaintiff Joseph Diaz Jr. Diaz provide supplemental responses to all Defendant Heredia's Requests for Admission within five days of this Order without objection; OR

(3)(b)  _____ Plaintiff Joseph Diaz Jr.'s responses to each of Defendant Heredia's Requests for Admission are hereby deemed admitted without objection;

(4) Plaintiff Joseph Diaz Jr. is ordered to pay sanctions in the amount of $_____ to Defendant Heredia within \_\_\_\_\_ days of entry of this Order; AND

(5) Plaintiff Joseph Diaz Jr.'s counsel of record, VGC, LLP is ordered to pay sanctions in the amount of $_____ to Defendant Heredia within \_\_\_\_\_ days of entry of this Order.

**IT IS SO ORDERED.**

Dated: _____   By: _____

Honorable Kenly Kiya Kato

United States Magistrate Judge