| | |
|---|---|
| 1 | James L. Greeley (SBN 218975) |
| 2 |   jgreeley@vgcllp.com<br>Diyari Vázquez (SBN 222461) |
| 3 |   dvazquez@vgcllp.com |
| 4 | Gina Simas (SBN 205367)<br>  gsimas@vgcllp.com |
| 5 | **VGC, LLP** |
| 6 | 1515 7th Street, No. 106<br>Santa Monica, California 90401 |
| 7 | Telephone: (424) 272-9885 |
| 8 | *Attorneys for Plaintiff,* JOSEPH DIAZ, JR. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>      Plaintiff,<br><br>v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>      Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br><br><u>HON. KENLY KIYA KATO</u><br><br>**[DISCOVERY MATTER]**<br><br>**NOTICE OF MOTION FOR ENTRY OF PROTECTIVE ORDER; REQUEST FOR SANCTIONS IN THE AMOUNT OF $13,297.50**<br><br>Date: June 23, 2022<br>Time: 10:00 a.m.<br>Courtroom: 3 or 4<br>Judge: Hon. Kenly Kiya Kato<br><br>Discovery Cut-Off: July 8, 2022<br>Pre-Trial Conference: November 18, 2022<br>Trial: December 5, 2022 |

NOTICE OF MOTION FOR ENTRY OF PROTECITVE ORDER AND SANTIONS

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 23, 2022, at 10:00 a.m. before the Honorable Kenly Kiya Kato, in Courtroom 3 or 4 of the United States Courthouse for the Central District of California, Eastern Division, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), Plaintiff Joseph Diaz, Jr. ("Plaintiff") will and hereby does move the Court for Entry of a Protective Order governing the disclosure of confidential information in this action based upon this Court's Sample Stipulated Protective Order.

Pursuant to Rule 37 (a)(5)(A), Plaintiff also requests sanctions against Defendants Ralph Heredia and Heredia Boxing Management (collectively, "Defendants") and Defendants' counsel, The Federal Practice Group, in the amount of **$13,297.50** for forcing Diaz to burden the Court with this Motion even though "Heredia realizes some of those documents or communications [requested in discovery] may concern Diaz' [sic] mental or physical health, or certain business arrangements, and therefore may be produced pursuant to a protective order" and his counsel agrees that "some information … such as medical and certain financial information" should only be disclosed subject to a protective order. (Declaration of Diyari Vázquez ("Vázquez Decl.") ¶¶ 23-24, 30-30, Exs. T-Y.)

Good cause exists to grant this motion because the Proposed Protective Order is necessary to safeguard the parties' confidential information, facilitate an efficient discovery process, and ensure that the parties can effectively litigate this case. Diaz's Proposed Protective Order, which is modeled after this Court's Sample Protective Order and submitted concurrently herewith, provides the necessary safeguards for the parties to produce sensitive and confidential information in this action.

This motion is made following multiple written meet and confer correspondence regarding the proposed stipulated protective order spanning over three months and the telephonic conference of counsel pursuant to L.R. 7-3 which took place on April 13,

2022. In accordance with Local Rule 7-3, counsel for Plaintiff made multiple good faith efforts to meet and confer to resolve the dispute but Defendants have dragged their feet for over three months and, instead of executing the Stipulated Protective Order as promised, served Diaz with a Rule 37-1 Joint Stipulation seeking to compel Diaz to take *the same exact action* that Diaz has offered over and over (i.e., produce "all confidential documents and information within three days after the parties agree to a protective order."). (Vázquez Decl. ¶¶ 6-30, Exs. C-Y.)

The motion is based upon this Notice of Motion, Memorandum of Points and Authorities in support thereof, Declaration of Diyari Vázquez and the exhibits attached thereto, and all pleadings on file with the Court.

Dated:  June 1, 2022                                **VGC, LLP**

By: */s/ Diyari Vázquez*
    James L. Greeley
    Diyari Vázquez
    Gina Simas
    Attorneys for Plaintiff
    JOSEPH DIAZ, JR.

## **CERTIFICATE OF SERVICE**

I, Diyari Vázquez, hereby certify that on June 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: June 1, 2022              By:   /s/ Diyari Vázquez
                                       Diyari Vázquez