**From:** Rajan Dhungana rdhungana@fedpractice.com
**Subject:** Diaz v Heredia - Joint Stipulation RE Defendant's motion to compel
**Date:** April 29, 2022 at 8:08 AM
**To:** Diyari Vazquez dvazquez@vgcllp.com, James Greeley jgreeley@vgcllp.com, Gina Simas gsimas@vgcllp.com
**Cc:** Erik Cox ECox@fedpractice.com, Eric Montalvo emontalvo@fedpractice.com, Cristina Lagarde clagarde@fedpractice.com

Good morning Counsels,

Please see attached.
Enclosed is the Joint Stipulation RE Defendant's motion to compel further responses to requests for production of documents and requests for admissions, as well as a request for sanctions in the amount of $25,000.00.
If you need a word version of the document, please let me know.

Pursuant to Local Rule 37-2.2, please return the executed joint stipulation to our office via email within the time permitted.

Sincerely,



  
2022.04.28        2022.04.28        2022.04.28 ESM
Exhibit...tter.pdf   Joint S...ion.pdf   Declaration.pdf