# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER RE MOTION FOR PROTECTIVE ORDER** <br><br> Date: June 23, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 3 or 4 <br> Judge: Hon. Kenly Kiya Kato <br><br> Discovery Cut-Off: July 8, 2022 <br> Pre-Trial Conference: November 18, 2022 <br> Trial: December 5, 2022 |

[PROPOSED] ORDER

# ORDER

The Court, having considered the Plaintiff Joseph Diaz, Jr.'s Motion for Entry of Protective Order, and having considered all other records on file in this action and matters properly before it, hereby orders as follows:

(1) Plaintiff's Motion for Entry of Protective Order is GRANTED.

(2) The Court hereby enters the Proposed Protective Order attached as Exhibit 1.

(3) Defendants shall pay to Plaintiff the sum of $_____ as reasonable attorney's fees pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                Honorable Kenly Kiya Kato
                                United States District Court
                                Central District of California