## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 20-02332-JWH (KKx) | Date | June 3, 2022 |
|---|---|---|---|
| Title | Joseph Diaz Jr. v. Ralph Heredia | | |

Present: The Honorable   **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Donnisha Brown | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**          **(IN CHAMBERS) ORDER**

On May 24, 2022, Defendant Ralph Heredia ("Defendant") filed a Motion to Compel a First Response to Requests for Production of Documents and to Compel Further Responses to First Set of Requests for Admission or Deem Them All Admitted, with a Joint Stipulation pursuant to Local Rule 37-2, and set a hearing for June 16, 2022. Dkt. 117. Neither party has filed supplemental briefs. The Court finds the Motion to Compel appropriate for decision without oral argument. Accordingly, the June 16, 2022 hearing is hereby VACATED.

Initials of Preparer          dsb