UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-02332-JWH (KKx) | Date | June 10, 2022 |
|---|---|---|---|
| Title | Joseph Diaz Jr. v. Ralph Heredia | | |

Present: The Honorable   **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Donnisha Brown | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   **(IN CHAMBERS) ORDER**

On June 1, 2022, Plaintiff filed a Motion for Protective Order, with a Joint Stipulation pursuant to Local Rule 37-2, and set a hearing for June 23, 2022. Dkt. 118. On June 9, 2022, Plaintiff filed a Supplemental Brief. Dkt. 120. The Court finds the Motion for Protective Order appropriate for decision without oral argument. Accordingly, the June 23, 2022 hearing is hereby VACATED.

Initials of Preparer   dsb