James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Andrew D. White (SBN 222628)
  awhite@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 272-9885
*Attorneys for Plaintiff,* JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 5:20-cv-02332-JWH-KK <br> <u>HON. KENLY KIYA KATO</u> <br><br> **[DISCOVERY MATTER]** <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER VERIFIED RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS PURSUANT TO F.R.C.P. RULE 37 IN THE AMOUNT OF $16,455.00** <br><br> Date: July 21, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 3 or 4 <br> Hon. Kenly Kiya Kato <br><br> Discovery Cut-Off Date: July 8, 2022 <br> Pre-Trial Conference Date: Nov. 18, 2022 <br> Trial Date: December 5, 2022 |

1  **PLEASE TAKE NOTICE** that on July 21, 2022, at 10:00 a.m. in Courtroom 3 or 4, Plaintiff Joseph Diaz, Jr. will and hereby does move to compel Defendant Ralph Heredia to provide further verified responses to first set of requests for production of documents in response to valid discovery requests, and further production of documents, and request for sanctions in the amount of $16,455.00.

Counsel for Plaintiff and Defendant have met and conferred in writing and telephonically and have been unable to resolve this issue. Pursuant to Local Rule 37-2.1, the parties Joint Stipulation Re: Plaintiff's Motion to Compel Further Verified Responses to First Set of Requests for Production of Documents and For Sanctions Pursuant to F.R.C.P Rule 37, and Request for Sanctions in the Amount of $16,455.00, is filed herewith.

This Motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure. This Motion is based on this Notice of Motion and Motion and Joint Stipulation Re: Plaintiff's Motion to Compel Further Verified Responses to First Set of Requests for Production of Documents and For Sanctions Pursuant to F.R.C.P Rule 37, and Request for Sanctions in the Amount of $16,455.00, the accompanying Declaration of Andrew D. White in support thereof, any oral argument that may be heard, the complete files and record of this action, and such other and further matters as the Court may properly consider.

# CERTIFICATE OF SERVICE

I, Jacqueline Gidney, hereby certify that on June 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: June 29, 2022         By:  /s/ *Jacqueline Gidney*
                                  Jacqueline Gidney