Rajan O. Dhungana (SBN: 297794)
    rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

Eric S. Montalvo (*Pro Hac Vice*)
    emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

*Attorneys for Defendant*
Ralph Heredia

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>Plaintiff,<br>vs.<br><br>RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-02332-JWH-KK<br><br><br>Date:<br>Time:<br>Courtroom:   2<br>Judge:       Hon. John W. Holcomb |

### DEFENDANT RALPH HEREDIA'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF JOSEPH DIAZ, JR.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Ralph Heredia ("Heredia" or "Defendant"), by and through undersigned counsel, hereby objects and makes his second supplemental responses to Plaintiff's First Request for Production of Documents ("Requests") as follows:

### Preliminary Statement

Heredia's first supplemental responses to Plaintiff's requests for production are provided pursuant to: (1) Heredia's duty under Federal Rule of Civil Procedure 26(e) to supplement its discovery responses; and (2) the Court's March 4, 2022 discovery order.

The following supplemental responses are provided based upon information available to Heredia at the time these supplemental responses are served. Heredia has diligently searched for documents potentially responsive to Diaz's requests for production, including looking where such documents might be found if they exist, and, for such documents not in Heredia's possession but in his custody or control, by requesting copies of same from the document custodians. Potentially responsive documents may arrive from third-party custodians after the date of service hereof.  If any do, Heredia will supplement these supplemental responses appropriately under the Federal Rules of Civil Procedure and the Court's March 4, 2022 discovery order.

It is important to understand of what the supplemental production consists. Bates numbers 1-682 consist of documents that Heredia believed had been served on Diaz's counsel on December 3, 2021. To be clear, these were documents that Diaz had already been given in the arbitration between himself and Moses Heredia. However, in responding to the Joint Stipulations, Diaz' counsel became aware of the possibility that Diaz's counsel may not have the documents in their Bates-stamped form. Despite inquiries, Diaz's counsel refused to answer whether they had the documents. Heredia's Counsel re-sent them in an abundance of caution.

Heredia also has no record of Diaz's counsel contacting Heredia's counsel to ask about the documents being referred to by Bates number, which they apparently did not have in their possession while preparing the Joint Stipulation.

Another tranche of documents are those provided by Diaz to Moses Heredia during the arbitration. While these were not produced, nor marked for production but not produced, in Heredia's first responses, they are produced here in the spirit of discovery.

Another tranche consists of documents identified by Heredia as part of his ongoing investigation, and being provided by Heredia as part of his duty to supplement his discovery responses under Federal Rule of Civil Procedure 26(e). They would have been produced in any event, and these supplemental responses are part of meeting that obligation. Heredia acknowledged such in its preliminary

statement in its first responses.

Another tranche consists of documents inadvertently not identified in the review of Heredia documents leading up to Heredia's previous responses. As they are now identified, they are being produced in this supplemental response. Taken together, these documents constitute Heredia's second supplemental responses, including as ordered in the Court's March 4, 2022 order.

Heredia reserves the right to use during litigation and up through trial any information developed through its investigation, discovery, or trial preparation which was not known when these supplemental responses were served. Heredia further reserves the right to supplement or amend its supplemental responses as appropriate.

## SUPPLEMENTAL RESPONSES

## REQUEST FOR PRODUCTION NO. 4:

All COMMUNICATIONS between YOU and the COMMISSION regarding DIAZ.

## Response:

Please see Bates Nos. 168-169 and 187-189.

## SECOND SUPPLEMENTAL RESPONSE:

Please see Bates Nos. 812-814.

**REQUEST FOR PRODUCTION NO. 6:**

All COMMUNICATIONS between YOU and the COMMISSION regarding YOUR maintenance of a boxing manager's license.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS provided by YOU to the COMMISSION in connection with your attempts to obtain a boxing manager's license.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 9:**

All manager agreements between YOU and DIAZ.

**Response:**

Please see Bates Nos. 168-169.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 812-814.

**REQUEST FOR PRODUCTION NO. 10:**

All manager agreements between YOU and any other boxer.

**Response:**

Defendant currently is not a licensed boxer manager and therefore, after a diligent search and reasonable inquiry, is unaware of any documents responsive to this request.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 12:**

All accounting records relating to YOUR management of DIAZ.

**Response:**

Since 2017, Defendant has not been Diaz' manager and therefore is currently unaware of any documents since that time period responsive to this request. Subject to the foregoing, please see Bates No. 675.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no additional documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS reflecting revenues and expenses generated from any boxing match in that DIAZ has participated.

**Response:**

Please see Bates Nos. 405-414, 416, and 676.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 728, 730-736, 739-755, 761-763, 960-961, 1146, 1147, 1160-1335.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS, including but not limited to bank records, reflecting YOUR compensation relating to any boxing match that DIAZ has participated in.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS, including but not limited to bank records, reflecting YOUR compensation relating to any sponsorship that DIAZ has participated in.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 20:**

All DOCUMENTS, including but not limited to bank records, reflecting YOUR compensation relating to any revenue generated by DIAZ through any means.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 21:**

All DOCUMENTS, including but not limited to bank records, reflecting money that was paid for legal services relating to DIAZ'S business affairs.

**SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 355, 754, 761-763.

**REQUEST FOR PRODUCTION NO. 22:**

All DOCUMENTS reflecting any payments provided to YOU by GOLDEN BOY relating to DIAZ.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 23:**

All DOCUMENTS reflecting any gifts provided to YOU by GOLDEN BOY relating to DIAZ.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 24:**

All DOCUMENTS reflecting any benefits provided to YOU by GOLDEN BOY relating to DIAZ.

**Response:**

Construing Plaintiff's use of the word "benefits" in light of Plaintiff's allegations that Defendant illicitly received benefits from Golden Boy, Defendant is currently unaware of any documents responsive to this request.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 25:**

All DOCUMENTS relating to the purchase or lease of the VEHICLE.

**Response:**

Please see Bates Nos. 7, 79, 109, 125, 302, 305, 678, 679-683.

RALPH HEREDIA 2D SUPP RESPONSES TO PLAINTIFF'S FIRST RFPS

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no additional documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 26:**

All DOCUMENTS reflecting or relating to any agreements between YOU and DIAZ regarding the VEHICLE.

**Response:**

Please see Bates Nos. 302 and 305.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 7, 50, 79, 80, 89, 108, 109.

**REQUEST FOR PRODUCTION NO. 27:**

All DOCUMENTS reflecting or relating to any money DIAZ paid YOU for the VEHICLE.

**Response:**

Defendant's investigation and discovery are ongoing, and he is currently not aware of whether there are any potentially responsive documents withheld in response to this request.

Subject to the foregoing, please see Bates Nos. 302 and 305.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 7, 50, 79, 80, 108, 109.

RALPH HEREDIA 2D SUPP RESPONSES TO PLAINTIFF'S FIRST RFPS

**REQUEST FOR PRODUCTION NO. 28:**

All COMMUNICATIONS between YOU and any PERSONS regarding the repossession of the VEHICLE.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 29:**

All DOCUMENTS relating to any civil lawsuit filed against YOU in connection with YOUR work in the last ten years.

**Response:**

Except for documents relating to the instant case, Defendant is unaware of any documents responsive to this request.

**SECOND SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 30:**

All DOCUMENTS relating to any criminal action involving YOU in the last ten years.

**Response:**

Defendant is currently unaware of any documents responsive to this request.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 861-922, 992-1044.

**REQUEST FOR PRODUCTION NO. 31**

All DOCUMENTS relating to any insurance policies covering YOUR

defense relating to the LAWSUIT.

**Response:**

Defendant is currently unaware of any documents responsive to this request.

**FIRST SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no

documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 32:**

All DOCUMENTS relating to any insurance policies covering YOUR

defense against COMPLAINT.

**Response:**

Defendant is currently unaware of any documents responsive to this request.

**FIRST SUPPLEMENTAL RESPONSE:**

After a diligent search and reasonable inquiry, Heredia has identified no

documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 35:**

All DOCUMENTS provided to the COMMISSION in connection with the

request for arbitration initiated by MOSES against DIAZ.

**FIRST SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 1-416, 965-967, 1144-1145.

**REQUEST FOR PRODUCTION NO. 36**

All DOCUMENTS which YOU intend to use as a basis or ground for any

defense in the LAWSUIT

**Response:**

Please see Bates Nos. 1-683.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 1-844, 1146-1335.

**REQUEST FOR PRODUCTION NO. 37:**

All DOCUMENTS that support YOUR affirmative defense that "Plaintiff's

claims are barred, in whole or in part, by his failure to join a necessary party."

**Response:**

Defendant directs Plaintiff to his First Amended Complaint.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 38-52, 54-56, 985-991.

RALPH HEREDIA 2D SUPP RESPONSES TO PLAINTIFF'S FIRST RFPS

**REQUEST FOR PRODUCTION NO. 38:**

All DOCUMENTS that support YOUR affirmative defense that "Plaintiff's claims are barred, in whole or in part, by his own prior wrongful, negligent, or illegal acts or omissions directed at Defendant."

**Response:**

Please see Bates Nos. 1-683.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 3-8, 16-18, 25-34, 38-52, 79-80, 130-157, 246-248, 267-284, 291-310, 330, 332, 349-353, 355, 357-358, 359-362, 380-403, 418-633, 784-802, 841-844, 1052-1053, 1055-1066, 1098, 1099-1134, 1144-1145.

**REQUEST FOR PRODUCTION NO. 39:**

All DOCUMENTS that support YOUR affirmative defense that "Plaintiff's own negligent acts and omissions solely caused the injuries and damages of which he complains, and thus he cannot recover damages against Defendant."

**Response:**

Please see Bates Nos. 1-683.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 3-8, 16-18, 25-34, 38-52, 79-80, 130-157, 246-248, 267-284, 291-310, 330, 332, 349-353, 355, 357-358, 359-362, 380-403, 418-633, 784-802, 841-844, 1052-1053, 1055-1066, 1098, 1099-1134, 1144-1145.

**REQUEST FOR PRODUCTION NO. 40:**

All DOCUMENTS that support YOUR affirmative defense that "Plaintiff's claims are barred, in whole or in part, by the defense of unclean hands."

**Response:**

Please see Bates Nos. 1-683.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 3-8, 16-18, 25-34, 38-52, 79-80, 130-157, 246-248, 267-284, 291-310, 330, 332, 349-353, 355, 357-358, 359-362, 380-403, 418-633, 784-802, 841-844, 1052-1053, 1055-1066, 1098, 1099-1134, 1144-1145.

**REQUEST FOR PRODUCTION NO. 41:**

All DOCUMENTS that support YOUR affirmative defense that "Plaintiff's claims are barred, in whole or in part, by the fact that the actions alleged to have been taken by Defendant were not the proximate cause of any injury to Plaintiff."

**Response:**

Please see Bates Nos. 1-683.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 3-8, 16-18, 25-34, 38-52, 79-80, 130-157, 246-248, 267-284, 291-310, 330, 332, 349-353, 355, 357-358, 359-362, 380-403, 418-633, 784-802, 841-844, 1052-1053, 1055-1066, 1098, 1099-1134, 1144-1145.

RALPH HEREDIA 2D SUPP RESPONSES TO PLAINTIFF'S FIRST RFPS

**REQUEST FOR PRODUCTION NO. 42:**

All DOCUMENTS that support YOUR affirmative defense that "Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitation."

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 38-52, 54-56, 168-169, 985-991.

**REQUEST FOR PRODUCTION NO. 45:**

All DOCUMENTS, including COMMUNICATIONS, RELATING TO all statements YOU made to PERSON regarding the LAWSUIT.

**Response:**

Defendant directs Plaintiff to the record, decision, and evidence in "In the Matter of the Arbitration of Contract Dispute Between MOSES HEREDIA, Manager, and JOSEPH DIAZ, JR., Boxer," all of which Plaintiff already has in his possession and which are equally available to Plaintiff. Defendant also directs Plaintiff to the documents identified in Defendant's Rule 26 disclosures.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Defendant's privilege log attached hereto.

**REQUEST FOR PRODUCTION NO. 47:**

All DOCUMENTS, including COMMUNICATIONS, RELATING TO information received by YOU from any PERSON regarding the LAWSUIT.

**Response:**

Please see Bates Nos. 1-683.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Defendant's privilege log attached hereto.

**REQUEST FOR PRODUCTION NO. 48:**

All DOCUMENTS, including COMMUNICATIONS, relating to the facts or issues raised in the COMPLAINT.

**Response:**

Please see Bates Nos. 1-683. Further, please see the entire docket in this case.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 58-72, 168-169, 171-185, 187, 205-219, 221-224, 229-233, 312, 313-315, 317-318, 320-323, 325-326, 328, 330, 332, 334-337, 349-345, 347, 374-375, 377-378, 708-712, 723-728, 812-814, 819-840, 1074-1090, 1098. Please see also documents identified in response to other requests for production that relate to the complaint, Heredia's defenses, including his affirmative defenses. Please see also Defendant's privilege logs attached to his responses to Request Nos. 45 and 47.

RALPH HEREDIA 2D SUPP RESPONSES TO PLAINTIFF'S FIRST RFPS

**REQUEST FOR PRODUCTION NO. 49:**

All DOCUMENTS, including COMMUNICATIONS, between YOU and any PEROSN [*sic*] relating to the facts or issues raised in the COMPLAINT.

**Response:**

Please see Bates Nos. 291-310 and 579-586.  Please also see other communications by Defendant regarding Diaz identified throughout these Responses.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 58-72, 168-169, 171-185, 187, 205-219, 221-224, 229-233, 312, 313-315, 317-318, 320-323, 325-326, 328, 330, 332, 334-337, 349-345, 347, 374-375, 377-378, 708-712, 723-728, 812-814, 819-840, 1074-1090, 1098. Please see also documents identified in response to other requests for production that relate to the complaint, Heredia's defenses, including his affirmative defenses. Please see also Defendant's privilege logs attached to his responses to Request Nos. 45 and 47.

**REQUEST FOR PRODUCTION NO. 50:**

All DOCUMENTS, including COMMUNICATIONS, relating to the March 22, 2017 promotion-manager contract between DIAZ and Golden Boy.

**Responses:**

Please see Bates Nos. 191-193 and 196-203.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 38-52, 74-82, 98, 104-105, 144, 205-219, 434, 536, 587, 819-840, 1046-1054. Please see also Defendant's privilege log attached hereto.

**REQUEST FOR PRODUCTION NO. 58:**

All DOCUMENTS that support, reflect, or relate to YOUR responses to DIAZ's First Set of Interrogatories and Requests for Admission served concurrently herewith.

**Responses:**

Please see Bates Nos. 1-683. Defendant further directs Plaintiff to Defendant's Rule 12(c) motion.

**SECOND SUPPLEMENTAL RESPONSE:**

Please see Bates Nos. 3-8, 16-18, 25-34, 38-52, 54-56, 79-80, 130-157, 246-248, 267-284, 291-310, 330, 332, 349-353, 355, 357-358, 359-362, 380-403,

RALPH HEREDIA 2D SUPP RESPONSES TO PLAINTIFF'S FIRST RFPS

418-633, 683-691, 784-802, 841-844, 985-991, 1052-1053, 1055-1066, 1098,

1099-1134, 1144-1145, 1164-1135.


Dated:  March 18, 2022


Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA  92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

Eric S. Montalvo (Admitted Pro Hac Vice)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

Attorneys for Defendant
Ralph Heredia

RALPH HEREDIA 2D SUPP RESPONSES TO PLAINTIFF'S FIRST RFPS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2022, I served a copy of the foregoing
Defendant Ralph Heredia's Second Supplemental Responses to Plaintiff Joseph
Diaz, Jr.'s First Requests for Production via email to the following counsel for
Plaintiff:

James L. Greeley (SBN 218975)
jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
dvazquez@vgcllp.com
Gina M. Simas (SBN 205367)
    gsimas@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 256-8296
Attorneys for Plaintiff
Joseph Diaz, Jr.

/s/ Rajan O. Dhungana
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone: (202) 862-4360
emontalvo@fedpractice.com

*Attorneys for Defendant*
Ralph Heredia