# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**[PROPOSED] ORDER GRANTING LOCAL RULE 37-2.1 JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL FURTHER VERIFIED RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS PURSUANT TO F.R.C.P. RULE 37; REQUEST FOR SANCTIONS IN THE AMOUNT OF $16,455.00**<br><br>Date: July 21, 2022<br>Time: 10:00 a.m.<br>Courtroom: 3 or 4<br>Judge: Hon. Kenly Kiya Kato<br><br>Discovery Cut-Off: July 8, 2022<br>Pre-Trial Conference: November 18, 2022<br>Trial: December 5, 2022 |

Plaintiff Joseph Diaz's ("Plaintiff") motion to compel further verified responses to first set of requests for production of documents, and full and complete production of documents, and for sanctions pursuant to Federal Rules of Civil Procedure, Rule 37 in the amount of $16,455.00 came on for hearing on _____, 2022, at _____ am/pm in Courtroom ___ of the above entitled Court, the Honorable Kenly Kiya Kato presiding. Appearances were reflected on the record. The Court, having considered the motion, the moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Defendant Ralph Heredia (a) provide supplemental responses to Requests for Production Nos. 12 and 18-20 confirming full compliance (with proper verifications); and to (b) produce all responsive documents and information to Plaintiff within _____ days of entry of this Order;

2. Defendant Ralph Heredia is ordered to pay sanctions in the amount of $_____ to Plaintiff within __ days of entry of this Order;

3. Defendant Ralph Heredia's counsel of record, Federal Practice Group is ordered to pay sanctions in the amount of $_____ to Plaintiff within ____ days of entry of this Order;

4. Evidentiary sanctions pursuant to Rule 37(b) and (c) are ordered as follows_____
_____
_____
_____;

5. Contempt of Court sanctions pursuant to Rule 37(b) are ordered for failure to obey Court order as follows _____
_____

[PROPOSED] ORDER

1  _____

2  _____

3  _____.

4

5  **IT IS SO ORDERED.**

6

7  Dated: _____      By: _____

8                                      Honorable Kenly Kiya Kato
                                       United States District Court
9                                      Central District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -