**From:** Diyari Vazquez <dvazquez@vgcllp.com>
**Sent:** Wednesday, June 8, 2022 2:20 PM
**To:** Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** Gina Simas <gsimas@vgcllp.com>; James Greeley <jgreeley@vgcllp.com>; Andrew White <awhite@vgcllp.com>
**Subject:** Diaz v. Heredia: Follow up on April 13, 2022 Telephonic Meet and Confer

Eric,

I am following up with respect to our meet and confer call on April 13, 2022. During that call, you represented that Mr.

Heredia does not have any responsive documents to the Requests enumerated below. For the avoidance of doubt, the Requests are:

*REQUEST FOR PRODUCTION NO. 12: All accounting records relating to YOUR management of DIAZ.*
*Response: Since 2017, Defendant has not been Diaz' manager and therefore is currently unaware of any documents since that time period responsive to this request. Subject to the foregoing, please see Bates No. 675.*
*SECOND SUPPLEMENTAL RESPONSE: After a diligent search and reasonable inquiry, Heredia has identified no additional documents responsive to this request.*

*REQUEST FOR PRODUCTION NO. 18: All DOCUMENTS, including but not limited to bank records, reflecting YOUR compensation relating to any boxing match that DIAZ has participated in.*
*SECOND SUPPLEMENTAL RESPONSE: After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.*

*REQUEST FOR PRODUCTION NO. 19: All DOCUMENTS, including but not limited to bank records, reflecting YOUR compensation relating to any sponsorship that DIAZ has participated in.*
*SECOND SUPPLEMENTAL RESPONSE: After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.*

*REQUEST FOR PRODUCTION NO. 20: All DOCUMENTS, including but not limited to bank records, reflecting YOUR compensation relating to any revenue generated by DIAZ through any means.*
*SECOND SUPPLEMENTAL RESPONSE: After a diligent search and reasonable inquiry, Heredia has identified no documents responsive to this request.*

We find the assertion that no documents exist to be impossible. Mr. Heredia must have, at the very minimum, a bank account where he deposited the various checks written to him by Mr. Diaz and the monies paid to him by Heredia Boxing Management from Mr. Diaz's bouts. We therefore intend to file a motion to compel further responses and contempt of the Court's order. We also intend to seek sanctions, including but not limited to evidentiary sanctions.

Please let me know by end of day tomorrow whether my understanding from our conversation is incorrect. If we do not hear back from you, we will prepare and provide you with a joint stipulation to bring this matter before the Magistrate.

—

Diyari Vázquez  l  Head of Litigation & Employment



1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).