**From:** Eric Montalvo <emontalvo@fedpractice.com>
**Sent:** Monday, June 27, 2022 9:16 AM
**To:** Andrew White <awhite@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Gina Simas' <gsimas@vgcllp.com>
**Cc:** Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Diaz v. Heredia; Joint Stipulation Re: Plaintiff's Motion to Compel


Counsel,


I am writing to ask that you withdraw your joint stipulation.  It is untimely and its untimeliness cannot be rectified, a fact that is readily apparent under the Court's pertinent orders.  Discovery cut-off is July 8, the date by which among other things all discovery motions must be heard.  Under the local rules and Judge Holcomb's standing order, it is impossible for

your intended motion to be timely noticed. If you do not withdraw your joint stipulation, we will provide our portion back to you, in which we will be seeking sanctions. We will also separately seek Rule 11 sanctions, as there is no good faith basis for the instant motion.

For clarity, this email does not substitute as correspondence necessary for a meet and confer. Instead, it is an attempt to resolve this efficiently without imposing undue burdens on the parties' and the Court's resources.

Please advise no later than 11:00 a.m. Pacific if you will withdraw the joint stipulation. If we do not hear from you by then, we will construe that as your refusal to withdraw the joint stipulation, and will proceed accordingly.

Eric S. Montalvo
Founding Partner



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

[Quoted text hidden]