**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Monday, June 27, 2022 1:56 PM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Gina Simas' <gsimas@vgcllp.com>
**Cc:** 'Daisy Chung' <DChung@fedpractice.com>; 'Lou Michels' <lmichels@fedpractice.com>; 'Laura Berry' <lberry@fedpractice.com>; 'Saroja Koneru' <SKoneru@fedpractice.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Subject:** RE: Diaz v. Heredia; Joint Stipulation Re: Plaintiff's Motion to Compel

Eric,

The Joint Stipulation was not untimely. We attempted to meet and confer about Mr. Heredia's disobeyance of the Court's order and were repeatedly met with silence. On June 8, 2022, we emailed and advised you of the present motion and your office yet again ignored our communication. On June 20, 2022, we sent you the Joint Stipulation. Now, on June 27,

2022, you raise *for the very first time* this alleged issue of timeliness. Why did you fail to raise this issue on June 8, 2022 when we informed you that we would be making this motion? Further, for you to wait a full 7 days until the morning of the last day to respond, not by providing Heredia's portion of the Joint Stipulation, but instead to assert that a technicality based upon an agreed to discovery deadline precludes us from filing this motion is incredulous and indicative of the unreasonable obstacles we have faced securing even the most basic discovery in this matter from Heredia. Your email also does not address why your client has failed to produce the documents we are seeking or what has been done to even search for same from locations within your client's possession, custody or control. As you know, this discovery is absolutely necessary for the prosecution of this case. This motion could have been avoided if Heredia produced these documents—documents of which Heredia was expressly ordered by the Court to produce. Failure to do so renders Heredia in contempt.

As you know, we have been diligent in our efforts to secure the discovery responses and documents at issue in the present Joint Stipulation and motion to compel. We obtained a previous discovery order on March 9, 2022, which we thought was the order Diaz needed to obtain full and complete discovery responses and documents. We then did not receive Heredia's second supplemental responses and documents until March 18, 2022. Our review of the documents confirmed that certain responsive information had not been produced such as accounting and bank records. Our many good faith efforts to meet and confer with you since then to secure the necessary responses and documents were either met with silence or were unsuccessful, necessitating the current Stipulation. Our efforts to push for and implement a protective order are also ongoing due to your client's refusal to agree to the terms of a protective order.

Your attempts to avoid producing these incredibly relevant documents will not succeed. We will not withdraw the Joint Stipulation. Please send us Mr. Heredia's portion of the Joint Stipulation by COB pst today. Pursuant to L.R. 7-19.1, due to the emergency nature of the relief requested on the motion to compel, please take notice that we intend to move ex parte for an order shortening time for a hearing on the Joint Stipulation/motion. We will provide you with notice of the date/time for the ex parte hearing as soon as possible after receipt of your client's position re: the Joint Stipulation.

Of course, to avoid the ex parte hearing, we would prefer instead to stipulate to extend the discovery cutoff deadline given the various ongoing discovery disputes, including the implementation of a protective order. Please let us know of your availability to meet and confer as soon as possible re: entering into such a stipulation so as to avoid burdening the Court with the ex parte application.

We await to receive Heredia's portion of the Joint Stipulation by 5:00 p.m. pst today.

[Quoted text hidden]