From: Andrew White <awhite@vgcllp.com>
Sent: Wednesday, June 29, 2022 3:48 PM
To: 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Daisy Chung' <DChung@fedpractice.com>; 'Laura Berry' <lberry@fedpractice.com>; 'Saroja Koneru' <SKoneru@fedpractice.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
Cc: 'James Greeley' <jgreeley@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Gina Simas' <gsimas@vgcllp.com>
Subject: Diaz v. Heredia - Ex Parte Notice and Request for L.R. 7-19 Call

Counsel,

As you know, we intend to file an ex parte application for an order shortening the notice period to hear Defendant's motion compel further verified responses to First Set of RFP's, for production of documents, and for sanctions, and advancing the hearing to a date before the 7/8/22 discovery cut-off, or alternatively, to hear the Motion on an ex parte basis.

Although the substance of the ex parte application is apparent from above, pursuant to L.R. 7-19, et seq., due to the urgent nature of the application, please advise when you are available on 6/30 for a call to advise you of the date and substance of the proposed ex parte application and to confirm whether you oppose the application. I am generally available anytime during regular business hours, pacific standard time, on 6/30.

If we do not hear from you in response to this email by 5 p.m. pst on 6/30 to schedule a call, we will assume you have no interest in participating in a call pursuant to L.R. 7-19.1 and that you fully understand the date and substance of the proposed ex parte application. Regardless of whether you choose to participate in the call, please let us know whether or not you oppose the ex parte application. Thank you.

_____

Andrew D. White, Esq. - Litigation Partner

1515 7th Street, No. 106

Santa Monica, CA 90401

m: 714.907.5032 | email:  <mailto:awhite@vgcllp.com> awhite@vgcllp.com

<https://mailtrack.io/trace/link/4730087df57cca9b2c0f43c38264e9a92e5d6e47?url=http%3A%2F%2Fwww.vgcllp.com&userId=4866162&signature=ce3478122558a4d1> www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please