1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S FIRST *EX PARTE* APPLICATION FOR AN ORDER SHORTENING THE NOTICE PERIOD TO HEAR PLAINTIFF'S MOTION TO COMPEL FURTHER VERIFIED RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS PURSUANT TO F.R.C.P. RULE 37, OR TO HEAR MOTION ON EX PARTE BASIS** <br><br> Discovery Cut-Off: July 8, 2022 <br> Pre-Trial Conference: November 18, 2022 <br> Trial: December 5, 2022 |

[PROPOSED] ORDER

Plaintiff Joseph Diaz's ("Plaintiff") First *Ex Parte* Application for an order shortening the notice period to hear Plaintiff's motion to compel further verified responses to first set of requests for production of documents and for sanctions (the "Motion") pursuant to Fed. Rules Civ. Proc. Rule 37, or to hear motion on *ex parte* basis, having been duly filed with the Court in conformance with Local Rule ("L.R.") 7-19.  The Court, having considered the *Ex Parte* Application, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The *Ex Parte* Application is GRANTED;
2. The notice period provided for by L.R. 37-3 is hereby shortened to allow for a hearing on the Motion to take place ahead of the July 8, 2022, discovery cut-off;
3. The hearing on the Motion will be advanced from July 21, 2022, to _____, 2022, at 10:00 a.m., in Courtroom 3 or 4;
4. Alternatively, without advancing the hearing, the Court will hear the Motion on an *Ex Parte* basis without a hearing;
5. The Court also rules: _____
   _____
   _____
   _____
   _____.

**IT IS SO ORDERED.**

Dated: _____        By: _____

                                                    Honorable Kenly Kiya Kato
                                                  United States District Court
                                                  Central District of California

[PROPOSED] ORDER