Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
**FEDERAL PRACTICE GROUP**
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Defendant,*
RALPH HEREDIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF DIAZ' FIRST *EX PARTE* APPLICATION FOR AN ORDER SHORTENING THE NOTICE PERIOD TO HEAR PLAINTIFF'S MOTION TO COMPEL FURTHER VERIFIED RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS PURSUANT TO F.R.C.P. 37 OR TO HEAR MOTION ON EX PARTE BASIS** <br><br> Discovery Cut-Off Date: July 8, 2022 <br> Pre-Trial Conference Date: November 18, 2022 <br> Trial Date: December 5, 2022 |

Before the Court is Plaintiff Joseph Diaz, Jr.'s ("Plaintiff's") First Ex Parte Application for an order shortening the notice period to hear Plaintiff's motion to compel further verified responses to Plaintiff's first set of requests for production of documents and for sanctions (the "Motion") pursuant to Federal Rule of Civil Procedure 37, or to hear motion on an ex parte basis.  The Court, having considered the Ex Parte Application, the support thereof and in opposition thereto, and the record herein, hereby finds as follows:

1. Plaintiff has failed to notice his Ex Parte Application properly in that he failed to lodge a: (1) proposed motion shortening the notice period to hear (2) Plaintiff's motion to compel further verified responses to Plaintiff's first set of requests for production of documents and for sanctions, and instead has lodged only (2), the underlying motion to compel;
2. Plaintiff has failed to establish good cause for grant of his Ex Parte Application in that the emergency described therein was of his own making; and
3. Plaintiff has failed to establish good cause for grant of his Ex Parte Application in that he will not suffer irreparable prejudice if his motion is not granted.

Therefore, it is hereby

**ORDERED** that Plaintiff's Ex Parte Application [ECF 124] be, and hereby is, **DENIED**.  It is further

**ORDERED** that Plaintiff's Motion To Compel [ECF 123] be, and hereby is, **DENIED**.  It is further

**ORDERED** that within ten days of the date hereof, Defendant's counsel may file a declaration in support of Defendant's request for fees incurred in opposing the Ex Parte Application and in participating in the preparation of the Motion To Compel, including an itemization of time spent opposing the Ex Parte Application and in participating in the preparation of the Motion to Compel.  It is further

**ORDERED** that _____

_____

_____

_____

_____

**IT IS SO ORDERED.**

Dated: _____    By: _____
John W. Holcomb
UNITED STATES DISTRICT JUDGE