# EXHIBIT B

James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 272-9885

Attorneys for Plaintiff,
JOSEPH DIAZ, JR.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JOSEPH DIAZ, JR., | CASE NO. 5:20-cv-02332-JWH-KK |
| Plaintiff, | **PLAINTIFF JOSEPH DIAZ, JR.'S RESPONSES TO DEFENDANT RALPH HEREDIA'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | |
| Defendants. | |

## **PRELIMINARY STATEMENT**

This responding party plaintiff Joseph Diaz, Jr. ("Responding Party") has not fully completed his investigation of the facts relating to this case, has not fully completed his discovery in this action, and has not completed preparation for trial. All of the responses contained herein are based only upon information and documentation which are presently available to and specifically known to Responding Party and disclose only those contentions which presently occur to such Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, and meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes and variations to the contentions herein set forth.

The following responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this responding party may later recall. Responding Party accordingly reserves the right to change any and all answers herein as additional acts are ascertained, analyses are made, legal research is completed, and contentions are made. The answers contained herein are made in good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way be to the prejudice of this responding party in relation to further discovery, research, or analysis.

Responding Party objects to the requests' definitions and instructions to the extent they seek to impose obligations greater than those in the Federal Rules of Civil Procedure.

Any documents that Responding Party agrees to produce, as detailed in the responses below, will be produced after the Court has entered the Protective Order.

/ / /

/ / /

/ / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**<u>RESPONSES TO FIRST SET OF</u>**

**<u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

**<u>REQUEST FOR PRODUCTION OF DOCUMENTS. NO. 1:</u>**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 1 of YOUR COMPLAINT.

**<u>RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:</u>**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**<u>REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:</u>**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 2 of YOUR COMPLAINT.

**<u>RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:</u>**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**<u>REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3:</u>**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 3 of YOUR COMPLAINT.

/ / /

/ / /

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 4 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 5 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 6 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 7 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 8:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 8 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 8:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 9:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 9 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 9:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 10:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 10 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 10:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 11:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 11 of YOUR COMPLAINT.

/ / /

**<u>RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 11:</u>**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**<u>REQUEST FOR PRODUCTION OF DOCUMENTS NO. 12:</u>**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 12 of YOUR COMPLAINT.

**<u>RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 12:</u>**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**<u>REQUEST FOR PRODUCTION OF DOCUMENTS NO. 13:</u>**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 13 of YOUR COMPLAINT.

**<u>RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 13:</u>**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

1  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 14:**

2      All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

3  allegations of Paragraph 17 of YOUR COMPLAINT.

4  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 14:**

5      Responding Party objects to this Request to the extent it seeks information that

6  is protected by the attorney-client privilege, work product doctrine and/or other

7  applicable privilege or right to privacy.

8      Subject to and without waiving the foregoing general and specific objections,

9  Responding Party will produce non-privileged documents in its possession, custody,

10  or control that are responsive to this Request as Responding Party understands it.

11  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 15:**

12      All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

13  allegations of Paragraph 18 of YOUR COMPLAINT.

14  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 15:**

15      Responding Party objects to this Request to the extent it seeks information that

16  is protected by the attorney-client privilege, work product doctrine and/or other

17  applicable privilege or right to privacy.

18      Subject to and without waiving the foregoing general and specific objections,

19  Responding Party will produce non-privileged documents in its possession, custody,

20  or control that are responsive to this Request as Responding Party understands it.

21  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 16:**

22      All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

23  allegations of Paragraph 19 of YOUR COMPLAINT.

24  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 16:**

25      Responding Party objects to this Request to the extent it seeks information that

26  is protected by the attorney-client privilege, work product doctrine and/or other

27  applicable privilege or right to privacy.

28

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 17:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 20 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 17:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 18:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 21 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 18:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 19:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 22 of YOUR COMPLAINT.

/ / /

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 19:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 20:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 23 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 20:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 21:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 24 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 21:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 22:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 25 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 22:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 23:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 26 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 23:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 24:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 27 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 24:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 25:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 28 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 25:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 26:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 29 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 26:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 27:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 30 of YOUR COMPLAINT.

/ / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 27:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 28:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 31 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 28:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 29:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 32 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 29:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 30:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 33 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 30:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 31:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 34 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 31:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 32:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 35 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 32:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 33:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 36 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 33:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 34:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 37 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 34:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 35:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 38 of YOUR COMPLAINT.

/ / /

/ / /

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 35:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 36:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 39 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 36:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 37:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 40 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 37:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

- 15 -

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 38:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 41 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 38:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 39:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 42 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 39:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 40:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 43 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 40:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

1  Subject to and without waiving the foregoing general and specific objections,
2  Responding Party will produce non-privileged documents in its possession, custody,
3  or control that are responsive to this Request as Responding Party understands it.

4  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 41:**

5  All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
6  allegations of Paragraph 44 of YOUR COMPLAINT.

7  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 41:**

8  Responding Party objects to this Request to the extent it seeks information that
9  is protected by the attorney-client privilege, work product doctrine and/or other
10  applicable privilege or right to privacy.

11  Subject to and without waiving the foregoing general and specific objections,
12  Responding Party will produce non-privileged documents in its possession, custody,
13  or control that are responsive to this Request as Responding Party understands it.

14  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 42:**

15  All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
16  allegations of Paragraph 45 of YOUR COMPLAINT.

17  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 42:**

18  Responding Party objects to this Request to the extent it seeks information that
19  is protected by the attorney-client privilege, work product doctrine and/or other
20  applicable privilege or right to privacy.

21  Subject to and without waiving the foregoing general and specific objections,
22  Responding Party will produce non-privileged documents in its possession, custody,
23  or control that are responsive to this Request as Responding Party understands it.

24  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 43:**

25  All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
26  allegations of Paragraph 46 of YOUR COMPLAINT.

27  / / /
28  / / /

- 17 -

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 43:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 44:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 47 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 44:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 45:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 48 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 45:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 46:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 49 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 46:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 47:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 50 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 47:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 48:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 51 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 48:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

1  Subject to and without waiving the foregoing general and specific objections,
2  Responding Party will produce non-privileged documents in its possession, custody,
3  or control that are responsive to this Request as Responding Party understands it.

4  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 49:**

5  All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
6  allegations of Paragraph 52 of YOUR COMPLAINT.

7  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 49:**

8  Responding Party objects to this Request to the extent it seeks information that
9  is protected by the attorney-client privilege, work product doctrine and/or other
10 applicable privilege or right to privacy.

11 Subject to and without waiving the foregoing general and specific objections,
12 Responding Party will produce non-privileged documents in its possession, custody,
13 or control that are responsive to this Request as Responding Party understands it.

14 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 50:**

15 All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
16 allegations of Paragraph 53 of YOUR COMPLAINT.

17 **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 50:**

18 Responding Party objects to this Request to the extent it seeks information that
19 is protected by the attorney-client privilege, work product doctrine and/or other
20 applicable privilege or right to privacy.

21 Subject to and without waiving the foregoing general and specific objections,
22 Responding Party will produce non-privileged documents in its possession, custody,
23 or control that are responsive to this Request as Responding Party understands it.

24 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 51:**

25 All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
26 allegations of Paragraph 54 of YOUR COMPLAINT.

27 / / /

28 / / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 51:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 52:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 55 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 52:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 53:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 56 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 53:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 54:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 57 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 54:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 55:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 58 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 55:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 56:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 59 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 56:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

1    Subject to and without waiving the foregoing general and specific objections,

2 Responding Party will produce non-privileged documents in its possession, custody,

3 or control that are responsive to this Request as Responding Party understands it.

4 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 57:**

5    All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

6 allegations of Paragraph 61 of YOUR COMPLAINT.

7 **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 57:**

8    Responding Party objects to this Request to the extent it seeks information that

9 is protected by the attorney-client privilege, work product doctrine and/or other

10 applicable privilege or right to privacy.

11    Subject to and without waiving the foregoing general and specific objections,

12 Responding Party will produce non-privileged documents in its possession, custody,

13 or control that are responsive to this Request as Responding Party understands it.

14 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 58:**

15    All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

16 allegations of Paragraph 62 of YOUR COMPLAINT.

17 **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 58:**

18    Responding Party objects to this Request to the extent it seeks information that

19 is protected by the attorney-client privilege, work product doctrine and/or other

20 applicable privilege or right to privacy.

21    Subject to and without waiving the foregoing general and specific objections,

22 Responding Party will produce non-privileged documents in its possession, custody,

23 or control that are responsive to this Request as Responding Party understands it.

24 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 59:**

25    All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

26 allegations of Paragraph 63 of YOUR COMPLAINT.

27 / / /

28 / / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 59:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 60:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 64 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 60:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 61:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 65 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 61:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 62:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 66 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 62:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 63:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 67 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 63:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 64:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 68 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 64:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 65:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 69 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 65:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 66:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 70 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 66:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 67:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 71 of YOUR COMPLAINT.

/ / /

/ / /

- 26 -

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 67:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 68:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 73 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 68:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 69:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 74 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 69:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 70:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 75 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 70:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 71:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 76 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 71:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 72:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 77 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 72:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 73:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 78 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 73:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 74:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 79 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 74:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.75**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 80 of YOUR COMPLAINT.

/ / /

/ / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 75:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 76:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 82 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 76:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 77:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 83 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 77:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

- 30 -

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 78:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 84 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 78:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 79:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 85 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 79:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 80:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 86 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 80:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

1  Subject to and without waiving the foregoing general and specific objections,
2  Responding Party will produce non-privileged documents in its possession, custody,
3  or control that are responsive to this Request as Responding Party understands it.

4  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 81:**

5  All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
6  allegations of Paragraph 88 of YOUR COMPLAINT.

7  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 81:**

8  Responding Party objects to this Request to the extent it seeks information that
9  is protected by the attorney-client privilege, work product doctrine and/or other
10 applicable privilege or right to privacy.

11 Subject to and without waiving the foregoing general and specific objections,
12 Responding Party will produce non-privileged documents in its possession, custody,
13 or control that are responsive to this Request as Responding Party understands it.

14 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 82:**

15 All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
16 allegations of Paragraph 89 of YOUR COMPLAINT.

17 **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 82:**

18 Responding Party objects to this Request to the extent it seeks information that
19 is protected by the attorney-client privilege, work product doctrine and/or other
20 applicable privilege or right to privacy.

21 Subject to and without waiving the foregoing general and specific objections,
22 Responding Party will produce non-privileged documents in its possession, custody,
23 or control that are responsive to this Request as Responding Party understands it.

24 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 83:**

25 All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
26 allegations of Paragraph 90 of YOUR COMPLAINT.

27 / / /

28 / / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 83:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 84:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 91 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 84:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 85:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 92 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 85:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 86:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 94 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 86:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 87:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 95 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 87:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 88:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 96 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 88:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 89:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 97 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 89:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 90:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 98 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 90:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 91:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 99 of YOUR COMPLAINT.

/ / /

/ / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 91:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 92:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 101 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 92:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 93:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 102 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 93:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

1   **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 94:**

2        All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

3   allegations of Paragraph 103 of YOUR COMPLAINT.

4   **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 94:**

5        Responding Party objects to this Request to the extent it seeks information that

6   is protected by the attorney-client privilege, work product doctrine and/or other

7   applicable privilege or right to privacy.

8        Subject to and without waiving the foregoing general and specific objections,

9   Responding Party will produce non-privileged documents in its possession, custody,

10  or control that are responsive to this Request as Responding Party understands it.

11  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 95:**

12        All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

13  allegations of Paragraph 104 of YOUR COMPLAINT.

14  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 95:**

15        Responding Party objects to this Request to the extent it seeks information that

16  is protected by the attorney-client privilege, work product doctrine and/or other

17  applicable privilege or right to privacy.

18        Subject to and without waiving the foregoing general and specific objections,

19  Responding Party will produce non-privileged documents in its possession, custody,

20  or control that are responsive to this Request as Responding Party understands it.

21  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 96:**

22        All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

23  allegations of Paragraph 105 of YOUR COMPLAINT.

24  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 96:**

25        Responding Party objects to this Request to the extent it seeks information that

26  is protected by the attorney-client privilege, work product doctrine and/or other

27  applicable privilege or right to privacy.

28

1   Subject to and without waiving the foregoing general and specific objections,
2   Responding Party will produce non-privileged documents in its possession, custody,
3   or control that are responsive to this Request as Responding Party understands it.

4   **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 97:**

5   All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
6   allegations of Paragraph 106 of YOUR COMPLAINT.

7   **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 97:**

8   Responding Party objects to this Request to the extent it seeks information that
9   is protected by the attorney-client privilege, work product doctrine and/or other
10  applicable privilege or right to privacy.

11  Subject to and without waiving the foregoing general and specific objections,
12  Responding Party will produce non-privileged documents in its possession, custody,
13  or control that are responsive to this Request as Responding Party understands it.

14  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 98:**

15  All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
16  allegations of Paragraph 107 of YOUR COMPLAINT.

17  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 98:**

18  Responding Party objects to this Request to the extent it seeks information that
19  is protected by the attorney-client privilege, work product doctrine and/or other
20  applicable privilege or right to privacy.

21  Subject to and without waiving the foregoing general and specific objections,
22  Responding Party will produce non-privileged documents in its possession, custody,
23  or control that are responsive to this Request as Responding Party understands it.

24  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 99:**

25  All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
26  allegations of Paragraph 109 of YOUR COMPLAINT.

27  / / /
28  / / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 99:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 100:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 110 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 100:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 101:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 111 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 101:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

/ / /

1    **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 102:**

2        All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

3    allegations of Paragraph 112 of YOUR COMPLAINT.

4    **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 102:**

5        Responding Party objects to this Request to the extent it seeks information that

6    is protected by the attorney-client privilege, work product doctrine and/or other

7    applicable privilege or right to privacy.

8        Subject to and without waiving the foregoing general and specific objections,

9    Responding Party will produce non-privileged documents in its possession, custody,

10   or control that are responsive to this Request as Responding Party understands it.

11   **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 103:**

12       All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

13   allegations of Paragraph 113 of YOUR COMPLAINT.

14   **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 103:**

15       Responding Party objects to this Request to the extent it seeks information that

16   is protected by the attorney-client privilege, work product doctrine and/or other

17   applicable privilege or right to privacy.

18       Subject to and without waiving the foregoing general and specific objections,

19   Responding Party will produce non-privileged documents in its possession, custody,

20   or control that are responsive to this Request as Responding Party understands it.

21   **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 104:**

22       All DOCUMENTS or COMMUNICATIONS supporting or rebutting the

23   allegations of Paragraph 114 of YOUR COMPLAINT.

24   **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 104:**

25       Responding Party objects to this Request to the extent it seeks information that

26   is protected by the attorney-client privilege, work product doctrine and/or other

27   applicable privilege or right to privacy.

28

1  Subject to and without waiving the foregoing general and specific objections,
2  Responding Party will produce non-privileged documents in its possession, custody,
3  or control that are responsive to this Request as Responding Party understands it.

4  **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 105:**

5  All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
6  allegations of Paragraph 116 of YOUR COMPLAINT.

7  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 105:**

8  Responding Party objects to this Request to the extent it seeks information that
9  is protected by the attorney-client privilege, work product doctrine and/or other
10 applicable privilege or right to privacy.

11 Subject to and without waiving the foregoing general and specific objections,
12 Responding Party will produce non-privileged documents in its possession, custody,
13 or control that are responsive to this Request as Responding Party understands it.

14 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 106:**

15 All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
16 allegations of Paragraph 117 of YOUR COMPLAINT.

17 **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 106:**

18 Responding Party objects to this Request to the extent it seeks information that
19 is protected by the attorney-client privilege, work product doctrine and/or other
20 applicable privilege or right to privacy.

21 Subject to and without waiving the foregoing general and specific objections,
22 Responding Party will produce non-privileged documents in its possession, custody,
23 or control that are responsive to this Request as Responding Party understands it.

24 **REQUEST FOR PRODUCTION OF DOCUMENTS NO. 107:**

25 All DOCUMENTS or COMMUNICATIONS supporting or rebutting the
26 allegations of Paragraph 118 of YOUR COMPLAINT.

27 / / /

28 / / /

PLAINTIFF'S RESPONSES TO RALPH HEREDIA'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 107:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 108:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 119 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 108:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 109:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 121 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 109:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 110:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 122 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 110:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 111:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting the allegations of Paragraph 123 of YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 111:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 112:**

All DOCUMENTS or COMMUNICATIONS supporting or rebutting every item in the prayer for relief in YOUR COMPLAINT.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 112:**

Responding Party objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine and/or other applicable privilege or right to privacy.

Subject to and without waiving the foregoing general and specific objections, Responding Party will produce non-privileged documents in its possession, custody, or control that are responsive to this Request as Responding Party understands it.

Responding Party will produce documents responsive to these Requests once the Court has entered the Protective Order.

Dated: February 25, 2022                    VGC, LP

By: _____
James L. Greeley
Diyari Vázquez
Gina Simas
*Attorneys for Plaintiff*
JOSEPH DIAZ, JR.

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I served a copy of the foregoing **PLAINTIFF JOSEPH DIAZ, JR.'S RESPONSES TO DEFENDANT RALPH HEREDIA'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** via email to the following counsel for Defendant:

Eric S. Montalvo, Esq.
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
emontalvo@fedpractice.com
Attorney for Defendant, Ralph Heredia

Dated: February 25, 2022 _____

Daniel Schwarz

- 45 -