Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
**FEDERAL PRACTICE GROUP**
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Defendant,*
RALPH HEREDIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT HEREDIA'S MOTION FOR REVIEW OF, AND OBJECTIONS TO, PORTIONS OF THE MAGISTRATE'S JUNE 22, 2022 ORDER** <br><br> Date: August 5, 2022 <br> Time: 9:00am <br><br> Courtroom: 9D <br><br> Discovery Cut-Off Date: July 8, 2022 <br> Pre-Trial Conference Date: November 18, 2022 <br> Trial Date: December 5, 2022 |

Before the Court is Defendant Ralph Heredia's Motion For Review of, and Objections to, Portions of the Magistrate's June 22, 2022 Order ("Motion"). The Court, having considered the Motion, the support thereof and in opposition thereto, and the record herein, hereby finds as follows:

1. That portion of the Magistrate Judge's order granting Diaz' motion for a protective order despite Diaz' non-compliance with the meet and confer requirements of Local Rule 37-1, and finding that Heredia's position was not substantially justified, was clearly erroneous and contrary to law.

2. That portion of the Magistrate Judge's order requiring Diaz to produce documents within fourteen days established Heredia as the prevailing party. Because the order did not consider any award of expenses and fees to Heredia, it was contrary to law.

3. That portion of the Magistrate Judge's order granting Diaz' motion for protective order notwithstanding Diaz' continued non-compliance with the Local Rules, and failed to address Heredia's request for sanction, was contrary to law.

4. Because those portions of the Magistrate Judge's order as set forth above were clearly erroneous and contrary to law, there was no basis for an award of attorney's fees to counsel for Diaz.

5. Heredia's counsel is entitled to its attorneys' fees in preparing its motion to compel, and in opposing Diaz' motion for protective order.

Therefore, it is hereby

**ORDERED**, that Heredia's Motion be, and hereby is, **GRANTED**. It is further

**ORDERED** that Heredia's Objection 1 be, and hereby is, **SUSTAINED**, and Diaz' motion for a protective order is denied without prejudice for Diaz' failure to comply with the Local Rules. Diaz is directed to comply with the Local Rules. It is further

**ORDERED** that Heredia's Objection 2 be, and hereby is, **SUSTAINED**, and Heredia is established as the prevailing party on Heredia's motion to compel. It is further

**ORDERED** that within ten days of the date hereof, Defendant's counsel may file a declaration in support of Defendant's request for fees incurred in preparing the Motion To Compel. It is further

**ORDERED** that Heredia's Objection 3 be, and hereby is, **SUSTAINED**, and that within ten days of the date hereof, Defendant's counsel may file a declaration in support of Defendant's request for fees incurred in opposing Diaz' motion for protective order. It is further

**ORDERED** that _____
_____
_____
_____
_____

**IT IS SO ORDERED.**

Dated: _____       By: _____
                                        John W. Holcomb
                                        UNITED STATES DISTRICT JUDGE