James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff,
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br><br>**NOTICE OF DEPOSITION TO DEFENDANT HEREDIA BOXING MANAGEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**<br><br>**Date:  July 8, 2022**<br>**Time: 9:00 a.m.**<br>**Place: 1901 Avenue of the Stars**<br>        **2nd Floor,**<br>         **Los Angeles, California 90067**<br><br>Pretrial Conf.: November 18, 2022<br>Trial Date: December 5, 2022<br>Courtroom: 2 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff Joseph Diaz, Jr. ("Plaintiff") will take the deposition upon oral examination of Defendant Heredia Boxing Management ("HMB") on July 8, 2022, commencing at 9:00 a.m., at 1901 Avenue of the Stars, 2nd Floor, Los Angeles, California 90067. Pursuant to Federal Rule of Civil Procedure 30(b)(6), HBM shall designate and produce at the deposition one or more of its officers, directors, managing agents, employees, or agents who are most qualified to testify on its behalf as to the matters described in on **Attachment A** attached hereto. Plaintiff requests that HBM provide written notice at least five (5) days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on HBM's behalf.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken before a certified shorthand court reporter or other officer authorized by law to administer oaths pursuant to the requirements of Federal Rule of Civil Procedure 28, and will continue from day to day, if necessary, excluding weekends and holidays, until completed. The deposition will be coordinated by Veritext Legal Solutions, who will contact you to provide the necessary credentials and other information to attend the deposition remotely.

PLEASE TAKE FURTHER NOTICE that Plaintiff intends to record the testimony at the deposition by stenographic means and video. Plaintiff reserves the right to use all or any part of the video recording of the deposition at trial.

Dated: June 28, 2022     **VGC, LLP**

By: _/s/ Gina Simas_
James L. Greeley
Diyari Vázquez
Gina Simas
Attorneys for Plaintiff,
JOSEPH DIAZ, JR.

- 1 -
NOTICE OF DEPOSITION TO DEFENDANT
HEREDIA BOXING MANAGEMENT

# EXHIBIT A
## SPECIFIC CATEGORIES OF EXAMINATION

1) Heredia Boxing Management's ("HBM's") practices and procedures, business model, organizational chart, executive officers, revenues and clients.

2) Sponsorship opportunities HBM has obtained or helped to obtain for Plaintiff Joseph Diaz, Jr. ("Plaintiff") and any other boxer.

3) The amount of money HBM has earned from Golden Boy Promotions in connection with any work relating to Plaintiff or any other boxer.

4) HBM's relationship with Golden Boy Promotions.

5) The amount of money HBM has earned in connection with any work relating to Plaintiff or any other boxer.

6) Facts upon which HBM bases the affirmative defenses raised in its Answer filed on October 19, 2021 [Dkt. 77].

7) Manager agreements between HBM and Plaintiff.

8) Manager agreements between HBM and any other boxer.

9) Agreements between HBM and Plaintiff.

10) Accounting records relating to HBM's management of Plaintiff.

11) Revenues and expenses generated from any boxing match in which Plaintiff participated.

12) HBM's compensation relating to any boxing match in which Plaintiff participated.

13) Any basis or ground for HBM's defense in this lawsuit.

14) The facts or issues raised in the First Amended Complaint. [Dkt. 69].

15) HBM's profit and loss statements for the period January 2017 through the present.

16) HBM'S relationship with Plaintiff.

17) Documents produced by HBM in response to Plaintiff's Request for Production, Set One.

**PROOF OF SERVICE**
*Joseph Diaz, Jr. v. Ralph Heredia, et al..*
CDCA Case No.: 5:20-cv-02332-JWH-KK

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1515 7th Street, No. 106, Santa Monica, California 90401.

On June 28, 2022, I served the document(s) described as follows:

**NOTICE OF DEPOSITION TO DEFENDANT
HEREDIA BOXING MANAGEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope(s) addressed to the following addressee(s):

| | |
|---|---|
| Eric S. Montalvo | *Attorneys for Defendant* |
| Rajan O. Dhungana | Heredia Boxing Management |
| FEDERAL PRACTICE GROUP | |
| 14481 Aspen Street | |
| Hesperia, CA 92344 | |
| Telephone: (310) 795-6905 | |
| Email: emontalvo@fedpractice.com | |
| rdhungana@fedpractice.com | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on June 28, 2022, at Santa Monica, California.

_____
Jacqueline Gidney

- 3 -
NOTICE OF DEPOSITION TO DEFENDANT
HEREDIA BOXING MANAGEMENT

James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina Simas (SBN 205367)
  gsimas@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 272-9885

Attorneys for Plaintiff,
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br><br>**NOTICE OF DEPOSITION TO DEFENDANT RALPH HEREDIA**<br><br>Date: July 7, 2022<br>Time: 9:00 a.m.<br>Place: 1901 Avenue of the Stars<br>   2nd Floor,<br>   Los Angeles, California 90067<br><br>Pretrial Conf.: November 18, 2022<br>Trial Date: December 5, 2022<br>Courtroom: 2 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Joseph Diaz, Jr. ("Plaintiff") will take the deposition upon oral examination of Defendant Ralph Heredia ("Heredia") on July 7, 2022, commencing at 9:00 a.m., at 1901 Avenue of the Stars, 2nd Floor, Los Angeles, California 90067.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken before a certified shorthand court reporter or other officer authorized by law to administer oaths pursuant to the requirements of Federal Rule of Civil Procedure 28, and will continue from day to day, if necessary, excluding weekends and holidays, until completed. The deposition will be coordinated by Veritext Legal Solutions, who will contact you to provide the necessary credentials and other information to attend the deposition remotely.

PLEASE TAKE FURTHER NOTICE that Plaintiff intends to record the testimony at the deposition by stenographic means and video. Plaintiff reserves the right to use all or any part of the video recording of the deposition at trial.

Dated: June 28, 2022        **VGC, LLP**

By: _/s/ Gina Simas_
James L. Greeley
Diyari Vázquez
Gina Simas
Attorneys for Plaintiff,
JOSEPH DIAZ, JR.

# PROOF OF SERVICE
*Joseph Diaz, Jr. v. Ralph Heredia, et al..*
CDCA Case No.: 5:20-cv-02332-JWH-KK

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1515 7th Street, No. 106, Santa Monica, California 90401.

On June 28, 2022, I served the document(s) described as follows:

**NOTICE OF DEPOSITION TO DEFENDANT RALPH HEREDIA**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope(s) addressed to the following addressee(s):

Eric S. Montalvo                    *Attorneys for Defendant*
Rajan O. Dhungana                   Ralph Heredia
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
Email: emontalvo@fedpractice.com
       rdhungana@fedpractice.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on June 28, 2022, at Santa Monica, California.

_____
Jacqueline Gidney