1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING DISCOVERY CUT-OFF DEADLINE**<br><br>Courtroom:　2<br>Judge:　　Hon. John W. Holcomb |

# ORDER

The Court, having considered Plaintiff Joseph Diaz, Jr.'s Ex Parte Application and finding good cause therefore,

IT IS HEREBY ORDERED that the Ex Parte Application is GRANTED as follows:

1. The Court finds GOOD CAUSE to continue the discovery cut-off deadline (including hearing of discovery motions) from July 8, 2022 to September 2, 2022, or to another date preferred by the Court as follows _____.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                Hon. John W. Holcomb
                                United States District Judge