Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
**FEDERAL PRACTICE GROUP**
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Defendant,*
RALPH HEREDIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br>                 Plaintiff, <br><br> v. <br><br> RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>                 Defendants. | CASE NO. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF DIAZ' FIRST *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE DISCOVERY CUT-OFF DEADLINE** <br><br> Discovery Cut-Off Date: July 8, 2022 <br> Pre-Trial Conference Date: November 18, 2022 <br> Trial Date: December 5, 2022 |

# [PROPOSED] ORDER

Before the Court is Plaintiff Joseph Diaz, Jr.'s ("Plaintiff's") First Ex Parte Application for an Order Continuing the Discovery Cut-Off Deadline.  The Court, having considered the Ex Parte Application, the support thereof and in opposition thereto, and the record herein, hereby finds as follows:

1. Plaintiff has failed to notice his Ex Parte Application properly in that he failed to lodge a separate proposed order continuing the discovery cut-off deadline
2. Plaintiff has failed to establish good cause for grant of his Ex Parte Application in that the emergency described therein was of his own making; and
3. Plaintiff has failed to establish good cause for grant of his Ex Parte Application in that he will not suffer irreparable prejudice if his motion is not granted.

Therefore, it is hereby **ORDERED** that Plaintiff's Ex Parte Application [ECF 128] be, and hereby is, **DENIED**.

It is further **ORDERED** that within ten days of the date hereof, Defendant's counsel may file a declaration in support of Defendant's request for fees incurred in opposing the Ex Parte Application, including an itemization of time spent opposing the Ex Parte Application.  It is further

**ORDERED** that _____
_____
_____
_____

**IT IS SO ORDERED.**

Dated: _____   By: _____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER