## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-02332-JWH (KKx) | Date | July 11, 2022 |
|---|---|---|---|
| Title | Joseph Diaz Jr. v. Ralph Heredia | | |

Present: The Honorable   **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Donnisha Brown | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**          **(IN CHAMBERS) ORDER**

On June 29, 2022, Plaintiff Joseph Diaz, Jr. ("Plaintiff") filed a Motion to Compel Further Verified Responses to First Set of Requests for Production of Documents with a Joint Stipulation pursuant to Local Rule 37-2 and set a hearing for July 21, 2022. Dkt. 123. No supplemental briefs have been filed. The Court finds the Motion to Compel appropriate for decision without oral argument. Accordingly, the July 21, 2022 hearing is hereby VACATED.

Initials of Preparer          dsb