NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KKx <br><br> **ORDER GRANTING PLAINTIFF'S** ***EX PARTE*** **APPLICATION FOR ORDER CONTINUING DISCOVERY CUT-OFF DEADLINE [128]** |

The Court, having considered the *Ex Parte* Application of Plaintiff Joseph Diaz, Jr., and finding good cause therefore, hereby **ORDERS** as follows:

1. The *Ex Parte* Application is **GRANTED**.

2. The discovery cut-off deadline (including the deadline for hearing discovery motions) is **EXTENDED** from July 8, 2022, to August 19, 2022, **SOLELY FOR THE PURPOSE** of permitting Diaz to complete the two depositions discussed in the *Ex Parte* Application.

3. The reference of discovery matters to the magistrate judge is **WITHDRAWN**.

4. Counsel for both parties are **DIRECTED** to meet and confer thoroughly regarding any discovery dispute, in accordance with Rule 37 of the Federal Rules of Civil Procedure. If that conference of counsel does not result in a resolution of the parties' dispute, then counsel may jointly contact the Courtroom Deputy for further instructions.

**IT IS SO ORDERED.**

Dated: July 12, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE