UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-02332-JWH-KKx | Date | July 14, 2022 |
| Title | Joseph Diaz, Jr. v. Ralph Heredia, et al. | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:** **ORDER AMENDING "ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER CONTINUING DISCOVERY CUT-OFF DEADLINE [128]" (IN CHAMBERS)**

On July 12, 2022, the Court issued its "Order Granting Plaintiff's *Ex Parte* Application for Order Continuing Discovery Cut-Off Deadline [128]."[1] Among other elements of relief, that Order provided that "[t]he reference of discovery matters to the magistrate judge is **WITHDRAWN**."[2]

On its own motion, the Court hereby amends the Order to clarify that the withdrawal of the reference to Magistrate Judge Kato of discovery matters in this case pertains to only new discovery disputes that arise in connection with the depositions that are the subject of the Order.

For those reasons, it is hereby **ORDERED** as follows:

---

[1] See Order Granting Pl.'s *Ex Parte* Appl. for Order Continuing Discovery Cut-Off Deadline (the "Order") [ECF No. 131].

[2] *Id.* at ¶ 3 (emphasis in original).

1. Paragraph 3 of the Order is **AMENDED** to read as follows: "3. With respect to new discovery disputes that may arise in connection with the depositions that are the subject of this Order—*and only with respect to such new discovery disputes*—the reference of discovery matters to the magistrate judge is **WITHDRAWN**."

2. The Order otherwise remains in effect and unchanged.

**IT IS SO ORDERED.**