Michael D. Young, SBN 120787
C/O Judicate West
11601 Wilshire Blvd., Suite 2040
Los Angeles, CA 90025
310-442-2100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Diaz Jr.<br><br>Plaintiff(s)<br>v.<br><br>Ralph Heredia<br><br>Defendant(s) | CASE NUMBER<br><br>5:20-cv-02332-JWH-KK<br><br>MEDIATION REPORT |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): July 19, 2022

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
     ☐ Plaintiff or plaintiff's representative failed to appear.
     ☐ Defendant or defendant's representative failed to appear.
     ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   Possible agreement in Principle. We are continuing to work on arriving at a final agreement.

Dated: July 19, 2022

Signature of Mediator
Michael D. Young
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*