**From:** Rajan Dhungana rdhungana@fedpractice.com
**Subject:** Re: Depositions of Heredia and PMK of HBM; Request to Meet and Confer per L.R. 37-1
**Date:** July 28, 2022 at 9:47 AM
**To:** Andrew White awhite@vgcllp.com, Diyari Vazquez dvazquez@vgcllp.com, Cristina Lagarde clagarde@fedpractice.com
**Cc:** Gina Simas gsimas@vgcllp.com, James Greeley jgreeley@vgcllp.com, Eric Montalvo emontalvo@fedpractice.com, Erik Cox ECox@fedpractice.com, Laura Berry lberry@fedpractice.com, Saroja Koneru SKoneru@fedpractice.com, Daisy Chung DChung@fedpractice.com, Lou Michels lmichels@fedpractice.com

Good Morning Andrew,

Mr. Ralph Heredia and Ms. Carmina can both be available August 10, and 11. Previously Ms. Vazquez had offered to conduct the deposition remotely. Mr. Heredia and Ms. carmina would both also prefer remote deposition.

Sincerely,

Rajan O. Dhungana

---

**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Thursday, July 28, 2022 7:59 AM
**To:** Rajan Dhungana <rdhungana@fedpractice.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'Gina Simas' <gsimas@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Depositions of Heredia and PMK of HBM; Request to Meet and Confer per L.R. 37-1

Rajan,

I am following up on my email below. Since sending the email below on Monday, 7/25, we have received no response from you to confirm Ms. Ledesma's PMK status, or confirming the availability of either the PMK or Ralph Heredia for deposition prior to the discovery cut-off on 8/19/22. To date, since noticing these depositions on June 28, 2022, we have not received once single date of availability for the deposition of Ralph Heredia, and have been diligent in our efforts to secure available dates from you for both depositions.

As stated below, please be advised if we have not been given confirmation of the PMK status of Ms. Ledesma, as well as dates certain within the given availability for the taking of each of these depositions, **on or before 1:00 p.m. PST, today, 7/28/22**, Diaz will be forced to move forward with the motion to compel these depositions, and seek an award of all available sanctions against your client and your firm. Please advise. Thank you.

**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106**
Santa Monica, CA 90401

Santa Monica, CA 90401
m: 714.907.5032 | email: **awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

---

**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Monday, July 25, 2022 3:19 PM
**To:** 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Cc:** 'Gina Simas' <gsimas@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Erik Cox' <ECox@fedpractice.com>; 'Laura Berry' <lberry@fedpractice.com>; 'Saroja Koneru' <SKoneru@fedpractice.com>; 'Daisy Chung' <DChung@fedpractice.com>; 'Lou Michels' <lmichels@fedpractice.com>; 'Cristina Lagarde' <clagarde@fedpractice.com>
**Subject:** RE: Depositions of Heredia and PMK of HBM; Request to Meet and Confer per L.R. 37-1

Rajan,

Thank you for getting back to us with regard to the Person Most Knowledgeable ("PMK") deposition. We wish Ms. Ledesma all the best in her recovery. Unfortunately, we are not available on the dates given to take this deposition.

More importantly, before going down the road of selecting a date to take the deposition of Ms. Ledesma as PMK for HBM, we need confirmation from you that she is the actual PMK for each of the categories listed in the NOD. For the absence of confusion those categories are as follows:

### EXHIBIT A
### SPECIFIC CATEGORIES OF EXAMINATION

1) Heredia Boxing Management's ("HBM's") practices and procedures, business model, organizational chart, executive officers, revenues and clients.

2) Sponsorship opportunities HBM has obtained or helped to obtain for Plaintiff Joseph Diaz, Jr. ("Plaintiff") and any other boxer.

3) The amount of money HBM has earned from Golden Boy Promotions in connection with any work relating to Plaintiff or any other boxer.

4) HBM's relationship with Golden Boy Promotions.

5) The amount of money HBM has earned in connection with any work relating to Plaintiff or any other boxer.

6) Facts upon which HBM bases the affirmative defenses raised in its

    6)    Facts upon which HBM bases the affirmative defenses raised in its Answer filed on October 19, 2021 [Dkt. 77].

    7)    Manager agreements between HBM and Plaintiff.

    8)    Manager agreements between HBM and any other boxer.

    9)    Agreements between HBM and Plaintiff.

    10)    Accounting records relating to HBM's management of Plaintiff.

    11)    Revenues and expenses generated from any boxing match in which Plaintiff participated.

    12)    HBM's compensation relating to any boxing match in which Plaintiff participated.

    13)    Any basis or ground for HBM's defense in this lawsuit.

    14)    The facts or issues raised in the First Amended Complaint. [Dkt. 69].

    15)    HBM's profit and loss statements for the period January 2017 through the present.

    16)    HBM'S relationship with Plaintiff.

    17)    Documents produced by HBM in response to Plaintiff's Request for Production, Set One.

Our intent with this request is to avoid a situation where we spend the time, money and effort to prepare for this deposition, and schedule and pay a court reporter, only to have Ms. Ledesma testify she does not have the information required of the PMK for each category, or that somebody else at HBM is more knowledgeable.  Please confirm.

We still have not received any availability for the deposition of Ralph Heredia, or confirmation that he will appear for his deposition as noticed on August 11, 2022. Please confirm he will attend on August 11, 2022, or provide his availability.

As it has now been almost one month since Diaz noticed these depositions, our availability is not the same.  Our current availability to take and complete these depositions is as follows (no other dates are available):

- The week of August 8-12;
- August 15 or 16

Please confirm Ms. Ledesma is the PMK for each category (and if she is not please advise who is and give their availability).  Please also confirm which of the above dates you would like to select for each deposition.

Please be advised that until we have been given confirmation of the PMK status of Ms. Ledesma, as well as dates certain within the given availability for the taking of each of these depositions, Diaz intends to move forward with the motion to compel these depositions.

**Andrew D. White, Esq. - Litigation Partner**

1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: **awhite@vgcllp.com**




www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** Rajan Dhungana <rdhungana@fedpractice.com>
**Sent:** Friday, July 22, 2022 4:16 PM
**To:** Andrew White <awhite@vgcllp.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'Gina Simas' <gsimas@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Depositions of Heredia and PMK of HBM; Request to Meet and Confer per L.R. 37-1

Good afternoon Mr. White,

The PMK for Heredia Boxing Management, Ms. Carmina Ledesma, has just tested positive for Covid and will need to quarantine and recuperate for 10 days.
As such, we can propose deposition dates for Monday August 1, Tuesday August 2, Wednesday August 3, or Thursday August 4.

Please let me know which dates work best for you.

Sincerely,



**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Thursday, July 21, 2022 2:41 PM
**To:** 'Diyari Vazquez' <dvazquez@vgcllp.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** 'Gina Simas' <gsimas@vgcllp.com>; Rajan Dhungana <rdhungana@fedpractice.com>; 'James Greeley' <jgreeley@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Laura Berry

<omontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** Depositions of Heredia and PMK of HBM; Request to Meet and Confer per L.R. 37-1

Rajan,

As you know, on June 28, 2022, Diaz served notices of deposition of Ralph Heredia and the PMK of HBM to take place on July 7 and 8, 2022, respectively.  Because you objected and refused to produce these witnesses for deposition prior to the then discovery cut-off deadline, in its Order dated July 12, 2022, the Court granted Diaz's ex parte application and extended the discovery cut-off deadline to August 19, 2022, solely for the purpose of completing these two depositions.

Beginning on July 12, 2022 (the date of the order extending the discovery cut-off), my office has followed up 4 times to request the availability of the two witnesses for deposition.  To date, your office has failed to provide any availability for these two depositions to take place prior to the new discovery cut-off deadline.  Therefore, as we are still facing a deadline from the Court, please see the attached Amended deposition notices setting the depositions for August 11 and 12, 2022.

Further, per L.R. 37-1, please accept this as a letter to meet and confer in good faith before Diaz's filing of a motion to compel the depositions of Ralph Heredia and the PMK of HBM.  To be clear, and to comply with LR 37-1, the issue in dispute is Defendant's continued failure to produce Ralph Heredia and the PMK of HBM for deposition prior to the discovery cut-off deadline.  Diaz's position is that the Court ordered an extension of the discovery cut-off deadline for the sole purpose of allowing Diaz to complete these two depositions.  Since the Court's Order, Diaz has requested on multiple occasions the availability of these two witnesses for deposition but defendants have failed to provide any availability.  To ensure defendants produce the deponents for deposition, Diaz must initiate meet and confer efforts per L.R. 37-1 before filing a motion to compel due to defendants' failure to produce these deponents (which it genuinely seeks to avoid).

**By 5:00 p.m. pst today, July 21, 2022**, please either confirm that defendants will produce the two deponents on the dates contained in the amended notices, or on other available dates you can confirm before the 8/19/22 discovery cut-off deadline, or alternatively, let me know when you are available today for an L.R. 37-1 telephone conference.  If we do not receive confirmation you will produce the deponents on dates certain before the 8/19 discovery cut-off or if you refuse to participate in an L.R. 37-1 meet and confer teleconference before 5:00 p.m. pst today, this evening we will send you Diaz's Joint Stipulation re: Motion to Compel Depositions of Ralph Heredia and PMK of HBM, and for sanctions against defendants and counsel.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



[www.vgcllp.com](www.vgcllp.com)

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

---

**From:** Diyari Vazquez <dvazquez@vgcllp.com>
**Sent:** Thursday, July 21, 2022 10:47 AM
**To:** Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** Andrew White <awhite@vgcllp.com>; Gina Simas <gsimas@vgcllp.com>; Rajan Dhungana <rdhungana@fedpractice.com>; James Greeley <jgreeley@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>
**Subject:** Re: Courtesy Copy - Opposition to Diaz Ex Parte Application for an Order Continuing the Discovery Cut-Off Deadline

Thank you, Cristina. Although we are optimistic that the parties have resolved this matter, we are still facing a deadline from the court. Therefore, we need to get these depositions on calendar. We are amenable to conducting them virtually to accommodate the witnesses. We are available August 2-5, 9-12. Please let us know the witnesses' availability.

Thanks,

—

Diyari Vázquez  l  Head of Litigation & Employment



1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
[www.vgcllp.com](www.vgcllp.com)

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

On Jul 19, 2022, at 3:42 PM, Cristina Lagarde <clagarde@fedpractice.com> wrote:

Ms. Vazquez,

I want to provide a status update regarding pending deposition dates. We were informed today that our witness for the 30b6 tested positive for Covid. We are trying to determine the exact date as to when the virus was contracted. The individual will need time to recuperate from the illness and also account for quarantine time. As soon as we determine the exact date, I will follow up and provide you with potential deposition dates.

Thank you.

Sincerely,

<image002.png>

<image003.png><image004.png><image005.png><image006.png>

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Diyari Vazquez <dvazquez@vgcllp.com>
**Sent:** Thursday, July 14, 2022 7:51 PM
**To:** Cristina Lagarde <clagarde@fedpractice.com>
**Cc:** Andrew White <awhite@vgcllp.com>; Gina Simas <gsimas@vgcllp.com>; Rajan Dhungana <rdhungana@fedpractice.com>; James Greeley <jgreeley@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** Re: Courtesy Copy - Opposition to Diaz Ex Parte Application for an Order Continuing the Discovery Cut-Off Deadline

Following up on the deposition dates.  Can you please provide dates when Mr. Heredia and the PMK for HBM will be available for deposition?  We have provided our availability for both July and August prior to the cut-off.  Please provide yours so that we can re-issue the deposition notices. Thanks.

—

Diyari Vázquez  |  Head of Litigation & Employment

<image007.png>

1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

> On Jul 13, 2022, at 6:39 PM, Diyari Vazquez <dvazquez@vgcllp.com> wrote:
>
> We are available August 2-5, 9-12.  Please let us know what days work.
>
> Thanks,
>
> —
>
> Diyari Vázquez  |  Head of Litigation & Employment
>
> <VGC_logo-revision_nobkgd_EMailSignature.png>
>
> 1515 7th Street, No. 106
> Santa Monica, CA 90401
> T: 424 272 9855
> www.vgcllp.com
>
> The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).
>
>> On Jul 13, 2022, at 2:25 PM, Cristina Lagarde

<clagarde@fedpractice.com> wrote:

Ms. Vazquez,

Good afternoon.

I am responding on behalf of Mr. Dhungana and Mr. Montalvo regarding deposition scheduling. Counsel has conflicts for the dates proposed below. Please provide us with your availability in August and will coordinate on my end.

Thank you.

Sincerely,

<image001.png>

<image003.png><image004.png><image005.png><image006.png>

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Diyari Vazquez <dvazquez@vgcllp.com>
**Sent:** Tuesday, July 12, 2022 9:09 PM
**To:** Rajan Dhungana <rdhungana@fedpractice.com>
**Cc:** Andrew White <awhite@vgcllp.com>; Gina Simas <gsimas@vgcllp.com>; James Greeley <jgreeley@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Erik Cox <ECox@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>
**Subject:** Re: Courtesy Copy - Opposition to Diaz Ex Parte Application for an Order Continuing the Discovery Cut-Off Deadline

Rajan,

Pursuant to the Court's order granting Mr. Diaz's ex parte application and continuing the discovery cut-off for the purpose of Mr. Diaz taking the depositions of the defendants, we would like to schedule the depositions of Mr. Heredia and the PMK of Heredia Boxing Management.

We are available July 26-28 for these depositions. Please let us know what days work best for you and your clients.

Thank you.

—

Diyari Vázquez  |  Head of Litigation & Employment

<image007.png>

1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

> On Jul 8, 2022, at 5:04 PM, Rajan Dhungana <rdhungana@fedpractice.com> wrote:
>
> Good afternoon Counsels,
>
> Please see attached for a courtesy copy of our opposition to Diaz Ex Parte Application.
>
> <image001.png>

<129-main.pdf><129-1.pdf><129-2.pdf>