**From:** Rajan Dhungana rdhungana@fedpractice.com
**Subject:** RE: Amended Deposition Notices- Diaz v. Heredia (Case No.: 5:20-cv-02332)
**Date:** August 9, 2022 at 9:16 PM
**To:** Andrew White awhite@vgcllp.com, Jacqueline Gidney jgidney@vgcllp.com
**Cc:** Eric Montalvo emontalvo@fedpractice.com, Diyari Vazquez dvazquez@vgcllp.com, Gina Simas gsimas@vgcllp.com, James Greeley jgreeley@vgcllp.com, Erik Cox ECox@fedpractice.com, Daisy Chung DChung@fedpractice.com, Lou Michels lmichels@fedpractice.com, Laura Berry lberry@fedpractice.com, Saroja Koneru SKoneru@fedpractice.com, Cristina Lagarde clagarde@fedpractice.com

Andrew —

Nothing in my email is new to you and it certainly does not support your reaction. You have been well aware throughout this case of HBM's defenses and objections. Since no one from VGC bothered to initiate the required Rule 30 conference, my email yesterday did so. You cannot complain about the timing when you wholly ignored the requirement.



**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Tuesday, August 9, 2022 4:52 PM
**To:** Rajan Dhungana <rdhungana@fedpractice.com>; 'Jacqueline Gidney' <jgidney@vgcllp.com>
**Cc:** Eric Montalvo <emontalvo@fedpractice.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Gina Simas' <gsimas@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; Erik Cox <ECox@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Amended Deposition Notices- Diaz v. Heredia (Case No.: 5:20-cv-02332)

Rajan,

Thank you for the confirmation.

With regard to a meet and confer per Rule 30(b)(6), you have been aware of the PMK deposition topics since we first noticed this deposition on June 28, 2022. We have received no objection to the notice of deposition of HBM's PMK set for August 11, or the PMK topics set forth therein. Is there a justifiable reason for waiting until virtually the final hour to raise this issue now? I would expect and it is required that if HBM had an issue with any of the topics you would have raised it by now.

Regardless, once we were notified of the identity of the PMK to be presented in response to the notice of deposition, we did initiate meet and confer efforts. Please refer to my email to you of July 25, 2022, wherein we specifically asked you to confirm the Ms.

email to you of July 25, 2022, wherein we specifically asked you to confirm the Ms. Ledesma is the actual PMK for each of the PMK topics (which were expressly recreated for avoidance of confusion).  We stated clearly it was our intent in seeking confirmation to avoid spending time, money and effort to prepare and take the PMK deposition if Ms. Ledesma was not actually the person most knowledgeable with regard to any/all of the topics.  To date we have received no response from you to our meet and confer efforts.

Therefore, I ask again, to avoid unreasonable expenditure of time, money and effort taking Ms. Ledesma's deposition if she is not the PMK, please confirm that Ms. Ledesma is the actual Person Most Knowledgeable for HBM with regard to each and every topic set forth in the notice of PMK deposition.  If she is not the PMK, please advise who is from HBM and provide available dates before 8/19 for a deposition.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401**
**m: 714.907.5032 | email:** **awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

---

**From:** Rajan Dhungana <rdhungana@fedpractice.com>
**Sent:** Tuesday, August 9, 2022 3:39 PM
**To:** Andrew White <awhite@vgcllp.com>; 'Jacqueline Gidney' <jgidney@vgcllp.com>
**Cc:** Eric Montalvo <emontalvo@fedpractice.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Gina Simas' <gsimas@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; Erik Cox <ECox@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Amended Deposition Notices- Diaz v. Heredia (Case No.: 5:20-cv-02332)

Andrew – this is confirmed. Also, Rule 30(b)(6) requires that "the serving party and the organization … confer in good faith about the matters for examination." The rule does not specify which party must initiate the conference, and in the absence of Diaz having done so, this email also serves that purpose. Please note that, with respect to the noted deposition topics, HBM maintains, and will assert as appropriate, its objections to its document production.

Please let me know if you have any questions. Thank you.



**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Tuesday, August 9, 2022 8:35 AM
**To:** 'Jacqueline Gidney' <jgidney@vgcllp.com>
**Cc:** Rajan Dhungana <rdhungana@fedpractice.com>; Eric Montalvo <emontalvo@fedpractice.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'Gina Simas' <gsimas@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; Erik Cox <ECox@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** RE: Amended Deposition Notices- Diaz v. Heredia (Case No.: 5:20-cv-02332)

Rajan,

Please confirm that the deposition of Ralph Heredia on August 10, and the deposition of the PMK of HBM on August 11, will proceed as noticed. Thank you.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** Jacqueline Gidney <jgidney@vgcllp.com>
**Sent:** Friday, August 5, 2022 11:45 AM
**To:** Andrew White <awhite@vgcllp.com>
**Cc:** Rajan Dhungana <rdhungana@fedpractice.com>; Eric Montalvo <emontalvo@fedpractice.com>; Diyari Vazquez <dvazquez@vgcllp.com>; Gina Simas

<gsimas@vgcllp.com>; James Greeley <jgreeley@vgcllp.com>; Erik Cox <ECox@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** Re: Amended Deposition Notices- Diaz v. Heredia (Case No.: 5:20-cv-02332)

Dear Counsel,

Please see amended deposition notices for Ralph Heredia and Heredia Boxing Management that indicate that both depositions will be conducted remotely. I am awaiting links for the depositions, but will forward them as soon I have received them.

Thank you,
Jacqueline Gidney

On Thu, Aug 4, 2022 at 3:52 PM Andrew White <awhite@vgcllp.com> wrote:

> Rajan,
>
> The depositions will be conducted remotely per your request. Links for attendance will be sent to you once we have them.
>
> **Andrew D. White, Esq. - Litigation Partner**
>
> 1515 7th Street, No. 106
> Santa Monica, CA 90401
> m: 714.907.5032 | email: **awhite@vgcllp.com**
>
> 
>
> www.vgcllp.com
>
> The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).
>
> **From:** Rajan Dhungana <rdhungana@fedpractice.com>
> **Sent:** Thursday, August 4, 2022 3:48 PM
> **To:** Jacqueline Gidney <jgidney@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>
> **Cc:** Andrew White <awhite@vgcllp.com>; Diyari Vazquez <dvazquez@vgcllp.com>; Gina Simas <gsimas@vgcllp.com>; James Greeley <jgreeley@vgcllp.com>; Erik Cox <ECox@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
> **Subject:** RE: Amended Deposition Notices- Diaz v. Heredia (Case No.: 5:20-cv-02332)

Counsels,

You previously offered remote deposition to which we accepted.
These notices indicate that the deposition will be conducted in-person. Please amend accordingly and provide us with remote deposition instructions.

Sincerely,



**From:** Jacqueline Gidney <jgidney@vgcllp.com>
**Sent:** Friday, July 29, 2022 1:28 PM
**To:** Rajan Dhungana <rdhungana@fedpractice.com>; Eric Montalvo <emontalvo@fedpractice.com>
**Cc:** Andrew White <awhite@vgcllp.com>; Diyari Vazquez <dvazquez@vgcllp.com>; Gina Simas <gsimas@vgcllp.com>; James Greeley <jgreeley@vgcllp.com>; Erik Cox <ECox@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Lou Michels <lmichels@fedpractice.com>; Laura Berry <lberry@fedpractice.com>; Saroja Koneru <SKoneru@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** Amended Deposition Notices- Diaz v. Heredia (Case No.: 5:20-cv-02332)

Dear Counsel,

Please see attached Amended Notices of Deposition for Ralph Heredia and Heredia Boxing Management.

Thank you,
Jacqueline Gidney
1515 7th Street, No. 106
Santa Monica, CA 90401
T: 424 272 9855
www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW

(18 U.S.C. 2510-2522).