1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND EX PARTE APPLICATION FOR ORDER CONTINUING DISCOVERY CUT-OFF DEADLINE** <br><br> Courtroom: 2 <br> Judge: Hon. John W. Holcomb |

# ORDER

The Court, having considered Plaintiff Joseph Diaz, Jr.'s Second *Ex Parte* Application and finding good cause therefore,

IT IS HEREBY ORDERED that the Ex Parte Application is GRANTED as follows:

1. The Court finds GOOD CAUSE to continue the discovery cut-off deadline (including hearing of discovery motions) from August 19, 2022 to _____, 2022, for the limited purpose of allowing Diaz to take and complete the deposition of the PMK of Heredia Boxing Management.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                       Hon. John W. Holcomb
                                       United States District Judge