Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
**FEDERAL PRACTICE GROUP**
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Defendant,*
HEREDIA BOXING MANAGEMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH HEREDIA; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br><br>**DEFENDANT HEREDIA BOXING MANAGEMENT'S OPPOSITION TO PLAINTIFF DIAZ' SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE DISCOVERY CUT-OFF DEADLINE**<br><br>**[OPPOSED]**<br><br><u>**EXHIBIT A**</u><br><u>**DECLARATION OF RAJAN O. DHUNGANA**</u><br><br>Discovery Cut-Off Date: August 19, 2022<br>Pre-Trial Conference Date: November 18, 2022<br>Trial Date: December 5, 2022 |

# EXHIBIT A
# DECLARATION OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, declare as follows:

1. I am a partner in the Federal Practice Group law firm.

2. I am admitted to this Court and in that capacity am counsel in this case. I have personal knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

3. On July 21, 2022, Joseph Diaz Jr. ("Diaz") served a notice of a Fed. R. Civ. P. 30(b)(6) deposition of Heredia Boxing Management.

4. Knowing that Fed. R. Civ. P. 30(b)(6) requires the parties to confer in good faith about the matters for examination, had having heard nothing from Diaz' counsel, on August 9, 2022, I emailed Diaz' counsel to start the required conference process. See Attachment A.

5. That same day, Diaz' counsel responded in pertinent part, "We have received no objection to the notice of deposition of HBM's PMK set for August 11, or the PMK topics set forth therein." See Attachment B.

6. My understanding of the requirement to confer under Fed. R. Civ. P 30(b)(6) is that it is mandatory, and not only required if a party has any objections.

7. Diaz' counsel has not attempted to schedule a call with undersigned counsel with the Courtroom Deputy, as directed by the Court's July 12, 2022 Order.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on August 17, 2022

/s/ Rajan O. Dhungana
Rajan O. Dhungana