UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-02332-JWH(KKx) | Date | August 19, 2022 |
| Title | *Joseph Diaz, Jr. v. Ralph Heredia* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Deborah Lewman | Janelly Montes |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Diyari Vasquez | Eric S. Montalvo |
| | Rajan Olarita Dhungana |

**Proceedings:** **PLAINTIFF'S SECOND *EX PARTE* APPLICATION TO CONTINUE DISCOVERY CUT-OFF FROM AUGUST 19, 2022, TO SEPTEMBER 30, 2022 [139]**

Counsel state their appearances. The Court confers with counsel.

Plaintiff's Second *Ex Parte* Application to Continue Discovery Cut-Off from August 19, 2022, to September 30, 2022, [139] is **GRANTED in part** and **DENIED in part**. The Court hereby **ORDERS** as follows:

    1.    Discovery cut-off is **EXTENDED** to September 9, 2022, solely for the purpose of permitting Plaintiff to complete the deposition of Defendant Heredia Boxing Management ("HBM") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

    2.    HBM is **DIRECTED** to produce Ralph Heredia and Donald Kennedy to testify as Rule 30(b)(6) witnesses on behalf of HBM. The duration of Plaintiff's deposition of HBM is limited to two hours. Plaintiff may take choose the order and duration for which Mr. Heredia and Mr. Kenney will each testify.

    **IT IS SO ORDERED.**

Time: 01:11
Initials of Preparer: djl