James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Gina M. Simas (SBN 205367)
  gsimas@vgcllp.com
Andrew D. White (SBN 222628)
  Awhite@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 256-8296

*Attorneys for Plaintiff*
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br>  Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>  Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **NOTICE OF REVISIONS TO FIRST AMENDED COMPLAINT** |

1  Pursuant to the Order Regarding Motions for Judgment on the Pleadings,
2 Plaintiff JOSEPH DIAZ, JR. ("Diaz" or "Plaintiff"), hereby submits this Notice of
3 Revisions to First Amended Complaint. Attached hereto as **Exhibit A** is a redline
4 version of the Second Amended Complaint showing redline amendments made to the
5 First Amended Complaint.

7  Dated:  September 2, 2022  **VGC, LLP**

By: _____
James L. Greeley
Diyari Vázquez
Andrew D. White
*Attorneys for Plaintiff*
JOSEPH DIAZ, JR.