# EXHIBIT 1

6:39

◀ Phone

‹ 91

**JD**

Joseph ›

Oct 17, 2019, 11:20 AM

Tomorrow can you give me a cashier check for the rent that's due. I'll send you email I got yesterday

3 days ago  Details

Please be advised your rent payment is now delinquent.

Payments can be delivered to the leasing office in the form of a cashier's check or money order ONLY. No personal checks will be accepted after the 4th day of the month, after two NSF (not sufficient funds) checks are returned or in response to a notice to pay rent or quit or a notice to perform covenant or quit requiring payment.

Payment must be made to The Colony at the Lakes at 301 South Glendora Ave, West Covina, CA 91790

Text Message

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123  space  return

6:41

◀ Phone

JD

Joseph ›

Or you can rent it and I'll drive it. Just keep me informed Ralph. I need some cash too I'm broke breezh been paying for everything the past day and a half I feel like a loser ass man

Can I pick up some funds Ralph I'm dead broke

Oct 15, 2019, 7:45 PM

This shit right here depresses

Text Message

◀ 91

**JD**

**Joseph ›**

Oct 15, 2019, 3:31 PM

Ralph you're going to have to uber me I have no funds or car

Stressed out right now. It's always the little shit that happens.

Lmk what the game plan is now. I can prolly have Ivan check in for me and then I drive the car

Text Message

6:47

◀ Phone

◀ 91

JD

Joseph ›

- Use the the myAT&T app
- Go online at att.com/pay
- Dial *PAY (*729) on your AT&T wireless phone

When services are canceled:

Hope you're having a great day. Love you Ralph

Also RALPH can you write a check to Steve for 900 i still haven't paid him for the car rental for the whole week and some money he borrowed from me. You can write it to him if you can

Text Message

91

JD

Joseph ›

Can I pick up check to take to Carlos please

As soon as you can, I need to go to a bbq with Breezh

About to head over



Ralph do you have like $400 I can pick up today? I have 300 but I need to get my groceries and I want to get Breezh nails done and do something wit my family later wit her can I pick up a little please

Morning! Been thinking and

Text Message



**Joseph** ›

Phone died call me later

Also RALPH can you please talk to Moses ASAP so I can get the rest of the money to handle everything. Or if I can get like 2k for myself so I can do something with my girl

Coach Joel said Monday was fine 💪🏾

Marcus never replied

Watson

Sep 27, 2019, 2:21 PM

I know RALPH but we had a deal you promised you'd do that for me and get it done after the fight. That was our agreement deal RALPH.

You can't judge me for fucking around a couple days then switch it up on me and not prolong the deal.

Text Message

‹ 91    **JD**

Joseph ›

[black redacted block]

Not good.
Do it before he finds out

He already found out, I told him a good story and said I'll take care of it. See you later

I spent some of my dads money yesterday imma get it back today from my t shirt sales.

I'll send to him

He asked for it I said I'll send to him today.

Also, can I get 120 Tuesday for my haircut and dye I'm dying or cheetah for my fight on Tuesday

iMessage



◀ 91

**Joseph** ›



**myAT&T Account | Support**

### Suspension notice

Past due amount: **$1097.70**
Total amount due: $1513.51
Account number ending ▓▓▓▓
Date: 09/07/2019

Hello,

We hope you're enjoying your wireless service. We understand things happen. That's why we're reaching out to let you know your account shows a total amount due of **$1513.51** with a past due balance of $1097.70. Please take care of your bill payment today for all past due charges, including any new charges that may have become past due, to avoid suspension of service. If you've already paid or made a payment arrangement, then you're all set.

**Online Services**
Save time with myAT&T
›Learn about myAT&T

I was paying them with my overdraft account

On chase but now they aren't letting me they are on to me now



TODAY'S SNAPSHOT ›

CHASE COLLEGE ▓▓▓▓

-$1,918.10
Available balance

Pay    |    Transfer    |    •••

iMessage












7:11

◀ Phone

◀ 91    JD

Joseph ›

**Account details**

Available balance                    −$1,918.10

Present balance                      −$1,918.10

Show details ﹀

Recent transactions

RETURNED ITEM FEE FOR AN UNPAID $20.08 ITEM -...
Sep 10, 2019
−$1,918.10                           -$34.00

I swear on my momma I ain't never putting myself or you through this bullshit again.

Worst fucking feeling every.

Evil thought be hitting me like crazy when I think of all this bullshit

I really need to see you tomorrow and lock this deal in or else I might just do another deal or not even fight anymore after this fight RALPH. I'm sick of living like this

Sep 12, 2019, 1:27 PM

        iMessage    



91

Joseph ›

**My Account**

Home > **My Account**

## My Account Overview

**Your Bill**

DIAZ, JOSEPH

Balance Due: **$518.53**

Date Due: PAY NOW

Pay Now ›

More Ways to Pay ›

View Bill

RALPH I'm completely frustrated man, I've been paying half of my bills and they are all coming in expensive. My lights are off at my place my cell phone bill is over 1k I need to go home today too to get all my stuff my WiFi is off I'm just frustrated smfh

To view your statement, pay your bill, or enroll in Auto Pay,

  iMessage 

      

7:12

◀ Phone



Joseph ›



Sep 10, 2019, 6:24 PM

Not good!

Okay keep me posted

Sep 11, 2019, 10:55 AM

Can you send me some money to my pops today around 400-500 I need to get a foot massage and some new running shoes. I'm running a lot to get my weigh off and my feet are killing me

Sep 12, 2019, 10:53 AM

iMessage

7:26

◀ Phone

**Delete All**

JD

Joseph ›

**Cancel**

Oh yeah I forgot it's Labor Day.

Sep 3, 2019, 9:56 AM

Ralph can you deposit my rent money today when u can please. I don't want to be late on it anymore thank u

Your voice recorder isn't working

Bet give me a call

Sep 3, 2019, 3:50 PM

Send me your sister's name and account.

Ok

Lorraine Diaz

Account#: ███████

I will work on it before The day is over

Delete All      JD      Cancel

Joseph ›

What time will you pass by my house?

?

Around 5

Sorry was napping

?? Your house?

No.
The money is under the mat.
Are you and your pops doing better now?

Ok I'm on the way. And no I don't want this nigga here no more

He just irritating me. Saturday I want to bbq and do the beach have a rest day. I ain't going to drink I just need rest. Coach Joel knows how good I've been looking as him I just need some rest and this nigga and giving it to me and I don't want him here no more

7:44





Joseph ›

What's this

AT&T I have nothing to write with

Ok

Confirmation number

$1097.70

Thank you big HOMIE BUSTIE



😂😂😂😂😂

iMessage

7:46



< 92



JD

Joseph >

Sep 16, 2019, 11:41 AM

Also can you let them know I want Ivan to be in the locker room he is going to pump me up. Just Ivan.

14 plus and extra 10 please all good seats.



| Bill total | $465.81 |
| for Jul 27 - Aug 26, 2019 | |

**Make a payment**

| Bill total | |
| for Jul 27 - Aug 26, 2019 | $465.81 |
| Payments & credits | $1,047.70 |
| View details | |
| ⚠ Balance due | $1,513.51 |
| Past due: $1,097.70 | |

**Make a payment**

Can't pay now? Pay later

📄 View paper bills ⊕

🔵 Usage >

iMessage



**Jojos New Number** ›

Any word on fight date



I will call you shortly my man

Tue, Jul 14, 3:08 PM

Ralph! Great shit again man, fucking hype. I gotta get paid now this next fight. Fuck what they say. Fucking happy this went our way. Sky is the limit now. I was wondering if you can give me some extra cash. I was going to take breezh to San Diego this weekend for a couple days. Want to celebrate this without going into our budget. If you can do this for me and give me a few racks I'll appreciate it. I know the amount I owe you. But trust me I'll get that back to you this next fight. And we'll be cashing out the next fight after. Just want to feel like a boss this weekend

7:49

◀ Phone

◀ 92    J    Jojos New Number ❯

couple days. Want to celebrate this without going into our budget. If you can do this for me and give me a few racks I'll appreciate it. I know the amount I owe you. But trust me I'll get that back to you this next fight. And we'll be cashing out the next fight after. Just want to feel like a boss this weekend

Please do that for me ralph i work to hard to be in this spot. So let me have some funds. You know how hard I work. It's not a liability you will see that money back



iMessage

**9:08**

◀ Phone



**Breeze Jojos Girl** ›

Tue, Dec 10, 9:59 AM

Ralph, can you do me a favor and deposit my allowance for this week. Need to get groceries for the crib. Also I have to pay my rent today by the 10th or else they are going to charge an extra 700

Tue, Dec 10, 11:44 AM

Good morning.
Text me all the information to make the lease payment so I can forward to the office.

To: The colony at the lakes
Rent $2300

I have the amount last check was $2,280.
I need the information to pay online so I can forward that to my brother.

Tue, Dec 10, 2:58 PM

iMessage

◀ 86    **B** Breeze Jojos Girl ›

and get my weight down ASAP.

I'll keep u updated on my weight every week

Thu, Dec 12, 7:50 AM

Goodmorning, I'm not going to the fights tomorrow and I'm going to use angel today because my body is sore can I tell him to use your card ?

Okay 👌

Also, I know you said you got me covered for Christmas loan as well. would it be possible if I can get some money soon it's the 12th already. I need a good amount I want to get breezh something really nice, my mom and dad something and all my nephews and nieces.

Thu, Dec 12, 11:10 AM

iMessage



< 86   **Breeze Jojos Girl** >

lalo asking for money today so he can pay the rent. I told him to contact you for it

▮▮▮▮▮▮▮▮▮▮▮▮▮

Hope you had a goodnight. Had a blast Ralph. We on it Monday

Time to turn to a whole other level

Mon, Nov 4, 1:04 PM

Nothing important just checking in

Leaving soon

Tue, Nov 5, 1:50 PM

Ralph in San Clemente breezh is going to move in with me so we came to get her stuff. I'll be home by 4:45. Idk if you want me to pick u up still or meet at dr Browns

iMessage



< 

JJ

JoJo Diaz Jr >

to you both!

Fri, Jul 24, 3:24 PM

Hey what's up Moses! I thought I replied. Thanks you, I'm excited for this new journey as well. Big things to come, the future is bright. I was wondering if you can do me a favor Moses. I need some money around 4K for personal use and to cover my gf's tuition for school. I've been trying to get ahold of Ralph. But I know he's being isolated and try to get better. I'll pay back with the remaining amount I owe after this next fight. Hope all is well, everything been good over here been training everyday at the teamsters gym. Cutting the weight and getting ready for my fight date. We gotta a lot to accomplish still and a lot of money to make.

Sat, Jul 25, 1:58 PM



Heredia Exh287



◀ 86

**Breeze Jojos Girl** ›

were loyal. Almost lost everything sticking and believing what they say

Fuck them niggas

Tue, Nov 26, 3:07 PM

Fuck them ralph, they are complete assholes I never want to do business with them ever after this fight.

Can you bring me my allowance for next week today. A nigga out



I'm broke. Nigga, I'm broke!

GIPHY via #images

Tue, Nov 26, 5:56 PM

You on the way

iMessage

**8:32**

 93



**Jojos New Number** ›

Any update on fight?

Also were you going to be able to give me a few racks I need it for personal reasons. Around 4

Mon, Aug 3, 11:39 AM

Good morning Ralph hope all is well going to spar Luis today. Was wondering if you're going to deposit the rent money soon? Also, can you give me the full amount of what I owe you as if today. Thank you.

Mon, Aug 3, 3:17 PM

Call you back

Ok

Tue, Aug 4, 1:20 PM

Done ✅



iMessage

   

      

**Heredia Exh328**



JD

Joseph

Will do if's going to be late in the evening

Tue, Sep 3, 5:38 PM

Money is in ur sisters account

Okay thank u

Tue, Sep 3, 7:58 AM

Appreciate you having my back always. I'll show out for you fight night. I'll let these fools know you got the dangerous fighter

please really help me out a lot my next fight ralph like a big advance or whatever like we talked about. So I can get all the things I need and be living how I should. shutting all the doubters up, u don't even know how much of huntmode I'm man. I think u know but I'm a lot more than what u expect haha.

Heredia_Exh 0712

# EXHIBIT 2

JD

Joseph ›

████████ Like I'm really happy I was able to control my inner demons I was never able to do that

Good shit my man

I'm proud of you too my man Keep that shit up you know the name of the game stay consistent

# EXHIBIT 3

6:56

◀ Phone

< 91

JD

Joseph ›

Sep 26, 2019, 10:08 PM

RALPH sorry for being sloppy today won't happen again

Here at universals with my girl going home after

Sep 27, 2019, 8:08 AM

Listen to the voice text message by yourself...

Coach I'll have you the cash this Monday I'll drive to you. Ralph has deposited my check today and he'll be giving me all the funds so I'll hand u it cash Monday

That's what I wrote to Coach. Imma pay for my rent after that I'll have like a k left. I paid everyone half of what I owe them already so once I get the other I'll be able to pay in full. I'll write to Marc again today if he hasn't reached out

Text Message

# EXHIBIT 4

7:04

◀ Phone

< 91



JD

Joseph ›

Also coach Joel isn't coming after after it's just going to be Toni so we have to talk about the money etc later tonight when you have the chance

OK my man we'll talk a soon

Ok

Sep 18, 2019, 8:23 PM

Ben $2,000
Joel  $2,000
Antonio $1,000
Dad.  10,000

Section fee 3000

Sep 19, 2019, 8:45 AM

RALPH I just want you to know that I love my parents to death man I love my dad and my mom and want the best for them they just give me a hard time always cause they want

Text Message

# EXHIBIT 5

7:06

◀ Phone



91

**JD**

**Joseph** ›

Don't fall into his traps

He is going to try and get everything out of you

I covered my ass so I'm good

No worries.
I won't shit.
I told him u left after 12

Ok

Sep 14, 2019, 3:24 PM

RALPH also can I get the gts Panamera it'll be a little older but it's sporty with red interior

Sep 14, 2019, 6:15 PM

Call me when you can

Sep 14, 2019, 7:15 PM

**Email from Sep 14 2019 - Matrix Portal**
matrix.crmls.org



iMessage

# EXHIBIT 6



**Joseph** ›

Saturday tevin is going to be there

Sep 13, 2019, 6:22 PM

Hella traffic

I'm on way imma go bowling with Haley tonight at 9

Sep 13, 2019, 10:22 PM

Please tell my dad I'm still with u till like 12

Ok.

Love you Ralph we family

Love back Real family.
I feel like we understand each other a lot better now!

Yessir, this for life now

Respect thank you for sharing

Sep 14, 2019, 7:38 AM

iMessage

# EXHIBIT 7

Case 5:20-cv-02332-JWH-KK   Document 146-1   Filed 09/23/22   Page 37 of 77   Page ID #:4961



**JD**

Joseph ›



**Used Porsche For Sale - CarGurus**
cargurus.com

Sep 10, 2019, 7:11 AM

Good morning big homie! Wanna day it was a pleasure talking to you yesterday and I'm glad we are both on the same page. Put me on Ralph and I'll lock it down. You have my word. Have a good day.

Good morning  homie!
Today is a new beginning Homie..
It's all about keeping it real!!!!!
Did you order the gloves?

iMessage

# EXHIBIT 8

7:15

◀ Phone



Joseph ›



Sep 9, 2019, 12:29 PM

Imma also send you everything I owe what I need for car and money in the bank proposal so that way You can think with Moses the best percentage to come up with or I can pay in full with a interest amount. I want it to benefit you guys as well Ralph. We gotta work together. I don't want you to just give to me I know you're a business man so I can make a little money off it as well so you can have a hard on lol. I want y'all feel comfortable with giving me the money I ask for so that way we won't have any prom lens or anything and I can just live my personal life and do what I do whiteout being pooor

# EXHIBIT 9

◀ 92

JD

**Joseph** ›

an entertaining performance for my raza. I'm going to put everything on the line for those who have been with me since the beginning."

I love it

Sep 9, 2019, 10:59 AM

Sounds good let's talk this week

Friday

We can discuss a percentage or whatever y'all feel comfortable with I just need a big advance this fight to be stress free and feeling like money

When u feel good you perform good

iMessage

# EXHIBIT 10

7:32

◀ Phone



## Delete All

JD

Cancel

Joseph ›

> Per your conversation you said you're on board and you were happy with what me and you planned out?

Aug 25, 2019, 12:23 PM

I know I just get frustrated RALPH extremely. Like I'm a poor ass. I can't even buy nice stuff for the fights or even go to the movies without stressing smh. It's the worst fucking feeeling in the world. Especially when I'm trying to be positive I just get slammed when I look at my debt are when I get notifications

Then my dad don't give me no space at all so I get frustrated

I'm going crazy cause of it.

That's why I'm like that cause I'm broke.

I'm broker than a homeless person

Aug 25, 2019, 2:24 PM





# EXHIBIT 11



Joseph ›

Aug 23, 2019, 12:35 AM

Just got home! Me and my dad played a little blackjack. Lost haha, thanks again for a great time RALPH and giving me some money, appreciate you! Have a good night Luis did an excellent job! Enjoy this victory. Also thank you for understanding where I'm coming from after my fight. To be rich, cause I'm destined to be rich. Really means a lot that I trust me and know where I'm going to be by doing this. I'm going to upgrade my whole look to even be more of a star. New car, nice clothes, money in the bank and also new teeth. All these things will just make me even more of a star I promise you. Have a good night. Oh and I promised Mary to start teaching me some Spanish and I'll work her out after my fight so that way I can be focused and occupied as well! We onto something RALPH. I




# EXHIBIT 12

◀ 92

**JD**

Joseph ›

Mike reached out yesterday to confirm. I told him I'll let him know Friday. Love you Ralph. I rather it be you then anyone else

good on your side, was wondering if you're still going to want to do the ████ for instead of 2 yrs we'll do 6 fights. I want you at your best buddy, you're a beast inside that ring and can make so much money I know you're in a tough spot but all you need is a little upfront money so you can get out of it. Trust me I've been there and if no one is going to help you and get you what you need to be happy I'm willing to do it. I know how much you're worth bro. You just gotta know it and start demanding. Get em champ. Let me know.

Good mike thanks for asking, I'll get back to you. Really appreciate you doing this for me man, means a lot that you have trust and believe in me. I'll let you know ASAP

Of course, I want you focused and stressed free!!! You perform at your best happy. I got faith in you and believe I've been broke before and

Yessir, I told him I'll wait till after this fight to decide. I want to hear what we'll have planned out of agreee with

iMessage

# EXHIBIT 13

JD

**Joseph** ›

fights. I want you at your best buddy, you're a beast inside that ring and can make so much money I know you're in a tough spot but all you need is a little upfront money so you can get out of it. Trust me I've been there and if no one is going to help you and get you what you need to be happy I'm willing to do it. I know how much you're worth bro. You just gotta know it and start demanding. Get em champ. Let me know.

Good mike thanks for asking, I'll get back to you. Really appreciate you doing this for me man, means a lot that you have trust and believe in me. I'll let you know ASAP

Of course, I want you focused and stressed free!!! You perform at your best happy. I got faith in you and believe I've been broke before and

Yessir, I told him I'll wait till after this fight to decide. I want to hear what we'll have planned out of agreee with before I decide. Cause that ████ we get me set. I'll have everything and pay everyone off and have my fight money on top of that. So I'll see what will be the best move for me after the 21st

iMessage

# EXHIBIT 14

86

**B**

Breeze Jojos Girl ›

Got it.
Looking forward to seeing the movie .

Thu, Nov 28, 2:25 PM

Hahaha had to! Thank you Ralph. Thankful for everything you have done for me and staying by my side. Love you and wish you a good thanksgiving. Have a great one. You're going to love the movie

Jojo I want you to know that I want the best for you and I can't wait till you become a millionaire and I will not be content till that happens. Love you my man! Please get me MR Kush number by tomorrow.

iMessage

# EXHIBIT 15



◀ 86

**Breeze Jojos Girl** ›

Okay awesome

Thank you Ralph

Sun, Dec 22, 12:42 AM

Ralph day was going great bought breezh some nice jewelry, cost me a penny but is worth is. I was on the way home and I hit a bump on the freeway and popped my tire. I spent all my money on the Christmas gifts can I get my allowance money and an extra 500 from the 4K so I can get my tire fixed

Or can you help take care of my tire for me and add it to what I owe you please. I was going to use the 4K to have for me and breezh for clothes etc for Miami

We all good tho, talk to you tomorrow

iMessage

# EXHIBIT 16

personal life and do what I do whiteout being pooor

I'll be willing to give you guys a percentage for a year or multiple fight so you guys can make the money back and some

Or flat rate pay off with interest



# EXHIBIT 17

MINNICK INS SVCS
4622 PLUMOSA DR
YORBA LINDA, CA 92886

**DRIVE** *Insurance*

Joseph P Diaz JR
Valued customer since 2019

JOSEPH P DIAZ JR
████████
████████

**Policy Number:** ████████
Underwritten by:
Progressive West Ins Co
Date of Mailing: August 31, 2020
Policy Period: Apr 24, 2020 - Oct 24, 2020
Page 1 of 2

**MINNICK INS SVCS**
  **1-714-777-4107**
**Online Service**
  **DriveInsurance.com**
**Customer Service**
  **1-800-300-3693**

# Cancellation Notice

Unfortunately, we didn't receive your payment and, as a result, your policy will be canceled at 12:01 a.m. on September 11, 2020.

Please know that this means you will no longer have insurance coverage.

We value you as a customer and want to continue being your insurance provider. To avoid cancellation, please send us your payment by check or money order so that it is received or postmarked by 12:01 a.m. on September 11, 2020. This way, there will be no lapse in your coverage.

If you've already sent your payment, thank you. Your next regular payment will be due on September 24, 2020.

You can also pay online or over the phone using a credit card or authorizing a withdrawal from your bank account. We'll credit your payment right away so your insurance coverage will continue.

We sincerely appreciate your attention to this matter and thank you for your business.

| | |
|---|---|
| Remaining balance | $1,210.26 |
| Payments remaining | 1 |
| **Minimum amount due** | **$609.15** |
| **Due date** | **September 11, 2020** |

**Please see the reverse side.**

Continued on back

....................................................................................................

# Payment Coupon

**Policy Number:** ████████
Joseph P Diaz JR

| | |
|---|---|
| **Minimum amount due** | **$609.15** |
| **Due date** | **September 11, 2020** |
| Amount enclosed | $ |

To maintain continuous coverage, your payment must be received or postmarked by 12:01 a.m. on September 11, 2020.

**For immediate payment**, please go to DriveInsurance.com or call 1-800-300-3693.

**If you pay by check**, please allow five to seven days for your payment to reach us. Write your policy number on the check and make it payable to Progressive West Ins Co.

||ı|ılı|ıl||ılılı|ı||ılı||ılıl|||ı|ılıılı|ıl||ılı|ı|

DRIVE INSURANCE
PO BOX 894107
LOS ANGELES CA 90189-4107

Do not write below this section of coupon.
V2-01VTT       Form 6268 (07/08)

410793382016204299  0060915  0121026  5000391  5809505  001004242002

Policy Number: ████████

Joseph P Diaz JR

Page 2   of 2

## Billing detail for August 9, 2020 - August 31, 2020

Minimum amount due . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$609.15

Payments received after August 31, 2020 will appear on your next bill.

You may call Customer Service or check DriveInsurance.com to make sure we received your payment.

# EXHIBIT 18



**Check Details**

Item 1 of 2 | Show partial image

**WELLS FARGO BANK** 1009

Previous | Flip | Zoom | Next

Heredia Exh288

# EXHIBIT 19



**From:** Joseph Diaz <jojotheboxer@gmail.com>
**Sent:** Thursday, October 25, 2018 8:03 AM
**To:** Ralph Heredia
**Subject:** .

Morning Ralph,  please email me the manager contract. Misplaced my copy, thank you. Have a great day.

Sent from my iPhone

On Oct 11, 2018, at 11:26 AM, Ralph Heredia <rheredia@gprocessing.com> wrote:

> Jojo,
>
> Is being very urgent that we meet. And you refuse to have a meeting with your father and myself.  You need to look at reality and get out of the web.
> Once we meet we can structure a plan..
> And  you have to hold yourself accountable for your actions. You continue putting yourself in this terrible position. And is not ▇▇▇▇▇▇ You need to be real with yourself. I'm not better than you and I'm not judging you. Just calling it the way it is. Real talk!
> For years all we have been doing is putting a Band-Aid.
> Without structure and strategy it will never work . You will continue being in serious debt. Real talk!!!
>
> Get Outlook for iOS
>
> ---
>
> **From:** Joseph Diaz <jojotheboxer@gmail.com>
> **Sent:** Thursday, October 11, 2018 11:06:50 AM
> **To:** Ralph Heredia
> **Subject:** Urgent.
>
> Ralph can you do me a favor please. I'm trying to get a loan but haven't heard back yet and my rent, electricity, phone, and insurance are due. Can you loan me the money for I can pay those you can put it in lynnay's account if you don't trust me so she can pay them for me. My electricity just shut off and my rent is due today before they put me on eviction notice. If I don't pay it today it'll go up 600 dollars
>
> This is what I need today to be good for this month. I'll pay u in full after my next fight if you can do that please, thank you.

1

**Heredia Exh334**

Rent 2199
Electricity 300
Car insurance 888 (cause of my dui)
Phone bill 350

Total 3737
The loan I'll be getting will help me for the month of November. So I'll be good next month.

On Oct 8, 2018, at 8:59 AM, Ralph Heredia <rheredia@gprocessing.com> wrote:

> Wow!
>
> I've been helping you out for years. And all it has done was put a Band-Aid on the problem.
> Your dad knows that and your mother knows it your girl knows it.  But if you want to believe deep in your heart that everybody's wrong.
>
> Ok. I will text your dad with the next flight.
>
> I don't know how much money you have left with your financial advisor.  But like I told you in Vegas I'm glad you have save some money with your advisor.
>
>
> Get Outlook for iOS
>
> ──────────────────────────────
> **From:** Joseph Diaz <jojotheboxer@gmail.com>
> **Sent:** Monday, October 8, 2018 8:39:13 AM
> **To:** Ralph Heredia
> **Subject:** Re: Travel Reservation to WASHINGTON REAGAN, DC on May 15 for RAFAEL HEREDIA
>
> You know what Ralph, I see what your doing and how your going about things. I understand but just know I'm not happy with this. I'll find money elsewhere then if you want to act like that and not help me out. It's a business for you and imma start treating it like a business from here on out. Thanks Ralph. Text my pops when you have a fight scheduled I'll be ready.
>
> Sent from my iPhone
>
> On Oct 8, 2018, at 4:01 AM, Ralph Heredia <rheredia@gprocessing.com> wrote:
>
>> Jojo,
>>
>> You known you have a ███████ problem for long time! And unfortunately you have not been able to stop.  I believe you do want to change but unfortunately you can't. You told me you're done with this shit I'm going to the ██████ sign the papers. Always the same story.. You told me you went to ████████ signed the papers there on your girls car. You also told me and promised me you're going ████████ ████████████ I asked you for the papers never got them. You tell me some bullshit story that you didn't know something but you're looking to it.

Heredia Exh335

Bottom line you told me you signed them and they were on your girls car.
And as far ███████████████ I'm pretty sure you haven't made it either
There's so much to address.

I told you on my patio I will not continue supporting your habits.

You need to be honest with yourself.  I can't help you nobody can. Unless you want to help yourself.  And make serious lifestyle changes in your life. But again if you can't see that.  Unfortunately nothing will ever change.

Bottom line your father knows your financial problems. And you know he does.

What will be best is for your father and your girl to be present.  And so you can make the necessary changes in your life. Because you cannot do it alone.

And for the meantime please call your financial advisor and tell him you need to pull more money out.

You can call me on a conference call with your financial advisor. And I will tell him you will  put the money back on your next flight.

I'm pretty sure he will do it shit he did in Las Vegas!

Get Outlook for iOS

---

**From:** Joseph Diaz <jojotheboxer@gmail.com>
**Sent:** Sunday, October 7, 2018 6:13:18 PM
**To:** Ralph Heredia
**Subject:** Re: Travel Reservation to WASHINGTON REAGAN, DC on May 15 for RAFAEL HEREDIA

I won't hide anything from you Ralph if you just give me a shot. And we do this between us

**Heredia Exh336**

Sent from my iPhone

On Oct 7, 2018, at 4:20 PM, Ralph Heredia <rheredia@gprocessing.com> wrote:

Jojo,

Is very important that you get to the root of the problem.
Your dad knows your business already.
He is your dad and he wants his son to do better that's all he wants.
  Your dad has requested a meeting with all  of us  He even suggested your mother and your girlfriend.
    Your dad believes the issues are out of control and must be address for your best interest.


Get Outlook for iOS

---

**From:** Joseph Diaz <jojotheboxer@gmail.com>
**Sent:** Sunday, October 7, 2018 2:23:36 PM
**To:** Ralph Heredia
**Subject:** Re: Travel Reservation to WASHINGTON REAGAN, DC on May 15 for RAFAEL HEREDIA

Can we meet up sometime next week for I can barrow some money and we can talk? I'd prefer just me and you talk since I'm the one just borrowing the money I don't want my dad knowing my financial problems. We can talk about everything as well. Let me know thanks

Sent from my iPhone



**Heredia Exh337**

# EXHIBIT 20

11:46





2 People >

Feb 10, 2020, 12:53 PM

Jojos New Number

**Carmina here is all my information for my bills. Thank you!**

**Rent:**



**Pass** ▮▮▮▮▮▮▮▮▮

myAT&T        **Your online AT&T bill is ready, JOSEPH.**

Hi JOSEPH,

Your monthly wireless bill is now available at myAT&T.

Account number ▮▮▮▮▮▮
Payment due: 02/17/2020
Bill total: $590.85

User ID: ▮▮▮▮▮▮▮ mail.com Or, sign in with your wireless number ending ▮▮▮▮

iMessage

# EXHIBIT 21

# Joseph Diaz Jr. lost his title and his car. Now he's fighting to get it all back



By Mike Coppinger   Mar 9, 2021                                    💬 13

INDIO, Calif. — Joseph Diaz Jr., stepped outside his Southern California home one September day and noticed something was missing: his Lexus RC350.

Naturally, he called the police and filed a stolen vehicle report. Turns out his longtime managers, Ralph and Moses Heredia, repossessed the coupe.

The brothers held the title on the car, a vehicle they purchased for the fighter in November 2019 with an agreement that Diaz would pay it off. After he defeated Tevin Farmer in January 2020 to win his first world championship, Diaz says he paid $25,000 toward the vehicle with another $4,000 invested toward cosmetic upgrades. He says he planned to pay off the rest after his most recent fight against Shavkatdzhon Rakhimov last month.

At a pivotal moment in his life, Diaz was sans transportation for nearly two weeks (and also had to

Access all of The Athletic for just $7.99 $1/month.                    Subscribe

Case 5:20-cv-02332-JWH-kK Document 146-1 Filed 09/23/22 Page 70 of 77 Page ID #:4994

Diaz viewed the vehicle incident as retribution by his managers for his decision in August to bring on new advisors, which he says set off a chain of events that threw his life — and boxing career — into disarray.

Since signing with MTK Global in August, the Heredia brothers sued his new management company for racketeering, Diaz lost the junior lightweight belt he worked his entire life for after weighing in 3.5 pounds over the limit, then was held to a majority draw against Rakhimov (a fight Diaz was favored to win).

All of the outside distractions, he says, played a part in how he fared inside the ropes.

"I was dealing with a lot of stuff with my lawyers and my ex-managers," Diaz tells The Athletic, "and it's about staying focused and determined and staying hungry to the point where I'm not gaining that much weight."

Diaz added new representation in August, he says, because he wasn't getting all he was initially promised by his management company. He wanted better fights, more promotion, more sponsorship deals. None were coming his way.

When he signed with MTK, becoming the first American champion in that stable, he was sure the new relationship would take his career to the next level. After all, MTK worked with some of the biggest fighters in the world including Tyson Fury, Josh Taylor and Billy Joe Saunders.

"This is going to impact my career in a big way and make me the star that I feel I am. Not just in the U.S., but globally," he told The Athletic at the time. "I'm really going to take advantage of this opportunity and become a unified champion and make sure I deliver very exciting fights for MTK, the fans and for everybody."

Joseph Diaz Jr., right, ended his bout with Shavkatdzhon Rakhimov in February in a draw. (Tom Hogan / Golden Boy)

The Heredias' attorney, Eric Montalvo of Federal Practice Group, didn't return a voice message seeking comment.

Access all of The Athletic for just $7.99 $1/month.    Subscribe

"They took it as disrespect," Diaz, a 2012 Olympian, told The Athletic. "I feel like MTK is going to benefit me by promoting my name more and getting me the biggest fights. It would have benefited everybody … myself … Ralph and Moses … if they would have kept it cordial and been understanding of everything I'm trying to do in my career and in my life.

"I was always in the back. I wasn't being promoted and getting the marketing and sponsorship deals I feel like I should have at that time. I told them many times I wanted to bring someone in. They never listened to me. They always wanted to make sure … they have leverage over me."

The dispute between the parties then escalated to the courts.

Diaz claims the Heredias used his connection to Golden Boy for tickets to events including Canelo Alvarez-Gennadiy Golovkin in 2017 and 2018; took 20 percent of his purse from fights rather than the contracted 18 percent commission (under the guise of legal fees) and sent a legal letter promising to pursue damages in federal court.

"The Heredias did not just fail to protect my interests. They also actively stole from me," Diaz said in a sworn declaration filed with the California State Athletic Commission.

Now, Diaz awaits an arbitration hearing scheduled for later this month where the California State Athletic Commission will rule on the validity of his contract with the Heredias.

There's also two pending lawsuits: one filed by Diaz against Ralph Heredia on Oct. 6 in Superior Court in California alleging that his half-brother, Moses Heredia, was the manager "on paper" while Ralph served as the de facto manager. The reason? Moses was licensed in California while Ralph wasn't, "likely due to the fact that he has been hiding his true identity," per a copy of the complaint obtained by The Athletic. Managers in boxing must be licensed by the state athletic commission.

Then on Dec. 18, Heredia Boxing Management and Moses Heredia responded with a lawsuit filed in U.S. District Court in California. Diaz wasn't named, but the suit alleged four counts of racketeering against MTK, its co-founder, Daniel Kinahan; and its chief strategy officer, Paul Gibson.

Also named in the lawsuit: Golden Boy and VGC LLP (the law firm representing Diaz) with four counts of tortious interference against both parties (and MTK) along with one count of breach of promoter-manager contract vs. GBP.

Access all of The Athletic for just $7.99 $1/month.    Subscribe

Diaz is one of the brightest young fighters in boxing today. The 28-year-old claimed the 130-pound title with an impressive performance against Tevin Farmer in January 2020, winning via unanimous decision.

But after competing three times in each of 2018 and 2019, Diaz fought only once in the past year due to the pandemic. He ballooned in weight and was forced to spend training camp for his fight with Rakhimov shedding pounds quickly. The time grew even shorter after the fight was moved one week earlier from its initial date of Feb. 20.

When he weighed 3.5 pounds over the limit, the boxing world was shocked.

"The reason I lost (the title) is because of my mistake; I didn't lose it any other way. … It was my fault, man. I'm not blaming that there was no sauna or anything. It was a bad situation because of COVID but that doesn't make it any (excuse) for me that I didn't make weight."

Joseph Diaz Jr. missed weight for his bout with Shavkatdzhon Rakhimov in February by 3.5 pounds. (Tom Hogan / Golden Boy / Getty Images)

JoJo woke up early Friday before the fight in an attempt to lose the final few pounds. He shadowboxed for an hour but didn't sweat at all. He was surprised. Usually, the beads start falling about 20 minutes in.

He ran for 30 or 40 minutes; no sweat whatsoever.

"I completely held onto the water weight," he says. "I was in shape, I went the full 12 rounds and was pushing the Russian guy back. My body just gave out. I tried to make the weight but my body was like enough is enough.

"At the end of the day, I didn't want to not make weight and lose my belt at the scale. I did the hot bath. … It's not like I didn't try. I really did try to keep that title around my waist. I trained my ass off for this fight."

Diaz says part of the reason for his issues both on the scales in the ring last month was distractions dealing with his management. And it isn't stopping any time soon.

His next bout, per sources, could come this summer against Roger Gutierrez, a fellow Golden Boy Promotions fighter. The Venezuelan is coming off a career-best victory, a decision over Rene Alvarado

Access all of The Athletic for just $7.99 $1/month.          Subscribe

9/23/22, 2:00 PM    Joseph Diaz Jr. lost his title and his car. Now he's fighting to get it all back. - The Athletic

Case 5:20-cv-02332-JWH-kK Document 146-1 Filed 09/23/22 Page 73 of 77 Page ID #:4997

Diaz hired an attorney, Jim Greeley, who contends that while the Heredias saw Diaz's move to bring in an advisor as an act of aggression, it was never meant as such.

"The Heredias held a position of trust as Diaz's managers and fiduciaries," he says. "Rather than working to advance Diaz's career as is their job and legal duty, the evidence shows the Heredias have launched a deliberate campaign to attack and harm Diaz, work against his interests, and interfere with his career.

"They have revealed they are Diaz's enemies, not his managers, and they will pay the consequences for illegally abusing his trust and causing him injury."

Court documents show that Rafael Heredia Tarango, previously known as Rafael Bustamante, was convicted in 1993 of conspiracy to possess and distribute 12 kilograms of cocaine.

"The guy (Ralph) Heredia is a convicted felon and cheated the fighter and filed legal papers about Kinahan being involved with the fighter, JoJo Diaz. Nonsense," says Top Rank chairman Bob Arum, who promotes champions from the MTK stable such as Fury and Taylor.

MTK is also no stranger to controversy as Kinahan has been named by the Irish high court as the leader of a drug cartel. He's denied the allegations and has never been charged.

Diaz is no longer a champion, but he still figures prominently into the stacked title picture at 130 pounds. There's Oscar Valdez, who just scored a hellacious knockout of Miguel Berchelt in an ESPN title tilt; Gervonta Davis, the biggest star in the division; Shakur Stevenson, a budding star who held a title at 126 pounds; and then Jamel Herring and Carl Frampton, who will vie for Herring's title April 3 in Dubai.

Like Diaz, Herring and Frampton are advised by MTK, potentially setting up Diaz for the winner later this year. Also out there: Farmer, who Diaz soundly beat last year.

There was a rematch clause in the contract for the Farmer fight, but efforts to finalize the bout were complicated by the pandemic and the deadline passed, voiding the deal.

"I was fine doing the rematch," Diaz says. "Ralph said 'no,' because the contract would be voided so we wouldn't be fighting for the measly amount. So if they wanted me to fight Farmer again, I could make more money.

Access all of The Athletic for just $7.99 $1/month.    Subscribe

"If the money was right, I would have taken the rematch without a doubt, but Golden Boy and Ralph, they were trying to make it seem like the money wasn't there."

Joseph Diaz has no shortage of top-tier opponents in the coming months. (Ed Mulholland / Matchroom Boxing USA)

Instead, Diaz proceeded with his mandated title defense vs. Rakhimov. All the while, Farmer lobbed insults at Diaz and when he missed weight, Farmer celebrated on social media. After the draw result, Farmer took yet another victory lap.

"For him to even be celebrating someone's — I wouldn't even say downfall because I still won the fight and I honestly thought I was robbed — for him to even praise that I'm doing bad, for him to act that type of way, he's a coward," Diaz says.

But Diaz vows to change himself, starting with keeping his weight down in between fights. And before his next ring foray, he could have clarity — calm, even — in relation to the ongoing situation with the Heredias.

*(Top photo: Ed Mulholland / Matchroom Boxing USA)*

National

Boxing

Bundesliga

Champions League

Championship

College Football

Culture

Europa League

FA Cup

Fantasy Baseball

Fantasy Basketball

Fantasy Football

Fantasy Hockey

Fantasy Premier League

Gaming

Golf

International Soccer

Access all of The Athletic for just ~~$7.99~~ $1/month.    Subscribe

9/23/22, 2:00 AM                    Joseph Diaz Jr. lost his title and his car. Now he's fighting to get it back - The Athletic

Case 5:20-cv-02332-JWH-kK Document 146-1 Filed 09/23/22 Page 75 of 77 Page ID
#:4999

League One

League Two

LNH

Men's College Basketball

Mixed Martial Arts

MLB

MLS

Motorsports

NBA

NFL

NHL

NWSL

Olympics

Premier League

Scottish Premiership

Serie A

Soccer

Sports Betting

Sports Business

UK Women's Football

WNBA

Women's College Basketball

Women's Euros

World Cup

The Athletic Ink

Podcasts

Headlines

Real Time

The Athletic UK

US

Arizona

Atlanta

Baltimore

Bay Area

Boston

Buffalo

Carolina

Chicago

Cincinnati

Cleveland

**Access all of The Athletic for just ~~$7.99~~ $1/month.**                    Subscribe

Denver

Detroit

Houston

Indiana

Jacksonville

Kansas City

Las Vegas

Los Angeles

Memphis

Miami

Minnesota

Nashville

New Orleans

New York

Oklahoma

Oregon

Orlando

Philadelphia

Pittsburgh

Sacramento

San Antonio

San Diego

Seattle

St. Louis

Tampa Bay

Utah

Washington DC

Wisconsin

Canada

Calgary

Edmonton

Montreal

Montréal (français)

Ottawa

Toronto

Vancouver

Winnipeg

Subscribe

Start Subscription

**Access all of The Athletic for just $7.99 $1/month.**          Subscribe

HQ

About Us

Careers

Code of Conduct

Editorial Guidelines

Business Inquiries

Press Inquiries

Support

FAQ

Forgot Password?

Redeem Gift

Contact Us

Newsletters

The Pulse

©2022 The Athletic Media Company. All rights reserved.

Po icy Center

Support

Sitemap

Access all of The Athletic for just ~~$7.99~~ $1/month.    Subscribe