Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

Eric S. Montalvo (admitted *Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6083

*Attorneys for Defendant / Counterclaim Plaintiff*

Ralph Heredia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr.,<br><br>    Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA; HEREDIA BOXING MANAGEMENTl JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**STIPULATION** |

**STIPULATION OF THE PARTIES GRANTING PLAINTIFF /COUNTERCLAIM DEFENDANT JOSEPH DIAZ, JR. AN ADDITIONAL FOURTEEN DAYS TO FILE ANSWERS OR OTHERWISE PLEAD TO THE COUNTERCLAIMS OF DEFENDANTS**

STIPULATION - 1

**/COUNTERCLAIM PLAINTIFFS RALPH HEREDIA AND HEREDIA BOXING MANAGEMENT**

_____

**PURSUANT TO** Local Rule L.R. 7-1, the Parties to the instant matter jointly enter into a Stipulation and aver as follows:

1. On September 23, 2022, Defendant /Counterclaim Plaintiff Heredia Boxing Management ("HBM") filed its First Counterclaim against Plaintiff /Counterclaim Defendant Joseph Diaz, Jr. ("Diaz"). (ECF 145).

2. On September 23, 2022, Defendant /Counterclaim Plaintiff Ralph Heredia ("Heredia") filed his First Counterclaim against Plaintiff /Counterclaim Defendant Joseph Diaz, Jr. (ECF 146).

3. Under Fed. R. Civ. P. 12(a)(1)(B), Plaintiff /Counterclaim Defendant Diaz has 21 days, or until October 14, 2022, to answer or otherwise respond to the Counterclaims filed by Defendants /Counterclaim Plaintiffs HBM and Heredia.

4. The Parties have met and conferred, by and through counsel, and have agreed that Plaintiff /Counterclaim Defendant Diaz should be provided an additional 14 days, until October 28, 2022, to file his Answers or otherwise plead to the Counterclaims filed by Defendants /Counterclaim Plaintiffs HBM and Heredia.

STIPULATION - 2

5. Accordingly, the Parties herein agree and stipulate that Plaintiff /Counterclaim Defendant Diaz shall have an additional 14 days, until October 28, 2022, to file his Answers or otherwise plead to the Counterclaims filed by Defendants /Counterclaim Plaintiffs HBM and Heredia.

Dated: October 12, 2022.

Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

**Attorneys for Defendant / Counterclaim Plaintiff Ralph Heredia**

/s/ Andrew D. White
*\*Signed with consent of Designated Counsel*
VGC, LLP
1515 7th Street, No. 106

STIPULATION - 3


| | |
|---|---|
| 1 | Santa Monica, California 90401 |
| 2 | Telephone: (424) 256-8296 |
| 3 | James L. Greeley (SBN 218975) |
|   | Diyari Vázquez (SBN 222461) |
| 4 | Gina M. Simas (SBN 205367) |
| 5 | Andrew D. White (SBN 222628) |
|   | jgreeley@vgcllp.com |
| 6 | dvazquez@vgcllp.com |
| 7 | gsimas@vgcllp.com |
|   | awhite@vgcllp.com |
| 8 | |
| 9 | ***Attorneys for Plaintiff / Counterclaim Defendant*** |
| 10 | ***Joseph Diaz, Jr.*** |

STIPULATION - 4