UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| Joseph Diaz, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> RALPH HEREDIA; HEREDIA BOXING MANAGEMENT; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **PROPOSED ORDER GRANTING STIPULATION** |

### [PROPOSED] ORDER

Before the Court is the Stipulation of the Parties to this matter providing to Plaintiff /Counterclaim Defendant Joseph Diaz, Jr. an additional fourteen (14) days in which to file his Answer or otherwise plead to the Counterclaims filed by Defendants /Counterclaim Plaintiffs Ralph Heredia and Heredia Boxing Management. The Court, having considered the Stipulation filed by the Parties, hereby **FINDS** as follows:

On September 23, 2022, Defendant /Counterclaim Plaintiff Heredia Boxing Management ("HBM") filed its First Counterclaim against Plaintiff /Counterclaim Defendant Joseph Diaz, Jr. ("Diaz"). (ECF 145).

PROPOSED ORDER GRANTING STIPULATION - 1

1. On September 23, 2022, Defendant /Counterclaim Plaintiff Ralph Heredia ("Heredia") filed his First Counterclaim against Plaintiff /Counterclaim Defendant Joseph Diaz, Jr. (ECF 146).

2. Under FED. R. CIV. P. 12(a)(1)(B), Plaintiff /Counterclaim Defendant Diaz has 21 days, or until October 14, 2022, to answer or otherwise respond to the Counterclaims filed by Defendants /Counterclaim Plaintiffs HBM and Heredia.

3. The Parties have met and conferred, by and through counsel, and have agreed that Plaintiff /Counterclaim Defendant Diaz should be provided an additional 14 days, until October 28, 2022, to file his Answers or otherwise plead to the Counterclaims filed by Defendants /Counterclaim Plaintiffs HBM and Heredia.

4. Accordingly, the Parties herein agree and stipulate that Plaintiff /Counterclaim Defendant Diaz shall have an additional 14 days, until October 28, 2022, to file his Answers or otherwise plead to the Counterclaims filed by Defendants /Counterclaim Plaintiffs HBM and Heredia.

Accordingly, upon consideration of the above, the **COURT** hereby **GRANTS** the Stipulation as filed by the Parties and **ORDERS** that Plaintiff /Counterclaim Defendant JosephDiaz, Jr. **SHALL** be granted fourteen additional days, until

PROPOSED ORDER GRANTING STIPULATION - 2

October 28, 2022, to file Answers or otherwise plead to the Counterclaims filed by Defendants /Counterclaim Plaintiffs HBM and Heredia on September 23, 2022.

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                            John W. Holcomb
                                            UNITED STATES DISTRICT JUDGE