# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RALPH HEREDIA; HEREDIA BOXING MANAGEMENT; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**ORDER GRANTING STIPULATION [147]** |

ORDER GRANTING STIPULATION [147] - 1

Before the Court is the Stipulation of the Parties to this matter providing to Plaintiff/Counterclaim Defendant Joseph Diaz, Jr. an additional fourteen (14) days in which to file his Answer or otherwise to plead to the Counterclaims filed by Defendants/Counterclaim Plaintiffs Ralph Heredia and Heredia Boxing Management. The Court, having considered the Stipulation filed by the Parties, and good cause appearing therefor, hereby **ORDERS** as follows:

1. The Stipulation as filed by the Parties is **GRANTED**.
2. Plaintiff/Counterclaim Defendant Joseph Diaz, Jr. is granted 14 additional days, until October 28, 2022, to file his Answer or otherwise to plead to the Counterclaims filed by Defendants/Counterclaim Plaintiffs HBM and Heredia on September 23, 2022.

**IT IS SO ORDERED.**

Dated: October 12, 2022   By: _____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION [147] - 2