1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., | Case No. 5:20-cv-02332-JWH-KK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF JOSEPH DIAZ, JR.'S COMBINED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO RULE 12(b)(6) AND SPECIAL MOTION TO STRIKE DEFENDANTS' COUNTERCLAIMS AS STRATEGIC LAWSUITS AGAINST PUBLIC PARTICIPATION PURSUANT TO CODE OF CIVIL PROCEDURE §425.16** |
| v. | |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | |
| Defendants. | |
| | Date:         December 16, 2022<br>Time:         9:00 a.m.<br>Courtroom:  9D<br>Judge:        Hon. John W. Holcomb |
| | Discovery Cut-Off Date: August 19, 2022<br>Pre-Trial Conference Date: Nov. 18, 2022<br>Trial Date: December 5, 2022 |

# ORDER

Plaintiff Joseph Diaz's ("Plaintiff") Combined Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Special Motion to Strike Defendants' Counterclaims as Strategic Lawsuits Against Public Participation Pursuant to Code of Civil Procedure §425.16, and for sanctions in the amount of $12,075.00 came on for hearing on December 16, 2022, at 9:00 a.m. in Courtroom 9D of the above entitled Court, the Honorable John W. Holcomb presiding. Appearances were reflected on the record. The Court, having considered the motion, the moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to dismiss the Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike all of Defendants' claims pursuant to California's Anti-SLAPP statute set forth in Code of Civil Procedure §425.16 is GRANTED;

2. Based on the foregoing, Defendants' Counterclaims are dismissed and stricken, with/without prejudice;

3. Alternatively, the Court orders the following causes of action are dismissed and/or stricken from the Counterclaims:

   _____

   _____

   _____

   _____

   _____

   _____

- 1 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S FRCP 12(B)(6) MOTION TO DISMISS AND MOTION TO STRIKE

4. Defendants are ordered to pay sanctions in the amount of $_____ to Plaintiff within \_\_ days of entry of this Order.

**IT IS SO ORDERED.**

Dated: _____         By: _____
                                              Hon. John W. Holcomb
                                              United States District Judge