From
> Andrew White

To
> 'David Keesling'

Cc
> 'Eric Montalvo'; 'Brandi Keller'; 'Diyari Vazquez'

Recipients
> DKeesling@fedpractice.com; emontalvo@fedpractice.com; bkeller@fedpractice.com; dvazquez@vgcllp.com

David,

Following up on my email below.  Please let me know if you are available tomorrow or Thursday to meet and confer.

In order to avoid the situation we were put in before the stipulation extending our deadline was granted, please be advised that if we are not able to hold a meet and confer conference by 5 pm this Friday, 10/21, we will interpret that as your refusal to meet and confer and will be forced to prepare and file the motions contemplated in our meet and confer letters.

Please advise.  Thank you.

_____

**Andrew D. White, Esq. – Litigation Partner**

**1515 7th Street, No. 106**

**Santa Monica, CA 90401**

**m: 714.907.5032 | email: awhite@vgcllp.com**

www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** Andrew White <awhite@vgcllp.com> **Sent:** Thursday, October 13, 2022 2:17 PM **To:** 'David Keesling' <DKeesling@fedpractice.com> **Cc:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Brandi Keller' <bkeller@fedpractice.com>; 'Diyari Vazquez' <dvazquez@vgcllp.com> **Subject:** RE: Heredia Stipulation and Proposed Order

David,

Looks like the court had time to get to our stipulation.  Now that our deadline has been extended when are you available next week to meet and confer?  I am generally available before noon on 10/18-20.  Let me know.  Thank you.

_____

**Andrew D. White, Esq. – Litigation Partner**

**1515 7th Street, No. 106**

**Santa Monica, CA 90401**

www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** David Keesling <DKeesling@fedpractice.com> **Sent:** Wednesday, October 12, 2022 8:56 AM **To:** awhite@vgcllp.com **Cc:** Eric Montalvo <emontalvo@fedpractice.com>; Brandi Keller <bkeller@fedpractice.com> **Subject:** Re: Heredia Stipulation and Proposed Order

Good morning, Andrew.  Just following up on my email from last evening.  Are you good with the draft stipulation and proposed order?  If so, I will get it filed. Please let me know.

Best regards,

**David R. Keesling | Partner**

Federal Practice Group

6660 South Sheridan Road, Suite 250 | Tulsa, OK 74133

Direct: 918-615-9847 | Main: 202-862-4360 | Fax: 888-899-6053 |www.FedPractice.com

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---------- Reply Above ----------

Andrew,

As discussed on Friday.  Please let me know if these fit with your understanding of our agreement.  If so, I will file.

Best regards,

**David R. Keesling | Partner**

Federal Practice Group

6660 South Sheridan Road, Suite 250 | Tulsa, OK 74133

Direct: 918-615-9847 | Main: 202-862-4360 | Fax: 888-899-6053 |www.FedPractice.com

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and

any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

image001.png

image001.png