# EXHIBIT E

## DOCKET NO. 145: DEFENDANT HEREDIA BOXING MANAGEMENT'S ANSWER TO THE SECOND AMENDED COMPLAINT AND COUNTERCLAIM ALLEGATIONS TO STRIKE

Plaintiff Joseph Diaz, Jr. requests that the Court strike the following allegations alleged in the Counterclaim filed by Defendant Heredia Boxing Management:

Paragraph 137, pages 32:12-33:8:

137. This is an action sounding in abuse of process, defamation, and request for an accounting. Now that discovery in this matter has closed, it has become apparent that, contrary to Diaz's allegations, Diaz owes HBM money. Diaz knew or should have known this, as his document production confirms that a balance is owned to HBM. HBM loaned Diaz money that Diaz has not yet fully paid back. Instead, Diaz has maliciously prosecuted this action against HBM, knowing it to be false and only for purposes of harassment. In light of Diaz's discovery, which establishes that no member or representative took advantage of Diaz, nor failed to pay Diaz sums he was purportedly owed, it is obvious from Diaz's own documents that his statements to the media to the contrary are defamatory against Ralph and Moses Heredia. As HBM exists solely as a corporate entity in support of the Heredias' efforts to provide management and other services to professional boxers, and the Heredias are the sole operators of HBM, the defamatory statements made by Diaz regarding the Heredias also damaged the business reputation of HBM, decreased business opportunities for HBM, and resulted in lost earnings and profits.

Paragraphs 143-146, pages 34:18-43:27:

143. Heredia and Diaz's relationship spans almost a decade of fiercely loyal and dedicated management that culminated in a World Championship. During the duration of the relationship the Heredias were extraordinarily successful in managing both Diaz's professional career and containing his increasingly poor judgment and choices which was the primary focus of Ralph Heredia efforts to contain. These demons unfortunately

encompass various lawful and unlawful personal choices that interfered in every realm of his life, personal and professional. Heredia, recognizing Diaz's potential as a person and a fighter, committed every resource he could muster to assist Diaz so that he could convert his talent into personal and professional success. Diaz would typically reach out to Heredia by text message, notifying Heredia that he needed money. [Exhibit 1]. (Heredia's allegations that refer to, e.g., "significant" amounts of money, "six-figure advances," or "poor personal choices" are non-specifically framed in observance of this Court's November 2021 Order (ECF 80) granting Diaz's request to file certain information under seal. While Heredia contemplates moving to unseal that information since Diaz has put his conduct squarely at issue herein by his choices inside and outside this litigation through the media, Heredia has observed the Order. Heredia's underlying evidence, all of which is also in Diaz's possession, is specific and relevant to his claim.

144. In 2017, Diaz embarked on a journey of self-destruction and its first stop was his departure from his parents' residence – a place that provided structure and supervision in parallel with Heredia's watchful eye. Within a year of leaving his parents' residence, Diaz's demons established a foothold and the darkness of those demons revealed themselves.

145. During 2018, Diaz's poor personal choices resulted in his fully paid-for Mercedes being repossessed on three separate occasions – the last time resulting in the costs of recovery so significant that he was financially unable to recover it. Heredia, after the first repossession, had great concern and made inquiry. At this time Diaz confessed that he had been obtaining loans funded by "Cash Cow" and "Title Loan." These loans carried with them repayment interest rates on the order of 35%. Heredia counseled Diaz against these loans and provided financial assistance to get the car back into Diaz's possession in the hopes that Diaz would get himself back on track. This ended with the final repossession. Heredia then persuaded Diaz to stop utilizing these sorts of lenders and Heredia would attempt to work out his financial concerns sans interest.

146. Instead of being appreciative and working with the financial advisor Heredia helped retain for Diaz, Diaz's vices became even more entrenched, and Diaz was without money again within weeks of receiving his purse for a World Title Challenge against Gary Russell. Heredia sought counseling and provided financial assistance to Diaz with his bills to mitigate Diaz's poor judgments and provide a path for him to focus on his boxing career—efforts that were largely successful while Heredia was at the helm. This contrasts with the public demise of Diaz's conduct and professional competence since his break with the Heredias.

ALL OF THE TEXT MESSAGES IDENTIFIED ON PAGES 36-38 [Dkt. 145]

ALL OF THE EMAIL MESSAGES IDENTIFIED ON PAGES 40-43 [Dkt. 145]

Paragraph 150, page 45:4-9:

150. After Diaz became a world champion, MTK Global Sports Management, LLC ("MTK") (also doing business as "Global Promotion Management LTD"), an unlicensed rival promotion and boxing management company, reached out to Diaz and offered him an advance of $100,000.00 on his next purse.

Paragraphs 153-158, page 46:13-49:9:

153. As set forth above, after winning the world championship from Tevin Farmer in January 2020, Diaz was approached by MTK to become one of their boxers.

154. Upon information and belief, MTK retained VGC, LLC as counsel on Diaz's behalf to represent him in the anticipated breakup with the Heredias. MTK maintained a notorious relationship for "stealing" away fighters from existing managers in Europe sans consequences.

155. Upon information and belief, MTK sought to expand their roster of fighters for the first time by pursuing U.S.-based fighters, and Diaz was one of the first U.S. boxers that was signed.

156. Further upon information and belief, MTK targeted Diaz not only because he was a World Champion, but also because they knew that his money management and other problems made him vulnerable to their treacherous entreaties.

157. MTK was formed and run by Daniel Kinahan, an Irish national and suspected crime boss. According to the United States Department of the Treasury, Daniel Kinahan is a reputed narco-terrorist, and is presently on the run from international authorities relating to, inter alia, money laundering, murder, and drug distribution.

158. Upon information and belief, VGC and Diaz implemented a strategy whereby Diaz could breach his contract with Moses Heredia and conterminously wage asymmetrical "warfare" against the Heredias' reputation in the boxing community through blatant falsehoods promulgated in this frivolous lawsuit and continuous assaults in the press. Note that Diaz is complaining about the distraction of the instant lawsuit that he is a Plaintiff in, has filed three versions of his complaint, and through his own words admits that he owes money to Heredia approximately seven months after his departure from the Heredia Team https://theathletic.com/2436658/2021/03/09/joseph-diaz-jr-lost-his-title-and-his-car-now-hes-fighting-to-get-it-all-back/

ALL OF THE IMAGES IDENTIFIED ON PAGES 47-48 [Dkt. 145] Paragraph 166, pages 53:3-54:27:

166. It was clear in the arbitration record that the zero-interest advances from Heredia helped Diaz to survive while trying to manage his issues. The following statements made under oath during the arbitration highlight these facts, and reinforce the arbitration conclusions:

> MR. FOSTER:· I think -- I think that Mr. Heredia has done a good job managing Mr. Diaz up to this point. I think that.
>
> …
>
> MR. FOSTER:· They had a good run and like I've said before, I thought Mr. Heredia did a good job for Mr. Diaz. Mr. Diaz doesn't want to work with him anymore.
>
> …

1  MR. FOSTER: You're right. Look, I already have my -- I think the -- I
2  already said this on the record. I think the Heredias did a good job for Mr.
3  Diaz.
4  …
5  DIAZ: Well, I needed some money because I wasn't making as much --
6  that's why I was always on Ralph's 14· ass and always telling him that I
7  wanted to get paid more.
8  …
9  DIAZ:· I did my own accounting.· I wrote all this down.
10 QUESTION: But ultimately the way you were going to pay for this was to
11 take it out of your next purse; is that correct? DIAZ: That's correct.
12 QUESTION: And the 30 percent was to negotiate through your future fights
13 to take care of these debts that you 22· wanted to resolve or investments if
14 they were that.
15 DIAZ: Yes.
16 QUESTION: And was that a typical course of dealing over your relationship
17 with him when you were in a money crunch you would come to Ralph to ask
18 him for money?
19 DIAZ: Yeah.· Because he told me not to go anywhere else.· He said he
20 would take care of it for me.
21 QUESTION: And did he take care of you?
22 DIAZ: Yeah, he took care of me.· He gave me those loans and I had to pay
23 him back.· Yeah, he did.
24 …
25 MR. FOSTER:· Mr. Greeley, I mean, by Mr. Diaz's own admission they've
26 loaned him some money over the years, I mean he -- they got that.
27 …
28

   MR. GARDNER: I'm curious about the fact is that both parties to this contract represented to the commission that no other individuals were -- had a hand IN the management and yet both parties knew and both parties were fine with it until this relationship soured.

   …

   MR. GREELY: Diaz owed Ralph quite a bit of money…

Paragraphs 168-169, pages 55:21-62:9:

  168. The Heredias were singularly responsible for Diaz's successful rise to a world championship level fighter notwithstanding his long history of serious misconduct in many areas. They were patient and tireless in redirecting his unlawful and immoral actions back toward a focus on succeeding as a championship-level boxer. Diaz's own decisions frequently resulted in him having no money to pay bills or various other living expenses.

  169. On September 9, 2019, Diaz sent an email entitled "JoJo Diaz Loan Proposal" to Ralph Heredia in advance of an upcoming fight scheduled and performed in Mexicali, Mexico for September 21 against Jesus Cuadro. In the email, Diaz offered to increase the management fee owed to Moses to 30%, in exchange for a six-figure advance payment to Diaz so he could pay off debts owed to others, unpaid taxes to the IRS, rent, phone bills, and material purchases such as a new Rolex and Porsche. Diaz also acknowledged and reconfirmed in this email that he owed a significant amount in previous loans made by Heredia, and that he would pay back those loans with this new money. Additionally, Diaz wanted to have in the high five figures in his bank account for "spending money." This request was not the first time, nor the last time Diaz asked for money in exchange for a percentage of his future purses but is an example of how Diaz would dig himself into a financially precarious position and come to the Heredias looking to be bailed out. Heredia had previously tried to convince Diaz to work out his personal problems and utilize the services of his financial provider as discussed supra, to no avail.

ALL OF THE TEXT MESSAGES AND EMAILS IDENTIFIED ON PAGES 56-61 [Dkt. 145]

Paragraphs 174-179, pages 65:12-68:20:

174. On January 30, 2020, Diaz defeated Tevin Farmer and became the International Boxing Federation World Super Featherweight Champion. On the night of the Farmer title bout, Diaz gave Heredia a list of people that he had to pay back loans to and asked if he could pay them back from the proceeds of his fight earnings. Days after the Farmer bout, Ralph Heredia began receiving texts and calls from various other people that were not on Diaz's list of obligations, all claiming that Diaz had borrowed money from them and promised to pay them after the Farmer fight. Diaz told Ralph Heredia that he will pay back some of the people and make other people wait.

175. For example, Ralph Heredia received a call from a Mark St. Pierre. Mr. St. Pierre said that he was introduced to Diaz by Scott Tetrault, an employee at Golden Boy, and loaned him $6,500 with Diaz's promise to pay him after the Farmer bout. Mr. St. Pierre was very upset, and others associated with Golden Boy had advanced Diaz money before the Farmer fight and it was becoming a problem because he failed to repay these debts. When Heredia confronted Diaz about paying back Mr. St. Pierre, Diaz became angry and said he did not want to pay Mr. St. Pierre.

176. Heredia sent $2,000.00 to Mr. St. Pierre to mitigate the situation. Golden Boy subsequently deducted $22,000.00 from Diaz's purse for advances they made to him. Notably, neither Diaz nor anyone at Golden Boy had told Heredia about the advances, preferring instead to undermine the Heredias' tireless efforts to focus Diaz on his boxing career and help mitigate his destabilizing personal conduct.

177. In February 2020, after the Heredias returned from Miami, Heredia scheduled a meeting with Diaz to go over all of the accounting for the various and extensive debts Diaz owed to them. Diaz agreed with Heredia's assessment, and understood all the accounting, but pleaded with Heredia to leave a part of his debt, specifically $25,000.00,

outstanding until his next bout because he still owed other people money. Diaz also stated that he wanted to pay off his IRS liens and other bank notes.

178. As discussed, Diaz agreed that the title of the Lexus would be left in Ralph Heredia's name until after his next bout, when he would pay the remaining balance on the car in full. Diaz also asked Heredia to wire Mike Powers a loan repayment for $12,500.00.

179. Within ten days after the Farmer bout, Diaz was once again without money which he partied away. Diaz undertook another round of begging for more money from Heredia. Diaz admitted that he essentially threw away the entirety of his earnings from the Farmer bout in less than two weeks. Unbeknownst to Heredia, Diaz informed Heredia after the Farmer fight that immediately prior to the fight, Diaz had begun negotiations with Mike Powers for a six-figure advance on his next bout in exchange for points. Diaz sent Heredia a text from Mr. Powers regarding the advance. Diaz had borrowed money from Mr. Powers in the past (including $12,500.00 before the Farmer bout), and contrary to Heredia's admonition that Diaz needed to get his personal and professional house in order, Diaz continued to sell points on his next fights in exchange for immediate cash.

ALL OF THE TEXT MESSAGES IDENTIFIED ON PAGES 68 [Dkt. 145] Paragraphs 180-182, pages 68:21-69:28:

180. Around the same time as this agreement was reached, Diaz was repeatedly posting on social media various offers to bet large amounts of money on boxing matches; the Heredias became concerned once more that Diaz's bad choices were further depressing his financial situation. Diaz then asked if the Heredias could match Mr. Powers' offered advance in exchange for higher management fees and interest.

181. After the Farmer fight Heredia stressed to Diaz that he was now a World Champion and should not be mortgaging his future earnings to other people, particularly if he was still pursuing the same set of poor personal choices. This was in response to Diaz threatening to get additional funds from other persons because he had gambled all of his purse within two weeks of winning the world title.

182. In an effort to help this young man overcome the greatest threat to his success – himself – Heredia finally agreed to provide Diaz a $10,000.00 per month advance, which would become payable after his next fight, with no interest. In exchange Heredia imposed strict conduct terms upon Diaz as a condition of providing him with even more cash. The terms included that Diaz would keep his weight under 145 pounds, submit to regular testing, and attend specified meetings. On February 21, 2020, Heredia gave Diaz $4,000.00, with a promise of a further $6,000.00 to follow on March 1, 2020, which was made. Heredia also fronted $55,000.00 for Diaz to qualify for housing and a repayment of $49,000.00 from Diaz shortly thereafter, leaving $6,000.00 for Diaz to use in accordance with this agreement.

Paragraph 185, pages 71:24-72:14:

185. The Heredias endeavored, without gratitude or acknowledgement, to assist Diaz in the management of his life challenges. After the Tevon Farmer fight, while the Heredias were providing Diaz additional funding to manage his living expenses, Diaz was drawn away by the prospect of a new cash source – MTK. The MTK signing bonus was $100,000.00 upfront. Apparently, Diaz could not resist the temptation of quick cash. In a short period of time, Diaz abandoned a long-lived personal/professional relationship, one which had invested considerable time and resources into Diaz to set him up for success, in exchange for the immediate gratification of receiving money which he spent almost immediately. At the same time Diaz undertook to falsely accuse the Heredias of "stealing" monies that were due to him from his fight proceeds.

Paragraphs 189-190, page 76:5-21:

189. An additional thrust of Diaz's plan to humiliate and discredit the Heredias was to damage their relationship with Golden Boy Promotions ("GBP"), who served as the promoter for Diaz's fights. Diaz caused his counsel to send a letter to GBP containing the following statements:

- "We write this letter to address the irresolvable conflict that exists between Golden Boy Promotions ("GBP") and Diaz as a result of GBP's inability to

perform its contractual obligations to Diaz and its continuous disregard of Diaz's interests.

- "GBP then catered to the Heredias (who funneled all their clients to GBP) and helped them take advantage of Diaz. This included providing illicit benefits to the Heredias—such as tickets to a high-demand fight between Canelo Álvarez and Gennadiy Golovkin in Las Vegas, Nevada."

190. These claims were further efforts to harass and intimidate anyone who did business with the Heredias, intended to further isolate them within the boxing world.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
PROOF OF SERVICE