# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., | Case No. 5:20-cv-02332-JWH-KK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF JOSEPH DIAZ, JR.'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' COUNTERCLAIMS PURSUANT TO FRCP 12(F)** |
| v. | |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | Date: December 16, 2022 |
| | Time: 9:00 a.m. |
| Defendants. | Courtroom: 9D |
| | Judge: Hon. John W. Holcomb |
| | Discovery Cut-Off Date: August 19, 2022 Pre-Trial Conference Date: Nov. 18, 2022 Trial Date: December 5, 2022 |

# ORDER

Plaintiff Joseph Diaz's ("Plaintiff") Motion to Strike Portions of Defendants Ralph Heredia's and Heredia Boxing Management's Counterclaims based on Federal Rules of Civil Procedure ("Rule") §12(f) came on for hearing on December 16, 2022, at 9:00 am in Courtroom 9D of the above entitled Court, the Honorable John W. Holcomb presiding.  Appearances were reflected on the record.  The Court, having considered the motion, the moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Strike Portions of Defendants Ralph Heredia's and Heredia Boxing Management's Counterclaims based on Federal Rules of Civil Procedure §12(f) is GRANTED on the ground that the stricken allegations are "redundant, immaterial, impertinent, or scandalous matter." *See* Rule 12(f);

2. Based on the foregoing, the following matter is HEREBY STRICKEN from the Counterclaim of Heredia Boxing Management [Dkt. 145]:

   - Counterclaim ¶ 137, pages 32:12-33:8
   - Counterclaim ¶¶ 143-146, pages 34:18-43:27
   - Text messages that appear on pages 36-38
   - Email messages that appear on pages 40-43
   - Counterclaim ¶ 150, page 45:4-9
   - Counterclaim ¶¶ 153-158, page 46:13-49:9
   - Images that appear on pages 47-48
   - Counterclaim ¶ 166, pages 53:3-54:27
   - Counterclaim ¶¶ 168-169, pages 55:21-62:9
   - All text messages and emails that appear on pages 56-61
   - Counterclaim ¶¶ 174-179, pages 65:12-68:20

- Text messages that appear on page 68
- Counterclaim ¶¶ 180-182, pages 68:21-69:28
- Counterclaim ¶ 185, pages 71:24-72:14
- Counterclaim ¶¶ 189-190, page 76:5-21

3. Based on the foregoing, the following matter is HEREBY STRICKEN from the Counterclaim of Ralph Heredia [Dkt. 146]:

- Counterclaim ¶ 137, pages 25:2-26:21
- Counterclaim ¶¶ 143-146, pages 28:2-36:27
- Text messages that appear on pages 29-30
- Email messages that appear on pages 33-36
- Counterclaim ¶ 150, page 38:3-10
- Counterclaim ¶¶ 153-158, pages 39:13-42:9
- Images that appear on pages 40-41
- Counterclaim ¶ 166, pages 46:5-48:1
- Counterclaim ¶¶ 168-169, pages 48:23-55:10
- All text messages and emails that appear on pages 49-54
- Counterclaim ¶¶ 174-179, pages 58:15-61:20
- Text messages that appear on page 61
- Counterclaim ¶¶ 180-182, pages 61:21-62:28
- Counterclaim ¶ 185, pages 64:24-65:14
- Counterclaim ¶¶ 189-190, pages 69:5-21

4. Alternatively, the Court orders the following matter is stricken from the Counterclaims:

_____

_____

_____

_____

- 2 -

1     _____

2     _____.

3

4     **IT IS SO ORDERED.**

5

6     Dated: _____          By: _____

7                                              Hon. John W. Holcomb
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      - 3 -