1   James L. Greeley (SBN 218975)
       jgreeley@vgcllp.com
2   Diyari Vázquez (SBN 222461)
       dvazquez@vgcllp.com
3   Gina Simas (SBN 205367)
       gsimas@vgcllp.com
4   Andrew D. White (SBN 222628)
       awhite@vgcllp.com
5   **VGC, LLP**
    1515 7th Street, No. 106
6   Santa Monica, California 90401
    Telephone:   (424) 272-9885
7
    Attorneys for Plaintiff
8   JOSEPH DIAZ, JR.

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                    **EASTERN DIVISION**

13

14   JOSEPH DIAZ, JR.,                  | Case No. 5:20-cv-02332-JWH-KK

15              Plaintiff,              | **JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES**

16        v.                            |

17   RALPH HEREDIA, true name           | **[L.R. 16-9 and L.R. 40-1]**
     RAFAEL HEREDIA TARANGO, a/k/a
18   RAFAEL HEREDIA, a/k/a RAFAEL       | Filed Concurrently with [PROPOSED]
     BUSTAMANTE; JOHN DOE, ESQ.;        | ORDER
19   and JANE DOES 1 through 20,
     inclusive,                         | Courtroom:     2
20                                      | Judge:         Hon. John W. Holcomb
              Defendants.
21                                      | Discovery Cut-Off Date: July 8, 2022
22                                      | Pre-Trial Conference: November 18, 2022
                                        | Trial Date: December 5, 2022
23

24

25

26

27

28

1  **IT IS HEREBY STIPULATED** by and between Plaintiff Joseph Diaz, Jr.

2  ("Plaintiff" or "Diaz") and Defendants/Counter Claimants Ralph Heredia and Heredia

3  Boxing Management ("Defendants") (collectively the "Parties"), by and through their

4  undersigned counsel of record, that GOOD CAUSE exists and the parties request that

5  the Court continue the pretrial and trial deadlines based on the following:

6  WHEREAS, on March 21, 2022, this Court issued a Scheduling Order [Dkt.

7  112]. The court set the following dates:

8  Deadline for Initial Designation of Expert Witnesses: 5/27/2022

9  Deadline for Designation of Rebuttal Expert Witnesses: 6/17/2022

10  All Discovery Cut-Off (including hearing of discovery motions): 7/8/2022

11  Last day to Conduct Settlement Conference: 8/5/2022

12  Dispositive Motion Hearing Cut-Off: 9/30/2022

13  Deadline for Hearing on Motions in Limine: 11/4/2022 at 9:00 a.m.

14  Final Pretrial Conference: 11/18/2022 at 1:00 p.m.

15  Jury Trial: 12/5/2022 at 9:00 a.m.

16  WHEREAS, on August 15, 2022, this Court issued an Order granting, in part,

17  Defendants' Motions for Judgment on the Pleadings, in which the Court granted

18  Plaintiff leave to amend the complaint [Dkt. 138];

19  WHEREAS, Plaintiff filed a Second Amended Complaint ("SAC") on

20  September 2, 2022 [Dkt. 144];

21  WHEREAS, on September 23, 2022, Defendants filed an Answer to Plaintiff's

22  SAC and Counterclaims [Dkts. 145 & 146];

23  WHEREAS, on October 12, 2022, this Court issued an Order granting the

24  stipulation extending Plaintiff's time to answer or otherwise plead to Defendants'

25  Counterclaims from October 14, 2022 to October 28, 2022 [Dkt. 148];

26  WHEREAS, on October 28, 2022, Plaintiff filed a FRCP 12(b)(6) motion to

27  dismiss and special motion to strike Defendants' Counterclaims, as well as separate

28  motion to strike portions of Defendants' Counterclaims based upon FRCP 12(f). Both

1

1    motions are set for hearing on December 16, 2022 [Dkts. 149 & 150];

2          WHEREAS, on November 4, 2022, Defendants filed Amended Counterclaims

3    [Dkts. 151 and 152], which may address all, if not most, of the issues raised by Plaintiff

4    in Dkts. 149 and 150.

5          WHEREAS, based on the December 16, 2022 hearing dates on Plaintiff's

6    motions, the pleadings in this matter will not be At-issue until after the Final Pre-Trial

7    Conference and Trial Dates;

8          WHEREAS, in the event that Plaintiff's motions are deemed moot, denied in

9    part, or in their entirety, Plaintiff requires at least 3 months to perform written

10   discovery into the claims made by Defendants for the first time in the Amended

11   Counterclaims;

12         WHEREAS, discovery responses from HBM and Heredia are needed prior to

13   Plaintiff preparing this matter for trial;

14         WHEREAS, pursuant both to this Court's Standing Order and to Fed. R. Civ. P.

15   Rule 16(b)(4), good cause exists for this Court to modify the Order re Joint Stipulation

16   to Continue Pretrial and trial related Deadlines [Dkt. 112], and to continue certain

17   pretrial and trial deadlines in the following manner:

18         NOW, THEREFORE, by and through their respective counsel of record, the

19   Parties hereby stipulate and agree that the Court continue the pretrial and trial deadlines

20   in the following manner:

21                                        Current Deadline        Proposed Deadline

22   Written Discovery Cut-Off:          July 8, 2022             March 31, 2023

23   Final Pretrial Conference:          November 18, 2022        June 23, 2023

24   Jury Trial:                         December 5, 2022         July 31, 2023

25

26         A proposed order is submitted concurrently herewith.

27

28

2

1   **IT IS SO STIPULATED**

2

3   Dated:  November 8, 2022          **VGC, LLP**

4
                                      By:   */s/ Andrew D. White*
5
                                      James L. Greeley
6                                     Diyari Vázquez
                                      Gina Simas
7                                     Andrew D. White
                                      Attorneys for Plaintiff
8                                     JOSEPH DIAZ, JR.
9

10  Dated:  November 8, 2022          **FEDERAL PRACTICE GROUP**

11
                                      By:   */s/ Eric Montalvo*
12
                                      Eric S. Montalvo
13                                    Rajan O. Dhungana
                                      Attorneys for Defendant
14                                    Ralph Heredia and Heredia Boxing
                                      Management
15

16

17              **ATTESTATION**

18       Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other

19  signatories listed, on whose behalf the filing is submitted, concur in this filing's

20  content and have authorized this filing.

21
                                      By:   */s/ Andrew D. White*
22                                              Andrew D. White

23

24

25

26

27

28
                                        3

1

**CERTIFICATE OF SERVICE**

2

I, Diyari Vazquez, hereby certify that on November 7, 2022, I electronically

3

filed the foregoing with the Clerk of the Court using the CM/ECF system, which will

4

send notification of such filing to the e-mail addresses denoted on the Electronic Mail

5

Notice List, and I hereby certify that I have mailed the foregoing document to the non-

6

CM/ECF participants indicated on the Manual Notice List.

7

8      Dated:      November 7, 2022                    By: /s/ *Diyari Vazquez*
                                                            Diyari Vazquez
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION FOR AN ORDER CONTINUING
PRE-TRIAL AND TRIAL DEADLINES