1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES** <br><br> Courtroom: 2 <br> Judge: Hon. John W. Holcomb |

# ORDER

The Court, having considered the Stipulation to Continue Pre-Trial and Trial Deadlines submitted by Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendants Ralph Heredia and Heredia Boxing Management ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, and having considered all other records on file in this action and matters properly before it, hereby orders as follows:

The Court finds GOOD CAUSE to continue the pre-trial and trial dates as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Written Discovery Cut-Off: | July 8, 2022 | March 31, 2023 |
| Final Pretrial Conference: | November 18, 2022 | June 23, 2023 |
| Jury Trial: | December 5, 2022 | July 31, 2023 |

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                                         Hon. John W. Holcomb
                                                         United States District Judge