1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>       Plaintiff,<br><br>      v.<br><br>RALPH HEREDIA, true name<br>RAFAEL HEREDIA TARANGO, a/k/a<br>RAFAEL HEREDIA, a/k/a RAFAEL<br>BUSTAMANTE; JOHN DOE, ESQ.;<br>and JANE DOES 1 through 20,<br>inclusive,<br><br>      Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES**<br><br>Courtroom:   2<br>Judge:       Hon. John W. Holcomb |

ORDER RE STIPULATION TO CONTINUE PRE-
TRIAL AND TRIAL DATES

1    The Court, having considered the Stipulation to Continue Pre-Trial and Trial

2  Deadlines submitted by Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and

3  Defendants Ralph Heredia and Heredia Boxing Management ("Defendants")

4  (collectively the "Parties"), by and through their undersigned counsel of record, and

5  having considered all other records on file in this action and matters properly before

6  it, hereby **ORDERS** as follows:

7    The Court finds good cause to continue the pre-trial and trial dates as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Written Discovery Cut-Off: | July 8, 2022 | March 31, 2023 |
| Final Pretrial Conference: | November 18, 2022 | June 23, 2023 at 1:00 p.m. |
| Jury Trial: | December 5, 2022 | July 10, 2023 at 9:00 a.m. |

12    **IT IS SO ORDERED.**

14  Dated: ___November 14, 2022___    By: _____

15    Hon. John W. Holcomb
      UNITED STATES DISTRICT JUDGE

- 1 -

ORDER RE STIPULATION TO CONTINUE PRE-TRIAL
AND TRIAL DATES