| | |
|---|---|
| **From:** | Andrew White |
| **To:** | "Eric Montalvo"; "Rajan Dhungana"; "David Keesling" |
| **Cc:** | "Diyari Vazquez"; "James Greeley"; gsimas@vgcllp.com |
| **Subject:** | RE: Diaz v. Heredia, et al.; Meet and Confer |
| **Date:** | Monday, November 14, 2022 3:51:12 PM |
| **Attachments:** | image001.png |
| | 2022-11-10 Meet and Confer LTR re MTD and MTS .pdf |

Rajan/Eric/David,

We have not received a response from you to our meet and confer letter. We will therefore interpret this as your refusal to meet and confer per L.R. 7-3. Please let us know if we are somehow mistaken.

_____

**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Thursday, November 10, 2022 11:39 AM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'David Keesling' <DKeesling@fedpractice.com>
**Cc:** 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; gsimas@vgcllp.com
**Subject:** Diaz v. Heredia, et al.; Meet and Confer

Counsel,

Please see attached correspondence.

_____

**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401**

**m: 714.907.5032 | email: <u>awhite@vgcllp.com</u>**


[www.vgcllp.com](http://www.vgcllp.com)

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).