| | |
|---|---|
| **From:** | Andrew White |
| **To:** | "David Keesling"; "Eric Montalvo"; "Rajan Dhungana" |
| **Cc:** | "Diyari Vazquez"; "James Greeley"; gsimas@vgcllp.com |
| **Subject:** | RE: Diaz v. Heredia, et al.; Meet and Confer |
| **Date:** | Monday, November 14, 2022 7:04:11 PM |
| **Attachments:** | image001.png |

David,

Thank you for the response. Our meet and confer letter was sent to you and your colleagues last Thursday morning. I would submit there was plenty of time for one of you to at the very least respond to our letter prior to your email at 5:18 pm PST this evening, irrespective of the holiday. It further should be noted that because your office altogether failed to respond for 15 days (from 10/13 to 10/28) to our prior efforts to meet and confer regarding the original counterclaims, we were forced to prepare and file the two motions now set for hearing on December 16th.

Nevertheless, to avoid having to burden the Court with another motion, we are willing to meet and confer. As you must know, Friday is our deadline to respond to the amended counterclaims. Therefore, your suggestion that we meet and confer on Thursday would not allow us sufficient time to prepare our responses should we be unable to resolve these issues. To be clear, we informed you of our deadline during our call last Tuesday morning when we were discussing settlement. As we discussed, we were hopeful of reaching a settlement before having to address the deficiencies in the amended counterclaims but we still have yet to receive the settlement proposals that you represented would be forthcoming promptly.

Provide your offices availability to meet and confer before 5 pm PST tomorrow 11/15/22 or you will again leave us with no choice but to prepare and file the motions referenced in our meet and confer letter. Because this has happened on numerous occasions (i.e. we attempt to meet and confer and receive no timely response from Defendants' counsel), we request that you respond to us in an efficient manner, so that we may carry out productive meet and confer sessions, as required by law. Thank you.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



**www.vgcllp.com**

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail;

we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** David Keesling <DKeesling@fedpractice.com>
**Sent:** Monday, November 14, 2022 4:42 PM
**To:** Andrew White <awhite@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>
**Cc:** 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; gsimas@vgcllp.com
**Subject:** RE: Diaz v. Heredia, et al.; Meet and Confer

Andrew,
I am available to confer on Thursday.  Do you have a preferred time?

You are mistaken.  Today is the first non-holiday business day following your M&C letter dated November 10th.

**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Monday, November 14, 2022 5:51 PM
**To:** Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; David Keesling <DKeesling@fedpractice.com>
**Cc:** 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; gsimas@vgcllp.com
**Subject:** RE: Diaz v. Heredia, et al.; Meet and Confer

Rajan/Eric/David,

We have not received a response from you to our meet and confer letter.  We will therefore interpret this as your refusal to meet and confer per L.R. 7-3.  Please let us know if we are somehow mistaken.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106**
**Santa Monica, CA 90401**
**m: 714.907.5032 | email: awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail;

we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Thursday, November 10, 2022 11:39 AM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'David Keesling' <DKeesling@fedpractice.com>
**Cc:** 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; gsimas@vgcllp.com
**Subject:** Diaz v. Heredia, et al.; Meet and Confer

Counsel,

Please see attached correspondence.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).