| | |
|---|---|
| **From:** | David Keesling |
| **To:** | David Keesling; Eric Montalvo; Rajan Dhungana; Andrew White |
| **Cc:** | gsimas@vgcllp.com; "Diyari Vazquez"; "James Greeley" |
| **Subject:** | Re: Diaz v. Heredia, et al.; Meet and Confer |
| **Date:** | Wednesday, November 16, 2022 4:44:24 PM |
| **Attachments:** | 2022.11.16 - Response to VGC Meet and Confer Letter dated 2022.11.10.pdf |

Andrew,

I have attached for your review what I had prepared to discuss with you in a meet and confer. Please review and let me know if you believe further conference is necessary.

Best regards,
**David R. Keesling | Partner**
Federal Practice Group
6660 South Sheridan Road, Suite 250 | Tulsa, OK 74133
Direct: 918-615-9847 | Main: 202-862-4360 | Fax: 888-899-6053 |www.FedPractice.com

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---------- Reply Above ---------
Andrew,
I will send you a point by point response in writing to your 11/10/22 meet and confer letter before I leave the office tonight. I am not going to address the other hyperbole in your email as it is not helpful, productive, or well informed. I invite you to review my forthcoming letter and if you believe you still need to have a follow up conference tomorrow then I will continue to make myself available as previously offered.

Best regards,
**David R. Keesling | Partner**
Federal Practice Group
6660 South Sheridan Road, Suite 250 | Tulsa, OK 74133
Direct: 918-615-9847 | Main: 202-862-4360 | Fax: 888-899-6053 |www.FedPractice.com

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality**

/ **Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---------- Reply Above ---------
David,

We are not available today to meet and confer. The larger issue is that we made it clear in our email to you and your colleagues on Monday evening (below) that your delayed offer to meet and confer this Thursday, the day before our deadline to respond to the amended counterclaims, was not soon enough to prepare our motion before the deadline in the event we were not able to resolve the issues. We clearly communicated a request for your office to provide its availability to meet and confer before 5 pm PST yesterday, Tuesday 11/15/22, or we would have no choice but to move forward with preparing and filing the motion. We received no response from anybody affiliated with your office until your email today, 11/16/22 at 1:30 pm PST offering some of your flex time this afternoon.

Because of your offices failure to respond to our meet and confer, my office has already spent hours preparing the motion referenced in our 11/10/22 meet and confer letter. You are aware of our position with regard to the amended counterclaims and have been aware since the morning of 11/10/22 when we sent our meet and confer letter to your office (and frankly before then when I mentioned the issues to you on our phone call on 11/8/22). If you would like to communicate your position to us in writing, as we have requested in each of our meet and confer letters, we would consider it and if persuasive would agree to forego or modify the motion. However, your position remains unknown and your delay in responding to our meet and confer efforts has left us with no choice but to continue with the preparation and filing of the motion to dismiss and to strike.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission.

Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** David Keesling <DKeesling@fedpractice.com>
**Sent:** Wednesday, November 16, 2022 1:30 PM
**To:** Andrew White <awhite@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>
**Cc:** gsimas@vgcllp.com; 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>
**Subject:** Re: Diaz v. Heredia, et al.; Meet and Confer

Andrew,
I have finished my prior court commitments and will have some flex this afternoon to meet and confer.  Are you available at 430p PT?

**David R. Keesling | Partner**
Federal Practice Group
6660 South Sheridan Road, Suite 250 | Tulsa, OK 74133
Direct: 918-615-9847 | Main: 202-862-4360 | Fax: 888-899-6053 |www.FedPractice.com

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.   This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---------- Reply Above ---------
David,

Thank you for the response.  Our meet and confer letter was sent to you and your colleagues last Thursday morning.  I would submit there was plenty of time for one of you to at the very least respond to our letter prior to your email at 5:18 pm PST this evening, irrespective of the holiday.  It further should be noted that because your office altogether failed to respond for 15 days (from 10/13 to 10/28) to our prior efforts to meet and confer regarding the original counterclaims, we were forced to prepare and file the two motions now set for hearing on December 16th.

Nevertheless, to avoid having to burden the Court with another motion, we are willing to meet and confer. As you must know, Friday is our deadline to respond to the amended counterclaims. Therefore, your suggestion that we meet and confer on Thursday would not allow us sufficient time to prepare our responses should we be unable to resolve these issues.  To be clear, we informed you of our deadline during our call last Tuesday morning when we were discussing settlement.  As we discussed, we were hopeful of reaching a settlement before having to address the deficiencies in the amended counterclaims but we still have yet to receive the settlement proposals that you represented would be forthcoming promptly.

Provide your offices availability to meet and confer before 5 pm PST tomorrow 11/15/22 or you will again leave us with no choice but to prepare and file the motions referenced in our meet and confer letter.  Because this has happened on numerous occasions (i.e. we attempt to meet and confer and receive no timely response from Defendants' counsel), we request that you respond to us in an efficient manner, so that we may carry out productive meet and confer sessions, as required by law. Thank you.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

---

**From:** David Keesling <DKeesling@fedpractice.com>
**Sent:** Monday, November 14, 2022 4:42 PM
**To:** Andrew White <awhite@vgcllp.com>; Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>
**Cc:** 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; gsimas@vgcllp.com
**Subject:** RE: Diaz v. Heredia, et al.; Meet and Confer

Andrew,
I am available to confer on Thursday.  Do you have a preferred time?

You are mistaken.  Today is the first non-holiday business day following your M&C letter dated November 10th.

**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Monday, November 14, 2022 5:51 PM
**To:** Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; David Keesling <DKeesling@fedpractice.com>
**Cc:** 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; gsimas@vgcllp.com
**Subject:** RE: Diaz v. Heredia, et al.; Meet and Confer

Rajan/Eric/David,

We have not received a response from you to our meet and confer letter.  We will therefore interpret this as your refusal to meet and confer per L.R. 7-3.  Please let us know if we are somehow mistaken.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

**From:** Andrew White <awhite@vgcllp.com>
**Sent:** Thursday, November 10, 2022 11:39 AM
**To:** 'Eric Montalvo' <emontalvo@fedpractice.com>; 'Rajan Dhungana' <rdhungana@fedpractice.com>; 'David Keesling' <DKeesling@fedpractice.com>
**Cc:** 'Diyari Vazquez' <dvazquez@vgcllp.com>; 'James Greeley' <jgreeley@vgcllp.com>; gsimas@vgcllp.com
**Subject:** Diaz v. Heredia, et al.; Meet and Confer

Counsel,

Please see attached correspondence.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: [awhite@vgcllp.com](awhite@vgcllp.com)**



[www.vgcllp.com](www.vgcllp.com)

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).