**EXHIBIT H**

**DOCKET NO. 151: DEFENDANT RALPH HEREDIA'S AMENDED COUNTERCLAIM**

**ALLEGATIONS TO STRIKE**

Plaintiff Joseph Diaz, Jr. requests that the Court strike the following allegations alleged in the Amended Counterclaim filed by Defendant Ralph Heredia:

Paragraph 12, page 4:3-7:

12. Over the years, Heredia observed Diaz recklessly blow through the earnings he made from his fights (sums regularly in the six-to-seven figure range) at incredible speed, often leaving him nearly destitute.

Paragraphs 19-26, pages 4:26-5:26:

19. After winning the world featherweight championship from Tevin Farmer in January of 2020, Diaz was approached by MTK Global (MTK) to join their lineup of managed boxers, even though Diaz had an active management contract with HBM.

20. Upon information and belief, MTK retained counsel from VGC, LLP to represent Diaz in splitting away from his relationship with HBM.

21. MTK has cultivated a notorious relationship for "stealing" fights from European managers without consequence.

22. MTK sought to expand to U.S. fights and, upon information and belief, Diaz was one of the first U.S. based fighters targeted by MTK.

23. MTK was founded, and run by, an Irish national named Daniel Kinahan.

24. According to the U.S. Department of the Treasury, Kinahan is a reputed narco-terrorist, wanted for money laundering, drug distribution, and murder.

25. The United States Government is offering a reward of up to $5,000,000.00 for information leading to the arrest and/or conviction of Kinahan.

26. Heredia received a text message from Diaz on August 9, 2020, notifying him that he had signed a "business advisory agreement" with MTK, which would be publicly announced the next day.

Paragraph 29, page 6:5-9:

29. Upon information and belief, recognizing that his position in the arbitration was weak, Diaz concocted the attendant lawsuit with the goal of depleting the Heredias' resources and publicly ruining their reputation in the boxing community.

Paragraph 32, page 6:19-23:

32. Upon information and belief, Diaz concocted his claims in this lawsuit, despite knowing (or having reason to know), by virtue of information in his possession, that the Heredias had not stolen from him, and that he in fact owed them money.

Paragraph 33, pages 6:25-7:2:

33. Diaz therefore knew, or should have known, that his claims were meritless; therefore, the only purpose it served was to disparage the Heredias' reputation in the boxing community and force them to expend considerable resources in litigation.

Paragraph 36, pages 7:12-8:13:

36. In the arbitration proceedings instituted by Moses Heredia, Diaz further acknowledge his financial obligations to Heredia during examinations:

> …
>
> DIAZ: Well, I needed some money because I wasn't making as much -- that's why I was always on Ralph's 14· ass and always telling him that I wanted to get paid more.
>
> …
>
> DIAZ:· I did my own accounting.· I wrote all this down.
>
> QUESTION: But ultimately the way you were going to pay for this was to take it out of your next purse; is that correct?
>
> DIAZ: That's correct.
>
> QUESTION: And the 30 percent was to negotiate through your future fights to take care of these debts that you 22· wanted to resolve or investments if they were that.

DIAZ: Yes.

QUESTION: And was that a typical course of dealing over your relationship with him when you were in a money crunch you would come to Ralph to ask him for money?

DIAZ: Yeah.· Because he told me not to go anywhere else.· He said he would take care of it for me.

QUESTION: And did he take care of you?

DIAZ: Yeah, he took care of me.· He gave me those loans and I had to pay him back.· Yeah, he did.

…

MR. FOSTER:· Mr. Greeley, I mean, by Mr. Diaz's own admission they've loaned him some money over the years, I mean he -- they got that.

…

Prayer for Relief, No. 3:

3. For recovery of reasonable attorneys' fees.

EXHIBIT TO MOTION TO STRIKE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE