# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>　　　　Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JOSEPH DIAZ, JR.'S COMBINED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO RULE 12(b)(6) AND MOTION TO STRIKE PORTIONS OF DEFENDANTS' AMENDED COUNTERCLAIMS PURSUANT TO RULE 12(f)** <br><br>Date:　　　　December 16, 2022 <br>Time:　　　　9:00 a.m. <br>Courtroom:　　9D <br>Judge:　　　Hon. John W. Holcomb <br><br>Discovery Cut-Off Date: March 31, 2023 <br>Pre-Trial Conference Date: June 23, 2023 <br>Trial Date: July 10, 2023 |

# ORDER

Plaintiff Joseph Diaz's ("Plaintiff") Combined Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to Strike Portions of Defendants' Amended Counterclaims Pursuant to Federal Rule of Civil Procedure 12(f) came on for hearing on December 16, 2022, at 9:00 a.m. in Courtroom 9D of the above entitled Court, the Honorable John W. Holcomb presiding.  Appearances were reflected on the record. The Court, having considered the motion, the moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to dismiss the Amended Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED;
2. Based on the foregoing, Defendants' Amended Counterclaims are dismissed with/without prejudice;
3. Alternatively, Plaintiff's Motion to Strike Portions of Defendants' Amended Counterclaims based on Federal Rules of Civil Procedure §12(f) is GRANTED on the ground that the stricken allegations are "redundant, immaterial, impertinent, or scandalous matter." *See* Rule 12(f);
4. Based on the foregoing, the following matter is HEREBY STRICKEN from the Counterclaim of Ralph Heredia [Dkt. 151]:
   - Amended Counterclaim ¶ 12, page 4:3-7
   - Amended Counterclaim ¶¶ 19-26, pages 4:26-5:26
   - Amended Counterclaim ¶ 29, page 6:5-9
   - Amended Counterclaim ¶ 32, page 6:19-23

- Amended Counterclaim ¶ 33, pages 6:25-7:2
- Amended Counterclaim ¶ 36, pages 7:12-8:13
- Prayer for Relief, No. 3.

5. Based on the foregoing, the following matter is HEREBY STRICKEN from the Counterclaim of Heredia Boxing Management [Dkt. 152]:

- Amended Counterclaim ¶ 14, page 4:13-16
- Amended Counterclaim ¶¶ 26-33, pages 6:6-7:3
- Amended Counterclaim ¶ 36, page 8:1-5
- Amended Counterclaim ¶ 39, page 6:19-23
- Amended Counterclaim ¶ 40, page 8:6-11
- Amended Counterclaim ¶ 50, pages 10:16-12:6
- Prayer for Relief, No. 3

6. Alternatively, the Court orders the following matter is dismissed and/or stricken from the Amended Counterclaims:

_____
_____
_____
_____
_____
_____
_____.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                   Hon. John W. Holcomb
                                   United States District Judge