James L. Greeley (SBN 218975)
  jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
  dvazquez@vgcllp.com
Andrew D. White (SBN 222628)
  awhite@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:20-cv-02332-JWH-KK<br><br>**DECLARATION OF ANDREW D. WHITE IN SUPPORT OF REPLY**<br><br>Date:         December 16, 2022<br>Time:        9:00 a.m.<br>Courtroom: 9D<br>Judge:       Hon. John W. Holcomb<br><br>Discovery Cut-Off Date: March 31, 2023<br>Pre-Trial Conference Date: June 23, 2023<br>Trial Date: July 10, 2023 |

I, Andrew D. White, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at VGC, LLP, counsel of record for Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz"). I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently with respect thereto. I make this declaration in support of Plaintiff's Reply in Support of Plaintiff's Motions to Dismiss Counterclaims and Amended Counterclaims for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Rule 12(b)(6), Special Motion to Strike Defendants Counterclaims Pursuant to Code of Civil Procedure §425.16, and Motion to Strike Portions of Defendants' Counterclaims Pursuant to Rule 12(f).

2. On November 23, 2022, after the Court issued its Order Denying Defendant's Motion for Review of Magistrate Judge's Order, I sent an email to Defendants' counsel attaching the Order and demanding that Defendant immediately pay Plaintiff the $25,717.50 in monetary sanctions that were now over four months overdue as a result of Defendants' delay tactics and failed motion. I requested that Defendant pay these sanctions immediately, and in no event later than December 2, 2022, or Plaintiff would be forced to seek further relief from the Court. A true and correct copy of my email dated November 23, 2022, is attached hereto as **Exhibit A**.

3. I have not received a response from Defendants' counsel to my email of November 23, 2022, and as of the date of this Reply Defendants have not complied with the Court's order to pay Plaintiff $25,717.50 in monetary sanctions.

4. I am familiar with the time and other records maintained by VGC, LLP.

5. I have been practicing law for 20 years and have extensive civil litigation experience. I am a graduate of the University of the Pacific, McGeorge School of Law and was admitted to the State Bar of California in 2002.

6. At all times throughout this matter, my hourly rate with VGC, LLP was $575 per hour. This rate is reasonable as compared to the prevailing rates in the community for similar work and given my experience level and background.

7. When setting the hourly rate, the reasonable hourly rate is that prevailing in the community for similar work. Shaffer v. Superior Court (1995) 33 Cal. App. 4th 993, 1002. Hourly rates in Los Angeles are generous. Some courts use the "Laffey Matrix" to determine whether the hourly rate of attorney is appropriate. See Syers Properties Ill, Inc. v. Rankin, (2014) 226 Cal. App. 4th 691, 702 (2014); see Fernandez v. Victoria Secret Stores, LLC, 2008 WL 8150856, at * 14 (C.D. Cal. July 21, 2008) (noting that "where use of the Laffey matrix has been disapproved, it has been because it produced a rate that the court determined was *too low*") (italics in original). Attached as **Exhibit B** is a true and correct copy of the Laffey-Matrix.

8. According to the Laffey Matrix, attorneys with 20 plus years of experience have an hourly rate of $919 for 2021-2022. My hourly rate is much lower than the rates set forth in the Laffey Matrix, even though some courts applying the Laffey Matrix adjust the rates therein upwards for the higher cost of living in Los Angeles. See Fernandez, 2008 WL 8150856, at *15.

9. Given the totality of circumstances of this case, Defendants failure to timely file an Opposition, or file *any* Opposition, should be deemed consent to the granting of the motion, without leave to amend, and an order granting attorney fees and costs and/or monetary sanction should follow under L.R. 7-13 and L.R. 83-7. All told, Defendants have already incurred $12,075.00 in attorneys' fees preparing the motions filed in response to Defendant's originally filed Counterclaims. An award of these fees and costs is mandatory to the prevailing party pursuant to Plaintiff's special motion to strike based on California's Anti-SLAPP statute CCP 425.16. In addition, I spent another 18.2 hours preparing the Motion to Dismiss and to Strike Portions of

Defendants Amended Counterclaims, totaling approximately $10,465.00 in additional attorneys' fees.

10.    In total, to the date of preparing this declaration, VGC, LLP spent a total of **39.2 hours** in connection with preparing the Motions and the supporting papers, inclusive of attendance at the hearing on this matter, totaling **$22,540.00** in attorneys' fees.

11.    The estimated fees do not include my time meeting and conferring with Defendants' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 2, 2022 in Santa Monica, California.

/s/ Andrew D. White
ANDREW D. WHITE

3

## CERTIFICATE OF SERVICE

I, Jacqueline Gidney, hereby certify that on December 2, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: December 2, 2022                 By:  */s/ Jacqueline Gidney*
                                                          Jacqueline Gidney