| | |
|---|---|
| **From:** | Andrew White |
| **To:** | "David Keesling"; "Eric Montalvo"; "Rajan Dhungana" |
| **Cc:** | "James Greeley"; "Diyari Vazquez"; gsimas@vgcllp.com |
| **Subject:** | Diaz v. Heredia, et al.; Sanctions Award |
| **Date:** | Wednesday, November 23, 2022 11:43:56 AM |
| **Attachments:** | image001.png<br>Dkt 122 - Order re MTC and Sanctions.pdf<br>Dkt 156 - Order re Sanctions.pdf |

Counsel,

Per the attached orders, Defendant Heredia has been ordered to immediately pay Plaintiff $25,717.50 in monetary sanctions. Defendant was ordered to pay these sanctions on or before July 22, 2022. Payment is now over 4 months overdue as a result of Defendants failed motion to review the Magistrate's order.

Pay these sanctions immediately, and in no event later than December 2, 2022, or we will seek further relief from the Court.

_____
**Andrew D. White, Esq. - Litigation Partner**

**1515 7th Street, No. 106
Santa Monica, CA 90401
m: 714.907.5032 | email: awhite@vgcllp.com**



www.vgcllp.com

The contents of this e-mail message and its attachments are intended solely for the addressee(s). This e-mail transmission may be confidential and subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).