# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA     )
                      )
COUNTY OF OKLAHOMA    )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That DAVID ROYCE KEESLING, OBA #17881, was admitted to the practice of law by the Supreme Court of Oklahoma on April 24, 1998 and is an active member in good standing of the Oklahoma Bar Association.

_____
Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 3rd day of March, 2023 by Gina L. Hendryx.

_____
NOTARY PUBLIC

My Commission Expires:
10/21/2023

Commission Number:
19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org