James L. Greeley (SBN 218975)
 jgreeley@vgcllp.com
Diyari Vázquez (SBN 222461)
 dvazquez@vgcllp.com
Gina Simas (SBN 205367)
 gsimas@vgcllp.com
Andrew D. White (SBN 222628)
 awhite@vgcllp.com
**VGC, LLP**
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone:  (424) 272-9885

Attorneys for Plaintiff
JOSEPH DIAZ, JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02332-JWH-KK<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES**<br><br>**[L.R. 16-9 and L.R. 40-1]**<br><br>Filed Concurrently with [PROPOSED] ORDER<br><br>Courtroom:    2<br>Judge:        Hon. John W. Holcomb<br><br>Discovery Cut-Off Date: March 31, 2023<br>Pre-Trial Conference: June 23, 2023<br>Trial Date: July 10, 2023 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendants/Counter Claimants Ralph Heredia and Heredia Boxing Management ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, that GOOD CAUSE exists and the parties request that the Court continue the pretrial and trial deadlines based on the following:

WHEREAS, on March 21, 2022, this Court issued a Scheduling Order [Dkt. 112]. The court set the following dates:

Deadline for Initial Designation of Expert Witnesses: 5/27/2022

Deadline for Designation of Rebuttal Expert Witnesses: 6/17/2022

All Discovery Cut-Off (including hearing of discovery motions): 7/8/2022

Last day to Conduct Settlement Conference: 8/5/2022

Dispositive Motion Hearing Cut-Off: 9/30/2022

Deadline for Hearing on Motions in Limine: 11/4/2022 at 9:00 a.m.

Final Pretrial Conference: 11/18/2022 at 1:00 p.m.

Jury Trial: 12/5/2022 at 9:00 a.m.

WHEREAS, on August 15, 2022, this Court issued an Order granting, in part, Defendants' Motions for Judgment on the Pleadings, in which the Court granted Plaintiff leave to amend the complaint [Dkt. 138];

WHEREAS, Plaintiff filed a Second Amended Complaint ("SAC") on September 2, 2022 [Dkt. 144];

WHEREAS, on September 23, 2022, Defendants filed an Answer to Plaintiff's SAC and Counterclaims [Dkts. 145 & 146];

WHEREAS, on October 12, 2022, this Court issued an Order granting the stipulation extending Plaintiff's time to answer or otherwise plead to Defendants' Counterclaims from October 14, 2022 to October 28, 2022 [Dkt. 148];

WHEREAS, on October 28, 2022, Plaintiff filed a FRCP 12(b)(6) motion to dismiss and special motion to strike Defendants' Counterclaims, as well as separate motion to strike portions of Defendants' Counterclaims based upon FRCP 12(f). Both

1

1  motions were set for hearing on December 16, 2022 [Dkts. 149 & 150];

2  WHEREAS, on November 4, 2022, Defendants filed Amended Counterclaims

3  [Dkts. 151 and 152], which may address all, if not most, of the issues raised by Plaintiff

4  in Dkts. 149 and 150.

5  WHEREAS, on November 18, 2022, Plaintiff filed a FRCP 12(b)(6) motion to

6  dismiss and special motion to strike Defendants' Amended Counterclaims, as well as

7  separate motion to strike portions of Defendants' Amended Counterclaims based upon

8  FRCP 12(f). The motion was set for hearing on December 16, 2022 [Dkt. 155];

9  WHEREAS, on January 17, 2023, the Court found that the Plaintiff's Motion to

10  Dismiss Defendant's Counterclaims [Dkt. 149], Plaintiff's Motion to Strike Portions

11  of Defendant's Counterclaims [Dkt. 150], and Plaintiff's Motion to Dismiss Amended

12  Counterclaims [Dkt. 155] were appropriate for resolution without a hearing and

13  vacated the hearing set for January 20, 2023 [Dkt. 162];

14  WHEREAS, since there has been no ruling on Plaintiff's motions the pleadings

15  are not yet At-issue;

16  WHEREAS, in the event that Plaintiff's motions are deemed moot, denied in

17  part, or in their entirety, Plaintiff requires at least 3 months to perform written

18  discovery into the claims made by Defendants for the first time in the Amended

19  Counterclaims;

20  WHEREAS, discovery responses from HBM and Heredia are needed prior to

21  Plaintiff preparing this matter for trial, including determining the requisite expert

22  witnesses that may need to be retained and designated;

23  WHEREAS, pursuant both to this Court's Standing Order and to Fed. R. Civ. P.

24  Rule 16(b)(4), good cause exists for this Court to modify the Order re Joint Stipulation

25  to Continue Pretrial and Trial Deadlines [Dkt. 154], and to continue certain pretrial and

26  trial deadlines in the following manner:

27  NOW, THEREFORE, by and through their respective counsel of record, the

28  Parties hereby stipulate and agree that the Court continue the pretrial and trial deadlines

2

in the following manner:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Written Discovery Cut-Off: | March 31, 2023 | July 31, 2023 |
| Final Pretrial Conference: | June 23, 2023 | October 23, 2023 |
| Jury Trial: | July 10, 2023 | November 7, 2023 |

A proposed order is submitted concurrently herewith.

**IT IS SO STIPULATED**

Dated:  April 14, 2023          **VGC, LLP**

By:   /s/ Andrew D. White

James L. Greeley
Diyari Vázquez
Gina Simas
Andrew D. White
Attorneys for Plaintiff
JOSEPH DIAZ, JR.

Dated:  April 14, 2023          **FEDERAL PRACTICE GROUP**

By:   /s/ David R. Keesling

David R. Keesling
Eric S. Montalvo
Rajan O. Dhungana
Attorneys for Defendant
Ralph Heredia and Heredia Boxing
Management

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:   */s/ Andrew D. White*
       Andrew D. White

4

1

## **CERTIFICATE OF SERVICE**

2

3          I, Andrew White, hereby certify that on April 14, 2023, I electronically filed

4    the foregoing with the Clerk of the Court using the CM/ECF system, which will send

5    notification of such filing to the e-mail addresses denoted on the Electronic Mail

6    Notice List, and I hereby certify that I have mailed the foregoing document to the non-

7    CM/ECF participants indicated on the Manual Notice List.

8    Dated:     April 14, 2023                              By: _/s/ Andrew White_
                                                                 Andrew White

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           5