1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., | Case No. 5:20-cv-02332-JWH-KK |
| Plaintiff, | **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES** |
| v. | |
| RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, | Courtroom:    2<br>Judge:        Hon. John W. Holcomb |
| Defendants. | |

**ORDER**

The Court, having considered the Stipulation to Continue Pre-Trial and Trial Deadlines submitted by Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendants/Counter Claimants Ralph Heredia and Heredia Boxing Management ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, and having considered all other records on file in this action and matters properly before it, hereby orders as follows:

The Court finds GOOD CAUSE to continue the pre-trial and trial dates as follows:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Written Discovery Cut-Off: | March 31, 2023 | July 31, 2023 |
| Final Pretrial Conference: | June 23, 2023 | October 23, 2023 |
| Jury Trial: | July 10, 2023 | November 7, 2023 |

**IT IS SO ORDERED.**

Dated: _____       By: _____
                                                        Hon. John W. Holcomb
                                                        United States District Judge

[PROPOSED] ORDER RE STIPULATION TO CONTINUE
PRE-TRIAL AND TRIAL DATES