# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br>     Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br>     Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES** <br><br> Courtroom:  9D <br> Judge:    Hon. John W. Holcomb |

The Court, having considered the Stipulation to Continue Pre-Trial and Trial Deadlines submitted by Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendants/Counter Claimants Ralph Heredia and Heredia Boxing Management ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, having considered all other records on file in this action and matters properly before it, and good cause appearing therefor, hereby **ORDERS** as follows:

The pre-trial and trial dates are **CONTINUED** the as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Written Discovery Cut-Off: | March 31, 2023 | July 31, 2023 |
| Final Pretrial Conference: | June 23, 2023 | October 20, 2023 |
| Jury Trial: | July 10, 2023 | November 6, 2023 |

**IT IS SO ORDERED.**

Dated: April 17, 2023

By: _____
Hon. John W. Holcomb
United States District Judge

- 1 -

ORDER RE STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES