1  James L. Greeley (SBN 218975)
       jgreeley@vgcllp.com
2  Diyari Vázquez (SBN 222461)
       dvazquez@vgcllp.com
3  Gina Simas (SBN 205367)
       gsimas@vgcllp.com
4  Andrew D. White (SBN 222628)
       awhite@vgcllp.com
5  **VGC, LLP**
   1515 7th Street, No. 106
6  Santa Monica, California 90401
   Telephone:  (424) 272-9885
7
   Attorneys for Plaintiff
8  JOSEPH DIAZ, JR.

9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| JOSEPH DIAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE; JOHN DOE, ESQ.; and JANE DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02332-JWH-KK <br><br> **JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES** <br><br> **[L.R. 16-9 and L.R. 40-1]** <br><br> Filed Concurrently with [PROPOSED] ORDER <br><br> Courtroom:   2 <br> Judge:         Hon. John W. Holcomb <br><br> Discovery Cut-Off Date: July 31, 2023 <br> Pre-Trial Conference: February 23, 2024 <br> Trial Date: March 11, 2024 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Joseph Diaz, Jr. ("Plaintiff" or "Diaz") and Defendants/Counter Claimants Ralph Heredia and Heredia Boxing Management ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, that GOOD CAUSE exists and the parties request that the Court continue the pretrial and trial deadlines based on the following:

WHEREAS, on September 14, 2023, this Court issued a Scheduling Notice and Order [Dkt. 169], in which the Court, on its own motion, continued the Final Pretrial Conference from October 20, 2023, to February 23, 2024, and the Jury Trial from November 6, 2023, to March 11, 2024.

WHEREAS, on January 4, 2024, this Court issued an Order regarding Plaintiff's Motion to Dismiss Defendants' Amended Counterclaims, or in the alternative, Motion to Strike. The Court granted Plaintiff's Motion to Dismiss the Amended Counterclaims, with leave to amend no later than January 19, 2024 [Dkt. 170];

WHEREAS, Defendants filed Second Amended Counterclaims on January 19, 2024 [Dkt. 171-174];

WHEREAS, on February 2, 2024, Plaintiff filed a response to Defendants' Second Amended Counterclaims;

WHEREAS, Plaintiff requires at least 3 months to perform written discovery into the claims made by Defendants in the in the Second Amended Counterclaims, should they remain;

WHEREAS, discovery responses from HBM and Heredia are needed prior to Plaintiff preparing this matter for trial, including determining the requisite expert witnesses that may need to be retained and designated;

WHEREAS, pursuant both to this Court's Standing Order and to Fed. R. Civ. P. Rule 16(b)(4), good cause exists for this Court to continue certain pretrial and trial deadlines in the following manner:

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that the Court continue the pretrial and trial deadlines

in the following manner:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Written Discovery Cut-Off: | July 31, 2023 | May 1, 2024 |
| Final Pretrial Conference: | February 23, 2024 | August 23, 2024 |
| Jury Trial: | March 11, 2024 | September 30, 2024 |

A proposed order is submitted concurrently herewith.

**IT IS SO STIPULATED**

Dated:  February 5, 2024          **VGC, LLP**

By:   /s/ Andrew D. White

James L. Greeley
Diyari Vázquez
Gina Simas
Andrew D. White
Attorneys for Plaintiff
JOSEPH DIAZ, JR.

Dated:  February 5, 2024          **FEDERAL PRACTICE GROUP**

By:   /s/ David R. Keesling

David R. Keesling
Eric S. Montalvo
Rajan O. Dhungana
Attorneys for Defendant
Ralph Heredia and Heredia Boxing Management

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:    */s/ Andrew D. White*
           Andrew D. White

# **CERTIFICATE OF SERVICE**

I, Andrew White, hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated:    February 5, 2024                    By: /s/ *Andrew White*
                                                      Andrew White